AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-09608 |
| Infinity Q Diversified Alpha Fund | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Securities and Exchange Commission  .

Date:   11/10/2022

/s/Neal Jacobson
*Attorney's signature*

Neal Jacobson
*Printed name and bar number*
100 Pearl Street
Suite 20-100
New York, NY 10004

*Address*

Jacobsonn@sec.gov
*E-mail address*

(212) 336-0095
*Telephone number*

*FAX number*