AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22-cv-09608 |
| Infinity Q Diversified Alpha Fund ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission.

Date: 11/10/2022

/s/ David H. Tutor
*Attorney's signature*

David H. Tutor DT 6096
*Printed name and bar number*

U.S. Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004
*Address*

tutord@sec.gov
*E-mail address*

(212) 336-0024
*Telephone number*

*FAX number*