Andrew Dean
Osman Nawaz (Not admitted to S.D.N.Y.)
Preethi Krishnamurthy
Joshua Brodsky
David H. Tutor
Alistaire Bambach
Neal Jacobson
SECURITIES AND EXCHANGE COMMISSION
100 Pearl Street, Suite 20-100
New York, New York 10004-2616
(212) 336-0095 (Jacobson)
Jacobsonn@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | 22 Civ. 09608 (PKC) |
| v. | ECF CASE |
| INFINITY Q DIVERSIFIED ALPHA FUND, | |
| Defendant. | |

**NOTICE OF MOTION ON CONSENT FOR AN ORDER APPOINTING SPECIAL MASTER AND IMPOSING LITIGATION INJUNCTION**

**PLEASE TAKE NOTICE** that, upon Plaintiff Securities and Exchange Commission's ("SEC") memorandum of law in support of its Motion on Consent of Defendant for an Order Appointing a Special Master and Imposing a Litigation Injunction, the SEC will move this Court in Courtroom 11D of the Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, at such date and time to be determined by the Court, under Section 21(d)(5) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u(d)(5), and Fed. R. Civ. P. 53, for an Order on Consent of Defendant Appointing a Special Master and Imposing Litigation Injunction.

2

Dated: New York, NY
      November 23, 2022

By:   /s/Neal Jacobson_____
Neal Jacobson
Andrew Dean
Osman Nawaz (Not admitted to S.D.N.Y.
Preethi Krishnamurthy
Joshua Brodsky
David H. Tutor
Alistaire Bambach

Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, New York 10004-2616
(212) 336-0095 (Jacobson)
Jacobsonn@sec.gov

2