UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

INFINITY Q DIVERSIFIED ALPHA FUND,

                Defendant.

22 Civ. 09608 (PKC)

ECF Case

## DECLARATION OF SERVICE

Neal Jacobson declares under penalty of perjury as follows:

    I am a lawyer employed by the New York Office of the Securities and Exchange Commission.  On November 23, 2022, I caused Plaintiff Securities and Exchange Commission's Memorandum of Law in Support of its Motion on Consent of Defendant to Appoint a Special Master and Impose a Litigation Injunction on plaintiffs' counsel of record in the Ancillary Proceedings listed on Exhibit B to the Proposed Order on Consent of Defendant to Appoint a Special Master and Impose a Litigation Injunction by email and overnight mail at the addresses listed on the attached service list, and on counsel of record by ECF.

Dated:  New York, New York
         November 23, 2022

                                            Respectfully submitted,

                            By:    /s/Neal Jacobson
                                    Neal Jacobson
                                    Securities and Exchange Commission
                                    100 Pearl Street, Suite 20-100
                                    New York, New York 10004-2616
                                    (212) 336-0095 (Jacobson)
                                    Jacobsonn@sec.gov

# SERVICE LIST

***Oak Financial Group, Inc. v. Infinity Q Diversified Alpha Fund et al.*, No. 1:21-cv-03249-FB-MHH (E.D.N.Y.)**

Steven M. Kaplan
ROSENFELD & KAPLAN, LLP
1180 Avenue of the Americas
New York, NY 10036
Email: steve@rosenfeldlaw.com

***Rowan v. Infinity Q Capital Management, LLC, et al,* C.A. No. 2022-0176-MTZ (Del. Chancery Ct.) and *Scherk v. U.S. Bancorp Fund Servs. LLC*, Case No. 2022CV000846 (Milwaukee County Circuit Ct., Wisc.)**

Aaron T. Morris
MORRIS KANDINOV LLP
1740 Broadway, 15th Floor
New York, NY 10019
Email: aaron@moka.law