

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

**DIVISION OF ENFORCEMENT**

November 23, 2022

**FILED BY ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

      Re:      <u>SEC v. Infinity Q Diversified Alpha Fund, No. 22 Civ. 09608 (PKC)</u>

Dear Judge Castel:

      Plaintiff Securities and Exchange Commission ("SEC") respectfully writes to seek clarification of the Court's text docket entry (D.E. 8) by which the Court entered the final judgment on consent as to Infinity Q Diversified Alpha Fund ("Defendant"), and also noted on the docket "Infinity Q Diversified Alpha Fund terminated."  Although the consent judgment resolves the injunctive and monetary relief against the Defendant itself, as set forth in the SEC's November 16, 2022 letter (D.E. 7) regarding the consent judgment, the SEC also requested a waiver from the Court's rules requiring a pre-motion conference to file a consent motion for the appointment of a special master and imposing a litigation injunction, which the Court granted by memo endorsement on November 17, 2022 (D.E. 9).  This morning the SEC filed the consent motion for the appointment of a special master and imposing a litigation injunction. Accordingly, the SEC respectfully requests that the Court leave this case open on its active docket to address the matters set forth in the consent motion.

                    Respectfully submitted,

                    /s/Neal Jacobson
                    Neal Jacobson
                    Trial Counsel