UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>INFINITY Q DIVERSIFIED ALPHA FUND,<br><br>Defendant. | 22 Civ. 9608 (PKC) |

## MOTION FOR WITHDRAWAL OF ATTORNEY

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court for an order in the form attached hereto withdrawing David H. Tutor as counsel of record in this action for Plaintiff. Mr. Tutor is leaving the SEC's employ. The SEC continues to be represented by the other counsel of record in this matter.

Dated:   New York, New York
         January 10, 2023

                                        Respectfully submitted,

                                         /s/ David H. Tutor
                                        Preethi Krishnamurthy
                                        Andrew Dean
                                        Joshua Brodsky
                                        David H. Tutor
                                        Attorneys for Plaintiff
                                        SECURITIES AND EXCHANGE COMMISSION
                                        New York Regional Office
                                        100 Pearl Street, Suite 20-100
Of Counsel                              New York, New York 10004
Osman Nawaz                             (212) 336-0024 (Tutor)
                                        Email: TutorD@sec.gov