UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>INFINITY Q DIVERSIFIED ALPHA FUND,<br><br>Defendant. | 22 Civ. 9608 (PKC) |

## ORDER REMOVING ATTORNEY

It is ORDERED that, for good cause shown, David H. Tutor is removed as counsel of record for Plaintiff in this matter. The Clerk of Court is directed to note on the docket that his representation of Plaintiff is terminated.

SO ORDERED.

Dated:          January ___, 2023

                                                          _____
                                                          The Honorable P. Kevin Castel, U.S.D.J.