UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

INFINITY Q DIVERSIFIED ALPHA FUND,

Defendant.

22 Civ. 9608 (PKC)

## ORDER REMOVING ATTORNEY

It is ORDERED that, for good cause shown, David H. Tutor is removed as counsel of record for Plaintiff in this matter. The Clerk of Court is directed to note on the docket that his representation of Plaintiff is terminated.

SO ORDERED.

Dated:    January 10, 2023

The Honorable P. Kevin Castel, U.S.D.J.