UNITED STATES DITRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

SEURITIES AND EXCHANGE
COMMISSION,

                        Plaintiff,                  22 Civ. 9608 (PKC)

    vs.

INFINITY Q DIVERSIFIED ALPHA FUND,

                        Defendant.

_____x

## DECLARATION OF ANDREW M. CALAMARI

    WHEREAS, pursuant to its order dated January 10, 2023 (the "Order"), the Court appointed the undersigned to serve as Special Master for the Special Reserve established by defendant Infinity Q Diversified Alpha Fund (the "Fund"), as referenced in paragraph 1 of the Order, to carry out enumerated duties set forth in paragraph 2 of the Order; and

    WHEREAS, pursuant to paragraph 26 of the Order, the Court directed my law firm, Finn Dixon & Herling LLP (the "Firm"), to disclose any and all material connections that it may have to this case;

    NOW, THEREFORE, I declare under penalty of perjury, pursuant to 18 U.S.C. § 1746, that the following is true and correct:

1. To the best of my knowledge, and after conducting thorough due diligence, the only material connections that I or the Firm have to this case are that (a) I currently serve as an independent Series Trustee of the Trust for Advised Portfolios ("TAP") for the Fund, and as Chair of the Special Litigation Committee ("SLC") of the Board of

Trustees of TAP; and (b) the Firm serves as counsel to the SLC and will also serve as counsel to me in my capacity as Special Master.

2. In connection with accepting my appointment as Series Trustee of TAP and Chair of the SLC, counsel to the Fund, Morgan Lewis & Bockius LLP, provided me with the names of numerous entities and individuals associated with the Fund. The Firm conducted a conflicts check of those names and determined that the Firm has no conflict of interest relating to this case with respect to any of the entities or individuals identified by Fund counsel.

3. In connection with the SEC's application in this case for appointment of a Special Master, the SEC provided me with names of additional persons associated with this case, including, as I understand it, investors in the Fund to the extent they could be identified. The Firm conducted a conflicts check of these additional names and determined that the Firm has no conflict of interest relating to this case with respect to any of the additional persons identified by the SEC.

Executed this 24 day of January 2023:

Andrew M. Calamari

{4736012; 1; 09000-856}