AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Securities and Exchange Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-09608 |
| Infinity Q Diversified Alpha Fund | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission.

Date:   01/25/2023

Zachary Sturges
*Attorney's signature*

Zachary Sturges ZS 1975
*Printed name and bar number*

U.S. Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, New York 10004
*Address*

sturgesz@sec.gov
*E-mail address*

(212) 336-0404
*Telephone number*

*FAX number*