AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities and Exchange Commission<br>*Plaintiff*<br>v.<br>Infinity Q Diversified Alpha Fund<br>*Defendant* | Case No. 22-cv-09608 (PKC) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Special Master, Andrew M. Calamari

Date:    01/26/2023

/s/ Daniel S. Noble
*Attorney's signature*

Daniel S. Noble (DN3819)
*Printed name and bar number*
Finn Dixon & Herling LLP
Six Landmark Square, Suite 600
Stamford, Connecticut 06901

*Address*

dnoble@fdh.com
*E-mail address*

(203) 325-5000
*Telephone number*

(203) 325-5001
*FAX number*