**Exhibit A: Mutual Fund Opt-Out Plaintiffs**

The Glenmede Trust Company, N.A.
Carson Family 2013 Dynasty Trust
Carson Investments LLC
Carson Investments II LLC
David Hugh Carlton II
Elaine Gibson Stafford
Joan S. Layne
Moore Ashburn Hall Partnership
NCM Family Exempt Trust
Richard Crook Moore
Noel Crook Moore
Robin Stacy Melvin
Teresa Carson Wyche
Teresa Carson Wyche Revocable Trust
Graham Clark Wyche II
Graham Clark Wyche II Revocable Trust
Violet A. Carson 2004 Restated Revocable Trust
William R. Gibson
Flint Hills Diversified Strategies L.P.
TUA Kevin M. Anderson 2017 UPN Irrevocable Trust
TUA Margaret J. Anderson Family 2017 Irrevocable Trust
The G. Kenneth and Ann Baum Philanthropic Irrevocable Trust Fund
Debra J. Droskin
Suzanne S. Birkestrand Revocable Trust
Christopher Blunt
Jennifer Blunt
Carol M. Brown Trust
Baptist-Trinity Lutheran Legacy Foundation
C&N Investments, LLC
David W. Caldwell
D. Kaye Summers
Community Foundation of Acadiana
J. Thomas Johnson
Patricia A. Chasnoff
Patricia A. Chasnoff Trust
Frank J. Cucchiara
Douglas R. Dalgleish
Thomas L. Davidson Trust U/A Dtd. 02/02/1998
Douglas County Community Foundation
Earl H. Devanny, III
Earl H. Devanny, III Revocable Trust
Elizabeth H. Devanny Marital Trust
Julia M. Dohr
Michael J. Dohr

Mark J. Doll
Julia C. Doll
Heidi L. Elliott Revocable Trust
Leatrice A. Endlich
Leatrice A. Endlich Trust
Jimby Investments, LLC
PFF, Inc.
Robert H. Freilich
Sandra H. Fried Revocable Trust
David D. Gatchell
David D. Gatchell Revocable Trust U/A Dtd 12/11/2020
Katharine K. Gerson
Carol J. Gilbert
Frederick H. Goertzen
Kathryn C. Greenbaum Irrevocable Trust
Robert Wolff GST Exemption Trust for Laura Greenbaum
Groves Family Wealth Trust
Amy Guerra
Julian Guerra II
Nicholas Guerra
Susanna Guerra
Kimberly Hause
Shawn Hause
Benjamen M. Hutton Revocable Trust
Allison Kisner
Lynk, Inc. Profit Sharing Plan
Douglas D. Klink
Nathan W. Klocke
Emily E. Klocke
Andrew S. Klocke
Jessica K. Klocke
Julie S. Krop
Nancy Levin
Nancy Levin Revocable Trust
Mary Lockton Family Foundation Trust
Mary Lockton Revocable Trust
MML Holdings, LLC
RJL Investments LLC
Ranee Jones Investments LLC Series A
Lytle Family Joint Revocable Trust
Michael Lytle
Mary V. McClure
Mary V. McClure Revocable Trust DTD 11/15/2000
The 2019 Laura M. Perin Irrevocable Trust
Susan M. LaJoe
Thomas E. Mendell

Denise E. Meyer
John M. Meyer
J. Brett Milbourn
J. Brett Milbourn Living Trust
Laura W. Milbourn Living Trust
Henry C. Miller
Henry C. Miller Revocable Trust
Christopher A. Moeller Revocable Trust
Morgenthaler Family Trust
Susan J. Morgenthaler
National Cable Television Cooperative
Dana Hale Nelson Family Irrevocable Trust
Northwest Foundation Inc.
Jill R. Phillips Revocable Trust
Jarrod W. Pierson
Gary L. Pilgrim
Jeremy B. Popowitz
Amy Freilich
Jonathan E. Popowitz
Carol A. Pritchett Revocable Trust Dated March 22, 2002
Rebecca A. Pryor Dynasty Trust
Sherilyn Pryor Tarver Dynasty Trust
Shirley J. Pryor Trust
Frances A. Puhl
TUA Ronald C. Reckrodt 2017 Irrev Trust
Kimberly B. Reene Revocable Trust
Michael E. Riordan
Rockhurst University Endowment Fund
Dawn M. Rottinghaus
Dawn M. Rottinghaus Revocable Trust
Matthew E. Rubel
Meryetamun LLC
John D. Starr Revocable Trust
Laura Starr
The Lawrence D. Starr Charitable Foundation
Saint Paul School of Theology Endowment
Cathie J. Strohl
Scott T. Strohl
Saint Stephen's of Kansas Charitable Trust
Timothy Jax
Swope Health Foundation
Swope Health Services
Jeff Torluemke
Brian Mark Tucci Irrevocable Trust U/A 12/15/1997
Josie Marie Jerwick Irrevocable Trust
Lisa Marie Tucci Irrevocable Trust U/A 12/15/1997

Robert A. Tucci
Cynthia L. Tucci
Tracy Ann Tucci Irrevocable Trust U/A 12/15/1997
Lynn Uhlfelder Berman
UMKC Foundation
Tod S. Vedock
Warren-Wells L.P.
Kristin D. Webster Revocable Trust
Timothy S. Webster
Chloe N. White Trust
Gerald M. White
Gerald White GST Exempt Trust U/D/T of Shirley White
Jewish Community Foundation of Greater Kansas City
Jordan S. White
Linda White Revocable Trust
Hebrew Orthodox Congregation DBA Kehilath Israel Synagogue