UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>INFINITY Q DIVERSIFIED ALPHA FUND,<br><br>Defendant. | Civil Action No. 1:22-cv-09608-PKC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned respectfully enters his appearance as counsel for the Mutual Fund Opt-Out Plaintiffs identified on Exhibit A and has been designated to accept all pleadings, notices, filings, correspondence, and other papers relating to this litigation on behalf of the Mutual Fund Opt-Out Plaintiffs identified on Exhibit A.  The undersigned is admitted to practice before this Court.

Dated: February 9, 2023
       New York, New York

**ROLNICK KRAMER SADIGHI LLP**

By: */s/ Michael J. Hampson*
Michael J. Hampson
1251 Avenue of the Americas
New York, New York 10020
(212) 597-2800
mhampson@rksllp.com

*Attorneys for the Mutual Fund Opt-Out Plaintiffs*