### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

             Plaintiff,

      v.

INFINITY Q DIVERSIFIED ALPHA FUND,

             Defendant.

Civil Action No. 1:22-cv-09608-PKC

### <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that MATTHEW R. LADD, of the law firm of Morgan Lewis & Bockius LLP, hereby enters his appearance in the above-captioned action on behalf of Defendant Infinity Q Diversified Alpha Fund—a series of Trust for Advised Portfolios ("TAP")—as counsel of record for TAP, and requests that copies of all papers and notices in the above-captioned action be served upon the undersigned at the address stated below.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be a waiver or forfeiture, and shall not constitute a waiver or forfeiture, of any rights or defenses, including, but not limited to, any defense or objection relating to personal jurisdiction, and all rights and defenses of the above-named defendant are expressly reserved.

Dated: New York, New York
       February 15, 2023

MORGAN, LEWIS & BOCKIUS LLP

By:    /s/ Matthew R. Ladd
     Matthew R. Ladd

1717 Main Street
Dallas, TX 75201
Phone: (214) 466-4000
Fax: (214) 466-4001
matthew.ladd@morganlewis.com

*Counsel for defendant Infinity Q Diversified Alpha Fund—a series of Trust for Advised Portfolios*