UNITED STATES DITRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

SEURITIES AND EXCHANGE
COMMISSION,

                        Plaintiff,                    22 Civ. 09608 (PKC)

      vs.

INFINITY Q DIVERSIFIED ALPHA FUND,

                        Defendant.

_____x

## NOTICE OF APPLICATION OF SPECIAL MASTER AND
## SPECIAL LITIGATION COMMITTEE AND THEIR COUNSEL
## FOR INTERIM ALLOWANCE OF COMPENSATION

      The Special Master and the Special Litigation Committee ("SLC") of the Trust for Advised Portfolios ("TAP"), and their counsel Finn Dixon & Herling LLP ("FDH"), respectfully submit this notice of application for interim allowance of compensation pursuant to paragraph 27.A of the Court's order appointing Special Master and Imposing Litigation Injunction dated January 10, 2023 (the "Order"). In accordance with the Order, this Notice of Application has been served upon the United States Securities and Exchange Commission and counsel for TAP, each of which has fourteen (14) days to file an objection in accordance with paragraph 27.B of the Order. Absent objection, the Special Master shall make payments to the applicants in accordance with paragraph 27.B.

1. Annexed hereto as Exhibit A is the invoice of the Special Master for services performed in the period January 10, 2023 through January 31, 2023 in the amount of $9,016.00.

2. Annexed hereto as Exhibit B are invoices of SLC members Andrew M. Calamari and John Siciliano for services performed in the period January 10, 2023 through January 31, 2023 in the amounts of $4,048.00 for Mr. Calamari and $4,536.00 for Mr. Siciliano.

3. Annexed hereto as Exhibit C is the invoice for services rendered by FDH to the SLC for the period January 10, 2023 through January 31, 2023 (including costs and disbursements) in the amount of $101,197.67.

4. Annexed hereto as Exhibit D is the invoice for services rendered by FDH to the Special Master for the period January 10, 2023 through January 31, 2023 in the amount of $6,105.00.

Dated: Stamford, Connecticut
       February 21, 2023

Respectfully submitted,

/s/ Daniel S. Noble
Daniel S. Noble
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT  06901-2704
Tel:  (203) 325-5000
Email: dnoble@fdh.com