# EXHIBIT A

 ATTORNEYS AT LAW

Infinity Q Special Master

February 21, 2023
Matter #:  63010.001

### SUMMARY OF INVOICE # 170446

For Services Rendered through January 31, 2023
as Special Master

| | |
|---|---|
| Fees for Services as Special Master | $9,016.00 |
| **TOTAL DUE WITH THIS INVOICE** | **$9,016.00** |

### Wire Transfer and ACH Instructions

Bank: CitiBank, New York, NY
ABA #:
Account #:

FINN DIXON & HERLING LLP - SIX LANDMARK SQUARE, SUITE 600, STAMFORD, CT 06901-2704 | 203 325 5000

Infinity Q Special Master  Invoice # 170446
,  February 21, 2023
  Page 2

For Services Rendered Through January 31, 2023                                    Matter #: 63010.001

### FEE DETAILS

| Date | TKPR | Description | Hrs | Fees |
|---|---|---|---|---|
| 01/11/23 | AMC | Call with Morgan Lewis regarding court order of appointment of SM. | 0.50 | 460.00 |
| 01/12/23 | AMC | Call with SEC. | 0.10 | 92.00 |
| 01/13/23 | AMC | Review and annotate court order of appointment. | 0.40 | 368.00 |
| 01/18/23 | AMC | Call with Russell Simon regarding SM Court order. | 0.80 | 736.00 |
| 01/19/23 | AMC | Call with SEC regarding distribution methods. | 0.60 | 552.00 |
| 01/20/23 | AMC | Call with Morgan Lewis regarding reserve calculation. | 0.50 | 460.00 |
| 01/23/23 | AMC | Draft declaration regarding conflicts of interest (.5); call with R Simon regarding outstanding bills (.2); review fund accounting records (.3). | 1.00 | 920.00 |
| 01/24/23 | AMC | Review historical records regarding distributions. | 0.70 | 644.00 |
| 01/25/23 | AMC | Call with R Simon regarding balance sheet and income statement (.5); call with Susan regarding distribution method (.5). | 1.00 | 920.00 |
| 01/26/23 | AMC | Review legal bills (.7); review Cornerstone's gain analysis (.5); review NERA analysis of distribution methods (1). | 2.20 | 2,024.00 |
| 01/30/23 | AMC | Begin preparing balance sheet; request updated legal fee projections from indemnitees' and TAP counsel; call with SEC regarding interpretation of order. | 1.00 | 920.00 |
| 01/31/23 | AMC | Begin drafting letter to Court regarding outstanding bills; correspond with TAP counsel regarding TAP's legal fees going forward. | 1.00 | 920.00 |
| | | **TOTAL FEES** | | **$9,016.00** |