# EXHIBIT B



ATTORNEYS AT LAW

Infinity Q Diversified Alpha Fund
Attn: Mr. Russell Simon, Principal Financial Officer
Trust for Advised Portfolios c/o U.S. Bank Global Fund Servi
2020 E. Financial Way Ste 100
Glendora, CA  91741

February 14, 2023
Matter #:  62727.001

## SUMMARY OF INVOICE # 170377

For Services Rendered January 10th through January 31, 2023 In connection with Independent Trustee

| | |
|---|---|
| Fees for Legal Services | $4,048.00 |
| **TOTAL DUE WITH THIS INVOICE** | **$4,048.00** |

### Wire Transfer and ACH Instructions

Bank: CitiBank, New York, NY
ABA #:
Account #:

Infinity Q Diversified Alpha Fund  Invoice # 170377
Attn: Mr. Russell Simon, Principal Financial Officer  February 14, 2023
Trust for Advised Portfolios c/o U.S. Bank Global Fund Servi  Page 2
2020 E. Financial Way Ste 100
Glendora, CA  91741

For Services Rendered Through January 31, 2023  Matter #: 62727.001

### FEE DETAILS

| Date | TKPR | Description | Hrs | Fees |
|---|---|---|---|---|
| 01/11/23 | AMC | Team call. | 0.60 | 552.00 |
| 01/12/23 | AMC | Team meeting. | 0.20 | 184.00 |
| 01/19/23 | AMC | Call with Lindell's counsel (.3); prepare for Board meeting (.2); call with John S regarding Board meeting (.2); attend Board meeting (.2). | 0.90 | 828.00 |
| 01/23/23 | AMC | Review SEC's BVAL order; review topics for Lindell interview. | 0.30 | 276.00 |
| 01/24/23 | AMC | Team call (.7); call with class counsel (.2). | 0.90 | 828.00 |
| 01/25/23 | AMC | Call with Morgan Lewis regarding restitution (.5); call with Ben regarding tolling agreement (.1); call with John regarding expert (.1). | 0.70 | 644.00 |
| 01/27/23 | AMC | Team call. | 0.70 | 644.00 |
| 01/30/23 | AMC | Call with Lindell's counsel regarding tolling agreement. | 0.10 | 92.00 |

**TOTAL FEES**  **$4,048.00**

**John C. Siciliano**
**Avondale Strategies, LLC**
**1154 South Oakland Avenue**
**Pasadena, CA  91106**

### Invoice for January 11 - 31, 2023

Infinity Q Diversified Alpha Fund
Attn: Mr. Russell Simon, Principal Financial Officer
Trust for Advised Portfolios c/o U.S. Bank Global Fund Services
2020 E. Financial Way Ste 100
Glendora, CA 91741

| Date | Activity | Time |
|---|---|---|
| January 11 | Calamari, Noble, Arrow: review of interview Agenda | 30 minutes |
| January 12 | Weekly team call | 20 minutes |
| January 13 | Susan DiCicco re. OSC | 20 minutes |
|  | Board Meeting list review; various emails | 10 minutes |
| January 18 | Read Special Master Order | 10 minutes |
| January 19 | Conversation with Calamari re. SMO | 20 minutes |
|  | TAP Board monthly call | 20 minutes |
| January 20 | Various emails | 10 minutes |
| January 23 | Review Lindell interview document | 10 minutes |
| January 24 | Weekly team call | 40 minutes |
| January 25 | MLB call on restitution | 30 minutes |
|  | Call with Arrow on expert witness re. fund admin. | 30 minutes |
| January 27 | Calamari, Noble, Arrow re. various issues | 40 minutes |
|  | Derivative complaint emails | 10 minutes |
|  | Review of SLC outline document | 40 minutes |
|  | **TOTAL MINUTES:** | **340 minutes or 5.67 hours** |

**TOTAL TIME AT $800 PER HR**  $ 4,536.00

**TOTAL JANUARY BILL**  $ 4,536.00

Please remit by wire/ACH (no checks please) to:
Wells Fargo Bank
███████████████
███████████████
FBO: John C. Siciliano
Routing number: ██████████ (domestic wires)
Routing number: ██████████ (direct deposit; electronic payments)
Account number: ██████████