# EXHIBIT C



**ATTORNEYS AT LAW**

Special Litigation Committee for the Boa
Trust for Advised Portfolios c/o US Bank Global Fund Service
2020 E. Financial Way
Ste 100
Glendora, CA  91741

February 17, 2023
Matter #:  62772.001

## SUMMARY OF INVOICE # 170416

For Services Rendered January 10 - January 31, 2023
In connection with FDH Representation

| | |
|---|---:|
| Fees for Legal Services | $98,999.00 |
| Costs and Disbursements | 2,198.67 |
| **TOTAL DUE WITH THIS INVOICE** | **$101,197.67** |

### Wire Transfer and ACH Instructions

Bank: CitiBank, New York, NY
ABA #:
Account #:

FINN DIXON & HERLING LLP - SIX LANDMARK SQUARE, SUITE 600, STAMFORD, CT 06901-2704 | 203 325 5000

Special Litigation Committee for the Boa  Invoice # 170416
Trust for Advised Portfolios c/o US Bank Global Fund Service  February 17, 2023
2020 E. Financial Way  Page 2
Ste 100
Glendora, CA  91741

For Services Rendered Through January 31, 2023  Matter #: 62772.001

**FEE DETAILS**

| Date | TKPR | Description | Hrs | Fees |
|---|---|---|---|---|
| 01/10/23 | BMA | Draft amended and restated tolling agreement (1.5). Emails with D. Noble (0.3). Emails with J. Siciliano (0.2). Legal Research (0.3). | 2.30 | 1,426.00 |
| 01/10/23 | DSN | Review Investigation Plan tasks in preparation for team meeting with SLC | 0.20 | 165.00 |
| 01/10/23 | DSN | Correspondence with Andrew Calamari, John Siciliano, Benjamin Arrow, Tom Cimino, Junaid Zubairi, Josh Nichols | 0.10 | 82.50 |
| 01/10/23 | DSN | Correspondence with Benjamin Arrow, Brian Morgan | 0.10 | 82.50 |
| 01/10/23 | DSN | Call with T. Cimino | 0.50 | 412.50 |
| 01/10/23 | DSN | Correspondence with Andrew Calamari, John Siciliano, Benjamin Arrow. | 0.10 | 82.50 |
| 01/10/23 | DSN | Correspondence with Benjamin Arrow, Andrew Calamari, John Siciliano, and Sean Murphy. | 0.10 | 82.50 |
| 01/10/23 | DSN | Review and revise Tolling Agreement Extension and correspondence with Ben Arrow re: same | 0.40 | 330.00 |
| 01/10/23 | KVS | Consolidate questions regarding legal outline for discussion. | 1.90 | 855.00 |
| 01/10/23 | MBD | Conduct legal research | 7.70 | 4,735.50 |
| 01/11/23 | BMA | Correspondence with Daniel Noble, John Siciliano, Andrew Calamari (0.1). Correspondence with Daniel Noble (0.1). Emails with Matt Danzer (0.3). Call Kate Reilly (0.1). Email M. Cabin (0.1). Conference with A. Calamari, J. Siciliano, and D. Noble (0.6). Update tolling agreement chart and send to A. Calamari and D. Noble (0.2). | 1.50 | 930.00 |
| 01/11/23 | DSN | Call with B. Morgan | 0.30 | 247.50 |
| 01/11/23 | DSN | Correspondence with Benjamin Arrow, Andrew Calamari | 0.20 | 165.00 |
| 01/11/23 | DSN | Correspondence with John Siciliano | 0.20 | 165.00 |
| 01/11/23 | DSN | Zoom with A. Calamari, J. Siciliano, and B. Arrow | 0.60 | 495.00 |
| 01/11/23 | DSN | Correspondence with Matthew Danzer, Benjamin Arrow | 0.10 | 82.50 |
| 01/11/23 | DSN | Correspondence with Andrew Calamari, John Siciliano, Benjamin Arrow, Sean Murphy | 0.20 | 165.00 |
| 01/11/23 | MBD | Conduct legal research and draft email memo to DN, BA regarding the same | 5.50 | 3,382.50 |
| 01/12/23 | BMA | Email D. Noble (0.1). Call from K. Reilly (0.1). Review and condense notes of call with K. Reilly (0.1). Draft email to D. Noble (0.6). Review notes of meeting with D. Noble (0.1). Discuss document-review strategy for supplemental ▉ witnesses with K. Powderly (0.2). Weekly team meeting (0.2). Emails with D. Noble (0.5). Email tolling agreement (0.2). | 2.10 | 1,302.00 |
| 01/12/23 | DSN | Correspondence with John Siciliano | 0.10 | 82.50 |
| 01/12/23 | DSN | Correspondence with Benjamin Arrow, Andrew Calamari, John Siciliano | 0.20 | 165.00 |
| 01/12/23 | DSN | Review and revise Amended and Restated Tolling Agreement | 0.30 | 247.50 |
| 01/12/23 | DSN | Draft guidance for Kevin Sweeney regarding SLC Legal Research Questions | 0.70 | 577.50 |
| 01/12/23 | DSN | FDH Team Zoom with SLC | 0.20 | 165.00 |
| 01/12/23 | DSN | Correspondence with Benjamin Arrow | 0.50 | 412.50 |
| 01/12/23 | KP | Team meeting (0.2).  Call with B. Arrow to discuss document review (0.3).  Search and review documents (1.0). | 1.50 | 832.50 |
| 01/12/23 | KVS | Attend weekly team meetings. | 0.20 | 90.00 |
| 01/12/23 | KVS | Research potential causes of action and applicable law. | 1.30 | 585.00 |
| 01/12/23 | MBD | Conduct legal research (4.8); attend team meeting (0.2) | 5.00 | 3,075.00 |
| 01/13/23 | BMA | Review documents concerning two potential GFS witnesses and draft email to D. Noble re: potential interviews of same (3.3). Call with K. Powderly re: document review strategy for GFS witnesses (0.2). | 3.50 | 2,170.00 |
| 01/13/23 | DSN | Correspondence with Benjamin Arrow regarding potential GFS witness. | 0.10 | 82.50 |
| 01/13/23 | DSN | Correspondence with Benjamin Arrow | 0.10 | 82.50 |
| 01/13/23 | DSN | Correspondence with Ivan Harris, Susan DiCicco, Andrew Calamari, | 0.20 | 165.00 |

Special Litigation Committee for the Boa  
Trust for Advised Portfolios c/o US Bank Global Fund Service  
2020 E. Financial Way  
Ste 100  
Glendora, CA  91741  

Invoice # 170416  
February 17, 2023  
Page 3  

For Services Rendered Through January 31, 2023                         Matter #: 62772.001

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | John Siciliano. | | |
| 01/13/23 | DSN | Review Motion for Order to Show Cause and Exhibits filed by A. Morris in Securities Class Action | 0.40 | 330.00 |
| 01/13/23 | KVS | Review response to inquiries regarding legal research memorandum. | 0.30 | 135.00 |
| 01/13/23 | MBD | Conduct legal research | 6.90 | 4,243.50 |
| 01/15/23 | BMA | Email J. Siciliano (0.4). Review documents in preparation for drafting witness interview outline (1.9). | 2.30 | 1,426.00 |
| 01/15/23 | DSN | Correspondence with Benjamin Arrow, Andrew Calamari, John Siciliano | 0.10 | 82.50 |
| 01/16/23 | BMA | Draft outline of witness interview. | 3.80 | 2,356.00 |
| 01/17/23 | BMA | Email correspondence with D. Noble (0.2). Email J. Nichols(0.1). Review M. Danzer research email (0.3). Call with D. Noble and A. Calamari (0.1). Call with Susan DiCicco (0.5). | 1.20 | 744.00 |
| 01/17/23 | DSN | Correspondence with Benjamin Arrow | 0.10 | 82.50 |
| 01/17/23 | DSN | Correspondence with Andrew Calamari, Benjamin Arrow | 0.10 | 82.50 |
| 01/17/23 | DSN | Correspondence with Benjamin Arrow | 0.20 | 165.00 |
| 01/17/23 | DSN | Call with A. Calamari and B. Arrow | 0.20 | 165.00 |
| 01/17/23 | DSN | Correspondence with Benjamin Arrow, Andrew Calamari | 0.10 | 82.50 |
| 01/17/23 | DSN | Review and revise Tolling Agreement | 0.30 | 247.50 |
| 01/17/23 | KVS | Research potential causes of action and applicable law. | 1.10 | 495.00 |
| 01/17/23 | MBD | Conduct legal research | 4.10 | 2,521.50 |
| 01/18/23 | BMA | Call with D. Noble (0.2). Draft witness interview outline (0.5). | 0.70 | 434.00 |
| 01/18/23 | DSN | Correspondence with Benjamin Arrow | 0.10 | 82.50 |
| 01/18/23 | DSN | Call with Ben Arrow | 0.20 | 165.00 |
| 01/18/23 | DSN | Correspondence with Benjamin Arrow | 0.10 | 82.50 |
| 01/18/23 | KVS | Research potential causes of action and applicable law. | 1.10 | 495.00 |
| 01/18/23 | MBD | Conduct legal research | 6.70 | 4,120.50 |
| 01/19/23 | BMA | Emails with A. Calamari and D. Noble (0.5). Draft revised tolling agreement (1.3). Revise draft tolling agreement for and send to counsel (0.3). Draft list of topics/rough outline for interview of potential witness interview (1.4). Review all outstanding requests to GFS and draft email to A. Calamari re: same (1.0). | 4.50 | 2,790.00 |
| 01/19/23 | DSN | Correspondence with Benjamin Arrow | 0.10 | 82.50 |
| 01/19/23 | DSN | Review and revise Tolling Agreement Extension | 0.10 | 82.50 |
| 01/19/23 | DSN | Correspondence with Benjamin Arrow | 0.20 | 165.00 |
| 01/19/23 | EAM | Call with D. Noble | 0.10 | 55.50 |
| 01/19/23 | KVS | Research potential causes of action and applicable law. | 2.00 | 900.00 |
| 01/19/23 | MBD | Conduct legal research | 5.90 | 3,628.50 |
| 01/20/23 | DSN | Correspondence with Benjamin Arrow | 0.10 | 82.50 |
| 01/20/23 | DSN | Correspondence with Benjamin Arrow, Andrew Calamari, John Siciliano | 0.20 | 165.00 |
| 01/20/23 | DSN | Correspondence with Benjamin Arrow | 0.10 | 82.50 |
| 01/20/23 | EAM | Call with B. Arrow | 0.60 | 333.00 |
| 01/23/23 | BMA | Draft witness interview outline. | 1.40 | 868.00 |
| 01/23/23 | DSN | Correspondence with John Siciliano, Andrew Calamari, Benjamin Arrow | 0.10 | 82.50 |
| 01/23/23 | DSN | Correspondence with Benjamin Arrow, Eilis Meagher | 0.10 | 82.50 |
| 01/23/23 | DSN | Correspondence with Benjamin Arrow regarding Lindell | 0.10 | 82.50 |
| 01/23/23 | DSN | Correspondence with Tom Cimino, Benjamin Arrow | 0.10 | 82.50 |
| 01/23/23 | DSN | Correspondence with Tom Cimino re: outstanding SLC requests | 0.30 | 247.50 |
| 01/23/23 | MBD | Conduct legal research | 3.10 | 1,906.50 |
| 01/24/23 | BMA | Prepare list of topics for discussion with potential expert (0.7). Weekly team meeting (0.7). Review team communications (0.3). Communications with counsel for GFS (0.1). | 1.80 | 1,116.00 |
| 01/24/23 | CAS | Review Velissaris docket | 0.20 | 66.00 |
| 01/24/23 | DSN | FDH Team Meeting with SLC | 0.70 | 577.50 |
| 01/24/23 | DSN | Correspondence with Andrew Calamari | 0.10 | 82.50 |
| 01/24/23 | DSN | Correspondence with Benjamin Arrow | 0.10 | 82.50 |
| 01/24/23 | DSN | Correspondence with Benjamin Arrow | 0.20 | 165.00 |
| 01/24/23 | DSN | Correspondence with Benjamin Arrow | 0.10 | 82.50 |

Special Litigation Committee for the Boa  
Trust for Advised Portfolios c/o US Bank Global Fund Service  
2020 E. Financial Way  
Ste 100  
Glendora, CA  91741

Invoice # 170416  
February 17, 2023  
Page 4

For Services Rendered Through January 31, 2023                              Matter #: 62772.001

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/24/23 | DSN | Review and revise topics for potential expert witness | 0.30 | 247.50 |
| 01/24/23 | DSN | Correspondence with Benjamin Arrow, Eilis Meagher, Andrew Calamari, John Siciliano | 0.30 | 247.50 |
| 01/24/23 | DSN | Review legal research | 0.10 | 82.50 |
| 01/24/23 | EAM | Team Meeting | 0.70 | 388.50 |
| 01/24/23 | KP | Team meeting. | 0.70 | 388.50 |
| 01/24/23 | KVS | Attend team meeting | 0.70 | 315.00 |
| 01/24/23 | MBD | Conduct legal research (2.8); attend team meeting (0.7) | 3.50 | 2,152.50 |
| 01/25/23 | BMA | Call with Susan DiCicco and Dan Tehrani re: ▮▮▮ (0.5). Communications with J. Siciliano re: ▮▮▮ (0.5).Call with A. Calamari re: ▮▮▮ (0.1). Attention to ▮▮▮ tolling agreement (0.3). Attention to Delaware derivative complaint (0.5). Emails with D. Noble, A. Calamari, and J. Siciliano re: ▮▮▮ (0.2). | 2.10 | 1,302.00 |
| 01/25/23 | DSN | Zoom with counsel for TAP and SLC re: ▮▮▮ | 0.50 | 412.50 |
| 01/25/23 | DSN | Correspondence with Kurt Heyman, Andrew Calamari, John Siciliano, Benjamin Arrow, Glenn McGillivray, Greg Varallo, and Aaron Morris | 0.20 | 165.00 |
| 01/25/23 | DSN | Correspondence with TAP's counsel | 0.30 | 247.50 |
| 01/25/23 | DSN | Correspondence with Benjamin Arrow, Andrew Calamari | 0.40 | 330.00 |
| 01/25/23 | KP | Review documents. | 3.50 | 1,942.50 |
| 01/25/23 | KVS | Review and revise research memorandum. | 2.10 | 945.00 |
| 01/25/23 | MBD | Conduct legal research | 1.30 | 799.50 |
| 01/26/23 | BMA | Draft Interview Outline. (4.7). Communications with counsel for GFS and D. Noble (0.1). | 4.80 | 2,976.00 |
| 01/26/23 | CAS | Emails with Ben Arrow | 0.10 | 33.00 |
| 01/26/23 | EAM | Draft factual outline for report | 7.00 | 3,885.00 |
| 01/26/23 | KP | Review materials from Vedder. | 1.30 | 721.50 |
| 01/26/23 | KVS | Finalize research memoranda regarding potential causes of action and applicable law. | 1.20 | 540.00 |
| 01/26/23 | MBD | Conduct legal research | 6.00 | 3,690.00 |
| 01/27/23 | BMA | Call with A. Calamari, D. Noble, and J. Siciliano (0.7). Draft revised tolling agreement (0.6). Communications with D. Noble and A. Calamari (0.3). Email counsel for GFS (0.1). | 1.70 | 1,054.00 |
| 01/27/23 | CAS | Compile Documents for B. Arrow | 0.10 | 33.00 |
| 01/27/23 | DSN | Review and revise Amended and Restated Tolling Agreement | 0.10 | 82.50 |
| 01/27/23 | DSN | Correspondence with Benjamin Arrow | 0.10 | 82.50 |
| 01/27/23 | DSN | Review Transcript of Velissaris Guilty Plea | 0.10 | 82.50 |
| 01/27/23 | DSN | Review and revise witness interview Outline | 0.30 | 247.50 |
| 01/27/23 | DSN | Correspondence with Graham, Margaret (USANYS), Tracer, Daniel (USANYS) | 0.50 | 412.50 |
| 01/27/23 | DSN | Correspondence with Tehrani, Daniel B., Andrew Calamari, John Siciliano, Benjamin Arrow | 0.30 | 247.50 |
| 01/27/23 | EAM | Draft factual outline for report | 6.50 | 3,607.50 |
| 01/27/23 | MBD | Conduct legal research | 3.00 | 1,845.00 |
| 01/29/23 | BMA | Review docket in SEC v. Lindell (0.3). Outline factual findings section of SLC report (1.8). | 2.10 | 1,302.00 |
| 01/30/23 | BMA | Correspondence with E. Meagher (0.1). Correspondence with C. Sommer and B. Fernandez (0.2). Correspondence with C. Sommer (0.2). Correspondence with S. Murphy (0.2). Internet research re: ▮▮▮ (0.2). Communications with counsel for Velissaris, BBD, and GFS (0.7). Attention to tolling agreement tracker (0.3). Communications with counsel for TAP (0.2). Preparation for weekly team meeting (0.2). Attention to tolling agreements (0.8). Attention to legal research (0.7). Discuss legal research strategy with E. Meagher (0.1). | 4.00 | 2,480.00 |
| 01/30/23 | CAS | Print and assemble documents for D. Noble and B. Arrow; Research for | 3.80 | 1,254.00 |

Special Litigation Committee for the Boa  Invoice # 170416
Trust for Advised Portfolios c/o US Bank Global Fund Service  February 17, 2023
2020 E. Financial Way  Page 5
Ste 100
Glendora, CA  91741

For Services Rendered Through January 31, 2023  Matter #: 62772.001

Ben Arrow

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 01/30/23 | DSN | Correspondence with Andrew Calamari, Benjamin Arrow | 0.10 | 82.50 |
| 01/30/23 | EAM | Draft factual outline of report | 3.20 | 1,776.00 |
| 01/30/23 | EAM | Call with B. Arrow | 0.20 | 111.00 |
| 01/31/23 | BMA | Discuss legal research with M. Danzer (0.1). Review E. Meagher inserts to outline of factual background section of SLC report (1.3). | 1.40 | 868.00 |
| 01/31/23 | CAS | Compile documents for B. Arrow | 1.80 | 594.00 |
| 01/31/23 | DSN | Correspondence with John Siciliano | 0.10 | 82.50 |
| 01/31/23 | KVS | Finalize memorandum on potential causes of action and applicable law. | 3.10 | 1,395.00 |
| 01/31/23 | MBD | Conduct legal research | 5.20 | 3,198.00 |

**TOTAL FEES**  **$98,999.00**

## COSTS AND DISBURSEMENTS

| Description | Amount |
|---|---:|
| Vendor: Daniel Noble; Invoice#: 01.10.23; Date: 1/10/2023 Attorney travel costs and expenses for witness interview in Chicago, IL. | 1,231.74 |
| Vendor: Benjamin Arrow; Invoice#: 01.10.23; Date: 1/10/2023  -  Attorney costs and expenses for witness interview in Chicago, IL | 921.73 |
| Online Research | 45.20 |

**Total Costs and Disbursements**  **2,198.67**