# EXHIBIT D



ATTORNEYS AT LAW

Infinity Q Special Master

February 21, 2023
Matter #: 63010.001

### SUMMARY OF INVOICE # 170376

For Services Rendered through January 31, 2023
to Special Master

| | |
|---|---|
| Fees for Legal Services | $6,105.00 |
| **TOTAL DUE WITH THIS INVOICE** | **$6,105.00** |

#### Wire Transfer and ACH Instructions

Bank: CitiBank, New York, NY
ABA #:
Account #:

Infinity Q Special Master  
,  

Invoice # 170376  
February 21, 2023  
Page 2  

For Services Rendered Through January 31, 2023   Matter #: 63010.001

## FEE DETAILS

| Date | TKPR | Description | Hrs | Fees |
|---|---|---|---|---|
| 01/10/23 | CAS | Review consent order and calendar upcoming deadlines; emails with A. Calamari re: same | 0.60 | 198.00 |
| 01/10/23 | DSN | Correspondence with Andrew Calamari, Susan DiCicco | 0.10 | 82.50 |
| 01/10/23 | DSN | Correspondence with Andrew Calamari, Catherine Sommer, Benjamin Arrow | 0.20 | 165.00 |
| 01/11/23 | DSN | Zoom with S. DeCicco, I. Harris, and A. Calamari | 0.60 | 495.00 |
| 01/11/23 | DSN | Correspondence with Andrew Calamari, Christopher Menconi, Susan DiCicco, Ivan Harris, Russell Simon, Chris Kashmerick | 0.20 | 165.00 |
| 01/13/23 | CAS | Download US Bank files received and create files for documents to date; emails with A. Calamari | 0.40 | 132.00 |
| 01/13/23 | DSN | Correspondence with Catherine Sommer, Andrew Calamari, Benjamin Arrow | 0.20 | 165.00 |
| 01/18/23 | DSN | Zoom with TAP Counsel and Andy Calamari | 1.00 | 825.00 |
| 01/18/23 | DSN | Review Infinity Q Fund Activity Reports and Expense Logs | 0.30 | 247.50 |
| 01/18/23 | EAM | Call with A. Calamari | 0.10 | 55.50 |
| 01/19/23 | DSN | Review Indemnification Language from TAP-GFS Accounting Agreement | 0.10 | 82.50 |
| 01/19/23 | DSN | Correspondence with Andrew Calamari regarding | 0.10 | 82.50 |
| 01/20/23 | DSN | Teams Meeting with A. Calamari, E. Meagher, S. DeCicco, J. Goodchild | 0.40 | 330.00 |
| 01/20/23 | DSN | Review and revise notes re: call with S. DiCicco and J. Goodchild | 0.10 | 82.50 |
| 01/20/23 | DSN | Correspondence with Eilis Meagher regarding Notes re: Reserve & Distribution | 0.40 | 330.00 |
| 01/20/23 | DSN | Correspondence with Andrew Calamari | 0.20 | 165.00 |
| 01/20/23 | DSN | Correspondence with DiCicco, Susan F., Goodchild, III, John C., Andrew Calamari, Eilis Meagher | 0.20 | 165.00 |
| 01/20/23 | DSN | Correspondence with Andrew Calamari, DiCicco, Susan F., Floren, Joseph E., Harris, Ivan P., Eilis Meagher | 0.10 | 82.50 |
| 01/20/23 | EAM | Video conference with S. DiCicco and J. Goodchild | 0.50 | 277.50 |
| 01/20/23 | EAM | Finalize notes of video conference with S. DiCicco and J. Goodchild | 0.50 | 277.50 |
| 01/21/23 | DSN | Correspondence with DiCicco, Susan F., Goodchild, III, John C., Andrew Calamari, Eilis Meagher | 0.20 | 165.00 |
| 01/23/23 | DSN | Review and revise Special Master Declaration | 0.40 | 330.00 |
| 01/23/23 | DSN | Correspondence with DiCicco, Susan | 0.10 | 82.50 |
| 01/23/23 | DSN | Correspondence with Andrew Calamari | 0.20 | 165.00 |
| 01/24/23 | CAS | Finalize Declaration of A. Calamari for filing; Disc. with A. Calamari re: filing of same | 0.20 | 66.00 |
| 01/24/23 | DSN | Correspondence with DiCicco, Susan | 0.10 | 82.50 |
| 01/24/23 | DSN | Correspondence with Simon, Russell B, Kashmerick, Chris E, Andrew Calamari | 0.10 | 82.50 |
| 01/25/23 | CAS | Emails and telephone calls with the SDNY clerk re: filing of Declaration with the court and login for same; finalize and file A. Calamari declaration with the Court | 0.80 | 264.00 |

Infinity Q Special Master  Invoice # 170376
,  February 21, 2023
  Page 3

For Services Rendered Through January 31, 2023   Matter #: 63010.001

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/25/23 | DSN | Correspondence with Andrew Calamari, Eilis Meagher, Catherine Sommer | 0.10 | 82.50 |
| 01/26/23 | CAS | Draft and file appearance for D. Noble; review court order and calendar deadlines from same; download client files received for A. Calamari | 0.90 | 297.00 |
| 01/27/23 | DSN | Correspondence with Eilis Meagher regarding IQ Special Master | 0.10 | 82.50 |
| | | **TOTAL FEES** | | **$6,105.00** |