UNITED STATES DITRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                          :

SECURITIES AND EXCHANGE         :
COMMISSION,                     :
                    Plaintiff,   :
                                 :
             v.              :        22 Civ. 9608 (PKC)
                                 :
INFINITY Q DIVERSIFIED ALPHA FUND,  :
                                 :
                  Defendant.  :
                                 :
---------------------------------------------------------------x

## NOTICE OF APPLICATION OF SPECIAL MASTER AND
## SPECIAL LITIGATION COMMITTEE AND THEIR COUNSEL
## FOR INTERIM ALLOWANCE OF COMPENSATION

The Special Master and the Special Litigation Committee ("SLC") of the Trust for

Advised Portfolios ("TAP"), and their counsel Finn Dixon & Herling LLP ("FDH"), respectfully

submit this notice of application for interim allowance of compensation pursuant to paragraph

27(A) of the Court's Amended Consented To Order Appointing Special Master and Imposing

Litigation Injunction dated March 10, 2023 (ECF 38) (the "Amended Order").  In accordance

with the Amended Order, this Notice of Application has been served upon the U.S. Securities

and Exchange Commission and counsel for TAP, each of which has fourteen (14) days to file an

objection in accordance with paragraph 27(B) of the Amended Order.  Absent objection, the

Special Master shall make payments to the applicants in accordance with paragraph 27(B).

1.    Annexed hereto as **Exhibit A** is the invoice of the Special Master for services

performed during the period February 1, 2023 through February 28, 2023 in the

amount of $13,708.00.

2.  Annexed hereto as **Exhibit B** are invoices of SLC members Andrew M. Calamari and John C. Siciliano for services performed during the period February 1, 2023 through February 28, 2023 in the amounts of $11,684.00 and $20,025.10, respectively.

3.  Annexed hereto as **Exhibit C** is the invoice for services rendered by FDH to the SLC during the period February 1, 2023 through February 28, 2023 (including costs and disbursements) in the amount of $79,616.50.

4.  Annexed hereto as **Exhibit D** is the invoice for services rendered by FDH to the Special Master during the period February 1, 2023 through February 28, 2023 in the amount of $11,989.50.

Dated:  Stamford, Connecticut                         Respectfully submitted,
        March 22, 2023

                                                      /s/ Daniel S. Noble
                                                      Daniel S. Noble
                                                      FINN DIXON & HERLING LLP
                                                      Six Landmark Square
                                                      Stamford, CT  06901-2704
                                                      Tel:  (203) 325-5000
                                                      Email: dnoble@fdh.com

# EXHIBIT A

 ATTORNEYS AT LAW

Infinity Q Special Master                                           March 15, 2023
,                                                                  Matter #:  63010.001

### SUMMARY OF INVOICE # 170719

For Services Rendered through February 28, 2023
As Special Master

Fees for Services as Special Master                    $13,708.00

**TOTAL DUE WITH THIS INVOICE**                        **$13,708.00**

### Wire Transfer and ACH Instructions

Bank: ████████████████████████
ABA #: ███████████
Account #: ████████████

Finn Dixon & Herling LLP - Six Landmark Square, Suite 600, Stamford, CT 06901-2704 | 203 325 5000

Infinity Q Special Master

Invoice # 170719
March 15, 2023
Page 2

For Services Rendered Through February 28, 2023

Matter #: 63010.001

**FEE DETAILS**

| Date | TKPR | Description | Hrs | Fees |
|------|------|-------------|-----|------|
| 02/01/23 | AMC | Draft letter to Court regarding outstanding expenses (.8); correspond with Russell Simon regarding same (.2). | 1.00 | 920.00 |
| 02/06/23 | AMC | Work on status report for Court. | 3.00 | 2,760.00 |
| 02/07/23 | AMC | Draft status report. | 1.50 | 1,380.00 |
| 02/08/23 | AMC | Revise status report (.5); correspond with R. Simon and Morgan Lewis regarding bills (.2). | 0.70 | 644.00 |
| 02/12/23 | AMC | Call with SEC. | 0.10 | 92.00 |
| 02/14/23 | AMC | Call with SEC. | 0.20 | 184.00 |
| 02/15/23 | AMC | Work on letter seeking Court approval for past expenses. | 5.00 | 4,600.00 |
| 02/16/23 | AMC | Revise expense approval letter (1); call with independent director counsel (.2); call with SEC regarding indemnification and advancement issues (.1). | 1.30 | 1,196.00 |
| 02/17/23 | AMC | Call with Eilis regarding research assignment regarding ███████. | 0.30 | 276.00 |
| 02/23/23 | AMC | Call with Eilis regarding ██████████ research. | 0.20 | 184.00 |
| 02/24/23 | AMC | Review research ████████████ (.2); call with SEC (.5). | 0.70 | 644.00 |
| 02/28/23 | AMC | Call with Michael Cabin regarding advancement (.2); call with S DeCicco regarding same (.7). | 0.90 | 828.00 |
| | | **TOTAL FEES** | | **$13,708.00** |

# EXHIBIT B

 ATTORNEYS AT LAW

Infinity Q Diversified Alpha Fund
Attn: Mr. Russell Simon, Principal Financial Officer
Trust for Advised Portfolios c/o U.S. Bank Global Fund Servi
2020 E. Financial Way Ste 100
Glendora, CA  91741

March 15, 2023
Matter #:  62727.001

### SUMMARY OF INVOICE # 170720

For Services Rendered through February 28, 2023
In connection with Independent Trustee

| | |
|---|---|
| Fees for Legal Services | $11,684.00 |
| **TOTAL DUE WITH THIS INVOICE** | **$11,684.00** |

### Wire Transfer and ACH Instructions

Bank: 
ABA #:
Account #:

---

Infinity Q Diversified Alpha Fund
Attn: Mr. Russell Simon, Principal Financial Officer
Trust for Advised Portfolios c/o U.S. Bank Global Fund Servi
2020 E. Financial Way Ste 100
Glendora, CA  91741

Invoice # 170720
March 15, 2023
Page 2

For Services Rendered Through February 28, 2023

Matter #: 62727.001

## FEE DETAILS

| Date | TKPR | Description | Hrs | Fees |
|------|------|-------------|-----|------|
| 02/01/23 | AMC | Team meeting. | 0.50 | 460.00 |
| 02/02/23 | AMC | Call with SEC. | 0.40 | 368.00 |
| 02/06/23 | AMC | Call with John S; review derivative complaint. | 0.80 | 736.00 |
| 02/07/23 | AMC | Review Potter outline; call with SEC; meet with Ben. | 0.60 | 552.00 |
| 02/08/23 | AMC | Call with DE counsel (.5); team meeting (.3). | 0.80 | 736.00 |
| 02/09/23 | AMC | Prep for and attend Potter interview; review outline; post-interview meeting. | 3.50 | 3,220.00 |
| 02/10/23 | AMC | Calls with SEC (.4); call with Dan N (.2). | 0.60 | 552.00 |
| 02/14/23 | AMC | Call with DE counsel (.5); team meeting (.3). | 0.80 | 736.00 |
| 02/16/23 | AMC | Call with Dan regarding R23.1 motion in DE action and strategy (.3); call with DE counsel (.3); attend Board call (.3). | 0.90 | 828.00 |
| 02/17/23 | AMC | Call with expert ███████████████████. | 0.80 | 736.00 |
| 02/21/23 | AMC | Team call. | 0.80 | 736.00 |
| 02/23/23 | AMC | Call with Kurt. | 0.30 | 276.00 |
| 02/24/23 | AMC | Review memo ████████████████████████. | 0.50 | 460.00 |
| 02/25/23 | AMC | Call with SEC. | 0.20 | 184.00 |
| 02/27/23 | AMC | Call with Neal regarding ███████ (.4); review opt-out motion to intervene (.2); call with Neal (.1). | 0.70 | 644.00 |
| 02/28/23 | AMC | Team call (.4); call with John S. regarding expert (.1). | 0.50 | 460.00 |
| | | **TOTAL FEES** | | **$11,684.00** |

**John C. Siciliano**
**Avondale Strategies, LLC**

███████████████████████

**Pasadena, CA  91106**

## Invoice as of February 28, 2023

Infinity Q Diversified Alpha Fund
Attn: Mr. Russell Simon, Principal Financial Officer
Trust for Advised Portfolios c/o U.S. Bank Global Fund Services
2020 E. Financial Way Ste 100
Glendora, CA 91741

| Date | Activity | Time |
|---|---|---|
| February 1 | Weekly Call | 25 minutes |
| | Review various emails; tolling agreements; Len Potter Outline; one other specific memo | 35 minutes |
| February 5 | Review derivative suit emails and amended complaint | 80 minutes |
| February 6 | Conversation with Andrew Calamari | 10 minutes |
| February 7 | Travel for Potter interview | 360 minutes |
| February 8 | Weekly Call | 30 minutes |
| February 8-10 | Review various emails on derivative suite; ███████ ██████ Agreement | 60 minutes |
| | Review amended and final versions of Potter outline | 50 minutes |
| February 9 | Potter interview | 300 minutes |
| February 10 | Travel | 360 minutes |
| | **Travel expenses - after 20% courtesy discount (see attached)** | |
| | Kurt Heyman/Dan Noble emails | 10 minutes |
| February 14 | Kurt Heyman conference call | 30 minutes |
| | Weekly call | 20 minutes |
| February 16 | ████████████████ Agreement | 5 minutes |
| | Kurt Heyman emails | 20 minutes |
| | Board Prep call with Andrew Calamari | 10 minutes |
| | Heyman, Calamari, Noble call re. derivative suit | 20 minutes |
| | Document review | 10 minutes |
| | Board call | 15 minutes |
| February 17 | Due Diligence call with leading platform provider | 60 minutes |
| February 20 | Debrief with Andrew Calamari on platform provider | 15 minutes |
| February 21 | Weekly call | 45 minutes |
| February 23 | Kurt Heyman call with Calamari and Noble | 15 minutes |
| February 28 | Weekly call | 20 minutes |
| | Industry expert call | 35 minutes |
| | Call with Andrew Calamari | 10 minutes |

|  |  |  |
|---|---|---|
| **TOTAL MINUTES:** | **1650 minutes or** | **27.5 hours** |
|  | **LESS 360 minutes TRAVEL CREDIT** | **21.5 hours** |
| **TOTAL MINUTES AFTER TRAVEL CREDIT:** |  | **21.5 hours** |

|  |  |
|---|---|
| **TOTAL TIME AT $800 PER HR** | **$ 17,200.00** |
| **20% DISCOUNTED TRAVEL EXPENSES (attached)** | **2,825.10** |
| **TOTAL FEBRUARY BILL** | **$ 20,025.10** |

Please remit by wire/ACH (no checks please) to:

█████████████

███████████████

FBO: John C. Siciliano

Routing number: ███████████████

Routing number: █████████████████████████

Account number: █████████

**John C. Siciliano**
**Avondale Strategies, LLC**

████████████████████

**Pasadena, CA  91106**

**Travel Invoice for Potter Interview**
**February 7-10, 2023**

Infinity Q Diversified Alpha Fund
Attn: Mr. Russell Simon, Principal Financial Officer
Trust for Advised Portfolios c/o U.S. Bank Global Fund Services
2020 E. Financial Way Ste 100
Glendora, CA 91741

| Category | Amount |
|---|---|
| Ground Transportation | $  315.35 |
| Food and Beverage | 124.96 |
| Airplane Wifi | 16.00 |
| Airfare | 1,937.80 |
| Airport Parking | 87.99 |
| Lodging | 1,049.28 |

|  |  |
|---|---|
| **Total:** | **$3,531.38** |
| **Less 20% Courtesy Discount:** | **706.28** |
| **Total:** | **$2,825.10** |

Please remit by wire/ACH (no checks please) to:

████████████████
█████████████████████
██████████████
FBO: John C. Siciliano
Routing number:████████████████████
Routing number:██████████████████████████████████
Account number:█████████████

# EXHIBIT C

 ATTORNEYS AT LAW

Special Litigation Committee for the Boa
Trust for Advised Portfolios c/o US Bank Global Fund Service
2020 E. Financial Way
Ste 100
Glendora, CA  91741

March 16, 2023
Matter #:  62772.001

### SUMMARY OF INVOICE # 170690

For Services Rendered through February 28, 2023
In connection with FDH Representation

| | |
|---|---|
| Fees for Legal Services | $74,745.50 |
| Costs and Disbursements | 4,871.00 |
| **TOTAL DUE WITH THIS INVOICE** | **$79,616.50** |

### Wire Transfer and ACH Instructions

Bank: ███████████
ABA #: ████████
Account #: ████████

Special Litigation Committee for the Boa            Invoice # 170690
Trust for Advised Portfolios c/o US Bank Global Fund Service     March 16, 2023
2020 E. Financial Way                                                   Page 2
Ste 100
Glendora, CA  91741

For Services Rendered Through February 28, 2023            Matter #: 62772.001

### FEE DETAILS

| Date | TKPR | Description | Hrs | Fees |
|------|------|-------------|-----|------|
| 02/01/23 | BMA | Team meeting with SLC (0.5). Follow-up discussion with K. Sweeney (0.1). Attention to tolling agreements (0.3). Call counsel for BBD (0.1). | 1.00 | 620.00 |
| 02/01/23 | CAS | Print and assemble Compliance documents; update tolling deadlines for B. Arrow | 2.00 | 660.00 |
| 02/01/23 | DSN | Correspondence with J. Siciliano, A. Calamari, B. Arrow | 0.10 | 82.50 |
| 02/01/23 | KP | Team meeting with SLC | 0.50 | 277.50 |
| 02/01/23 | KVS | Attend weekly Team meeting. | 0.50 | 225.00 |
| 02/01/23 | KVS | Communicate with Team to verify facts relevant to legal analysis | 0.50 | 225.00 |
| 02/01/23 | MBD | Legal research (2.5); team meeting with SLC (0.5) | 3.00 | 1,845.00 |
| 02/02/23 | CAS | Update tolling agreements expiration and deadlines; | 0.50 | 165.00 |
| 02/02/23 | MBD | Review legal research memo | 0.60 | 369.00 |
| 02/03/23 | BMA | Correspondence with M. Danzer, A. Calamari, D. Noble, J. Siciliano regarding legal research | 0.20 | 124.00 |
| 02/03/23 | EAM | Legal research | 2.00 | 1,110.00 |
| 02/03/23 | KP | Factual research for draft outline of SLC Report. | 1.40 | 777.00 |
| 02/03/23 | MBD | Legal research and communicate with B. Arrow regarding the same | 3.30 | 2,029.50 |
| 02/05/23 | BMA | Attention to tolling agreements (0.2). Outline draft facts  section of SLC Report (3.4). | 3.60 | 2,232.00 |
| 02/06/23 | BMA | Correspondence with counsel for BBD (0.1). Correspondence with A. Calamari, D. Noble, and J. Siciliano re: tolling agreement (0.1). | 0.20 | 124.00 |
| 02/06/23 | EAM | Legal research. | 3.00 | 1,665.00 |
| 02/06/23 | KP | Legal research for draft outline of SLC Report. | 1.30 | 721.50 |
| 02/07/23 | BMA | Meet with A. Calamari re: order of proof (0.2). Email counsel for L. Potter re: interview (0.1). Draft and revise L. Potter interview outline (0.1). Draft fact section of outline of SLC Report (4.4). | 4.80 | 2,976.00 |
| 02/07/23 | CAS | Print and assemble documents for Len Potter Interview; Disc. and emails with Ben Arrow re: same | 2.40 | 792.00 |
| 02/07/23 | KVS | Review and revise Special Litigation Committee report outline. | 0.80 | 360.00 |
| 02/08/23 | BMA | Correspondence with A. Calamari, D. Noble, and K. Sweeney re: interview of L. Potter (0.1). Draft email to D. Noble re: outreach to witness (0.1). Team meeting with SLC (0.4). Outline facts section of SLC Report (1.6). Draft and revise outline for interview of L. Potter (1.9). | 4.10 | 2,542.00 |
| 02/08/23 | CAS | Research for B. Arrow on potential witnesses; email Velissaris filings to D. Noble | 0.30 | 99.00 |
| 02/08/23 | DSN | Team Meeting with SLC | 0.40 | 330.00 |
| 02/08/23 | DSN | Call with A. Calamari and K. Heyman | 0.30 | 247.50 |
| 02/08/23 | DSN | Correspondence with J. Siciliano, B. Arrow, A. Calamari | 0.10 | 82.50 |
| 02/08/23 | DSN | Correspondence with C. Sommer, B. Arrow | 0.10 | 82.50 |
| 02/08/23 | DSN | Correspondence with A. Calamari, K. Heyman | 0.10 | 82.50 |
| 02/08/23 | DSN | Correspondence with A. Calamari, B. Arrow | 0.10 | 82.50 |
| 02/08/23 | DSN | Correspondence with B. Arrow regarding witness interview | 0.10 | 82.50 |
| 02/08/23 | EAM | Team Meeting with SLC | 0.40 | 222.00 |
| 02/08/23 | EAM | Legal research | 3.00 | 1,665.00 |
| 02/08/23 | KP | Team meeting with SLC (0.4).  Legal research for draft outline of SLC Report. | 1.30 | 721.50 |
| 02/09/23 | BMA | Final revisions to L. Potter interview outline and correspondence with D. Noble re same (0.4). Review E. Meagher's legal research memo and email E. Meagher re: revisions thereto (0.3). Meet with A. Calamari, J. Siciliano, and D. Noble re: interview of L. Potter (1.0). Interview of L. Potter (2.5) | 4.20 | 2,604.00 |
| 02/09/23 | CAS | Review Velissaris Orders from Court and update calendar with sentencing deadlines | 0.10 | 33.00 |

Special Litigation Committee for the Boa                                        Invoice # 170690
Trust for Advised Portfolios c/o US Bank Global Fund Service                    March 16, 2023
2020 E. Financial Way                                                           Page 3
Ste 100
Glendora, CA  91741

For Services Rendered Through February 28, 2023                    Matter #: 62772.001

| 02/09/23 | DSN | Correspondence with C. Sommer | 0.10 | 82.50 |
|---|---|---|---|---|
| 02/09/23 | DSN | Correspondence with B. Arrow | 0.10 | 82.50 |
| 02/09/23 | DSN | Draft and revise L. Potter interview outline; prep for L. Potter interview. | 1.50 | 1,237.50 |
| 02/09/23 | DSN | Meet with A. Calamari, J. Siciliano, B. Arrow, K. Sweeney in advance of L. Potter interview | 1.00 | 825.00 |
| 02/09/23 | DSN | Interview of L. Potter | 2.50 | 2,062.50 |
| 02/09/23 | EAM | Legal research | 2.60 | 1,443.00 |
| 02/09/23 | KVS | Attend and prepare notes on interview of Potter. | 2.60 | 1,170.00 |
| 02/09/23 | KVS | Finalize notes on interview of Potter. | 1.00 | 450.00 |
| 02/10/23 | DSN | Review and analyze Rowan amended derivative complaint | 1.50 | 1,237.50 |
| 02/10/23 | DSN | Correspondence with Kelsey Powderly re: legal research | 0.10 | 82.50 |
| 02/10/23 | DSN | Correspondence with A. Calamari | 0.10 | 82.50 |
| 02/10/23 | DSN | Correspondence with B. Arrow, E. Meagher | 0.10 | 82.50 |
| 02/10/23 | DSN | Correspondence with B. Morgan | 0.10 | 82.50 |
| 02/10/23 | DSN | Correspondence with K. Heyman | 0.10 | 82.50 |
| 02/10/23 | DSN | Correspondence with T. Cimino | 0.10 | 82.50 |
| 02/10/23 | DSN | Draft and revise Motion to Dismiss amended complaint in Rowan | 0.20 | 165.00 |
| 02/10/23 | DSN | Correspondence with A. Calamari | 0.10 | 82.50 |
| 02/10/23 | DSN | Draft and revise document (privileged & confidential) | 0.40 | 330.00 |
| 02/10/23 | DSN | Correspondence with A. Calamari, J. Siciliano, B. Arrow, K. Heyman | 0.20 | 165.00 |
| 02/12/23 | DSN | Correspondence with K. Heyman | 0.10 | 82.50 |
| 02/13/23 | BMA | Outline draft facts section of SLC Report (2.0). Discuss additional fact-gathering with E. Meagher (0.1). | 2.10 | 1,302.00 |
| 02/13/23 | EAM | Call with B. Arrow | 0.50 | 277.50 |
| 02/14/23 | BMA | Call with K. Heyman re: amended derivative complaint in Rowan (0.4). Team meeting with SLC (0.5). Emails with counsel for BBD (0.1). | 1.00 | 620.00 |
| 02/14/23 | DSN | Correspondence with A. Calamari, B. Arrow | 0.10 | 82.50 |
| 02/14/23 | EAM | Team meeting with SLC | 0.50 | 277.50 |
| 02/14/23 | EAM | Draft and revise draft outline of SLC Report | 0.40 | 222.00 |
| 02/14/23 | KP | Team meeting with SLC | 0.50 | 277.50 |
| 02/14/23 | KVS | Attend weekly team meeting. | 0.30 | 135.00 |
| 02/14/23 | KVS | Conference call regarding legal research | 0.10 | 45.00 |
| 02/15/23 | BMA | Correspondence with D. Noble regarding tolling agreement | 0.10 | 62.00 |
| 02/15/23 | DSN | Correspondence with J. Nichols,  T. Cimino | 0.10 | 82.50 |
| 02/15/23 | DSN | Correspondence with A. Calamari, J. Siciliano, B. Arrow (0.1); Correspondence with B. Morgan (0.1) | 0.20 | 165.00 |
| 02/15/23 | DSN | Correspondence with M. Blanchard | 0.10 | 82.50 |
| 02/15/23 | DSN | Correspondence with A. Calamari, J. Siciliano, B. Arrow, D. Andrews, K. Heyman | 0.10 | 82.50 |
| 02/15/23 | DSN | Call with B. Morgan re: tolling agreement and Rowan case | 0.30 | 247.50 |
| 02/15/23 | DSN | Correspondence with B. Arrow | 0.20 | 165.00 |
| 02/16/23 | DSN | Correspondence with E. Meagher, B. Arrow, A. Calamari | 0.20 | 165.00 |
| 02/16/23 | DSN | Correspondence with K. Heyman, A. Calamari regarding Rowan case | 0.20 | 165.00 |
| 02/16/23 | DSN | Correspondence with K. Heyman | 0.10 | 82.50 |
| 02/16/23 | DSN | Review and revise Motion to Dismiss amended complaint and proposed order in Rowan | 0.20 | 165.00 |
| 02/16/23 | DSN | Conference call with K. Heyman and other defense counsel in Rowan | 0.50 | 412.50 |
| 02/16/23 | DSN | Correspondence with A. Calamari, J. Siciliano | 0.10 | 82.50 |
| 02/16/23 | DSN | Call with K. Heyman re: Rowan case | 0.20 | 165.00 |
| 02/16/23 | DSN | Call with A. Calamari | 0.30 | 247.50 |
| 02/16/23 | DSN | Call with A. Calamari, J. Siciliano, and K. Heyman | 0.30 | 247.50 |
| 02/16/23 | DSN | Correspondence with K. Heyman, B. Arrow, A. Calamari, J. Siciliano | 0.10 | 82.50 |
| 02/16/23 | EAM | Draft and revise outline of SLC Report | 2.00 | 1,110.00 |
| 02/16/23 | EAM | Correspondence with B. Arrow regarding: legal research | 0.10 | 55.50 |
| 02/17/23 | BMA | Conference call re: potential expert witness | 0.80 | 496.00 |
| 02/17/23 | DSN | Correspondence with K. Heyman, A. Calamari, B. Arrow, J. Siciliano | 0.10 | 82.50 |
| 02/17/23 | DSN | Review and revise Stipulated Scheduling Order in Rowan case | 0.10 | 82.50 |

Special Litigation Committee for the Boa                                      Invoice # 170690
Trust for Advised Portfolios c/o US Bank Global Fund Service                  March 16, 2023
2020 E. Financial Way                                                         Page 4
Ste 100
Glendora, CA  91741

For Services Rendered Through February 28, 2023                    Matter #: 62772.001

| | | | | |
|---|---|---|---|---|
| 02/17/23 | DSN | Correspondence with B. Arrow, A. Calamari, J. Siciliano | 0.10 | 82.50 |
| 02/17/23 | DSN | Zoom with potential expert witnesses | 0.50 | 412.50 |
| 02/17/23 | DSN | Correspondence with K. Heyman, B. Arrow, A. Calamari, J. Siciliano | 0.10 | 82.50 |
| 02/17/23 | DSN | Correspondence with A. Calamari, K. Heyman, E. Meagher, B. Arrow | 0.10 | 82.50 |
| 02/17/23 | EAM | Draft and revise SLC Report outline | 3.00 | 1,665.00 |
| 02/20/23 | BMA | Draft tolling agreements (0.9). Attention to investigation plan (0.1). Draft email to D. Noble re: Team meeting with SLC (0.2). | 1.20 | 744.00 |
| 02/20/23 | DSN | Correspondence with J. Siciliano | 0.10 | 82.50 |
| 02/20/23 | DSN | Correspondence with J. Siciliano, B. Arrow, A. Calamari, J. Zubairi, T. Cimino, J. Nichols | 0.20 | 165.00 |
| 02/21/23 | BMA | Email counsel for EisnerAmper and BBD (0.3). Team Meeting with SLC (0.8). Update completed tasks chart (0.2). | 1.30 | 806.00 |
| 02/21/23 | CAS | Download and save documents filed in Delaware action; update Velissaris sentencing dates; research for M. Danzer on Rule 11 motions | 0.80 | 264.00 |
| 02/21/23 | DSN | Team Meeting with SLC | 0.80 | 660.00 |
| 02/21/23 | DSN | Call with Dan Tehrani | 0.40 | 330.00 |
| 02/21/23 | DSN | Correspondence with D. Tehrani | 0.20 | 165.00 |
| 02/21/23 | DSN | Correspondence with M. Hampson | 0.10 | 82.50 |
| 02/21/23 | DSN | Correspondence with A. Calamari, J. Siciliano | 0.10 | 82.50 |
| 02/21/23 | DSN | Correspondence with A. Calamari, N. Jacobson, S. DiCicco | 0.10 | 82.50 |
| 02/21/23 | DSN | Draft and revise Amended and Restated Tolling Agreements | 0.30 | 247.50 |
| 02/21/23 | DSN | Correspondence with E. Meagher | 0.10 | 82.50 |
| 02/21/23 | DSN | Review documents | 0.40 | 330.00 |
| 02/21/23 | DSN | Correspondence with B. Arrow | 0.50 | 412.50 |
| 02/21/23 | DSN | Correspondence with M. Danzer | 0.30 | 247.50 |
| 02/21/23 | EAM | Team meeting with SLC | 0.80 | 444.00 |
| 02/21/23 | KP | Team meeting with SLC | 0.80 | 444.00 |
| 02/21/23 | KVS | Attend weekly team meeting. | 0.80 | 360.00 |
| 02/21/23 | MBD | Team Meeting with SLC (0.8); review amended derivative complaint in Rowan and related material (5.2) | 6.00 | 3,690.00 |
| 02/22/23 | BMA | Communications with A. Calamari and D. Noble (0.2). Update memorandum regarding: SLC investigation (0.3). | 0.50 | 310.00 |
| 02/22/23 | DSN | Correspondence with K. Heyman, G. McGillivray | 0.10 | 82.50 |
| 02/22/23 | DSN | Call with M. Danzer re: Rowan case | 0.30 | 247.50 |
| 02/22/23 | DSN | Correspondence with B. Arrow, J. Siciliano, A. Calamari, J. Nichols, J. Zubairi, T. Cimino. | 0.20 | 165.00 |
| 02/22/23 | DSN | Correspondence with E. Meagher | 0.10 | 82.50 |
| 02/22/23 | DSN | Call with A. Calamari | 0.20 | 165.00 |
| 02/22/23 | DSN | Correspondence with A. Calamari, K. Heyman, J. Siciliano | 0.20 | 165.00 |
| 02/22/23 | DSN | Correspondence with M. Danzer, A. Calamari | 0.30 | 247.50 |
| 02/22/23 | DSN | Legal Research | 0.70 | 577.50 |
| 02/22/23 | DSN | Review documents and draft notes for correspondence in Rowan case | 1.00 | 825.00 |
| 02/22/23 | MBD | Review amended complaint in Rowan and related materials and discuss the same with D. Noble | 2.20 | 1,353.00 |
| 02/23/23 | BMA | Revise memorandum regarding SLC investigation (2.0). Draft order of proof (1.1). | 3.10 | 1,922.00 |
| 02/23/23 | DSN | Correspondence with B. Arrow | 0.10 | 82.50 |
| 02/23/23 | DSN | Zoom with A. Calamari, J. Siciliano, K. Heyman re: Rowan case | 0.30 | 247.50 |
| 02/23/23 | DSN | Correspondence with E. Meagher | 0.20 | 165.00 |
| 02/23/23 | EAM | Call with B. Arrow | 0.10 | 55.50 |
| 02/24/23 | BMA | Review and revise summary of investigation to date (0.9). | 0.90 | 558.00 |
| 02/24/23 | DSN | Correspondence with K. Heyman, M. Blanchard, re: scheduling in Rowan case | 0.10 | 82.50 |
| 02/24/23 | DSN | Draft and revise stipulation re: scheduling in Rowan case | 0.10 | 82.50 |
| 02/24/23 | DSN | Correspondence with K. Heyman | 0.10 | 82.50 |
| 02/24/23 | DSN | Correspondence with B. Arrow, A. Calamari | 0.20 | 165.00 |
| 02/24/23 | DSN | Draft and revise memo re: SLC investigation | 1.00 | 825.00 |

Special Litigation Committee for the Boa
Trust for Advised Portfolios c/o US Bank Global Fund Service
2020 E. Financial Way
Ste 100
Glendora, CA  91741

Invoice # 170690
March 16, 2023
Page 5

For Services Rendered Through February 28, 2023                    Matter #: 62772.001

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 02/24/23 | MBD | Review materials in Rowan case and conduct legal research regarding the same for motion to dismiss | 6.90 | 4,243.50 |
| 02/25/23 | DSN | Review documents | 0.30 | 247.50 |
| 02/25/23 | DSN | Correspondence with S. DiCicco, I. Harris, A. Calamari, J. Siciliano, B. Arrow, E. Meagher. | 0.10 | 82.50 |
| 02/27/23 | BMA | Correspondence with counsel for EisnerAmper (0.1). Correspondence with counsel for BBD (0.1). Attention to new document production from GFS (0.3). | 0.50 | 310.00 |
| 02/27/23 | DSN | Correspondence with B. Arrow, A. Calamari, J. Siciliano | 0.20 | 165.00 |
| 02/27/23 | DSN | Correspondence with Brian Morgan | 0.10 | 82.50 |
| 02/27/23 | DSN | Review press article re: Rowan case | 0.10 | 82.50 |
| 02/27/23 | DSN | Draft and revise Memo regarding: SLC investigation | 0.30 | 247.50 |
| 02/27/23 | DSN | Correspondence with B. Arrow | 0.10 | 82.50 |
| 02/27/23 | KVS | Review communication regarding GFS document production. | 0.20 | 90.00 |
| 02/28/23 | BMA | Team meeting with SLC (0.4). Correspondence with Contact Discovery Services, counsel for GFS, and A. Calamari, D. Noble, and J. Siciliano re: GFS document production (0.3). Draft order of proof (1.7). Communications with E. Meagher re: new document production from GFS (0.5). Review S. Jensen's compliance officer agreement with GFS and TAP (0.3). | 3.20 | 1,984.00 |
| 02/28/23 | CAS | Calendar upcoming deadlines for Rowan DE action | 0.10 | 33.00 |
| 02/28/23 | DSN | Correspondence with J. Siciliano, A. Calamari | 0.30 | 247.50 |
| 02/28/23 | DSN | Call A. Calamari | 0.10 | 82.50 |
| 02/28/23 | DSN | Correspondence with B. Arrow | 0.20 | 165.00 |
| 02/28/23 | DSN | Correspondence with A. Calamari, J. Siciliano, M. Danzer, K. Heyman | 0.20 | 165.00 |
| 02/28/23 | EAM | Team Meeting with SLC | 0.40 | 222.00 |
| 02/28/23 | EAM | Call with B. Arrow | 0.20 | 111.00 |
| 02/28/23 | KP | Team meeting with SLC | 0.40 | 222.00 |
| 02/28/23 | KVS | Attend weekly team meeting. | 0.40 | 180.00 |
| 02/28/23 | MBD | Draft motion to dismiss in Rowan | 2.00 | 1,230.00 |

**TOTAL FEES**                                         **$74,745.50**

## COSTS AND DISBURSEMENTS

| Description | Amount |
|-------------|--------|
| Vendor: Contact Discovery Services, LLC; Invoice#: 10536; Date: 1/31/2023 Project Management and Engineering Relativity Users Relativity Hosting Trust For Advised Portfolios Internal Inv | 2,185.39 |
| Overnight delivery - Fedex  Invoice # 8-036-01139 Date - 2/7/2023 Sender -  C Sommer Recipient -  C Frye NEW YORK NY 10001 | 30.22 |
| Vendor: Contact Discovery Services, LLC; Invoice#: 10743; Date: 2/28/2023 Project Management and Engineering Relativity Users Relativity Hosting Trust For Advised Portfolios Internal Inv | 2,655.39 |

**Total Costs and Disbursements**              **4,871.00**

# EXHIBIT D

 ATTORNEYS AT LAW

Infinity Q Special Master                                           March 15, 2023
,                                                          Matter #:  63010.001.001


### SUMMARY OF INVOICE # 170710

For Services Rendered through February 28, 2023
to Special Master


Fees for Legal Services                    $11,989.50

**TOTAL DUE WITH THIS INVOICE**           **$11,989.50**


### Wire Transfer and ACH Instructions

Bank: ███████████████████
ABA #: ██████████████
Account #: ██████████

Infinity Q Special Master                                                             Invoice # 170710
'                                                                                      March 15, 2023
                                                                                             Page 2

For Services Rendered Through February 28, 2023                        Matter #: 63010.001.001

**FEE DETAILS**

| Date | TKPR | Description | Hrs | Fees |
|------|------|-------------|-----|------|
| 02/07/23 | CAS | Download documents received; emails with A. Calamari re: same | 0.40 | 132.00 |
| 02/08/23 | DSN | Review and revise Special Master's First Report | 0.50 | 412.50 |
| 02/08/23 | DSN | Correspondence with Andrew Calamari | 0.10 | 82.50 |
| 02/09/23 | CAS | Review and revise and file First Status Report with the Court; emails with A. Calamari re: same; email new documents filed to A. Calamari | 0.80 | 264.00 |
| 02/09/23 | DSN | Correspondence with DiCicco, Susan F., Menconi, Christopher D., Harris, Ivan P., Andrew Calamari | 0.10 | 82.50 |
| 02/10/23 | DSN | F/U Call with A. Calamari | 0.10 | 82.50 |
| 02/10/23 | DSN | Correspondence with Eilis Meagher | 0.10 | 82.50 |
| 02/10/23 | DSN | Correspondence with Catherine Sommer, Andrew Calamari | 0.10 | 82.50 |
| 02/10/23 | DSN | Call with A. Calamari | 0.20 | 165.00 |
| 02/10/23 | EAM | Review order and prepare outstanding task schedule | 1.40 | 777.00 |
| 02/15/23 | CAS | Review Consented to Order and calendar upcoming deadlines for status reports; email documents filed to A. Calamari | 0.20 | 66.00 |
| 02/16/23 | CAS | Download documents/ invoices for A. Calamari | 0.20 | 66.00 |
| 02/16/23 | DSN | Review and revise Special Master Key Dates Chart | 0.10 | 82.50 |
| 02/16/23 | DSN | Call with A. Calamari | 0.20 | 165.00 |
| 02/16/23 | DSN | Correspondence with A.Calamari, S. DiCicco, I. Harris, M. Cabin, J. Goldfarb, J. Siciliano, R. Simon | 0.20 | 165.00 |
| 02/16/23 | DSN | Call with S. DiCicco | 0.30 | 247.50 |
| 02/16/23 | DSN | Correspondence with A. Calamari, S. DiCicco, I. Harris, M. Ladd | 0.10 | 82.50 |
| 02/16/23 | DSN | Review and revise Special Master Letter to Court | 0.60 | 495.00 |
| 02/16/23 | DSN | Correspondence with S. DiCicco | 0.10 | 82.50 |
| 02/16/23 | DSN | Review SEC v. Infinity Order Appointing Special Master | 0.20 | 165.00 |
| 02/16/23 | DSN | Correspondence with Andrew Calamari | 0.10 | 82.50 |
| 02/17/23 | DSN | Correspondence with Andrew Calamari | 0.10 | 82.50 |
| 02/17/23 | EAM | Call with A. Calamari | 0.30 | 166.50 |
| 02/17/23 | EAM | Review Declaration of Trust and Distribution Agreement | 0.40 | 222.00 |
| 02/20/23 | DSN | Review reply letter filed by opt out plaintiffs | 0.20 | 165.00 |
| 02/21/23 | CAS | Finalize exhibits and Interim Allowance of Compensation and file the same with the Court; emails with D. Noble re: Same | 0.60 | 198.00 |
| 02/21/23 | DSN | Correspondence with Andrew Calamari | 0.40 | 330.00 |
| 02/21/23 | EAM | Call with K. Heyman | 0.30 | 166.50 |
| 02/21/23 | EAM | Prepare for call with K. Heyman | 0.30 | 166.50 |
| 02/21/23 | EAM | Legal research | 1.00 | 555.00 |
| 02/22/23 | CAS | Download and email new documents filed to A. Calamari | 0.10 | 33.00 |
| 02/22/23 | DSN | Correspondence with Neal Jacobson | 0.10 | 82.50 |
| 02/22/23 | EAM | Legal research | 0.80 | 444.00 |
| 02/23/23 | CAS | Email new court filings to A. Calamari and calendar upcoming deadlines for same | 0.10 | 33.00 |
| 02/23/23 | EAM | Legal research | 3.50 | 1,942.50 |
| 02/23/23 | EAM | Call with A. Calamari | 0.20 | 111.00 |
| 02/24/23 | CAS | Download and email motion to intervene documents filed to A. Calamari and D. Noble | 0.20 | 66.00 |
| 02/24/23 | DSN | Correspondence with Catherine Sommer, Andrew Calamari, Eilis Meagher regarding Infinity Special Master | 0.10 | 82.50 |
| 02/24/23 | DSN | Correspondence with S. DiCicco, Catherine Sommer | 0.10 | 82.50 |
| 02/24/23 | EAM | Legal research | 4.90 | 2,719.50 |
| 02/25/23 | DSN | Correspondence with DiCicco, Susan | 0.10 | 82.50 |
| 02/25/23 | DSN | Review Docket No. 34 Memorandum of Law in Support of Motion to Intervene | 0.30 | 247.50 |
| 02/27/23 | CAS | Email new documents filed to A.Calamari | 0.20 | 66.00 |

Infinity Q Special Master
,

Invoice # 170710
March 15, 2023
Page 3

For Services Rendered Through February 28, 2023                    Matter #: 63010.001.001

| 02/28/23 | DSN | Correspondence with Catherine Sommer regarding Infinity Q Special Master | 0.10 | 82.50 |
|----------|-----|--------------------------------------------------------------------------|------|-------|

|  |  | **TOTAL FEES** | **$11,989.50** |
|--|--|----------------|----------------|