# APPENDIX A

# CORNERSTONE RESEARCH

699 Boylston Street
Boston, MA 02116
Tel  617 927 3000
Fax  617 927 3100
www.cornerstone.com

January 10, 2023

Christopher E. Kashmerick
President
Trust for Advised Portfolios
c/o U.S. Bancorp Fund Services, LLC
777 East Wisconsin Avenue, 10th Floor
Milwaukee, WI  53202

**Re:   Infinity Q Diversified Alpha Fund Investigation**

Dear Mr. Kashmerick:

Attached is our invoice number 102327 for professional fees and expenses incurred through December 2022 in connection with the above matter.  Time details are included for the individuals involved.

Please let me know if you have any questions.

Sincerely,

Narayanan Subramanian
Vice President

Enclosures

CC:   Susan F. DiCicco, Esq.
       Morgan, Lewis & Bockius LLP
       101 Park Avenue
       New York, NY  10178

Boston
Chicago
London
Los Angeles
New York
San Francisco
Silicon Valley
Washington, DC

# CORNERSTONE RESEARCH

January 10, 2023
Invoice #102327
Acct #32646

699 Boylston Street
Boston, MA 02116
Tel  617 927 3000
Fax  617 927 3100
www.cornerstone.com

Tax I.D. #94-3092543

Christopher E. Kashmerick
President
Trust for Advised Portfolios
c/o U.S. Bancorp Fund Services, LLC
777 East Wisconsin Avenue, 10th Floor
Milwaukee, WI  53202

**Re:   Infinity Q Diversified Alpha Fund Investigation**

## INVOICE

*December 2022*

| | |
|---|---|
| Total Professional Fees | $ 8,632.00 |
| Total Expenses | $ 0.00 |
| **Total Professional Fees and Expenses** | **$ 8,632.00** |

**DUE AND PAYABLE UPON RECEIPT.**

If you have any questions about this invoice, please email invoiceinquiries@cornerstone.com

PLEASE REMIT TO:

*Wire/ACH Information*

| | | |
|---|---|---|
| Bank of America, N. A. | Beneficiary:  Cornerstone Research Inc. | Wire Routing Number:  026009593 |
| | Account Number: 1416115161 | ACH Routing Number:  121000358 |
| | Please include Invoice numbers | SWIFT/BIC:  BOFAUS3N |

Or
MAKE CHECK PAYABLE TO: **Cornerstone Research, Inc.**

AND SEND TO:
Cornerstone Research Lockbox
P.O. Box 745900
Los Angeles, CA 90074-5900

Boston
Chicago
London
Los Angeles
New York
San Francisco
Silicon Valley
Washington, DC

# CORNERSTONE RESEARCH

January 10, 2023
Invoice #102327
Acct #32646

### *SUMMARY OF PROFESSIONAL FEES*

December 2022

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Velicu, Maria | 20.80 | $ 415.00 | $ 8,632.00 |
| **Total Professional Fees** | | | **$ 8,632.00** |

### *SUMMARY OF EXPENSES*

December 2022

| | |
|---|---|
| **Total Expenses** | **$ 0.00** |

CORNERSTONE RESEARCH

*Time Detail*

*Velicu, Maria*
*Re: Infinity Q Diversified Alpha Fund Investigation*

| Date | Activity | Hours |
|------|----------|-------|
| 12/20/22 | Created exhibit of damages estimates for Glenmede accounts. | 5.70 |
| 12/21/22 | Analyzed transactions listed in opt-out complaint. | 6.90 |
| 12/22/22 | Investigated accounts in opt-out complaints. | 8.20 |
| | **Total:** | **20.80** |

# CORNERSTONE RESEARCH

699 Boylston Street
Boston, MA 02116
Tel  617 927 3000
Fax  617 927 3100
www.cornerstone.com

January 10, 2023

Christopher E. Kashmerick
President
Trust for Advised Portfolios
c/o U.S. Bancorp Fund Services, LLC
777 East Wisconsin Avenue, 10th Floor
Milwaukee, WI  53202

      **Re:   Infinity Q Diversified Alpha Fund Investigation**

Dear Mr. Kashmerick:

Attached is our invoice number 102331 for professional fees and expenses incurred through December 2022 in connection with our work related to settlements analyses in the above matter. Time details are included for the individuals involved.

Please let me know if you have any questions.

Sincerely,

Narayanan Subramanian
Vice President

Enclosures

CC:    Susan F. DiCicco, Esq.
        Morgan, Lewis & Bockius LLP
        101 Park Avenue
        New York, NY  10178

Boston
Chicago
London
Los Angeles
New York
San Francisco
Silicon Valley
Washington, DC

# CORNERSTONE RESEARCH

January 10, 2023
Invoice #102331
Acct #32646

699 Boylston Street
Boston, MA 02116
Tel  617 927 3000
Fax  617 927 3100
www.cornerstone.com

Tax I.D. #94-3092543

Christopher E. Kashmerick
President
Trust for Advised Portfolios
c/o U.S. Bancorp Fund Services, LLC
777 East Wisconsin Avenue, 10th Floor
Milwaukee, WI  53202

**Re:   Infinity Q Diversified Alpha Fund Investigation**

**INVOICE**

*December 2022*

| | |
|---|---|
| Total Professional Fees | $ 4,741.00 |
| Total Expenses | $ 0.00 |
| **Total Professional Fees and Expenses** | **$ 4,741.00** |

**DUE AND PAYABLE UPON RECEIPT.**

If you have any questions about this invoice, please email invoiceinquiries@cornerstone.com

PLEASE REMIT TO:

*Wire/ACH Information*

| | | |
|---|---|---|
| Bank of America, N. A. | Beneficiary:  Cornerstone Research Inc. | Wire Routing Number:  026009593 |
| | Account Number: 1416115161 | ACH Routing Number:  121000358 |
| | Please include Invoice numbers | SWIFT/BIC:  BOFAUS3N |

Or
MAKE CHECK PAYABLE TO: **Cornerstone Research, Inc.**

AND SEND TO:
Cornerstone Research Lockbox
P.O. Box 745900
Los Angeles, CA 90074-5900

Boston
Chicago
London
Los Angeles
New York
San Francisco
Silicon Valley
Washington, DC

# CORNERSTONE RESEARCH

January 10, 2023
Invoice #102331
Acct #32646

699 Boylston Street
Boston, MA 02116
Tel  617 927 3000
Fax  617 927 3100
www.cornerstone.com

Tax I.D. #94-3092543

Christopher E. Kashmerick
President
Trust for Advised Portfolios
c/o U.S. Bancorp Fund Services, LLC
777 East Wisconsin Avenue, 10th Floor
Milwaukee, WI  53202

**Re:   Infinity Q Diversified Alpha Fund Investigation**

**Invoices with Outstanding Balance**

| Invoice No. | Invoice Date | Days Outstanding | Invoice Amount | Payment Received | Balance Outstanding |
|---|---|---|---|---|---|
| 101949 | 12/15/2022 | 26 | $5,949.00 | $0.00 | $5,949.00 |
| | | **Total:** | **$ 5,949.00** | **$ 0.00** | **$ 5,949.00** |

**DUE AND PAYABLE UPON RECEIPT.**
PLEASE REMIT TO:

*Wire/ACH Information*

Bank of America, N. A.

Beneficiary:  Cornerstone Research Inc.
Account Number: 1416115161
Please include Invoice numbers

Wire Routing Number:  026009593
ACH Routing Number:  121000358
SWIFT/BIC:  BOFAUS3N

Or
MAKE CHECK PAYABLE TO: **Cornerstone Research, Inc.**

AND SEND TO:
Cornerstone Research Lockbox
P.O. Box 745900
Los Angeles, CA 90074-5900

Boston
Chicago
London
Los Angeles
New York
San Francisco
Silicon Valley
Washington, DC

# CORNERSTONE RESEARCH

January 10, 2023
Invoice #102331
Acct #32646

### *SUMMARY OF PROFESSIONAL FEES*

December 2022

| Name | Hours | Rate | Fees |
|------|------|------|------|
| Paulus, Ellen C. | 1.00 | $ 785.00 | $ 785.00 |
| Maeland, Odd-Jorgen | 4.80 | $ 620.00 | $ 2,976.00 |
| Donohoe, Benjamin | 2.80 | $ 350.00 | $ 980.00 |
| **Total Professional Fees** | | | **$ 4,741.00** |

### *SUMMARY OF EXPENSES*

December 2022

| | |
|---|---|
| **Total Expenses** | **$ 0.00** |

CORNERSTONE RESEARCH

*Time Detail*

***Paulus, Ellen C.***
***Re: Infinity Q Diversified Alpha Fund Investigation***

| Date | Activity | Hours |
|------|----------|-------|
| 12/21/22 | Coordinated research on opt-out suits. Correspondence with counsel. | 0.50 |
| 12/22/22 | Correspondence with counsel. Reviewed preliminary findings on opt-out claimants. | 0.50 |
| | **Total:** | **1.00** |

CORNERSTONE RESEARCH

*Time Detail*

***Maeland, Odd-Jorgen***
***Re: Infinity Q Diversified Alpha Fund Investigation***

| Date | Activity | Hours |
|------|----------|-------|
| 12/19/22 | Worked on opt-out analyses. | 0.90 |
| 12/20/22 | Worked on opt-out analyses. | 2.10 |
| 12/21/22 | Worked on opt-out analyses. | 1.80 |
| | **Total:** | **4.80** |

CORNERSTONE RESEARCH

*Time Detail*

*Donohoe, Benjamin*
*Re: Infinity Q Diversified Alpha Fund Investigation*

| Date | Activity | Hours |
|------|----------|-------|
| 12/19/22 | Analyzed account-level gains and share balances for client request regarding Charles Schwab account. | 0.30 |
| 12/20/22 | Responded to client requests regarding Glenmede account and transaction information. | 1.00 |
| 12/21/22 | Analyzed Glenmede accounts and trades. | 1.50 |
| | **Total:** | **2.80** |

# CORNERSTONE RESEARCH

699 Boylston Street
Boston, MA 02116
Tel  617 927 3000
Fax  617 927 3100
www.cornerstone.com

December 15, 2022

Christopher E. Kashmerick
President
Trust for Advised Portfolios
c/o U.S. Bancorp Fund Services, LLC
777 East Wisconsin Avenue, 10th Floor
Milwaukee, WI  53202

      **Re:   Infinity Q Diversified Alpha Fund Investigation**

Dear Mr. Kashmerick:

Attached is our invoice number 101949 for professional fees and expenses incurred through November 2022 in connection with the above matter.  Time details are included for the individuals involved.

Please let me know if you have any questions.

Sincerely,

Narayanan Subramanian
Vice President

Enclosures

CC:    Susan F. DiCicco, Esq.
      Morgan, Lewis & Bockius LLP
      101 Park Avenue
      New York, NY  10178

Boston
Chicago
London
Los Angeles
New York
San Francisco
Silicon Valley
Washington, DC

# CORNERSTONE RESEARCH

December 15, 2022
Invoice #101949
Acct #32646

699 Boylston Street
Boston, MA 02116
Tel 617 927 3000
Fax 617 927 3100
www.cornerstone.com

Tax I.D. #94-3092543

Christopher E. Kashmerick
President
Trust for Advised Portfolios
c/o U.S. Bancorp Fund Services, LLC
777 East Wisconsin Avenue, 10th Floor
Milwaukee, WI 53202

**Re:   Infinity Q Diversified Alpha Fund Investigation**

**INVOICE**

*November 2022*

Total Professional Fees                                          $ 5,949.00

Total Expenses                                                      $ 0.00

**Total Professional Fees and Expenses                  $ 5,949.00**

**DUE AND PAYABLE UPON RECEIPT.**

If you have any questions about this invoice, please email invoiceinquiries@cornerstone.com

PLEASE REMIT TO:

*Wire/ACH Information*

Bank of America, N. A.     Beneficiary: Cornerstone Research Inc.     Wire Routing Number: 026009593
Account Number: 1416115161     ACH Routing Number: 121000358
Please include Invoice numbers     SWIFT/BIC: BOFAUS3N

Or
MAKE CHECK PAYABLE TO: **Cornerstone Research, Inc.**

AND SEND TO:
Cornerstone Research Lockbox
P.O. Box 745900
Los Angeles, CA 90074-5900

Boston
Chicago
London
Los Angeles
New York
San Francisco
Silicon Valley
Washington, DC

# CORNERSTONE RESEARCH

December 15, 2022
Invoice #101949
Acct #32646

### *SUMMARY OF PROFESSIONAL FEES*

November 2022

| Name | Hours | Rate | Fees |
|------|------:|-----:|-----:|
| Maeland, Odd-Jorgen | 3.60 | $ 620.00 | $ 2,232.00 |
| Baral, Chirayu B. | 2.30 | $ 445.00 | $ 1,023.50 |
| Velicu, Maria | 2.40 | $ 415.00 | $ 996.00 |
| Stiltner, Kyle | 2.10 | $ 375.00 | $ 787.50 |
| Donohoe, Benjamin | 2.60 | $ 350.00 | $ 910.00 |
| **Total Professional Fees** | | | **$ 5,949.00** |

### *SUMMARY OF EXPENSES*

November 2022

| | |
|---|---:|
| **Total Expenses** | **$ 0.00** |

CORNERSTONE RESEARCH

*Time Detail*

---

*Maeland, Odd-Jorgen*
*Re: Infinity Q Diversified Alpha Fund Investigation*

| Date | Activity | Hours |
|------|----------|-------|
| 11/08/22 | Worked on distribution analysis. | 1.10 |
| 11/15/22 | Worked on distribution analysis. | 0.30 |
| 11/16/22 | Worked on distribution analysis. | 0.90 |
| 11/18/22 | Worked on distribution analysis. | 0.50 |
| 11/21/22 | Worked on distribution analysis. | 0.80 |
| | **Total:** | **3.60** |

CORNERSTONE RESEARCH

*Time Detail*

*Baral, Chirayu B.*
*Re: Infinity Q Diversified Alpha Fund Investigation*

| *Date* | *Activity* | *Hours* |
|---|---|---|
| 11/01/22 | Prepared documents describing distribution approach. | 1.90 |
| 11/21/22 | Worked on SEI request. | 0.40 |
| | **Total:** | **2.30** |

CORNERSTONE RESEARCH

*Time Detail*

*Velicu, Maria*
*Re: Infinity Q Diversified Alpha Fund Investigation*

| Date | Activity | Hours |
|------|----------|-------|
| 11/17/22 | Prepared distribution notices for Evercore account. | 2.40 |
| | **Total:** | **2.40** |

CORNERSTONE RESEARCH

*Time Detail*

*Stiltner, Kyle*
*Re: Infinity Q Diversified Alpha Fund Investigation*

| *Date* | *Activity* | *Hours* |
|---|---|---|
| 11/08/22 | Analyzed SEI data. | 2.10 |
| | **Total:** | **2.10** |

CORNERSTONE RESEARCH

*Time Detail*

---

*Donohoe, Benjamin*
*Re: Infinity Q Diversified Alpha Fund Investigation*

| Date | Activity | Hours |
|------|----------|-------|
| 11/08/22 | Responded to client request regarding transfers and calculation of net inflation gains. | 0.40 |
| 11/16/22 | Updated Evercore remediation. | 1.50 |
| 11/16/22 | Updated exhibits for Evercore distribution adjustment. | 0.70 |
| | **Total:** | **2.60** |

# CORNERSTONE RESEARCH

699 Boylston Street
Boston, MA 02116
Tel  617 927 3000
Fax  617 927 3100
www.cornerstone.com

February 13, 2023

Christopher E. Kashmerick
President
Trust for Advised Portfolios
c/o U.S. Bancorp Fund Services, LLC
777 East Wisconsin Avenue, 10th Floor
Milwaukee, WI  53202

**Re:   Infinity Q Diversified Alpha Fund Investigation**

Dear Mr. Kashmerick:

Attached is our invoice number 102826 for professional fees and expenses incurred through January 2023 in connection with our work related to settlements analyses in the above matter. Time details are included for the individuals involved.

Please let me know if you have any questions.

Sincerely,

Narayanan Subramanian
Vice President

Enclosures

CC:   Susan F. DiCicco, Esq.
      Morgan, Lewis & Bockius LLP
      101 Park Avenue
      New York, NY  10178

Boston
Chicago
London
Los Angeles
New York
San Francisco
Silicon Valley
Washington, DC

# CORNERSTONE RESEARCH

February 13, 2023
Invoice #102826
Acct #32646

699 Boylston Street
Boston, MA 02116
Tel 617 927 3000
Fax 617 927 3100
www.cornerstone.com

Tax I.D. #94-3092543


Christopher E. Kashmerick
President
Trust for Advised Portfolios
c/o U.S. Bancorp Fund Services, LLC
777 East Wisconsin Avenue, 10th Floor
Milwaukee, WI  53202

**Re:   Infinity Q Diversified Alpha Fund Investigation**

## INVOICE

| *January 2023* | |
|---|---:|
| Total Professional Fees | $ 59,861.00 |
| Total Expenses | $ 0.00 |
| **Total Professional Fees and Expenses** | **$ 59,861.00** |

**DUE AND PAYABLE UPON RECEIPT.**

If you have any questions about this invoice, please email invoiceinquiries@cornerstone.com

PLEASE REMIT TO:

*Wire/ACH Information*

| | | |
|---|---|---|
| Bank of America, N. A. | Beneficiary:  Cornerstone Research Inc. | Wire Routing Number:  026009593 |
| | Account Number: 1416115161 | ACH Routing Number:  121000358 |
| | Please include Invoice numbers | SWIFT/BIC:  BOFAUS3N |

Or
MAKE CHECK PAYABLE TO: **Cornerstone Research, Inc.**

AND SEND TO:
Cornerstone Research Lockbox
P.O. Box 745900
Los Angeles, CA 90074-5900

**Boston**
**Chicago**
**London**
**Los Angeles**
**New York**
**San Francisco**
**Silicon Valley**
**Washington, DC**

# CORNERSTONE RESEARCH

February 13, 2023
Invoice #102826
Acct #32646

699 Boylston Street
Boston, MA 02116
Tel  617 927 3000
Fax  617 927 3100
www.cornerstone.com

Tax I.D. #94-3092543

Christopher E. Kashmerick
President
Trust for Advised Portfolios
c/o U.S. Bancorp Fund Services, LLC
777 East Wisconsin Avenue, 10th Floor
Milwaukee, WI  53202

**Re:   Infinity Q Diversified Alpha Fund Investigation**

**Invoices with Outstanding Balance**

| Invoice No. | Invoice Date | Days Outstanding | Invoice Amount | Payment Received | Balance Outstanding |
|---|---|---|---|---|---|
| 102327 | 01/10/2023 | 34 | $8,632.00 | $0.00 | $8,632.00 |
| | | **Total:** | **$ 8,632.00** | **$ 0.00** | **$ 8,632.00** |

**DUE AND PAYABLE UPON RECEIPT.**
PLEASE REMIT TO:

Bank of America, N. A.

*Wire/ACH Information*
Beneficiary:  Cornerstone Research Inc.
Account Number: 1416115161
Please include Invoice numbers

Wire Routing Number:  026009593
ACH Routing Number:  121000358
SWIFT/BIC:  BOFAUS3N

Or
MAKE CHECK PAYABLE TO: **Cornerstone Research, Inc.**

AND SEND TO:
Cornerstone Research Lockbox
P.O. Box 745900
Los Angeles, CA 90074-5900

Boston
Chicago
London
Los Angeles
New York
San Francisco
Silicon Valley
Washington, DC

# CORNERSTONE RESEARCH

February 13, 2023
Invoice #102826
Acct #32646

## *SUMMARY OF PROFESSIONAL FEES*

January 2023

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Subramanian, Narayanan | 1.00 | $ 995.00 | $ 995.00 |
| Paulus, Ellen C. | 8.00 | $ 865.00 | $ 6,920.00 |
| Maeland, Odd-Jorgen | 11.30 | $ 680.00 | $ 7,684.00 |
| Baral, Chirayu B. | 66.70 | $ 490.00 | $ 32,683.00 |
| Velicu, Maria | 23.30 | $ 455.00 | $ 10,601.50 |
| Stiltner, Kyle | 0.50 | $ 415.00 | $ 207.50 |
| Donohoe, Benjamin | 2.00 | $ 385.00 | $ 770.00 |
| **Total Professional Fees** | | | $ **59,861.00** |

## *SUMMARY OF EXPENSES*

January 2023

| | |
|---|---|
| **Total Expenses** | $ **0.00** |

CORNERSTONE RESEARCH

*Time Detail*

---

*Subramanian, Narayanan*
*Re: Infinity Q Diversified Alpha Fund Investigation*

| Date | Activity | Hours |
|------|----------|-------|
| 01/25/23 | Call with client and follow-up. | 1.00 |
| | **Total:** | **1.00** |

CORNERSTONE RESEARCH

*Time Detail*

---

***Paulus, Ellen C.***
***Re: Infinity Q Diversified Alpha Fund Investigation***

| *Date* | *Activity* | *Hours* |
|--------|-----------|--------:|
| 01/03/23 | Coordinated teamwork on opt-out cases. Correspondence with counsel. | 0.50 |
| 01/06/23 | Coordinated teamwork on account identification and damages estimation. | 0.50 |
| 01/09/23 | Coordinated teamwork. Reviewed damages analyses. | 1.50 |
| 01/10/23 | Coordinated teamwork. Reviewed damages analyses. Correspondence with counsel. | 2.50 |
| 01/20/23 | Reviewed client materials. Corresponded with counsel. | 0.50 |
| 01/25/23 | Call with counsel and follow-up research planning. | 1.50 |
| 01/31/23 | Reviewed analysis of monthly dollar volume purchases. | 1.00 |
| | **Total:** | **8.00** |

CORNERSTONE RESEARCH

*Time Detail*

---

*Maeland, Odd-Jorgen*
*Re: Infinity Q Diversified Alpha Fund Investigation*

| Date | Activity | Hours |
|------|----------|-------|
| 01/05/23 | Worked on opt-out analyses. | 0.80 |
| 01/06/23 | Worked on opt-out analyses. | 0.90 |
| 01/09/23 | Worked on opt-out analyses. | 0.70 |
| 01/10/23 | Worked on opt-out analyses. | 1.40 |
| 01/23/23 | Worked on opt-out analyses. | 2.10 |
| 01/24/23 | Worked on opt-out analyses. | 0.70 |
| 01/25/23 | Attended client call. | 1.10 |
| 01/26/23 | Worked on trading analysis and charts. | 0.80 |
| 01/30/23 | Worked on charts of investor purchases. | 0.90 |
| 01/31/23 | Worked on charts and analysis. | 1.90 |
| | **Total:** | **11.30** |

CORNERSTONE RESEARCH

*Time Detail*

---

***Baral, Chirayu B.***
***Re: Infinity Q Diversified Alpha Fund Investigation***

| Date | Activity | Hours |
|------|----------|-------|
| 01/04/23 | Estimated end balance and damages estimates for opt-out complaints. | 8.50 |
| 01/05/23 | Estimated end balance and damages for plaintiffs in opt-out complaints. | 8.10 |
| 01/06/23 | Estimated end balance and damages for plaintiffs in opt-out complaints. | 4.50 |
| 01/09/23 | Prepared exhibits for damages and end balances for plaintiffs in opt-out complaints. | 9.70 |
| 01/10/23 | Analyzed share balance and damages for opt-out plaintiffs in Flint Hill and Carson Family complaints. | 5.10 |
| 01/23/23 | Analyzed purchases in Glenmede opt-out complaints. | 9.90 |
| 01/24/23 | Analyzed purchases for Glenmede in opt-out complaints. | 6.20 |
| 01/27/23 | Reviewed client request about purchases in fund data. | 0.30 |
| 01/30/23 | Analyzed purchases for accounts eligible for distribution. | 7.60 |
| 01/31/23 | Analyzed purchases for accounts eligible for distribution. | 6.80 |
| | **Total:** | **66.70** |

CORNERSTONE RESEARCH

*Time Detail*

*Velicu, Maria*
*Re: Infinity Q Diversified Alpha Fund Investigation*

| Date | Activity | Hours |
|------|----------|-------|
| 01/06/23 | Analyzed accounts in opt-out complaints. | 7.60 |
| 01/09/23 | Estimated damages and share balance in opt-out accounts. | 5.70 |
| 01/10/23 | Prepared exhibit of estimated damages and share balances in opt-out accounts. | 3.40 |
| 01/30/23 | Estimated purchases and inflation for accounts eligible for distributions. | 4.30 |
| 01/31/23 | Prepared charts of purchases and inflation. | 2.30 |
| | **Total:** | **23.30** |

CORNERSTONE RESEARCH

*Time Detail*

---

*Stiltner, Kyle*
*Re: Infinity Q Diversified Alpha Fund Investigation*

| Date | Activity | Hours |
|------|----------|-------|
| 01/03/23 | Analyzed direct accounts. | 0.50 |
| | **Total:** | **0.50** |

CORNERSTONE RESEARCH

*Time Detail*

*Donohoe, Benjamin*
*Re: Infinity Q Diversified Alpha Fund Investigation*

| Date | Activity | Hours |
|------|----------|-------|
| 01/03/23 | Searched fund data for specific account holder per client request. | 0.10 |
| 01/23/23 | Analyzed Glenmede's Exclusion Report as compared to underlying trading data from Glenmede. | 1.90 |
| | **Total:** | **2.00** |

National Financial Services, LLC

Fidelity Brokerage Invoice - December

**Reimbursement Fees**

Due Date: 02/03/23

| | |
|---|---|
| **Invoice Number:** | 331986 |
| Statement Period: | 12/31/2022 |

Infinity Q Funds

888 7th Avenue, Suite 3800

Attn: Scott Lindell

NEW YORK, NY 10106

| | |
|---|---|
| Total TFABB due: | $83.33 |
| Total Omnibus due: | $0.00 |
| Total Networking due: | $0.00 |
| Adjustments/Late Fees: | $0.00 |
| Previous unpaid invoices: | $0.00 |
| Payments Applied: | $0.00 |

Please contact FI Operational Accounting at 401-292-6065 or FI.Invoices@fmr.com with questions regarding billing/fees.

Please include invoice number on remittance.

| | |
|---|---|
| **Total Outstanding:** | **$83.33** |

Wire Instructions:

JP Morgan Chase

One Chase Manhattan Plaza

ABA #021000021 - Account #066196167

National Financial Services, LLC - For Credit to 890100372

New York, NY

After months of thoughtful discussion, we have reached a conclusion that check payments are no longer a viable method of payment and can no longer provide support for it. Please make note that effective, January 1, 2022, we will only accept payments sent via the instructions provided on your invoice. Checks received after this date will be returned. Thank you for accommodating our request as we continue to work towards a more efficient client experience during these challenging times.

Return remittance copy with payment or wire ref #.

---

**Transaction Fee Asset Based Billing**

| Cusip | Billable Assets | Rate (Bps) | Amount |
|---|---|---|---|
| **89832P606 INFINITY Q DIVRS ALPHA INVESTOR** | | | |
| Institutional Wealth Services | $6.81 | 10.00 | $0.00 |
| National Financial | $400.24 | 10.00 | $0.03 |
| National Financial mgd acct | $628.84 | 10.00 | $0.05 |
| Personal Investments | $4,807.99 | 10.00 | $0.38 |
| Cusip Total | $5,843.88 | | $0.46 |
| **89832P705 INFINITY Q DIVRS ALPHA INSTL** | | | |
| Family Office | $23,238.97 | 10.00 | $1.97 |
| Institutional Wealth Services | $839,888.38 | 10.00 | $71.29 |
| Institutional Wealth Services | $1.76 | 0.00 | $0.00 |
| National Financial | $5,702.26 | 10.00 | $0.48 |
| National Financial mgd acct | $76,557.94 | 10.00 | $6.50 |
| Personal Investments | $31,840.63 | 10.00 | $2.63 |
| Cusip Total | $977,229.94 | | $82.87 |
| **Total Transaction Fee Asset Based Billing:** | **$983,073.82** | | **$83.33** |

| | | | |
|---|---|---|---|
| Total due on this invoice: | | | $83.33 |
| Adjustments/Late Fees: | | | $0.00 |
| Previous Unpaid Invoices: | | | $0.00 |
| Payments Applied: | | | $0.00 |
| **Total Amount Due:** | | | **$83.33** |

============

Clearing, custody or other brokerage services may be provided by Fidelity Brokerage Services LLC or National Financial Services LLC, members NYSE,

SIPC.

National Financial Services LLC 900 Salem St. Smithfield RI 02917

National Financial Services, LLC
Fidelity Brokerage Invoice - December
**No Transaction Fee Program**
**Shareholder Services Agreement Fees**

| | |
|---|---|
| **Invoice Number:** | 331144 |
| Statement Period: | 12/01/2022 12/31/2022 |

Due Date 02/02/23

Infinity Q Funds
888 7th Avenue, Suite 3800
Attn: Scott Lindell
NEW YORK, NY 10106

| | |
|---|---|
| Billing Days: | 31 |
| Total RFN Due: | $0.00 |
| Total NTF Due: | $3.00 |
| Adjustments: | $0.00 |
| Previous Unpaid Invoices: | $0.00 |
| Payments Applied: | $0.00 |
| **Total Amount Due:** | **$3.00** |

**WIRE PAYMENTS ARE PREFERRED.**

Wire Payments:

JP Morgan Chase

One Chase Manhattan Plaza

ABA #021000021 - Account #066196167

National Financial Services, LLC - For Credit to 890100485

New York, NY

For ACH Payments Only:

JPMorgan Chase

National Financial Services, LLC

ABA # 071000013

Account # 1103464

Chicago, IL

Please include invoice number with remittance.

After months of thoughtful discussion, we have reached a conclusion that check payments are no longer a viable method of payment and can no longer provide support for it. Please make note that effective, January 1, 2022, we will only accept payments sent via the instructions provided on your invoice. Checks received after this date will be returned. Thank you for accommodating our request as we continue to work towards a more efficient client experience during these challenging times.

Please contact FI Operational Accounting at FI.Invoices@fmr.com with questions regarding billing/fees.

For marketing inquiries, please contact your FundsNetwork Group Relationship Manager.

---

### Retirement FundsNetwork

| Cusip Name/Business Unit | ADB | # Accounts | Contractual BPS | Billable BPS | Amount |
|---|---|---|---|---|---|
| 89832P705 INFINITY Q DIVRS ALPHA INSTL | | | | | |
| Institutional Wealth Services | $1.76 | 1.00 | 15.0 | 15.0 | $0.00 |
| Maintenance Fee: | | | | | $0.00 |
| Cusip Total: | $1.76 | 1 | | | $0.00 |
| **Retirement Funds Network Total:** | **$1.76** | **1** | | | **$0.00** |

### No Transaction Fee

| Cusip Name/Business Unit | ADB | # Accounts | Contractual BPS | Billable BPS | Amount |
|---|---|---|---|---|---|
| 89832P606 INFINITY Q DIVRS ALPHA INVESTOR | | | | | |
| Institutional Wealth Services | $22,716.99 | 1558.00 | 40.0 | 15.0 | $2.85 |
| National Financial mgd acct | $1,216.15 | 64.00 | 40.0 | 15.0 | $0.15 |
| Maintenance Fee: | | | | | $0.00 |
| Cusip Total: | $23,933.14 | 1622 | | | $3.00 |
| **No Transaction Fee Total:** | **$23,933.14** | **1622** | | | **$3.00** |

| | |
|---|---|
| Total RFN Due: | $0.00 |
| Total NTF Due: | $3.00 |
| Adjustments: | $0.00 |
| Previous Unpaid Invoices: | $0.00 |
| Payments Applied: | $0.00 |
| **Total Amount Due:** | **$3.00** |
| | ============ |

Clearing, custody or other brokerage services may be provided by Fidelity Brokerage Services LLC or National Financial Services LLC, members NYSE, SIPC.

National Financial Services LLC 900 Salem St. Smithfield RI 02917

National Financial Services, LLC

Fidelity Brokerage Invoice - January

**Reimbursement Fees**

Due Date: 03/04/23

| | |
|---|---|
| **Invoice Number:** | 333269 |
| Statement Period: | 01/31/2023 |

Infinity Q Funds
888 7th Avenue, Suite 3800
Attn: Scott Lindell
NEW YORK, NY 10106

Please contact FI Operational Accounting at 401-292-6065 or
FI.Invoices@fmr.com with questions regarding billing/fees.
Please include invoice number on remittance.

| | |
|---|---|
| Total TFABB due: | $83.30 |
| Total Omnibus due: | $0.00 |
| Total Networking due: | $0.00 |
| Adjustments/Late Fees: | $0.00 |
| Previous unpaid invoices: | $83.33 |
| Payments Applied: | $0.00 |
| **Total Outstanding:** | **$166.63** |

Wire Instructions:

JP Morgan Chase

One Chase Manhattan Plaza

ABA #021000021 - Account #066196167

National Financial Services, LLC - For Credit to 890100372

New York, NY

After months of thoughtful discussion, we have reached a conclusion that check payments are no longer a viable method of payment and can no longer provide support for it. Please make note that effective, January 1, 2022, we will only accept payments sent via the instructions provided on your invoice. Checks received after this date will be returned. Thank you for accommodating our request as we continue to work towards a more efficient client experience during these challenging times.

Return remittance copy with payment or wire ref #.

**Transaction Fee Asset Based Billing**

| Cusip | Billable Assets | Rate (Bps) | Amount |
|---|---|---|---|
| **89832P606 INFINITY Q DIVRS ALPHA INVESTOR** | | | |
| Institutional Wealth Services | $6.81 | 10.00 | $0.00 |
| National Financial | $400.24 | 10.00 | $0.03 |
| National Financial mgd acct | $628.84 | 10.00 | $0.05 |
| Personal Investments | $4,807.99 | 10.00 | $0.38 |
| Cusip Total | $5,843.88 | | $0.46 |
| **89832P705 INFINITY Q DIVRS ALPHA INSTL** | | | |
| Family Office | $23,238.97 | 10.00 | $1.97 |
| Institutional Wealth Services | $838,995.65 | 10.00 | $71.20 |
| Institutional Wealth Services | $1.76 | 0.00 | $0.00 |
| National Financial | $5,727.63 | 10.00 | $0.48 |
| National Financial mgd acct | $76,666.52 | 10.00 | $6.51 |
| Personal Investments | $32,352.00 | 10.00 | $2.68 |
| Cusip Total | $976,982.53 | | $82.84 |
| **Total Transaction Fee Asset Based Billing:** | **$982,826.41** | | **$83.30** |

| | |
|---|---|
| Total due on this invoice: | $83.30 |
| Adjustments/Late Fees: | $0.00 |
| Previous Unpaid Invoices: | $83.33 |
| Payments Applied: | $0.00 |
| **Total Amount Due:** | **$166.63** |
| | ============ |

Clearing, custody or other brokerage services may be provided by Fidelity Brokerage Services LLC or National Financial Services LLC, members NYSE,

SIPC.

National Financial Services LLC 900 Salem St. Smithfield RI 02917

National Financial Services, LLC

Fidelity Brokerage Invoice - January

**No Transaction Fee Program**

**Shareholder Services Agreement Fees**

| | |
|---|---|
| **Invoice Number:** | 332745 |
| Statement Period: | 01/01/2023 |
| | 01/31/2023 |

Due Date 03/03/23

Infinity Q Funds

888 7th Avenue, Suite 3800

Attn: Scott Lindell

NEW YORK, NY 10106

| | |
|---|---|
| Billing Days: | 31 |
| Total RFN Due: | $0.00 |
| Total NTF Due: | $3.00 |
| Adjustments: | $0.00 |
| Previous Unpaid Invoices: | $3.00 |
| Payments Applied: | $0.00 |
| **Total Amount Due:** | **$6.00** |

**WIRE PAYMENTS ARE PREFERRED.**

Wire Payments:

JP Morgan Chase

One Chase Manhattan Plaza

ABA #021000021 - Account #066196167

National Financial Services, LLC - For Credit to 890100485

New York, NY

For ACH Payments Only:

JPMorgan Chase

National Financial Services, LLC

ABA # 071000013

Account # 1103464

Chicago, IL

Please include invoice number with remittance.

After months of thoughtful discussion, we have reached a conclusion that check payments are no longer a viable method of payment and can no longer provide support for it. Please make note that effective, January 1, 2022, we will only accept payments sent via the instructions provided on your invoice. Checks received after this date will be returned. Thank you for accommodating our request as we continue to work towards a more efficient client experience during these challenging times.

Please contact FI Operational Accounting at FI.Invoices@fmr.com with questions regarding billing/fees.

For marketing inquiries, please contact your FundsNetwork Group Relationship Manager.

---

### Retirement FundsNetwork

| Cusip Name/Business Unit | ADB | # Accounts | Contractual BPS | Billable BPS | Amount |
|---|---|---|---|---|---|
| 89832P705 INFINITY Q DIVRS ALPHA INSTL | | | | | |
| Institutional Wealth Services | $1.76 | 1.00 | 15.0 | 15.0 | $0.00 |
| Maintenance Fee: | | | | | $0.00 |
| Cusip Total: | $1.76 | 1 | | | $0.00 |
| **Retirement Funds Network Total:** | **$1.76** | **1** | | | **$0.00** |

### No Transaction Fee

| Cusip Name/Business Unit | ADB | # Accounts | Contractual BPS | Billable BPS | Amount |
|---|---|---|---|---|---|
| 89832P606 INFINITY Q DIVRS ALPHA INVESTOR | | | | | |
| Institutional Wealth Services | $22,717.00 | 1556.00 | 40.0 | 15.0 | $2.85 |
| National Financial mgd acct | $1,216.15 | 64.00 | 40.0 | 15.0 | $0.15 |
| Maintenance Fee: | | | | | $0.00 |
| Cusip Total: | $23,933.15 | 1620 | | | $3.00 |
| **No Transaction Fee Total:** | **$23,933.15** | **1620** | | | **$3.00** |

| | |
|---|---|
| Total RFN Due: | $0.00 |
| Total NTF Due: | $3.00 |
| Adjustments: | $0.00 |
| Previous Unpaid Invoices: | $3.00 |
| Payments Applied: | $0.00 |
| **Total Amount Due:** | **$6.00** |
| | ============ |

Clearing, custody or other brokerage services may be provided by Fidelity Brokerage Services LLC or National Financial Services LLC, members NYSE, SIPC.

National Financial Services LLC 900 Salem St. Smithfield RI 02917



**Pershing®**

AN AFFILIATE OF THE BANK OF NEW YORK MELLON

One Pershing Plaza, Jersey City, NJ 07399
Pershing LLC, member FINRA, NYSE, SIPC

U.S. Bancorp Fund Services, LLC
777 East Wisconsin Avenue
Milwaukee, WI 53202
Dealer Agmt Dept.                                                                    January 18, 2023

Dear :

Please find enclosed the fourth quarter Networking Fee invoice. On 12/31/2022, Pershing had
2,397 networked accounts with Infinity Funds. Based on our payment agreement Pershing
anticipates payment of $8,389.50 for the fourth quarter of 2022.

*Wired funds may be sent to:*        The Bank of New York
                                     ABA 021000018
                                     Pershing LLC
                                     A/C 890-051238-5
                                     For Further Credit to A/C 989-102819
                                     Infinity Funds
                                     Invoice# 308523011

Please ensure no other platform fees (12b1, FundVest, Bank Custody, etc.) are included with
this invoice payment. Thank you for your cooperation and if you need further assistance,
please contact Giovanni Pauta at (201) 395-1856 or email gpauta@pershing.com.

Sincerely,

Laurence B. Fried
Vice President

*Pershing*

**Networking Fee - Fourth Quarter 2022**
**INFINITY FUNDS**

12/31/2022

| CUSIP | DESCRIPTION | ACCOUNTS | RATE | FEE |
|-------|-------------|----------|------|-----|
| 89832P606 | INFINITY Q DIVERSIFIED ALPHA FUND INVESTOR CLASS | 21 | $14.00/4 | $73.50 |
| 89832P705 | INFINITY Q DIVERSIFIED ALPHA FUND CLASS I | 2,376 | $14.00/4 | $8,316.00 |
| | | --------------- | | ------------------- |
| | | **2,397** | | **$8,389.50** |
| | | --------------- | | ------------------- |

**Pershing**®

AN AFFILIATE OF THE BANK OF NEW YORK MELLON

One Pershing Plaza, Jersey City, NJ 07399
Pershing LLC, member FINRA, NYSE, SIPC

Ms. Wendy Barron
U.S. Bancorp Fund Services, LLC
2020 E. Financial Way
Suite 100
Glendora, CA 91741                                            January 10, 2023

Dear Wendy:

Please find enclosed the quarterly sub-accounting fee invoice. On 12/31/2022, Pershing on behalf of BNY Mellon N.A. had sub-account holdings with Infinity Funds. Based on our payment agreement, Pershing on behalf of BNY Mellon N.A. anticipates payment of $68.01 for the 4th Qtr 2022.

| | |
|---|---|
| *Make all checks payable to:* | **BNY Mellon N.A.** |
| *and mail to:* | Bank of New York Mellon, N.A. |
| | c/o Pershing LLC |
| | One Pershing Plaza |
| | Jersey City, NJ 07399 |
| | Attn: Mutual Funds, 5th Floor |
| | |
| *Wired funds may be sent to:* | Bank of New York |
| | ABA 021000018 |
| | A/C 631-0129516 |
| | For Further Credit to A/C 929-000032 |
| | Infinity Funds |
| | Invoice# 308522310 |

Thank you for your cooperation.  If you need further assistance, please contact Giovanni Pauta at (201) 395-1856 or email gpauta@pershing.com.

Sincerely,

Laurence B. Fried
Vice President

*Pershing*

## Subaccounting Fees - 4th Qtr 2022
## INFINITY FUNDS

| CUSIP | DESCRIPTION | | ACCOUNTS | RATE | FEE |
|-------|-------------|---|----------|------|-----|
| *October 31, 2022* | | | | | |
| 89832P705 | INFINITY Q DIVERSIFIED ALPHA FUND CLASS I | | 16 | $17.00/12 | $22.67 |
| | | **Total:** | **16** | | **$22.67** |
| *November 30, 2022* | | | | | |
| 89832P705 | INFINITY Q DIVERSIFIED ALPHA FUND CLASS I | | 16 | $17.00/12 | $22.67 |
| | | **Total:** | **16** | | **$22.67** |
| *December 31, 2022* | | | | | |
| 89832P705 | INFINITY Q DIVERSIFIED ALPHA FUND CLASS I | | 16 | $17.00/12 | $22.67 |
| | | **Total:** | **16** | | **$22.67** |
| | | **Grand Total:** | | | **$68.01** |

## RBC - Infinity Q

**Invoice # 1222308522**

**Date: 01-04-2023**

**Period: 12/01/2022 - 12/31/2022**

Please send the following Grand Total Payment:
**Service Fee payment amount: $5.58**

RBC Wire Payment Instructions
**Remit VIA FED WIRE as follows:**
US Bank
800 Nicollet Ave
Minneapolis, MN 55402
ABA: 091000022
Acct: 1602 3009 7208
Acct Name: RBC Capital Markets, LLC
Attn: Commission Accounting Department
Reference: Fund Family Name and Invoice #

| Fund Co | INFQ | | Status | Completed |
|---|---|---|---|---|
| Type | SERVICE FEE | | Period | 12/01/2022 - 12/31/2022 |
| Dealer | RBC | | Dollars | $5.58 |
| | | | Invoice | |
| Create Date | 01/03/2023 | | Number | 1222308522 |

| Ticker | CUSIP | Fund Name | TA Fund No | Class | Freq | Number of Accts | Accounts Bypassed | Annual Rate | Acct Fee | Avg Bal | Basis Points | Asset Fee | Total Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IQDAX | 89832P606 | INFINITY Q DIVERSIFIED ALPHA INVESTOR SHARES | 002372 | V | M | 1 | 0 | $0.00 | $0.00 | $341.06 | 12.0 | $0.03 | $0.03 |
| IQDNX | 89832P705 | INFINITY Q DIVERSIFIED ALPHA INSTITUTIONAL SHARES | 002373 | I | M | 222 | 0 | $0.00 | $0.00 | $55,515.85 | 12.0 | $5.55 | $5.55 |

## RBC - Infinity Q

**Invoice # 0123308522**

**Date: 02-02-2023**

**Period: 01/01/2023 - 01/31/2023**

Please send the following Grand Total Payment:
**Service Fee payment amount: $4.77**

RBC Wire Payment Instructions

**Remit VIA FED WIRE as follows:**
US Bank
800 Nicollet Ave
Minneapolis, MN 55402
ABA: 091000022
Acct: 1602 3009 7208
Acct Name: RBC Capital Markets, LLC
Attn: Commission Accounting Department
Reference: Fund Family Name and Invoice #

| Fund Co | INFQ | | Status | Completed |
|---|---|---|---|---|
| Type | SERVICE FEE | | Period | 01/01/2023 - 01/31/2023 |
| Dealer | RBC | | Dollars | $4.77 |
| | | | Invoice | |
| Create Date | 02/01/2023 | | Number | 0123308522 |

| Ticker | CUSIP | Fund Name | TA Fund No | Class | Freq | Number of Accts | Accounts Bypassed | Annual Rate | Acct Fee | Avg Bal | Basis Points | Asset Fee | Total Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IQDAX | 89832P606 | INFINITY Q DIVERSIFIED ALPHA INVESTOR SHARES | 002372 | V | M | 1 | 0 | $0.00 | $0.00 | $341.06 | 12.0 | $0.03 | $0.03 |
| IQDNX | 89832P705 | INFINITY Q DIVERSIFIED ALPHA INSTITUTIONAL SHARES | 002373 | I | M | 176 | 0 | $0.00 | $0.00 | $47,443.95 | 12.0 | $4.74 | $4.74 |

**Stretto, Inc.**
410 Exchange, Ste 100
Irvine, CA  92602

800.634.7734

StrettoCR-Billing@stretto.com

**Invoice  7614**

 STRETTO

---

**BILL TO**
Infinity Q Diversified Alpha
Fund

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 12/29/2022 | **$500.00** | 01/28/2023 |

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 10/31/2022 | Balance Forward | 501.50 |
| | Other payments and credits after 10/31/2022 through 12/28/2022 | -501.50 |
| 12/29/2022 | Other invoices from this date | 0.00 |
| | New charges (details below) | 500.00 |
| | Total Amount Due | 500.00 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hourly Fees | | | 500.00 |
| | TOTAL OF NEW CHARGES | | 500.00 |
| | TOTAL DUE | | **$500.00** |

THANK YOU.

For wire/ACH payments:
Bank Name – Pacific Western Bank
Bank Address – 110 West A Street, Suite 100, San Diego, CA 92101
Account No – 1000681781
ABA - 122238200
Beneficiary - Stretto

Remit Check Payments to:
Stretto: Attn Accounts Receivable
410 Exchange, Ste. 100
Irvine, CA 92602



**Invoice Date:**      01/31/2023
**Invoice Number:**    20221231-2437-A

Infinity Q
TAP  Expenses
U.S. Bancorp Fund Services, LLC
2020 E. Financial Way
Suite 100
Glendora, CA 91741

**Billing Period:**      12/01/2022 to 12/31/2022

CURRENT INVOICE SUMMARY

| | |
|---|---|
| Miscellaneous Charges | 0.00 |
| Miscellaneous Fees | 2,005.00 |

| | |
|---|---|
| **TOTAL CURRENT AND PAST DUE** | **$ 2,005.00** |

\* See attached worksheet for calculation details

PLEASE ENCLOSE COPY OF INVOICE IN RETURN ENVELOPE

**WIRE / ACH FUNDS TO:**

U.S. Bank NA, 777 E. Wisconsin Avenue, Milwaukee, WI, 53202, US Bancorp Fund Services, LLC, ABA #: 075000022, Account #: 112924312
For Further Credit: US Bancorp Fund Services, LLC, 20221231-2437-A, Attn: Financial Reporting

**MAIL REMITTANCES TO:**

Financial Reporting
U.S. Bancorp Fund Services, LLC
777 East Wisconsin Avenue
Milwaukee, WI 53202

## Investor Servicing
**No Fees**

## Miscellaneous Fees:

| Fee Description | Detail | Amount |
|---|---|---|
| Certified Postage | 8937 Infinity Q Diversified Alpha Fund | $ 7.60 |
| Certified Postage | Infinity Q Diversified Alpha Fund | $ 15.50 |
| Document Retention | 07/31/2022 | $ 12.60 |
| Document Retention | 12/31/2022 | $ 11.41 |
| Document Retention | 5/31/2022 | $ 13.22 |
| Document Retention | 6/30/2022 | $ 11.98 |
| EDGAR Fees | 40-33 Infinity Q Diversified Alpha Fund - TAP | $ 300.00 |
| EDGAR Fees | 4033 Infinity Q Diversified Fund - TAP | $ 150.00 |
| Miscellaneous Statement Output | NCOA Insert | $ 0.95 |
| Postage Pieces - Charges to Fund | Items Mailed 1 | $ 1.26 |
| Postage Pieces - Charges to Fund | Items Mailed 8 | $ 4.24 |
| Recordkeeping Only | Credit from Iverpayment on Previous Invoice | $ -381.94 |
| Recordkeeping Only | KL Discovery Inv P0100272142 | $ 1,858.00 |
| Regulatory Servicing | SOVOS - Fall 2022 Unclaimed Property Reporting (at-risk analysis) | $ 0.18 |
| | **Total Other Fees:** | **$ 2,005.00** |
| | **Total Amount Due:** | **$ 2,005.00** |



**Invoice Date:**      02/21/2023
**Invoice Number:**   20230131-2437-A

Infinity Q
TAP  Expenses
U.S. Bancorp Fund Services, LLC
2020 E. Financial Way
Suite 100
Glendora, CA 91741

**Billing Period:**      01/01/2023 to 01/31/2023

| | |
|---|---:|
| OUTSTANDING BALANCE AS OF 02/15/2023 | $ 2,005.00 |
| CURRENT INVOICE SUMMARY | |
| Miscellaneous Charges | 0.00 |
| Miscellaneous Fees | 1,619.23 |
| **CURRENT AMOUNT DUE\*** | **$ 1,619.23** |
| **TOTAL CURRENT AND PAST DUE** | **$ 3,624.23** |

\* See attached worksheet for calculation details

Please reference invoice number(s) on all payments

**WIRE / ACH FUNDS TO:**

U.S. Bank NA, 777 E. Wisconsin Avenue, Milwaukee, WI, 53202, US Bancorp Fund Services, LLC, ABA # 075000022, Account # 112924312

For Further Credit: US Bancorp Fund Services, LLC, 20230131-2437-A

**MAIL REMITTANCES TO:**

U.S. Bank
CM9703
P.O. Box 70870
St. Paul, MN 55170 - 9703

## Investor Servicing
**No Fees**

## Miscellaneous Fees:

| Fee Description | Detail | Amount |
|---|---|---|
| Certified Postage | 7004-8613Infinity Q Diversified Alpha Fund | $ 7.60 |
| Document Retention | 1/31/2023 | $ 13.63 |
| Recordkeeping Only | KLDiscovery Inv P0100276064 Jan 2023 Service | $ 1,598.00 |
| | **Total Other Fees:** | **$ 1,619.23** |
| | **Total Amount Due:** | **$ 1,619.23** |

## Outstanding Balance Detail as of 02/15/2023:

| Invoice Number | Aging | Outstanding Balance |
|---|---|---|
| 20221231-2437-A | Under 30 | $ 2,005.00 |
| | **Total:** | **$ 2,005.00** |

## UBS - Infinity Q

**Invoice # 1222308523**

**Date: 01-04-2023**

**Period: 12/01/2022 - 12/31/2022**

Please send the following Grand Total Payment:
**Service Fee payment amount: $1,221.33**

UBS Wire Payment Instructions
**Remit VIA FED WIRE as follows:**

UBS AG
677 Washington Blvd 15th Fl
Stamford, CT 06901
ABA #: 026007993
A/C #: 101WA258644000
FFC to: YYY 7057600299
Reference: Invoice #, Fund Co

| Fund Co | INFQ |
|---|---|
| Type | SERVICE FEE |
| Dealer | UBS |
| | |
| Create Date | 01/03/2023 |

| Status | Completed |
|---|---|
| Period | 12/01/2022 - 12/31/2022 |
| Dollars | $1,221.33 |
| Invoice | |
| Number | 1222308523 |

| Ticker | CUSIP | Fund Name | TA Fund No | Class | Freq | Number of Accts | Accounts Bypassed | Annual Rate | Acct Fee | Avg Bal | Basis Points | Asset Fee | Total Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IQDAX | 89832P606 | INFINITY Q DIVERSIFIED ALPHA INVESTOR SHARES | 002372 | V | M | 12 | 0 | $16.00 | $16.00 | $88.69 | 0.0 | $0.00 | $16.00 |
| IQDNX | 89832P705 | INFINITY Q DIVERSIFIED ALPHA INSTITUTIONAL SHARES | 002373 | I | M | 904 | 0 | $16.00 | $1,205.33 | $67,188.42 | 0.0 | $0.00 | $1,205.33 |

## UBS - Infinity Q

**Invoice # 0123308523**

**Date: 02-02-2023**

**Period: 01/01/2023 - 01/31/2023**

Please send the following Grand Total Payment:
**Service Fee payment amount: $1,225.33**

UBS Wire Payment Instructions
**Remit VIA FED WIRE as follows:**

UBS AG
677 Washington Blvd 15th Fl
Stamford, CT 06901
ABA #: 026007993
A/C #: 101WA258644000
FFC to: YYY 7057600299
Reference: Invoice #, Fund Co

| Fund Co | INFQ | | Status | Completed |
|---|---|---|---|---|
| Type | SERVICE FEE | | Period | 01/01/2023 - 01/31/2023 |
| Dealer | UBS | | Dollars | $1,225.33 |
| | | | Invoice | |
| Create Date | 02/01/2023 | | Number | 0123308523 |

| Ticker | CUSIP | Fund Name | TA Fund No | Class | Freq | Number of Accts | Accounts Bypassed | Annual Rate | Acct Fee | Avg Bal | Basis Points | Asset Fee | Total Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IQDAX | 89832P606 | INFINITY Q DIVERSIFIED ALPHA INVESTOR SHARES | 002372 | V | M | 12 | 0 | $16.00 | $16.00 | $88.69 | 0.0 | $0.00 | $16.00 |
| IQDNX | 89832P705 | INFINITY Q DIVERSIFIED ALPHA INSTITUTIONAL SHARES | 002373 | I | M | 907 | 0 | $16.00 | $1,209.33 | $67,446.96 | 0.0 | $0.00 | $1,209.33 |