# APPENDIX C-1

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**

DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626

January 12, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

## CLASS ACTION MATTERS

FILE# N2441-00002        INVOICE# 2991657        IRS# 23-1392502

CURRENT INVOICE                                          $19,291.28

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 4/13/21 | 2765741 | $81,752.00 | $77,086.30 | $4,665.70 |
| 5/28/21 | 2782594 | $48,154.83 | $45,742.58 | $2,412.25 |
| 6/28/21 | 2792416 | $242,425.10 | $231,355.40 | $11,069.70 |
| 7/28/21 | 2803386 | $82,420.75 | $75,841.25 | $6,579.50 |
| 8/25/21 | 2812246 | $56,504.35 | $45,588.25 | $10,916.10 |
| 9/30/21 | 2823797 | $114,129.05 | $90,428.20 | $23,700.85 |
| 10/29/21 | 2834005 | $103,850.18 | $84,764.90 | $19,085.28 |
| 11/24/21 | 2843643 | $71,917.70 | $66,858.50 | $5,059.20 |
| 12/8/21 | 2849199 | $47,027.82 | $40,979.79 | $6,048.03 |
| 1/28/22 | 2866078 | $106,836.61 | $99,371.80 | $7,464.81 |
| 2/24/22 | 2876096 | $88,462.99 | $80,257.58 | $8,205.41 |
| 3/30/22 | 2887487 | $52,322.91 | $50,132.30 | $2,190.61 |
| 4/27/22 | 2898199 | $27,748.16 | $16,054.27 | $11,693.89 |
| 5/26/22 | 2908670 | $22,842.81 | $14,281.00 | $8,561.81 |
| 6/29/22 | 2920001 | $52,679.89 | $40,990.00 | $11,689.89 |
| 7/20/22 | 2928030 | $40,234.40 | $32,100.50 | $8,133.90 |
| 8/30/22 | 2941293 | $48,773.46 | $42,601.50 | $6,171.96 |
| 9/29/22 | 2951949 | $180,296.42 | $156,457.78 | $23,838.64 |
| 10/28/22 | 2962622 | $8,021.80 | $0.00 | $8,021.80 |
| 11/30/22 | 2974961 | $5,601.80 | $0.00 | $5,601.80 |

Duane Morris
January 12, 2023

| File # N2441-00002 | | | | INVOICE# 2991657 |
| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
| --- | --- | --- | --- | --- |
| 12/6/22 | 2977596 | $4,863.51 | $0.00 | $4,863.51 |
| | | | | $195,974.64 |

TOTAL BALANCE DUE                                    $215,265.92



**PAYMENT ADVICES MAY BE EMAILED TO:** ACCOUNTSRECEIVABLE@DUANEMORRIS.COM

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD.  THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE.  AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

January 12, 2023


ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901


CLASS ACTION MATTERS

File# N2441-00002          Invoice# 2991657          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2022 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                    $18,254.50


DISBURSEMENTS
ALERTS                                              $8.10
COLOR PRINTING & DUPLICATING - INTERNAL             $0.98
PACER FEDERAL DOCKET COSTS                          $4.20
PRINTING & DUPLICATING                             $60.30
WESTLAW LEGAL RESEARCH                            $963.20
TOTAL DISBURSEMENTS                                             $1,036.78

BALANCE DUE THIS INVOICE                                       $19,291.28

PREVIOUS BALANCE                                              $195,974.64

TOTAL BALANCE DUE                                            $215,265.92

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 4/13/21 | 2765741 | $81,752.00 | $77,086.30 | $4,665.70 |
| 5/28/21 | 2782594 | $48,154.83 | $45,742.58 | $2,412.25 |
| 6/28/21 | 2792416 | $242,425.10 | $231,355.40 | $11,069.70 |
| 7/28/21 | 2803386 | $82,420.75 | $75,841.25 | $6,579.50 |
| 8/25/21 | 2812246 | $56,504.35 | $45,588.25 | $10,916.10 |
| 9/30/21 | 2823797 | $114,129.05 | $90,428.20 | $23,700.85 |
| 10/29/21 | 2834005 | $103,850.18 | $84,764.90 | $19,085.28 |
| 11/24/21 | 2843643 | $71,917.70 | $66,858.50 | $5,059.20 |
| 12/8/21 | 2849199 | $47,027.82 | $40,979.79 | $6,048.03 |

Duane Morris
January 12, 2023

File # N2441-00002                                        INVOICE# 2991657

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 1/28/22 | 2866078 | $106,836.61 | $99,371.80 | $7,464.81 |
| 2/24/22 | 2876096 | $88,462.99 | $80,257.58 | $8,205.41 |
| 3/30/22 | 2887487 | $52,322.91 | $50,132.30 | $2,190.61 |
| 4/27/22 | 2898199 | $27,748.16 | $16,054.27 | $11,693.89 |
| 5/26/22 | 2908670 | $22,842.81 | $14,281.00 | $8,561.81 |
| 6/29/22 | 2920001 | $52,679.89 | $40,990.00 | $11,689.89 |
| 7/20/22 | 2928030 | $40,234.40 | $32,100.50 | $8,133.90 |
| 8/30/22 | 2941293 | $48,773.46 | $42,601.50 | $6,171.96 |
| 9/29/22 | 2951949 | $180,296.42 | $156,457.78 | $23,838.64 |
| 10/28/22 | 2962622 | $8,021.80 | $0.00 | $8,021.80 |
| 11/30/22 | 2974961 | $5,601.80 | $0.00 | $5,601.80 |
| 12/6/22 | 2977596 | $4,863.51 | $0.00 | $4,863.51 |
| | | | | $195,974.64 |

Duane Morris
January 12, 2023
Page 2

File # N2441-00002                                                    INVOICE# 2991657
CLASS ACTION MATTERS

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/22/2022 | 01523 | WA MACK | REVIEWING MEMO ANALYZING SETTLEMENT AGREEMENTS ███████ ████████ AND IMPLICATIONS OF OPT-OUT ACTIONS ON SAME | 0.40 | $548.00 |
| | | | Subtotal: | 0.40 | $548.00 |
| 12/20/2022 | 09334 | MA CABIN | REVIEW AND ANALYSIS OF NEW OPT-OUT COMPLAINTS AND POTENTIAL IMPACT ON CLASS-ACTION-SETTLEMENT PROCEEDINGS | 2.70 | $1,876.50 |
| 12/21/2022 | 09334 | MA CABIN | FURTHER REVIEW AND ANALYSIS OF NEW OPT-OUT COMPLAINTS AND POTENTIAL IMPACT ON CLASS-ACTION-SETTLEMENT PROCEEDINGS | 1.90 | $1,320.50 |
| 12/22/2022 | 09334 | MA CABIN | REVIEW AND ANALYSIS OF ████████ ████████ MEMORANDUM FROM B. FELDMAN AND RELATED SETTLEMENT ISSUES | 0.50 | $347.50 |
| 12/27/2022 | 09334 | MA CABIN | REVIEW AND ANALYSIS OF PLAINTIFFS' MOTION FOR FINAL SETTLEMENT APPROVAL | 0.50 | $347.50 |
| 12/29/2022 | 09334 | MA CABIN | REVIEW AND ANALYSIS OF U.S. BANK'S RESPONSES AND OBJECTIONS TO SHERCK'S DISCOVERY REQUEST | 0.20 | $139.00 |
| | | | Subtotal: | 5.80 | $4,031.00 |
| 12/20/2022 | 09338 | JJ COSTER | CONTINUED ATTENTION TO OPT OUT COMPLANTS AND POSSIBLE EFFECT ON SETTLEMENT PROCEEDINGS | 2.00 | $2,170.00 |
| 12/22/2022 | 09338 | JJ COSTER | REVIEW MEMO FROM B. FELDMAN REGARDING SETTLEMENT | 0.40 | $434.00 |
| | | | Subtotal: | 2.40 | $2,604.00 |
| 12/22/2022 | 61894 | CR RUBIN | REVIEWED OPT OUT ANALYSIS | 0.20 | $171.00 |
| 12/29/2022 | 61894 | CR RUBIN | REVIEW AND ANALYZE MEETING MEMOS | 0.70 | $598.50 |
| 12/30/2022 | 61894 | CR RUBIN | REVIEW AND ANALYZE MEETING MEMOS | 0.60 | $513.00 |
| | | | Subtotal: | 1.50 | $1,282.50 |
| 12/2/2022 | 10080 | BD FELDMAN | ANALYZED NEW YORK STATE DOCKET FOR DEVELOPMENTS AND POSTED DECISION | 0.20 | $150.00 |
| 12/15/2022 | 10080 | BD FELDMAN | REVISED DRAFT EMAIL TO CASE TEAM RE ████████████████ AND POTENTIAL IMPACT ON | 0.20 | $150.00 |

Duane Morris
January 12, 2023
Page 3

File # N2441-00002                                          INVOICE# 2991657
        CLASS ACTION MATTERS

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| 12/15/2022 10080 BD FELDMAN | SETTLEMENT PROCEEDINGS ANALYZED ████ ██████████ CLASS ACTION | | 0.30 | $225.00 |
| 12/16/2022 10080 BD FELDMAN | SETTLEMENT OBJECTOR'S COUNSEL RESEARCH ISSUE RE ████ ██████, AS RELEVANT TO SETTLEMENT OBJECTION | | 1.60 | $1,200.00 |
| 12/19/2022 10080 BD FELDMAN | RESEARCHED ISSUE RE ████ ██████ FROM COUNSEL REPRESENTING PLAINTIFF IN STATE CLASS ACTION | | 3.20 | $2,400.00 |
| 12/20/2022 10080 BD FELDMAN | ANALYZED NEWLY FILED OPT-OUT COMPLAINT AND POSSIBLE IMPACT ON SETTLEMENT PROCEEDINGS | | 1.30 | $975.00 |
| 12/20/2022 10080 BD FELDMAN | ANALYZED NEW OPT-OUT COMPLAINTS AND POTENTIAL IMPACT ON SETTLEMENT PROCEEDINGS | | 0.30 | $225.00 |
| 12/20/2022 10080 BD FELDMAN | DISCUSSED THE SAME WITH M. CABIN | | 0.20 | $150.00 |
| 12/21/2022 10080 BD FELDMAN | COMMUNICATED WITH M. CABIN RE ANALYSIS OF OPT- OUT COMPLAINTS AND POTENTIAL IMPACT ON SETTLEMENT PROCEEDINGS | | 0.20 | $150.00 |
| 12/21/2022 10080 BD FELDMAN | COMMUNICATED WITH G. HERROLD RE ANALYSIS OF SETTLEMENT AGREEMENT IN LIGHT OF OPT-OUT COMPLAINTS | | 0.20 | $150.00 |
| 12/21/2022 10080 BD FELDMAN | ANALYZED SETTLEMENT IN LIGHT OF OPT-OUT ACTIONS | | 0.50 | $375.00 |
| 12/21/2022 10080 BD FELDMAN | COMMUNICATED WITH K. COVERT RE PREPARATION OF BINDER RE NEW OPT-OUT COMPLAINTS AND SETTLEMENT DOCUMENTS | | 0.20 | $150.00 |
| 12/22/2022 10080 BD FELDMAN | ANALYZED SETTLEMENT ████, AND DRAFTED ANALYSIS RE THE SAME | | 1.50 | $1,125.00 |
| 12/22/2022 10080 BD FELDMAN | PREPARED FOR MEETING WITH H. KOZLOV RE SETTLEMENT ████ | | 0.30 | $225.00 |
| 12/29/2022 10080 BD FELDMAN | REVIEWED OBJECTIONS AND RESPONSES TO SHERCK'S SUBPOENA TO U.S. BANK | | 0.30 | $225.00 |
| | | Subtotal: | 10.50 | $7,875.00 |
| 12/21/2022 08977 G HERROLD | REVIEW AND ANALYZE PLEADINGS AND EXHIBITS IN RECENTLY-FILED OPT OUT ACTIONS AS WELL AS SETTLEMENT AGREEMENT AND EXHIBITS IN ANTICIPATION OF DRAFTING ANALYSIS. | | 3.30 | $1,914.00 |

Duane Morris
January 12, 2023
Page 4

File # N2441-00002                                          INVOICE# 2991657
    CLASS ACTION MATTERS

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|------|-------|-------|
| | | Subtotal: | 3.30 | $1,914.00 |
| | | TOTAL SERVICES | 23.90 | $18,254.50 |

Duane Morris
January 12, 2023
Page 5

File # N2441-00002                                                        INVOICE# 2991657
     CLASS ACTION MATTERS

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 12/16/2022 | WESTLAW LEGAL RESEARCH - FELDMAN,BRAD D | | 550.40 |
| 12/19/2022 | WESTLAW LEGAL RESEARCH - FELDMAN,BRAD D | | 412.80 |
| | | Total: | $963.20 |
| 12/31/2022 | PACER FEDERAL DOCKET COSTS | | 4.20 |
| | | Total: | $4.20 |
| 12/31/2022 | COLOR PRINTING & DUPLICATING - INTERNAL | | 0.98 |
| | | Total: | $0.98 |
| 12/31/2022 | ALERTS | | 8.10 |
| | | Total: | $8.10 |
| 12/31/2022 | PRINTING & DUPLICATING | | 60.30 |
| | | Total: | $60.30 |
| | | TOTAL DISBURSEMENTS | $1,036.78 |

Duane Morris
January 12, 2023
Page 6

File # N2441-00002                                                    INVOICE# 2991657
    CLASS ACTION MATTERS

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 01523 | WA MACK | 0.40 | $548.00 |
| 09334 | MA CABIN | 5.80 | $4,031.00 |
| 09338 | JJ COSTER | 2.40 | $2,604.00 |
| 61894 | CR RUBIN | 1.50 | $1,282.50 |
| 10080 | BD FELDMAN | 10.50 | $7,875.00 |
| 08977 | G HERROLD | 3.30 | $1,914.00 |
| | | 23.90 | $18,254.50 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**

DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626


February 13, 2023


ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901


CLASS ACTION MATTERS

FILE# N2441-00002        INVOICE# 3002570        IRS# 23-1392502

CURRENT INVOICE                                      $8,907.80

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 4/13/21 | 2765741 | $81,752.00 | $77,086.30 | $4,665.70 |
| 5/28/21 | 2782594 | $48,154.83 | $45,742.58 | $2,412.25 |
| 6/28/21 | 2792416 | $242,425.10 | $231,355.40 | $11,069.70 |
| 7/28/21 | 2803386 | $82,420.75 | $75,841.25 | $6,579.50 |
| 8/25/21 | 2812246 | $56,504.35 | $45,588.25 | $10,916.10 |
| 9/30/21 | 2823797 | $114,129.05 | $90,428.20 | $23,700.85 |
| 10/29/21 | 2834005 | $103,850.18 | $84,764.90 | $19,085.28 |
| 11/24/21 | 2843643 | $71,917.70 | $66,858.50 | $5,059.20 |
| 12/8/21 | 2849199 | $47,027.82 | $40,979.79 | $6,048.03 |
| 1/28/22 | 2866078 | $106,836.61 | $99,371.80 | $7,464.81 |
| 2/24/22 | 2876096 | $88,462.99 | $80,257.58 | $8,205.41 |
| 3/30/22 | 2887487 | $52,322.91 | $50,132.30 | $2,190.61 |
| 4/27/22 | 2898199 | $27,748.16 | $16,054.27 | $11,693.89 |
| 5/26/22 | 2908670 | $22,842.81 | $14,281.00 | $8,561.81 |
| 6/29/22 | 2920001 | $52,679.89 | $40,990.00 | $11,689.89 |
| 7/20/22 | 2928030 | $40,234.40 | $32,100.50 | $8,133.90 |
| 8/30/22 | 2941293 | $48,773.46 | $42,601.50 | $6,171.96 |
| 9/29/22 | 2951949 | $180,296.42 | $156,457.78 | $23,838.64 |
| 10/28/22 | 2962622 | $8,021.80 | $0.00 | $8,021.80 |
| 11/30/22 | 2974961 | $5,601.80 | $0.00 | $5,601.80 |

Duane Morris
February 13, 2023

File # N2441-00002                                    INVOICE# 3002570

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 12/6/22   | 2977596      | $4,863.51   | $0.00   | $4,863.51   |
| 1/12/23   | 2991657      | $19,291.28  | $0.00   | $19,291.28  |
|           |              |             |         | $215,265.92 |

TOTAL BALANCE DUE                                    $224,173.72



**PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM**

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE END OF THE INVOICE PERIOD.  THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS INVOICED IN THE FUTURE.  AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

February 13, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

CLASS ACTION MATTERS

File# N2441-00002          Invoice# 3002570          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2023 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                    $8,817.00


DISBURSEMENTS
ALERTS                                          $10.80
DOCUMENT RETRIEVAL                              $80.00  _____
TOTAL DISBURSEMENTS                                               $90.80

BALANCE DUE THIS INVOICE                                        $8,907.80

PREVIOUS BALANCE                                              $215,265.92

TOTAL BALANCE DUE                                            $224,173.72

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 4/13/21 | 2765741 | $81,752.00 | $77,086.30 | $4,665.70 |
| 5/28/21 | 2782594 | $48,154.83 | $45,742.58 | $2,412.25 |
| 6/28/21 | 2792416 | $242,425.10 | $231,355.40 | $11,069.70 |
| 7/28/21 | 2803386 | $82,420.75 | $75,841.25 | $6,579.50 |
| 8/25/21 | 2812246 | $56,504.35 | $45,588.25 | $10,916.10 |
| 9/30/21 | 2823797 | $114,129.05 | $90,428.20 | $23,700.85 |
| 10/29/21 | 2834005 | $103,850.18 | $84,764.90 | $19,085.28 |
| 11/24/21 | 2843643 | $71,917.70 | $66,858.50 | $5,059.20 |
| 12/8/21 | 2849199 | $47,027.82 | $40,979.79 | $6,048.03 |
| 1/28/22 | 2866078 | $106,836.61 | $99,371.80 | $7,464.81 |
| 2/24/22 | 2876096 | $88,462.99 | $80,257.58 | $8,205.41 |
| 3/30/22 | 2887487 | $52,322.91 | $50,132.30 | $2,190.61 |

Duane Morris
February 13, 2023

File # N2441-00002                                                    INVOICE# 3002570

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 4/27/22 | 2898199 | $27,748.16 | $16,054.27 | $11,693.89 |
| 5/26/22 | 2908670 | $22,842.81 | $14,281.00 | $8,561.81 |
| 6/29/22 | 2920001 | $52,679.89 | $40,990.00 | $11,689.89 |
| 7/20/22 | 2928030 | $40,234.40 | $32,100.50 | $8,133.90 |
| 8/30/22 | 2941293 | $48,773.46 | $42,601.50 | $6,171.96 |
| 9/29/22 | 2951949 | $180,296.42 | $156,457.78 | $23,838.64 |
| 10/28/22 | 2962622 | $8,021.80 | $0.00 | $8,021.80 |
| 11/30/22 | 2974961 | $5,601.80 | $0.00 | $5,601.80 |
| 12/6/22 | 2977596 | $4,863.51 | $0.00 | $4,863.51 |
| 1/12/23 | 2991657 | $19,291.28 | $0.00 | $19,291.28 |
| | | | | $215,265.92 |

Duane Morris
February 13, 2023
Page 2

File # N2441-00002                                    INVOICE# 3002570
    CLASS ACTION MATTERS

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|----------------|--|-------|-------|
| 1/6/2023 09334 MA CABIN | | CALL WITH TAP COUNSEL RE OPT-OUTS AND SETTLEMENT ISSUES | 0.60 | $450.00 |
| 1/6/2023 09334 MA CABIN | | ANALYSIS OF ISSUES RE OPT-OUTS AND SETTLEMENT IMPACT | 1.90 | $1,425.00 |
| 1/9/2023 09334 MA CABIN | | FURTHER ANALYSIS OF AND PLANNING FOR ISSUES RE OPT-OUTS AND SETTLEMENT IMPACT | 2.70 | $2,025.00 |
| | | Subtotal: | 5.20 | $3,900.00 |
| 1/5/2023 09338 JJ COSTER | | ATTENTION TO OPT-OUT ISSUES | 0.40 | $468.00 |
| 1/5/2023 09338 JJ COSTER | | TELEPHONE CONFERENCES WITH M. CABIN | 0.40 | $468.00 |
| 1/6/2023 09338 JJ COSTER | | TELEPHONE CONFERENCE WITH CLIENTS REGARDING ████████ | 0.50 | $585.00 |
| 1/6/2023 09338 JJ COSTER | | TELEPHONE CONFERENCES WITH M. CABIN REGARDING OPT OUT ISSUES | 0.40 | $468.00 |
| 1/6/2023 09338 JJ COSTER | | QUICK RESEARCH REGARDING OPT OUT ISSUES | 0.50 | $585.00 |
| 1/9/2023 09338 JJ COSTER | | CONTINUED ATTENTION TO OPT-OUT ISSUES | 0.70 | $819.00 |
| 1/9/2023 09338 JJ COSTER | | QUICK RESEARCH REGARDING OPT OUT ISSUES | 0.70 | $819.00 |
| | | Subtotal: | 3.60 | $4,212.00 |
| 1/4/2023 61830 H KOZLOV | | REVIEW EMAIL FROM MICHAEL CABIN REGARDING OPT- OUT ISSUES | 0.10 | $147.00 |
| | | Subtotal: | 0.10 | $147.00 |
| 1/4/2023 08558 MR MATTA | | LEGAL RESEARCH CONCERNING OBTAINING NY ORDER FOR B.FELDMAN | 0.20 | $63.00 |
| | | Subtotal: | 0.20 | $63.00 |
| 1/4/2023 10080 BD FELDMAN | | COMMUNICATED WITH LIBRARY RE COURT ORDER ON DOCKET | 0.10 | $82.50 |
| 1/9/2023 10080 BD FELDMAN | | CALL WITH M. CABIN TO DISCUSS ANALYSIS OF OPT-OUTS FROM SETTLEMENT | 0.40 | $330.00 |
| 1/9/2023 10080 BD FELDMAN | | REVIEWED CORRESPONDENCE RE ANALYSIS OF OPT-OUTS FROM SETTLEMENT | 0.10 | $82.50 |
| | | Subtotal: | 0.60 | $495.00 |

Duane Morris
February 13, 2023
Page 3

File # N2441-00002                                     INVOICE# 3002570
        CLASS ACTION MATTERS

|                    |       |           |
|--------------------|-------|-----------|
| TOTAL SERVICES     | 9.70  | $8,817.00 |

Duane Morris
February 13, 2023
Page 4

File # N2441-00002                                          INVOICE# 3002570
     CLASS ACTION MATTERS

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|-------:|
| 12/15/2022 | DOCUMENT RETRIEVAL DOCUMENT FEE; E -INV 99892 COURT NAME: DE SUPREME COURT | 40.00 |
| 12/15/2022 | DOCUMENT RETRIEVAL DOCUMENT FEE; E -INV 99892 COURT NAME: DE SUPREME COURT | 40.00 |
| | Total: | $80.00 |
| | | |
| 01/31/2023 | ALERTS | 10.80 |
| | Total: | $10.80 |
| | | |
| | TOTAL DISBURSEMENTS | $90.80 |

Duane Morris
February 13, 2023
Page 5

File # N2441-00002                                              INVOICE# 3002570
        CLASS ACTION MATTERS

| TIMEKEEPER | | | |
|---|---|---|---|
| NO. | NAME | HOURS | VALUE |
| 09334 | MA CABIN | 5.20 | $3,900.00 |
| 09338 | JJ COSTER | 3.60 | $4,212.00 |
| 61830 | H KOZLOV | 0.10 | $147.00 |
| 10080 | BD FELDMAN | 0.60 | $495.00 |
| 08558 | MR MATTA | 0.20 | $63.00 |
| | | 9.70 | $8,817.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**

DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626


January 12, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901



V. GLENMEDE TRUST COMPANY, N.A.

FILE# N2441-00012       INVOICE# 2991663       IRS# 23-1392502

CURRENT INVOICE                                              $5,942.00

**PAYMENT ADVICES MAY BE EMAILED TO:** ACCOUNTSRECEIVABLE@DUANEMORRIS.COM

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

January 12, 2023


ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901




V. GLENMEDE TRUST COMPANY, N.A.

File# N2441-00012         Invoice# 2991663         IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2022 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                    $5,942.00


TOTAL BALANCE DUE                                   $5,942.00

Duane Morris
January 12, 2023
Page 2

File # N2441-00012                                            INVOICE# 2991663
    V. GLENMEDE TRUST COMPANY, N.A.

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/20/2022 | 01523 | WA MACK | REVIEWING AND ANALZING OPT OUT COMPLAINT AND ACTION FILED BY GLENMEDE TRUST | 0.10 | $137.00 |
| 12/20/2022 | 01523 | WA MACK | CALL AND EMAILS WITH DM TEAM RE: SAME AND STRATEGY | 0.10 | $137.00 |
| 12/21/2022 | 01523 | WA MACK | REVIEWING AND ANALYZING NEW OPT OUT COMPLAINTS | 0.20 | $274.00 |
| 12/21/2022 | 01523 | WA MACK | CALL WITH DM TEAM RE: SAME AND STRATEGY | 0.10 | $137.00 |
| | | | Subtotal: | 0.50 | $685.00 |
| | | | | | |
| 12/13/2022 | 09338 | JJ COSTER | RESEARCH REGARDING OPT-OUT COMPLAINTS | 0.20 | $217.00 |
| 12/13/2022 | 09338 | JJ COSTER | CONTINUED ATTENTION TO OPT-OUT COMPLAINTS | 0.40 | $434.00 |
| 12/14/2022 | 09338 | JJ COSTER | CONTINUED ATTENTION TO OPT-OUT ISSUES | 0.10 | $108.50 |
| 12/14/2022 | 09338 | JJ COSTER | RESEARCH REGARDIG OPT-OUT ISSUES | 0.10 | $108.50 |
| 12/14/2022 | 09338 | JJ COSTER | TELEPHONE CONFERENCE WITH M. CABIN REGARDING OPT-OUT ISSUES | 0.10 | $108.50 |
| 12/16/2022 | 09338 | JJ COSTER | REVIEWED PLEADINGS | 0.30 | $325.50 |
| 12/19/2022 | 09338 | JJ COSTER | REVIEW AND ANALYZE OPT-OUT COMPLAINTS. | 0.70 | $759.50 |
| 12/19/2022 | 09338 | JJ COSTER | TELEPHONE CONFERNECE WITH M. CABIN REGARDING OPT-OUT COMPLAINTS. | 0.10 | $108.50 |
| | | | Subtotal: | 2.00 | $2,170.00 |
| | | | | | |
| 12/20/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH LIBRARY WITH MONITOR FOR NEW OPT-OUT CASE | 0.10 | $75.00 |
| 12/21/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH LIBRARY RE MOITORING OF CASE DOCKETS FOR NEWLY FILED OPT OUT ACTIONS | 0.10 | $75.00 |
| 12/22/2022 | 10080 | BD FELDMAN | MEETING WITH G. HERROLD RE ANALYSIS OF ███████ (.5), ███████ AND CALL WITH M. CABIN RE THE SAME (0.4) | 0.30 | $225.00 |
| 12/22/2022 | 10080 | BD FELDMAN | MEETING WITH H. KOZLOV AND G. HERROLD RE ANALYSIS OF ███████ | 0.20 | $150.00 |
| 12/22/2022 | 10080 | BD FELDMAN | RESEARCHED ███████ | 0.10 | $75.00 |
| 12/22/2022 | 10080 | BD FELDMAN | DRAFTED EMAIL TO M. CABIN AND G. HERROLD RE ANALYSIS OF ███████ | 0.20 | $150.00 |

Duane Morris
January 12, 2023
Page 3

File # N2441-00012                                                      INVOICE# 2991663
  V. GLENMEDE TRUST COMPANY, N.A.

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/22/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH LIBRARY, M. CABIN, AND G. HERROLD RE DOCKET MONITORING FOR NEW OPT OUT ACTIONS | 0.10 | $75.00 |
| | | | Subtotal: | 1.10 | $825.00 |
| 12/22/2022 | 08977 | G HERROLD | MEET W. H. KOZLOV AND ALSO B. FELDMAN TO DISCUSS RECENT OPT-OUT COMPLAINTS | 0.60 | $348.00 |
| 12/28/2022 | 08977 | G HERROLD | REVIEW AND ANALYZE PLEADINGS, SETTLEMENT AGREEMENT, AND LEGAL AUTHORITY IN PREPARATION FOR DRAFTING MEMORANDUM ANALYZING RECENT OPT-OUT COMPLAINTS AND IMPACT ON CURRENT ACTIONS. | 1.60 | $928.00 |
| 12/30/2022 | 08977 | G HERROLD | REVIEW AND ANALYZE DOCUMENTS, SETTLEMENT AGREEMENT, PLEADINGS AND RELEVANT LEGAL AUTHORITY IN ANTICIPATION OF DRAFTING MEMO RE: ANALYSIS OF NEW OPT-OUT COMPLAINTS AND STRATEGIC IMPACT. | 1.30 | $754.00 |
| 12/30/2022 | 08977 | G HERROLD | BEGIN DRAFTING MEMO ANALYZING RECENT OPT-OUT COMPLAINTS AND IMPACT ON CURRENT LITIGATION. | 0.40 | $232.00 |
| | | | Subtotal: | 3.90 | $2,262.00 |
| | | | TOTAL SERVICES | 7.50 | $5,942.00 |

Duane Morris
January 12, 2023
Page 4

File # N2441-00012                                                    INVOICE# 2991663
      V. GLENMEDE TRUST COMPANY, N.A.

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 01523 | WA MACK | 0.50 | $685.00 |
| 09338 | JJ COSTER | 2.00 | $2,170.00 |
| 10080 | BD FELDMAN | 1.10 | $825.00 |
| 08977 | G HERROLD | 3.90 | $2,262.00 |
| | | 7.50 | $5,942.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**
DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626


January 12, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901


FLINT HILLS DIVERSIFIED STRATEGIES L.P.

FILE# N2441-00013      INVOICE# 2991664       IRS# 23-1392502

CURRENT INVOICE                                                    $5,222.50

**PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM**

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

**DuaneMorris**

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

January 12, 2023


ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901




FLINT HILLS DIVERSIFIED STRATEGIES L.P.

File# N2441-00013          Invoice# 2991664          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2022 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                      $5,222.50


TOTAL BALANCE DUE                                                    $5,222.50

Duane Morris
January 12, 2023
Page 2

File # N2441-00013                                          INVOICE# 2991664
     FLINT HILLS DIVERSIFIED STRATEGIES L.P.

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 12/20/2022 | 01523 | WA MACK | REVIEWING AND ANALZING OPT OUT COMPLAINT AND ACTION FILED BY GLENMEDE TRUST | 0.10 | $137.00 |
| 12/20/2022 | 01523 | WA MACK | CALL AND EMAILS WITH DM TEAM RE: SAME AND STRATEGY | 0.10 | $137.00 |
| 12/21/2022 | 01523 | WA MACK | REVIEWING AND ANALYZING NEW OPT OUT COMPLAINTS | 0.10 | $137.00 |
| 12/21/2022 | 01523 | WA MACK | CALL WITH DM TEAM RE: SAME AND STRATEGY | 0.10 | $137.00 |
| | | | Subtotal: | 0.40 | $548.00 |
| | | | | | |
| 12/13/2022 | 09338 | JJ COSTER | CONTINUED ATTENTION TO OPT-OUT COMPLAINTS | 0.40 | $434.00 |
| 12/13/2022 | 09338 | JJ COSTER | RESEARCH REGARDING OPT-OUT COMPLAINTS | 0.10 | $108.50 |
| 12/14/2022 | 09338 | JJ COSTER | CONTINUED ATTENTION TO OPT-OUT ISSUES | 0.10 | $108.50 |
| 12/14/2022 | 09338 | JJ COSTER | RESEARCH REGARDIG OPT-OUT ISSUES | 0.10 | $108.50 |
| 12/14/2022 | 09338 | JJ COSTER | TELEPHONE CONFERENCE WITH M. CABIN REGARDING OPT-OUT ISSUES | 0.10 | $108.50 |
| 12/16/2022 | 09338 | JJ COSTER | REVIEWED PLEADINGS | 0.30 | $325.50 |
| 12/19/2022 | 09338 | JJ COSTER | REVIEW AND ANALYZE OPT-OUT COMPLAINTS. | 0.70 | $759.50 |
| 12/19/2022 | 09338 | JJ COSTER | TELEPHONE CONFERNECE WITH M. CABIN REGARDING OPT-OUT COMPLAINTS. | 0.10 | $108.50 |
| | | | Subtotal: | 1.90 | $2,061.50 |
| | | | | | |
| 12/20/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH LIBRARY WITH MONITOR FOR NEW OPT-OUT CASE | 0.10 | $75.00 |
| 12/22/2022 | 10080 | BD FELDMAN | MEETING WITH H. KOZLOV AND G. HERROLD RE ANALYSIS OF ███ ███████ | 0.10 | $75.00 |
| 12/22/2022 | 10080 | BD FELDMAN | MEETING WITH G. HERROLD RE ANALYSIS OF ██████ ████████ (.5), AND CALL WITH M. CABIN RE THE SAME (0.4) | 0.30 | $225.00 |
| 12/22/2022 | 10080 | BD FELDMAN | RESEARCHED ████████ ███████ | 0.10 | $75.00 |
| 12/22/2022 | 10080 | BD FELDMAN | DRAFTED EMAIL TO M. CABIN AND G. HERROLD RE ██████ | 0.10 | $75.00 |
| | | | Subtotal: | 0.70 | $525.00 |

Duane Morris
January 12, 2023
Page 3

File # N2441-00013                                         INVOICE# 2991664
    FLINT HILLS DIVERSIFIED STRATEGIES L.P.

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 12/22/2022 | 08977 | G HERROLD | MEET W. H. KOZLOV AND ALSO B. FELDMAN TO DISCUSS RECENT OPT-OUT COMPLAINTS | 0.30 | $174.00 |
| 12/28/2022 | 08977 | G HERROLD | REVIEW AND ANALYZE PLEADINGS, SETTLEMENT AGREEMENT, AND LEGAL AUTHORITY IN PREPARATION FOR DRAFTING MEMORANDUM ANALYZING RECENT OPT-OUT COMPLAINTS AND IMPACT ON CURRENT ACTIONS. | 1.60 | $928.00 |
| 12/30/2022 | 08977 | G HERROLD | REVIEW AND ANALYZE DOCUMENTS, SETTLEMENT AGREEMENT, PLEADINGS AND RELEVANT LEGAL AUTHORITY IN ANTICIPATION OF DRAFTING MEMO RE: ANALYSIS OF NEW OPT-OUT COMPLAINTS AND STRATEGIC IMPACT. | 1.30 | $754.00 |
| 12/30/2022 | 08977 | G HERROLD | BEGIN DRAFTING MEMO ANALYZING RECENT OPT-OUT COMPLAINTS AND IMPACT ON CURRENT LITIGATION. | 0.40 | $232.00 |
| | | | Subtotal: | 3.60 | $2,088.00 |
| | | | TOTAL SERVICES | 6.60 | $5,222.50 |

Duane Morris
January 12, 2023
Page 4

File # N2441-00013                                                INVOICE# 2991664
       FLINT HILLS DIVERSIFIED STRATEGIES L.P.

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 01523 | WA MACK | 0.40 | $548.00 |
| 09338 | JJ COSTER | 1.90 | $2,061.50 |
| 10080 | BD FELDMAN | 0.70 | $525.00 |
| 08977 | G HERROLD | 3.60 | $2,088.00 |
| | | 6.60 | $5,222.50 |

# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**
DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626

January 12, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

V. CARSON FAMILY 2013 DYNASTY TRUST, ET AL.

FILE# N2441-00011       INVOICE# 2991662       IRS# 23-1392502

CURRENT INVOICE                                           $6,631.00

**PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM**

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

January 12, 2023


ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901




V. CARSON FAMILY 2013 DYNASTY TRUST, ET AL.

File# N2441-00011          Invoice# 2991662          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2022 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                          $6,631.00


TOTAL BALANCE DUE                                        $6,631.00

Duane Morris
January 12, 2023
Page 2

File # N2441-00011                                         INVOICE# 2991662
    V. CARSON FAMILY 2013 DYNASTY TRUST, ET AL.

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/20/2022 | 01523 | WA MACK | REVIEWING AND ANALZING OPT OUT COMPLAINT AND ACTION FILED BY GLENMEDE TRUST | 0.10 | $137.00 |
| 12/20/2022 | 01523 | WA MACK | CALL AND EMAILS WITH DM TEAM RE: SAME AND STRATEGY | 0.10 | $137.00 |
| 12/21/2022 | 01523 | WA MACK | REVIEWING AND ANALYZING NEW OPT OUT COMPLAINTS | 0.20 | $274.00 |
| 12/21/2022 | 01523 | WA MACK | CALL WITH DM TEAM RE: SAME AND STRATEGY | 0.20 | $274.00 |
| | | | Subtotal: | 0.60 | $822.00 |
| 12/13/2022 | 09338 | JJ COSTER | CONTINUED ATTENTION TO OPT-OUT COMPLAINTS | 0.50 | $542.50 |
| 12/13/2022 | 09338 | JJ COSTER | RESEARCH REGARDING OPT-OUT COMPLAINTS | 0.20 | $217.00 |
| 12/14/2022 | 09338 | JJ COSTER | CONTINUED ATTENTION TO OPT-OUT ISSUES | 0.20 | $217.00 |
| 12/14/2022 | 09338 | JJ COSTER | RESEARCH REGARDIG OPT-OUT ISSUES | 0.30 | $325.50 |
| 12/14/2022 | 09338 | JJ COSTER | TELEPHONE CONFERENCE WITH M. CABIN REGARDING OPT-OUT ISSUES | 0.20 | $217.00 |
| 12/16/2022 | 09338 | JJ COSTER | REVIEWED PLEADINGS | 0.30 | $325.50 |
| 12/19/2022 | 09338 | JJ COSTER | REVIEW AND ANALYZE OPT-OUT COMPLAINTS. | 0.70 | $759.50 |
| 12/19/2022 | 09338 | JJ COSTER | TELEPHONE CONFERNECE WITH M. CABIN REGARDING OPT-OUT COMPLAINTS. | 0.20 | $217.00 |
| | | | Subtotal: | 2.60 | $2,821.00 |
| 12/20/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH LIBRARY WITH MONITOR FOR NEW OPT-OUT CASE | 0.10 | $75.00 |
| 12/21/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH LIBRARY RE MOITORING OF CASE DOCKETS FOR NEWLY FILED OPT OUT ACTIONS | 0.10 | $75.00 |
| 12/22/2022 | 10080 | BD FELDMAN | MEETING WITH G. HERROLD RE ANALYSIS OF ██████ ██████ (.5), AND CALL WITH M. CABIN RE THE SAME (0.4) | 0.30 | $225.00 |
| 12/22/2022 | 10080 | BD FELDMAN | RESEARCHED ██████ ██████ | 0.20 | $150.00 |
| 12/22/2022 | 10080 | BD FELDMAN | DRAFTED EMAIL TO M. CABIN AND G. HERROLD RE ANALYSIS OF ██████ | 0.20 | $150.00 |
| 12/22/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH LIBRARY, M. CABIN, AND G. HERROLD RE DOCKET MONITORING FOR NEW OPT OUT ACTIONS | 0.10 | $75.00 |

Duane Morris
January 12, 2023
Page 3

File # N2441-00011                                        INVOICE# 2991662
   V. CARSON FAMILY 2013 DYNASTY TRUST, ET AL.

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| 12/22/2022 10080 BD FELDMAN | MEETING WITH H. KOZLOV AND G. HERROLD RE ANALYSIS OF ███████ ████████████ | | 0.20 | $150.00 |
| | | Subtotal: | 1.20 | $900.00 |
| 12/22/2022 08977 G HERROLD | MEET W. H. KOZLOV AND ALSO B. FELDMAN TO DISCUSS RECENT OPT-OUT COMPLAINTS | | 0.30 | $174.00 |
| 12/28/2022 08977 G HERROLD | REVIEW AND ANALYZE PLEADINGS, SETTLEMENT AGREEMENT, AND LEGAL AUTHORITY IN PREPARATION FOR DRAFTING MEMORANDUM ANALYZING RECENT OPT-OUT COMPLAINTS AND IMPACT ON CURRENT ACTIONS. | | 1.60 | $928.00 |
| 12/30/2022 08977 G HERROLD | REVIEW AND ANALYZE DOCUMENTS, SETTLEMENT AGREEMENT, PLEADINGS AND RELEVANT LEGAL AUTHORITY IN ANTICIPATION OF DRAFTING MEMO RE: ANALYSIS OF NEW OPT-OUT COMPLAINTS AND STRATEGIC IMPACT. | | 1.30 | $754.00 |
| 12/30/2022 08977 G HERROLD | BEGIN DRAFTING MEMO ANALYZING RECENT OPT-OUT COMPLAINTS AND IMPACT ON CURRENT LITIGATION. | | 0.40 | $232.00 |
| | | Subtotal: | 3.60 | $2,088.00 |
| | TOTAL SERVICES | | 8.00 | $6,631.00 |

Duane Morris
January 12, 2023
Page 4

File # N2441-00011                                          INVOICE# 2991662
     V. CARSON FAMILY 2013 DYNASTY TRUST, ET AL.

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|---|---|---|---|
| 01523 | WA MACK | 0.60 | $822.00 |
| 09338 | JJ COSTER | 2.60 | $2,821.00 |
| 10080 | BD FELDMAN | 1.20 | $900.00 |
| 08977 | G HERROLD | 3.60 | $2,088.00 |
|  |  | 8.00 | $6,631.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**

DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626

February 13, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

V. CARSON FAMILY 2013 DYNASTY TRUST, ET AL.

FILE# N2441-00011      INVOICE# 3002596         IRS# 23-1392502

CURRENT INVOICE                                           $6,282.50

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 1/12/23 | 2991662 | $6,631.00 | $0.00 | $6,631.00 |
|  |  |  |  | $6,631.00 |

TOTAL BALANCE DUE                                        $12,913.50



**PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM**

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

**Duane Morris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

February 13, 2023


ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901




V. CARSON FAMILY 2013 DYNASTY TRUST, ET AL.

File# N2441-00011          Invoice# 3002596          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2023 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                    $6,282.50


PREVIOUS BALANCE                                                    $6,631.00

TOTAL BALANCE DUE                                                  $12,913.50

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 1/12/23   | 2991662      | $6,631.00   | $0.00   | $6,631.00   |
|           |              |             |         | $6,631.00   |

Duane Morris
February 13, 2023
Page 2

File # N2441-00011                                        INVOICE# 3002596
    V. CARSON FAMILY 2013 DYNASTY TRUST, ET AL.

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 1/3/2023 | 09334 | MA CABIN | ANALYSIS OF ISSUES RE SERVICE AND MTD TIMING | 0.20 | $150.00 |
| 1/4/2023 | 09334 | MA CABIN | ATTENTION TO ISSUES RE PLAINTIFFS' REQUEST ON ACCEPTANCE OF SERVICE | 0.10 | $75.00 |
| 1/5/2023 | 09334 | MA CABIN | EDITED CLIENT MEMORANDUM RE ████████████ | 0.30 | $225.00 |
| 1/6/2023 | 09334 | MA CABIN | ANALYSIS OF ISSUES RE ACCEPTANCE-OF-SERVICE REQUEST AND BRIEFING STIPULATION | 0.40 | $300.00 |
| 1/6/2023 | 09334 | MA CABIN | EMAILS WITH PLAINTIFFS' COUNSEL RE ACCEPTANCE-OF-SERVICE REQUEST AND BRIEFING STIPULATION | 0.20 | $150.00 |
| 1/6/2023 | 09334 | MA CABIN | EDITED CLIENT MEMORANDUM RE ██████████ AND RESEARCHED ISSUES FOR SAME | 0.70 | $525.00 |
| 1/9/2023 | 09334 | MA CABIN | REVIEWED AND EDITED PLAINTIFFS' PROPOSED BRIEFING STIPULATION | 0.10 | $75.00 |
| 1/9/2023 | 09334 | MA CABIN | FURTHER COMMENTS AND REVISIONS TO DRAFT CLIENT MEMORANDUM RE ████████ | 1.20 | $900.00 |
| | | | **Subtotal:** | 3.20 | $2,400.00 |
| 1/4/2023 | 61830 | H KOZLOV | REVIEW EMAIL FROM MICHAEL CABIN REGARDING SERVICE IN THE OPT OUT ACTION AND REPLY TO SAME. | 0.10 | $147.00 |
| | | | **Subtotal:** | 0.10 | $147.00 |
| 1/3/2023 | 10080 | BD FELDMAN | COMMUNICATED WITH M. CABIN RE SERVICE OF SUMMONS AND STIPULATION RE MOTION TO DISMISS | 0.10 | $82.50 |
| 1/3/2023 | 10080 | BD FELDMAN | COMMUNICATED WITH G. HERROLD RE CLIENT MEMO RE ████████████ | 0.10 | $82.50 |
| 1/4/2023 | 10080 | BD FELDMAN | CALL WITH H. KOZLOV TO DISCUSS ████████ | 0.10 | $82.50 |
| 1/4/2023 | 10080 | BD FELDMAN | CALL WITH G. HERROLD RE ANALYSIS OF ████████ IN CONNECTION WITH OPT-OUT LITIGATION | 0.20 | $165.00 |
| 1/4/2023 | 10080 | BD FELDMAN | COMMUNICATED WITH G. HERROLD RE MEMORANDUM ON ██████ | 0.10 | $82.50 |
| 1/4/2023 | 10080 | BD FELDMAN | ANALYZED ISSUE RELEVANT TO ████████████ | 0.20 | $165.00 |
| 1/5/2023 | 10080 | BD FELDMAN | REVIEWED AND REVISED DRAFT MEMORANDUM ON ████████ | 1.00 | $825.00 |

Duane Morris
February 13, 2023
Page 3

File # N2441-00011                                      INVOICE# 3002596
     V. CARSON FAMILY 2013 DYNASTY TRUST, ET AL.

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/5/2023 | 10080 | BD FELDMAN | REVISED DRAFT MEMO RE ██████ | 0.20 | $165.00 |
| 1/5/2023 | 10080 | BD FELDMAN | CALL WITH M. CABIN TO DISCUSS ██████ | 0.10 | $82.50 |
| 1/5/2023 | 10080 | BD FELDMAN | DISCUSSED THE SAME WITH G. HERROLD | 0.10 | $82.50 |
| 1/5/2023 | 10080 | BD FELDMAN | MEETING WITH G. HERROLD TO DISCUSS COMMENT ON MEMO RE ██████ | 0.10 | $82.50 |
| 1/6/2023 | 10080 | BD FELDMAN | CALL WITH M. CABIN TO DISCUSS RESPONSE TO PLAINTIFFS' COUNSEL RE ACCEPTANCE OF SERVICE | 0.10 | $82.50 |
| 1/9/2023 | 10080 | BD FELDMAN | REVIEWED M. CABIN'S EDITS TO MEMORANDUM ON ██████ | 0.10 | $82.50 |
| 1/9/2023 | 10080 | BD FELDMAN | REVIEWED AND COMMENTED ON DRAFT STIPULATION RE SERVICE AND BRIEFING SCHEDULE | 0.10 | $82.50 |
| 1/9/2023 | 10080 | BD FELDMAN | COMMUNICATED RE THE SAME WITH M. CABIN | 0.10 | $82.50 |
| | | | Subtotal: | 2.70 | $2,227.50 |
| 1/4/2023 | 08977 | G HERROLD | DRAFT/REVISE MEMO RE: ██████ | 0.90 | $522.00 |
| 1/4/2023 | 08977 | G HERROLD | REVIEW/ANALYZE LEGAL AUTHORITY PERTAINING TO SAME. | 0.80 | $464.00 |
| 1/5/2023 | 08977 | G HERROLD | PREPARE FOR AND ATTEND CALL W. CHAD RUBIN TO DISCUSS ██████ | 0.30 | $174.00 |
| 1/5/2023 | 08977 | G HERROLD | REVIEW/ANALYZE EDITS AND REVISIONS TO MEMO ANALYZING ██████; DRAFT/REVISE ADDITIONAL EDITS & REVISIONS. | 0.60 | $348.00 |
| | | | Subtotal: | 2.60 | $1,508.00 |
| | | | TOTAL SERVICES | 8.60 | $6,282.50 |

Duane Morris
February 13, 2023
Page 4

File # N2441-00011                                     INVOICE# 3002596
     V. CARSON FAMILY 2013 DYNASTY TRUST, ET AL.

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 09334 | MA CABIN | 3.20 | $2,400.00 |
| 61830 | H KOZLOV | 0.10 | $147.00 |
| 10080 | BD FELDMAN | 2.70 | $2,227.50 |
| 08977 | G HERROLD | 2.60 | $1,508.00 |
| | | 8.60 | $6,282.50 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**

DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626

February 13, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

V. GLENMEDE TRUST COMPANY, N.A.

FILE# N2441-00012      INVOICE# 3002604      IRS# 23-1392502

CURRENT INVOICE                                              $6,357.50

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 1/12/23   | 2991663      | $5,942.00   | $0.00   | $5,942.00   |
|           |              |             |         | $5,942.00   |

TOTAL BALANCE DUE                                           $12,299.50



**PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM**

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

February 13, 2023


ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901




V. GLENMEDE TRUST COMPANY, N.A.

File# N2441-00012          Invoice# 3002604          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2023 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                    $6,357.50


PREVIOUS BALANCE                                                    $5,942.00


TOTAL BALANCE DUE                                                  $12,299.50

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 1/12/23 | 2991663 | $5,942.00 | $0.00 | $5,942.00 |
| | | | | $5,942.00 |

Duane Morris
February 13, 2023
Page 2

File # N2441-00012                                       INVOICE# 3002604
  V. GLENMEDE TRUST COMPANY, N.A.

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/3/2023 | 09334 | MA CABIN | ANALYSIS OF ISSUES RE SERVICE AND MTD TIMING | 0.20 | $150.00 |
| 1/4/2023 | 09334 | MA CABIN | ATTENTION TO ISSUES RE PLAINTIFFS' REQUEST ON ACCEPTANCE OF SERVICE | 0.10 | $75.00 |
| 1/5/2023 | 09334 | MA CABIN | EDITED CLIENT MEMORANDUM RE ██████████ | 0.30 | $225.00 |
| 1/6/2023 | 09334 | MA CABIN | ANALYSIS OF ISSUES RE ACCEPTANCE-OF-SERVICE REQUEST AND BRIEFING STIPULATION | 0.40 | $300.00 |
| 1/6/2023 | 09334 | MA CABIN | EMAILS WITH PLAINTIFFS' COUNSEL RE ACCEPTANCE-OF-SERVICE REQUEST AND BRIEFING STIPULATION | 0.20 | $150.00 |
| 1/6/2023 | 09334 | MA CABIN | EDITED CLIENT MEMORANDUM RE ██████ AND RESEARCHED ISSUES FOR SAME | 0.70 | $525.00 |
| 1/9/2023 | 09334 | MA CABIN | REVIEWED AND EDITED PLAINTIFFS' PROPOSED BRIEFING STIPULATION | 0.20 | $150.00 |
| 1/9/2023 | 09334 | MA CABIN | FURTHER COMMENTS AND REVISIONS TO DRAFT CLIENT MEMORANDUM RE ██████████ | 1.20 | $900.00 |
| | | | Subtotal: | 3.30 | $2,475.00 |
| 1/9/2023 | 61830 | H KOZLOV | REVIEW OF MICHAEL CABIN'S EMAIL AND ANALYSIS. | 0.10 | $147.00 |
| | | | Subtotal: | 0.10 | $147.00 |
| 1/3/2023 | 10080 | BD FELDMAN | COMMUNICATED WITH M. CABIN RE SERVICE OF SUMMONS AND STIPULATION RE MOTION TO DISMISS | 0.20 | $165.00 |
| 1/4/2023 | 10080 | BD FELDMAN | ANALYZED ISSUE RELEVANT TO ██████████ | 0.20 | $165.00 |
| 1/4/2023 | 10080 | BD FELDMAN | CALL WITH H. KOZLOV TO DISCUSS ██████████ | 0.10 | $82.50 |
| 1/4/2023 | 10080 | BD FELDMAN | CALL WITH G. HERROLD RE ANALYSIS OF ██████ IN CONNECTION WITH OPT-OUT LITIGATION | 0.10 | $82.50 |
| 1/4/2023 | 10080 | BD FELDMAN | COMMUNICATED WITH G. HERROLD RE MEMORANDUM ON ██████ | 0.10 | $82.50 |
| 1/4/2023 | 10080 | BD FELDMAN | CALL WITH M. CABIN TO DISCUSS ██████████ | 0.10 | $82.50 |
| 1/5/2023 | 10080 | BD FELDMAN | CALL WITH M. CABIN TO DISCUSS ██████████ | 0.20 | $165.00 |

Duane Morris
February 13, 2023
Page 3

File # N2441-00012          INVOICE# 3002604
  V. GLENMEDE TRUST COMPANY, N.A.

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 1/5/2023 | 10080 | BD FELDMAN | REVIEWED AND REVISED DRAFT MEMORANDUM ON | 0.90 | $742.50 |
| 1/5/2023 | 10080 | BD FELDMAN | REVISED DRAFT MEMO RE | 0.20 | $165.00 |
| 1/5/2023 | 10080 | BD FELDMAN | DISCUSSED THE SAME WITH G. HERROLD | 0.10 | $82.50 |
| 1/5/2023 | 10080 | BD FELDMAN | MEETING WITH G. HERROLD TO DISCUSS COMMENT ON MEMO RE | 0.10 | $82.50 |
| 1/6/2023 | 10080 | BD FELDMAN | REVIEWED COMMUNICATION FROM H. KOZLOV TO CLIENTS RE | 0.10 | $82.50 |
| 1/9/2023 | 10080 | BD FELDMAN | REVIEWED AND COMMENTED ON DRAFT STIPULATION RE SERVICE AND BRIEFING SCHEDULE | 0.10 | $82.50 |
| 1/9/2023 | 10080 | BD FELDMAN | REVIEWED M. CABIN'S EDITS TO MEMORANDUM ON | 0.10 | $82.50 |
| 1/9/2023 | 10080 | BD FELDMAN | COMMUNICATED RE THE SAME WITH M. CABIN | 0.10 | $82.50 |
| | | | Subtotal: | 2.70 | $2,227.50 |
| 1/4/2023 | 08977 | G HERROLD | DRAFT/REVISE MEMO RE: | 0.90 | $522.00 |
| 1/4/2023 | 08977 | G HERROLD | REVIEW/ANALYZE LEGAL AUTHORITY PERTAINING TO SAME. | 0.80 | $464.00 |
| 1/5/2023 | 08977 | G HERROLD | PREPARE FOR AND ATTEND CALL W. CHAD RUBIN TO DISCUSS | 0.30 | $174.00 |
| 1/5/2023 | 08977 | G HERROLD | REVIEW/ANALYZE EDITS AND REVISIONS TO MEMO ANALYZING ; DRAFT/REVISE ADDITIONAL EDITS & REVISIONS. | 0.60 | $348.00 |
| | | | Subtotal: | 2.60 | $1,508.00 |
| | | | TOTAL SERVICES | 8.70 | $6,357.50 |

Duane Morris
February 13, 2023
Page 4

File # N2441-00012                                                    INVOICE# 3002604
     V. GLENMEDE TRUST COMPANY, N.A.

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 09334 | MA CABIN | 3.30 | $2,475.00 |
| 61830 | H KOZLOV | 0.10 | $147.00 |
| 10080 | BD FELDMAN | 2.70 | $2,227.50 |
| 08977 | G HERROLD | 2.60 | $1,508.00 |
| | | 8.70 | $6,357.50 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**
DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626

January 12, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

SPECIAL LIGITATION COMMITTEE

FILE# N2441-00010        INVOICE# 2991661        IRS# 23-1392502

CURRENT INVOICE                                            $201,650.68

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 3/30/22 | 2887492 | $30,827.50 | $28,667.85 | $2,159.65 |
| 4/27/22 | 2898204 | $75,738.00 | $40,567.50 | $35,170.50 |
| 5/26/22 | 2908676 | $19,154.00 | $6,155.00 | $12,999.00 |
| 6/29/22 | 2920004 | $2,661.00 | $542.50 | $2,118.50 |
| 7/20/22 | 2928035 | $5,967.50 | $976.50 | $4,991.00 |
| 8/30/22 | 2941300 | $9,337.50 | $8,434.00 | $903.50 |
| 10/28/22 | 2962628 | $25,002.00 | $0.00 | $25,002.00 |
| 11/30/22 | 2974968 | $199,318.27 | $0.00 | $199,318.27 |
| 12/6/22 | 2977600 | $117,290.92 | $0.00 | $117,290.92 |
| | | | | $399,953.34 |

TOTAL BALANCE DUE                                          $601,604.02



DUANE MORRIS LLP

30 SOUTH 17TH STREET  PHILADELPHIA, PA 19103-4196                    PHONE: 215 979 1000  FAX: 215 979 1020

Duane Morris
January 12, 2023

File # N2441-00010                                                    INVOICE# 2991661
**PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM**

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD.  THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE.  AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

January 12, 2023


ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901


SPECIAL LIGITATION COMMITTEE

File# N2441-00010          Invoice# 2991661          IRS# 23-1392502

| FOR PROFESSIONAL SERVICES RECORDED THROUGH 12/31/2022 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | $183,675.50 |
|---|---|

| DISBURSEMENTS | | |
|---|---|---|
| AIR TRAVEL | $807.20 | |
| COLOR PRINTING & DUPLICATING - INTERNAL | $133.28 | |
| DOCUMENT COSTS | $10,306.71 | |
| MEETING EXPENSE | $2,004.79 | |
| OVERNIGHT MAIL | $1,192.82 | |
| PACER FEDERAL DOCKET COSTS | $3.00 | |
| PRINTING & DUPLICATING | $94.15 | |
| TRAVEL - LOCAL | $93.00 | |
| TRAVEL AWAY FROM HOME | $3,017.75 | |
| TRAVEL-OTHER | $322.48 | |
| TOTAL DISBURSEMENTS | | $17,975.18 |
| | | |
| BALANCE DUE THIS INVOICE | | $201,650.68 |
| | | |
| PREVIOUS BALANCE | | $399,953.34 |
| | | |
| TOTAL BALANCE DUE | | $601,604.02 |

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 3/30/22 | 2887492 | $30,827.50 | $28,667.85 | $2,159.65 |
| 4/27/22 | 2898204 | $75,738.00 | $40,567.50 | $35,170.50 |
| 5/26/22 | 2908676 | $19,154.00 | $6,155.00 | $12,999.00 |
| 6/29/22 | 2920004 | $2,661.00 | $542.50 | $2,118.50 |

Duane Morris
January 12, 2023

File # N2441-00010                                    INVOICE# 2991661

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 7/20/22 | 2928035 | $5,967.50 | $976.50 | $4,991.00 |
| 8/30/22 | 2941300 | $9,337.50 | $8,434.00 | $903.50 |
| 10/28/22 | 2962628 | $25,002.00 | $0.00 | $25,002.00 |
| 11/30/22 | 2974968 | $199,318.27 | $0.00 | $199,318.27 |
| 12/6/22 | 2977600 | $117,290.92 | $0.00 | $117,290.92 |
| | | | | $399,953.34 |

Duane Morris
January 12, 2023
Page 2

File # N2441-00010                                    INVOICE# 2991661
    SPECIAL LIGITATION COMMITTEE

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 12/9/2022 | 01523 | WA MACK | CALL RE: ███████ AND FOLLOW UP | 0.20 | $274.00 |
| 12/21/2022 | 01523 | WA MACK | REVIEWING REQUEST FOR TOLLING AGREEMENT EXTENSION AND ANALYZING IMPLICATIONS | 0.20 | $274.00 |
| 12/21/2022 | 01523 | WA MACK | EMAILS WITH DM TEAM RE: SAME | 0.20 | $274.00 |
| 12/27/2022 | 01523 | WA MACK | REVIEWING AND ANALYZING DETAILED MEMO ███████ ███████ | 2.80 | $3,836.00 |
| 12/28/2022 | 01523 | WA MACK | REVIEWING AND ANALYZING NOTES OF ███ AND RELATED DOCUMENTS; DEVELOPING STRATEGY AND ISSUES TO CONSIDER REGARDING ███████ | 1.70 | $2,329.00 |
| | | | Subtotal: | 5.10 | $6,987.00 |
| 12/1/2022 | 09334 | MA CABIN | ANALYSIS OF PRIVILEGE ISSUES IN CONNECTION WITH SLC DOCUMENT PRODUCTION | 1.70 | $1,181.50 |
| 12/5/2022 | 09334 | MA CABIN | CALL WITH SLC RE DOCUMENT PRODUCTION | 0.10 | $69.50 |
| 12/5/2022 | 09334 | MA CABIN | ATTENTION TO ISSUES RE PREPARATION OF SUPPLEMENTAL DOCUMENT SET | 1.30 | $903.50 |
| 12/5/2022 | 09334 | MA CABIN | EDITED OUTLINES FOR CHRYSTAL INTERVIEW PREPARATION | 3.80 | $2,641.00 |
| 12/6/2022 | 09334 | MA CABIN | ATTENTION TO ISSUES RE SUPPLEMENTAL DOCUMENT PRODUCTION TO SLC | 1.10 | $764.50 |
| 12/6/2022 | 09334 | MA CABIN | EMAILS WITH SLC RE SUPPLEMENTAL DOCUMENT PRODUCTION | 0.30 | $208.50 |
| 12/6/2022 | 09334 | MA CABIN | ATTENTION TO ISSUES RE CHRYSTAL INTERVIEW PREPARATION | 1.20 | $834.00 |
| 12/15/2022 | 09334 | MA CABIN | SLC BOARD UPDATE MEETING | 0.70 | $486.50 |
| 12/15/2022 | 09334 | MA CABIN | ANALYSIS OF AND ATTENTION TO FOLLOW-UP ISSUES FROM MEETING | 0.90 | $625.50 |
| 12/20/2022 | 09334 | MA CABIN | EMAILS WITH SLC RE TOLLING AGREEMENTS | 0.10 | $69.50 |
| 12/20/2022 | 09334 | MA CABIN | ANALYSIS OF ISSUES RE SLC'S TOLLING-AGREEMENT-EXTENSION REQUEST | 0.80 | $556.00 |
| 12/21/2022 | 09334 | MA CABIN | EMAILS WITH SLC RE TOLLING AGREEMENTS | 0.10 | $69.50 |
| 12/21/2022 | 09334 | MA CABIN | ANALYSIS OF ISSUES RE SLC'S TOLLING-AGREEMENT-EXTENSION REQUEST | 0.30 | $208.50 |
| 12/23/2022 | 09334 | MA CABIN | REVIEW AND ANALYSIS OF B. FELDMAN AND G. HERROLD NOTES ON | 0.50 | $347.50 |

Duane Morris
January 12, 2023
Page 3

File # N2441-00010                                               INVOICE# 2991661
         SPECIAL LIGITATION COMMITTEE

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| 12/23/2022 09334 MA CABIN | ████████████ REVIEWED AND EDITED DRAFT TOLLING-AGREEMENT EXTENSIONS FROM SLC | | 0.60 | $417.00 |
| 12/23/2022 09334 MA CABIN | EMAILS WITH SLC RE TOLLING-AGREEMENT EXTENSIONS | | 0.20 | $139.00 |
| 12/27/2022 09334 MA CABIN | EMAILS WITH SLC RE TOLLING-AGREEMENT EXTENSIONS | | 0.10 | $69.50 |
| 12/27/2022 09334 MA CABIN | REVIEWED REVISED TOLLING-AGREEMENT EXTENSIONS | | 0.30 | $208.50 |
| | | Subtotal: | 14.10 | $9,799.50 |
| 12/2/2022 09338 JJ COSTER | CONTINUED DETAILED ATTENTION TO PREPARING FOR WITNESS INTERVIEWS OF INDEPENDENT TRUSTEES | | 1.10 | $1,193.50 |
| 12/2/2022 09338 JJ COSTER | UPDATE PREP BINDERS | | 0.90 | $976.50 |
| 12/2/2022 09338 JJ COSTER | REVIEW OUTLINES | | 1.10 | $1,193.50 |
| 12/5/2022 09338 JJ COSTER | CONTINUED DETAILED PREPARATION FOR INTERVIEWS OF INDEPENDENT TRUSTEES | | 1.00 | $1,085.00 |
| 12/5/2022 09338 JJ COSTER | REVIEW PREP MATERIALS | | 1.50 | $1,627.50 |
| 12/5/2022 09338 JJ COSTER | UPDATE OUTLINES | | 1.60 | $1,736.00 |
| 12/6/2022 09338 JJ COSTER | CONTINUED DETAILED PREPARATION FOR INTERVIEWS OF THE INDEPENDENT TRUSTEES | | 2.70 | $2,929.50 |
| 12/6/2022 09338 JJ COSTER | TELEPHONE CONFERENCES WITH CLIENT | | 0.50 | $542.50 |
| 12/7/2022 09338 JJ COSTER | CONTINUED DETAILED ATTENTION TO PREPARING INDEPENDENT TRUSTEES FOR INTERVIEWS | | 1.50 | $1,627.50 |
| 12/7/2022 09338 JJ COSTER | REVIEW AND REVISE OUTLINE FOR PREP | | 1.70 | $1,844.50 |
| 12/8/2022 09338 JJ COSTER | DETAILED PREPARATION FOR AND DEFEND INTERVIEWS OF INDEPENDENT TRUSTEES | | 6.80 | $7,378.00 |
| 12/8/2022 09338 JJ COSTER | CONFERENCES WITH A. CALAMARI'S TEAM | | 0.50 | $542.50 |
| 12/8/2022 09338 JJ COSTER | TELEPHONE CONFERENCES WITH INDEPENDENT TRUSTEES ████████ | | 1.00 | $1,085.00 |
| 12/9/2022 09338 JJ COSTER | TELEPHONE CONFERENCE WITH H. KOZLOV | | 0.20 | $217.00 |
| 12/9/2022 09338 JJ COSTER | ATTENTION TO ISSUES RELATED TO ██████ | | 0.40 | $434.00 |
| 12/12/2022 09338 JJ COSTER | CONTINUED ATTENTION TO ISSUES REGARDING ████████ | | 1.00 | $1,085.00 |
| 12/14/2022 09338 JJ COSTER | REVIEW MATERIALS FROM M. CABIN AND FELDMAN REGARDING ██████ | | 0.90 | $976.50 |

Duane Morris
January 12, 2023
Page 4

File # N2441-00010                                          INVOICE# 2991661
    SPECIAL LIGITATION COMMITTEE

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/14/2022 | 09338 | JJ COSTER | ATTENTION TO ████████████ | 1.00 | $1,085.00 |
| 12/16/2022 | 09338 | JJ COSTER | PHONE CONFERENCE WITH M. CABIN | 0.90 | $976.50 |
| 12/16/2022 | 09338 | JJ COSTER | PHONE CONFERENCE WITH H. KOZLOV | 0.20 | $217.00 |
| 12/16/2022 | 09338 | JJ COSTER | ATTENTION TO MEMO RE: ██████ | 0.40 | $434.00 |
| 12/16/2022 | 09338 | JJ COSTER | ATTENTION TO ISSUES RE: ████ | 0.60 | $651.00 |
| 12/19/2022 | 09338 | JJ COSTER | ATTENTION TO ISSUES RELATING TO TOLLING AGREEMENT | 1.10 | $1,193.50 |
| 12/21/2022 | 09338 | JJ COSTER | TELEPHONE CONFERENCE WITH M .CABIN REGARDING TOLLING AGREEMENT ISSUES. | 0.90 | $976.50 |
| 12/23/2022 | 09338 | JJ COSTER | REVIEW MEMO REGARDING ████ | 1.10 | $1,193.50 |
| | | | Subtotal: | 30.60 | $33,201.00 |
| 12/7/2022 | 09671 | MP HANSEN | PREPARE FOR PREP MEETING WITH J. CHRYSTAL | 2.50 | $2,525.00 |
| 12/7/2022 | 09671 | MP HANSEN | MEETING WITH J. CHRYSTAL TO PREPARE FOR SLC INTERVIEW. | 2.50 | $2,525.00 |
| 12/8/2022 | 09671 | MP HANSEN | ATTEND SLC INTERVIEW OF J. CHRYSTAL. | 4.50 | $4,545.00 |
| 12/27/2022 | 09671 | MP HANSEN | REVIEW SLC INTERVIEW NOTES AND DOCUMENTS. | 2.00 | $2,020.00 |
| | | | Subtotal: | 11.50 | $11,615.00 |
| 12/6/2022 | 61830 | H KOZLOV | MEETING WITH JOHN CHRYSTAL IN MIAMI, FL | 4.00 | $5,460.00 |
| 12/7/2022 | 61830 | H KOZLOV | PREPARATION OF JOHN CHRYSTAL FOR SLC INTERVIEW | 8.00 | $10,920.00 |
| 12/8/2022 | 61830 | H KOZLOV | PREPARATION FOR AND ATTENDANCE AT SLC INTERVIEW OF JOHN CHRYSTAL | 8.00 | $10,920.00 |
| 12/15/2022 | 61830 | H KOZLOV | REVIEW EMAIL FROM MARY HANSEN REGARDING ████ AND RESPONSES OF OTHER DM TEAM REGARDING SAME | 0.20 | $273.00 |
| 12/15/2022 | 61830 | H KOZLOV | EMAIL WITH CLIENTS REGARDING ████ | 0.10 | $136.50 |
| 12/16/2022 | 61830 | H KOZLOV | REVIEW EMAIL FROM MICHAEL CABIN REGARDING ████ | 0.10 | $136.50 |
| 12/27/2022 | 61830 | H KOZLOV | RECEIPT AND REVIEW OF EMAIL FROM BFELDMAN AND ATTACHED TOLLING AGREEMENTS | 0.60 | $819.00 |
| | | | Subtotal: | 21.00 | $28,665.00 |
| 12/1/2022 | 10080 | BD FELDMAN | PREPARED PREP MATERIALS/MODULES FOR J. CHRYSTAL INTERVIEW PREP | 4.90 | $3,675.00 |
| 12/1/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH G. HERROLD RE REVISING PREP MATERIALS FOR | 0.90 | $675.00 |

Duane Morris
January 12, 2023
Page 5

File # N2441-00010                                                    INVOICE# 2991661
SPECIAL LIGITATION COMMITTEE

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | INTERVIEW | | |
| 12/1/2022 | 10080 | BD FELDMAN | ANALYZED DOCUMENTS IN UPDATED PRIVILEGE REVIEW AND DISCUSSED THE SAME WITH M. CABIN AND G. HERROLD | 0.90 | $675.00 |
| 12/1/2022 | 10080 | BD FELDMAN | CALL WITH M. CABIN AND G. HERROLD RE PRIVILEGE REVIEW UPDATE | 0.50 | $375.00 |
| 12/1/2022 | 10080 | BD FELDMAN | CALL WITH G. HERROLD RE PREPARATION MATERIALS FOR J. CHRYSTAL | 0.30 | $225.00 |
| 12/1/2022 | 10080 | BD FELDMAN | REVISED OUTLINE FOR CLIENT INTERVIEW PREP | 0.60 | $450.00 |
| 12/2/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH G. HERROLD RE UPDATED PRIVILEGE REVIEW | 0.10 | $75.00 |
| 12/2/2022 | 10080 | BD FELDMAN | PREPARED FOR J. CHRYSTAL INTERVIEW PREP | 3.70 | $2,775.00 |
| 12/2/2022 | 10080 | BD FELDMAN | ANALYZED DOCUMENT IN CONNECTION WITH ████████ ████████ AND DISCUSSED THE SAME WITH G. HERROLD | 0.20 | $150.00 |
| 12/2/2022 | 10080 | BD FELDMAN | CALL WITH G. HERROLD TO DISCUSS PRIVILEGE REVIEW AND J. CHRYSTAL PREP MATERIALS | 0.20 | $150.00 |
| 12/2/2022 | 10080 | BD FELDMAN | CALL WITH G. HERROLD RE QUESTION ON UPDATED PRIVILEGE REVIEW | 0.10 | $75.00 |
| 12/2/2022 | 10080 | BD FELDMAN | DRAFTED ████████ FOR PREP | 0.80 | $600.00 |
| 12/5/2022 | 10080 | BD FELDMAN | CALL WITH M. CABIN TO DISCUSS PREP MATERIALS FOR CLIENT INTERVIEW | 0.70 | $525.00 |
| 12/5/2022 | 10080 | BD FELDMAN | UPDATED PREP MATERIALS FOR CLIENT INTERVIEW AND DISCUSSED THE SAME WITH M. CABIN | 5.40 | $4,050.00 |
| 12/5/2022 | 10080 | BD FELDMAN | CALL WITH M. CABIN TO DISCUSS EDITS TO CLIENT PREP OUTLINE | 0.20 | $150.00 |
| 12/5/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH K. COVERT RE LOGISTICS FOR CLIENT INTERVIEW AND PREP | 0.20 | $150.00 |
| 12/5/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH M. CABIN AND G. HERROLD RE PREPARATION OF BINDERS FOR SLC INTERVIEW PREP | 0.30 | $225.00 |
| 12/5/2022 | 10080 | BD FELDMAN | CALL WITH M. CABIN AND G. HERROLD RE SLC'S REQUEST RE PRIVILEGED DOCUMENTS | 0.50 | $375.00 |
| 12/5/2022 | 10080 | BD FELDMAN | ANNOTATED INTERVIEW OUTLINE | 0.30 | $225.00 |
| 12/5/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH G. HERROLD RE PROCESSING AND PRODUCTION OF DOCUMENTS TO SLC | 0.50 | $375.00 |
| 12/6/2022 | 10080 | BD FELDMAN | ANALYZED TRANSCRIPT OF PROCEEDINGS FROM VELISSARIS ACTION | 0.20 | $150.00 |
| 12/6/2022 | 10080 | BD FELDMAN | ANNOTATED DRAFT OUTLINE FOR | 3.00 | $2,250.00 |

Duane Morris
January 12, 2023
Page 6

File # N2441-00010                      INVOICE# 2991661
    SPECIAL LIGITATION COMMITTEE

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | INTERVIEW PREP | | |
| 12/6/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH G. HERROLD AND M. CABIN RE PROCESSING OF PRODUCTION OF DOCUMENTS | 0.90 | $675.00 |
| 12/6/2022 | 10080 | BD FELDMAN | CALL WITH G. HERROLD RE PREPARATION AND PROCESSING OF PRODUCTION | 0.50 | $375.00 |
| 12/6/2022 | 10080 | BD FELDMAN | PREPARED FOR PREP OF J. CHRYSTAL | 3.80 | $2,850.00 |
| 12/6/2022 | 10080 | BD FELDMAN | REVISED EMAIL TO J. COSTER RE ███████ ISSUE | 0.20 | $150.00 |
| 12/6/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH M. HANSEN RE INTERVIEW PREP MATERIALS AND PLAN | 0.30 | $225.00 |
| 12/7/2022 | 10080 | BD FELDMAN | PREP OF J. CHRYSTAL | 4.50 | $3,375.00 |
| 12/7/2022 | 10080 | BD FELDMAN | TRAVELED TO MIAMI FOR PREP OF J. CHRYSTAL | 5.00 | $3,750.00 |
| 12/7/2022 | 10080 | BD FELDMAN | PREPARED FOR PREP OF CLIENT | 2.00 | $1,500.00 |
| 12/8/2022 | 10080 | BD FELDMAN | PREPARED FOR AND ATTENDED SLC INTERVIEW OF J. CHRYSTAL | 5.60 | $4,200.00 |
| 12/8/2022 | 10080 | BD FELDMAN | CALL WITH M. CABIN RE SLC INTERVIEW OF J. CHRYSTAL | 0.50 | $375.00 |
| 12/8/2022 | 10080 | BD FELDMAN | CALL WITH G. HERROLD RE SLC INTERVIEW | 0.30 | $225.00 |
| 12/8/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH MIAMI OFFICE STAFF RE MATERIALS FROM SLC INTERVIEW PREP AND INTERVIEW | 0.30 | $225.00 |
| 12/9/2022 | 10080 | BD FELDMAN | TRAVELED BACK FROM SLC INTERVIEW TRIP | 6.00 | $4,500.00 |
| 12/9/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH G. HERROLD RE MATERIALS FROM SLC INTERVIEW PREP AND INTERVIEW | 0.20 | $150.00 |
| 12/9/2022 | 10080 | BD FELDMAN | REVIEWED AND REVISED SLC INTERVIEW NOTES | 3.20 | $2,400.00 |
| 12/12/2022 | 10080 | BD FELDMAN | ANALYZED ███████ | 1.00 | $750.00 |
| 12/12/2022 | 10080 | BD FELDMAN | REVISED SLC INTERVIEW NOTES | 1.30 | $975.00 |
| 12/12/2022 | 10080 | BD FELDMAN | MEETING WITH G. HERROLD TO DISCUSS ███████ | 0.40 | $300.00 |
| 12/13/2022 | 10080 | BD FELDMAN | MEETING WITH H. KOZLOV TO DISCUSS ANALYSIS OF ███████ | 0.20 | $150.00 |
| 12/13/2022 | 10080 | BD FELDMAN | CALL WITH G. HERROLD TO DISCUSS ANALYSIS OF ███████ | 0.20 | $150.00 |
| 12/15/2022 | 10080 | BD FELDMAN | DRAFTED/REVISED ANALYSIS OF ███████ | 4.30 | $3,225.00 |
| 12/15/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH M. HANSEN RE CLIENT INTERVIEWS | 0.20 | $150.00 |
| 12/15/2022 | 10080 | BD FELDMAN | REVIEWED SUMMARY OF ███████ | 0.10 | $75.00 |

Duane Morris
January 12, 2023
Page 7

File # N2441-00010                                        INVOICE# 2991661
       SPECIAL LIGITATION COMMITTEE

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| | | | , FROM M. HANSEN | | |
| 12/15/2022 | 10080 | BD FELDMAN | CALL WITH M. CABIN TO DISCUSS DEVELOPMENTS RE ███ | 0.50 | $375.00 |
| 12/16/2022 | 10080 | BD FELDMAN | DRAFTED/REVISED ANALYSIS OF ███ | 3.00 | $2,250.00 |
| 12/16/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH G. HERROLD RE ███ | 0.40 | $300.00 |
| 12/16/2022 | 10080 | BD FELDMAN | CALL WITH G. HERROLD RE ███ | 0.40 | $300.00 |
| 12/19/2022 | 10080 | BD FELDMAN | REVISED SUMMARY ANALYSIS OF ███ , AND DISCUSSED THE SAME WITH G. HERROLD | 2.20 | $1,650.00 |
| 12/19/2022 | 10080 | BD FELDMAN | MEETING WITH H. KOZLOV RE ███ | 0.20 | $150.00 |
| 12/19/2022 | 10080 | BD FELDMAN | CALL WITH G. HERROLD TO DISCUSS MEMO TO FILE RE ███ | 0.50 | $375.00 |
| 12/21/2022 | 10080 | BD FELDMAN | REVISED DRAFT MEMO ANALYSIS ON ███ | 4.00 | $3,000.00 |
| 12/21/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH G. HERROLD RE EDITS AND COMMENTS TO MEMO DISCUSSING ███ | 0.20 | $150.00 |
| 12/21/2022 | 10080 | BD FELDMAN | REVISED ANALYSIS OF ███ | 0.50 | $375.00 |
| 12/22/2022 | 10080 | BD FELDMAN | CALL WITH G. HERROLD RE EDITS TO ███ | 0.20 | $150.00 |
| 12/22/2022 | 10080 | BD FELDMAN | EDITED MEMO ANALYSIS RE ███ | 1.90 | $1,425.00 |
| 12/23/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH G. HERROLD RE MEMOS RE ███ | 0.20 | $150.00 |
| 12/23/2022 | 10080 | BD FELDMAN | REVIEWED DRAFT TOLLING AGREEMENTS | 0.40 | $300.00 |
| 12/23/2022 | 10080 | BD FELDMAN | DISCUSSED THE SAME WITH M. CABIN | 0.20 | $150.00 |
| 12/27/2022 | 10080 | BD FELDMAN | REVIEWED REVISED DRAFTS OF TOLLING AGREEMENTS | 0.30 | $225.00 |
| 12/27/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH H. KOZLOV RE THE SAME | 0.10 | $75.00 |
| 12/29/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH H. KOZLOV RE DRAFT TOLLING AGREEMENTS | 0.20 | $150.00 |
| 12/30/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH M. CABIN RE DRAFT TOLLING AGREEMENTS | 0.20 | $150.00 |
| | | | Subtotal: | 81.10 | $60,825.00 |
| 12/1/2022 | 08977 | G HERROLD | CALLS W. B. FELDMAN RE PRIVILEGE REVIEW FOR SUPPLEMENTAL SLC PRODUCTION | 0.60 | $348.00 |
| 12/1/2022 | 08977 | G HERROLD | CALL W. B. FELDMAN AND M. CABIN RE | 0.40 | $232.00 |

Duane Morris
January 12, 2023
Page 8

File # N2441-00010                                    INVOICE# 2991661
        SPECIAL LIGITATION COMMITTEE

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|-----------------|---|-------|-------|
| 12/1/2022 | 08977 G HERROLD | PRIVILEGE REVIEW FOR SUPPLEMENTAL SLC PRODUCTION REVIEW AND ANALYSIS OF CLIENT DOCUMENTS FOR SLC INTERVIEW PREP | 6.60 | $3,828.00 |
| 12/2/2022 | 08977 G HERROLD | MULTIPLE PHONE CALLS W. B. FELDMAN TO DISCUSS PREPARATION FOR CLIENT PREP SESSION AND INTERVIEW WITH SLC ON 12/7. | 0.30 | $174.00 |
| 12/2/2022 | 08977 G HERROLD | REVIEW AND ANALYSIS OF CASE DOCUMENTS FOR SLC INTERVIEW PREP | 5.90 | $3,422.00 |
| 12/5/2022 | 08977 G HERROLD | MULTIPLE CALLS W. B. FELDMAN TO DISCUSS PREP FOR JOHN CHRYSTAL SLC INTERVIEW. | 0.50 | $290.00 |
| 12/5/2022 | 08977 G HERROLD | PHONE CALL AND EMAIL WITH DATABASE MANAGER TO DISCUSS SUPPLEMENTAL DOCUMENT PRODUCTION | 0.20 | $116.00 |
| 12/5/2022 | 08977 G HERROLD | REVIEW AND ANALYSIS OF CASE DOCUMENTS FOR SLC INTERVIEW PREP | 6.30 | $3,654.00 |
| 12/6/2022 | 08977 G HERROLD | CALLS WITH VENDOR TO DISCUSS SUPPLEMENTAL DOCUMENT PRODUCTION | 1.60 | $928.00 |
| 12/6/2022 | 08977 G HERROLD | CALLS WITH B. FELDMAN AND M. CABIN TO DISCUSS SUPPLEMENTAL DOCUMENT PRODUCTION | 0.90 | $522.00 |
| 12/6/2022 | 08977 G HERROLD | CALLS WITH VENDOR RE ISSUES REGARDING SUPPLEMENTAL DOCUMENT PRODUCTION | 0.20 | $116.00 |
| 12/6/2022 | 08977 G HERROLD | PLAN AND PREPARE FOR DOCUMENT PRODUCTION, PREP SESSION, AND SLC INTERVIEW OF JOHN CHRYSTAL | 5.70 | $3,306.00 |
| 12/12/2022 | 08977 G HERROLD | REVIEW AND ANALYZE ███████ | 1.40 | $812.00 |
| 12/13/2022 | 08977 G HERROLD | REVIEW AND ANALYZE ███████ | 1.90 | $1,102.00 |
| 12/14/2022 | 08977 G HERROLD | REVIEW AND ANALYZE ███████ | 3.60 | $2,088.00 |
| 12/16/2022 | 08977 G HERROLD | DRAFTED MEMORANDUM AND ANALYSIS REGARDING ███████ | 2.40 | $1,392.00 |
| 12/19/2022 | 08977 G HERROLD | DRAFTED MEMORANDUM AND ANALYSIS REGARDING ███████ | 5.40 | $3,132.00 |
| 12/20/2022 | 08977 G HERROLD | CONTINUED DRAFTING MEMORANDUM AND ANALYSIS REGARDING ███ | 3.80 | $2,204.00 |
| 12/22/2022 | 08977 G HERROLD | REVISED MEMORANDUM AND ANALYSIS REGARDING ███████ | 2.20 | $1,276.00 |

Duane Morris
January 12, 2023
Page 9

File # N2441-00010                                              INVOICE# 2991661
       SPECIAL LIGITATION COMMITTEE

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 12/23/2022 | 08977 | G HERROLD | DRAFTED MEMORANDUM AND ANALYSIS REGARDING ████ | 4.30 | $2,494.00 |
| | | | Subtotal: | 54.20 | $31,436.00 |
| 12/6/2022 | 09944 | M RODRIGUEZ | REVIEW INSTRUCTIONS FROM COUNSEL; PREPARE 5 BINDERS PER INSTRUCTION LETTER; DRAFT EMAIL TO PROVIDE INFORMATION REQUESTED BY COUNSEL; REVIEW AND RESPOND TO EMAILS REGARDING STATUS OF BINDERS. | 3.00 | $930.00 |
| 12/7/2022 | 09944 | M RODRIGUEZ | REVIEW AND FINALIZE BINDER WITH ADDITIONAL EXHIBITS; DRAFT EMAIL TO COUNSEL TO PROVIDE STATUS. | 0.70 | $217.00 |
| | | | Subtotal: | 3.70 | $1,147.00 |
| | | | TOTAL SERVICES | 221.30 | $183,675.50 |

Duane Morris
January 12, 2023
Page 10

File # N2441-00010                                                    INVOICE# 2991661
        SPECIAL LIGITATION COMMITTEE

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 12/31/2022 | TRAVEL - LOCAL | 93.00 |
| | Total: | $93.00 |
| | | |
| 12/31/2022 | TRAVEL AWAY FROM HOME | 900.00 |
| 12/31/2022 | TRAVEL AWAY FROM HOME | 2,117.75 |
| | Total: | $3,017.75 |
| | | |
| 12/31/2022 | MEETING EXPENSE | 2,004.79 |
| | Total: | $2,004.79 |
| | | |
| 12/31/2022 | DOCUMENT COSTS | 10,306.71 |
| | Total: | $10,306.71 |
| | | |
| 12/02/2022 | OVERNIGHT MAIL PACKAGE SENT TO KIM BROOKIN AT DUANE MORRIS LLP - MIAMI, FL FROM GREGORY HERROLD AT DUANE MORRIS LLP - CHICAGO, IL (TRACKING #391551732024) | 78.93 |
| 12/02/2022 | OVERNIGHT MAIL PACKAGE SENT TO KIM BROOKIN AT DUANE MORRIS LLP - MIAMI, FL FROM GREGORY HERROLD AT DUANE MORRIS LLP - CHICAGO, IL (TRACKING #391551734656) | 78.93 |
| 12/02/2022 | OVERNIGHT MAIL PACKAGE SENT TO KIM BROOKIN AT DUANE MORRIS LLP - MIAMI, FL FROM GREGORY HERROLD AT DUANE MORRIS LLP - CHICAGO, IL (TRACKING #391551735480) | 78.86 |
| 12/02/2022 | OVERNIGHT MAIL PACKAGE SENT TO KIM BROOKIN AT DUANE MORRIS LLP - MIAMI, FL FROM GREGORY HERROLD AT DUANE MORRIS LLP - CHICAGO, IL (TRACKING #391551737563) | 78.93 |
| 12/02/2022 | OVERNIGHT MAIL PACKAGE SENT TO KIM BROOKIN AT DUANE MORRIS LLP - MIAMI, FL FROM GREGORY HERROLD AT DUANE MORRIS LLP - CHICAGO, IL (TRACKING #391551739290) | 77.90 |
| 12/02/2022 | OVERNIGHT MAIL PACKAGE SENT TO KIMBERLY BROOKIN OFFICE SERVI AT DUANE MORRIS - MIAMI, FL FROM GREGORY HERROLD AT DUANE MORRIS LLP - CHERRY HILL, NJ (TRACKING #391567988786) | 107.39 |
| 12/08/2022 | OVERNIGHT MAIL PACKAGE SENT TO GREGORY HERROLD AT DUANE MORRIS LLP - CHICAGO, IL FROM FRANCISCO MALDONADO AT DUANE MORRIS LLP - MIAMI, FL (TRACKING #391880541440) | 53.97 |
| 12/08/2022 | OVERNIGHT MAIL PACKAGE SENT TO GREGORY HERROLD AT DUANE MORRIS LLP - CHICAGO, IL FROM FRANCISCO MALDONADO AT DUANE MORRIS LLP - MIAMI, FL (TRACKING #391880541680) | 53.97 |
| 12/08/2022 | OVERNIGHT MAIL PACKAGE SENT TO GREGORY HERROLD AT DUANE MORRIS LLP - CHICAGO, IL FROM FRANCISCO MALDONADO AT DUANE MORRIS LLP - MIAMI, FL (TRACKING #391880543226) | 59.97 |
| 12/08/2022 | OVERNIGHT MAIL PACKAGE SENT TO GREGORY HERROLD AT DUANE MORRIS LLP - CHICAGO, IL FROM FRANCISCO MALDONADO AT DUANE MORRIS LLP - MIAMI, FL (TRACKING #391880544406) | 56.97 |
| 12/08/2022 | OVERNIGHT MAIL PACKAGE SENT TO GREGORY HERROLD AT DUANE MORRIS LLP - CHICAGO, IL FROM FRANCISCO MALDONADO AT DUANE MORRIS LLP - MIAMI, FL (TRACKING #391880548710) | 53.97 |
| 12/08/2022 | OVERNIGHT MAIL PACKAGE SENT TO GREGORY HERROLD AT DUANE MORRIS LLP - CHICAGO, IL FROM FRANCISCO MALDONADO AT DUANE MORRIS LLP - MIAMI, FL (TRACKING #391880550022) | 56.99 |

Duane Morris
January 12, 2023
Page 11

File # N2441-00010                                                        INVOICE# 2991661
    SPECIAL LIGITATION COMMITTEE

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 12/08/2022 | OVERNIGHT MAIL PACKAGE SENT TO BRAD FELDMAN AT DUANE MORRIS LLP - CHERRY HILL, NJ FROM FRANCISCO MALDONADO AT DUANE MORRIS LLP - MIAMI, FL (TRACKING #391881752163) | 66.61 |
| 12/08/2022 | OVERNIGHT MAIL PACKAGE SENT TO BRAD FELDMAN AT DUANE MORRIS LLP - CHERRY HILL, NJ FROM FRANCISCO MALDONADO AT DUANE MORRIS LLP - MIAMI, FL (TRACKING #391881752807) | 76.57 |
| 12/12/2022 | OVERNIGHT MAIL PACKAGE SENT TO GREGORY HERROLD AT DUANE MORRIS LLP - CHERRY HILL, NJ FROM PATRICIA CAREY AT DUANE MORRIS LLP - CHICAGO, IL (TRACKING #392062505530) | 35.79 |
| 12/12/2022 | OVERNIGHT MAIL PACKAGE SENT TO GREGORY HERROLD AT DUANE MORRIS LLP - CHERRY HILL, NJ FROM PATRICIA CAREY AT DUANE MORRIS LLP - CHICAGO, IL (TRACKING #392062506000) | 35.79 |
| 12/12/2022 | OVERNIGHT MAIL PACKAGE SENT TO GREGORY HERROLD AT DUANE MORRIS LLP - CHERRY HILL, NJ FROM PATRICIA CAREY AT DUANE MORRIS LLP - CHICAGO, IL (TRACKING #392062510046) | 37.67 |
| 12/12/2022 | OVERNIGHT MAIL PACKAGE SENT TO GREGORY HERROLD AT DUANE MORRIS LLP - CHERRY HILL, NJ FROM PATRICIA CAREY AT DUANE MORRIS LLP - CHICAGO, IL (TRACKING #392062513446) | 35.79 |
| 12/12/2022 | OVERNIGHT MAIL PACKAGE SENT TO GREGORY HERROLD AT DUANE MORRIS LLP - CHERRY HILL, NJ FROM PATRICIA CAREY AT DUANE MORRIS LLP - CHICAGO, IL (TRACKING #392062514556) | 33.91 |
| 12/12/2022 | OVERNIGHT MAIL PACKAGE SENT TO GREGORY HERROLD AT DUANE MORRIS LLP - CHERRY HILL, NJ FROM PATRICIA CAREY AT DUANE MORRIS LLP - CHICAGO, IL (TRACKING #392062516386) | 33.91 |
| | Total: | $1,192.82 |
| 12/31/2022 | PACER FEDERAL DOCKET COSTS | 3.00 |
| | Total: | $3.00 |
| 12/05/2022 | AIR TRAVEL -J COSTER TRANSPORTATION ON 12/6/2022 FROM NEW YORK TO MIAMI TKT: 7859125967 | 482.20 |
| 12/07/2022 | AIR TRAVEL - H KOZLOV TRANSPORTATION ON 12/10/20 22 FROM MIAMI TO PHILADELPHIA, PA TKT: 785913059 9 | 325.00 |
| | Total: | $807.20 |
| 12/31/2022 | COLOR PRINTING & DUPLICATING - INTERNAL | 133.28 |
| | Total: | $133.28 |
| 12/31/2022 | TRAVEL-OTHER | 322.48 |
| | Total: | $322.48 |
| 12/31/2022 | PRINTING & DUPLICATING | 94.15 |
| | Total: | $94.15 |
| | TOTAL DISBURSEMENTS | $17,975.18 |

Duane Morris
January 12, 2023
Page 12

File # N2441-00010                                          INVOICE# 2991661
     SPECIAL LIGITATION COMMITTEE

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|---|---|---|---|
| 01523 | WA MACK | 5.10 | $6,987.00 |
| 09334 | MA CABIN | 14.10 | $9,799.50 |
| 09338 | JJ COSTER | 30.60 | $33,201.00 |
| 09671 | MP HANSEN | 11.50 | $11,615.00 |
| 61830 | H KOZLOV | 21.00 | $28,665.00 |
| 10080 | BD FELDMAN | 81.10 | $60,825.00 |
| 08977 | G HERROLD | 54.20 | $31,436.00 |
| 09944 | M RODRIGUEZ | 3.70 | $1,147.00 |
| | | 221.30 | $183,675.50 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**

DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626

February 13, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

SPECIAL LIGITATION COMMITTEE

FILE# N2441-00010      INVOICE# 3002592      IRS# 23-1392502

CURRENT INVOICE                                              $6,433.04

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 3/30/22 | 2887492 | $30,827.50 | $28,667.85 | $2,159.65 |
| 4/27/22 | 2898204 | $75,738.00 | $40,567.50 | $35,170.50 |
| 5/26/22 | 2908676 | $19,154.00 | $6,155.00 | $12,999.00 |
| 6/29/22 | 2920004 | $2,661.00 | $542.50 | $2,118.50 |
| 7/20/22 | 2928035 | $5,967.50 | $976.50 | $4,991.00 |
| 8/30/22 | 2941300 | $9,337.50 | $8,434.00 | $903.50 |
| 10/28/22 | 2962628 | $25,002.00 | $0.00 | $25,002.00 |
| 11/30/22 | 2974968 | $199,318.27 | $0.00 | $199,318.27 |
| 12/6/22 | 2977600 | $117,290.92 | $0.00 | $117,290.92 |
| 1/12/23 | 2991661 | $201,650.68 | $0.00 | $201,650.68 |
| | | | | $601,604.02 |

TOTAL BALANCE DUE                                          $608,037.06



Duane Morris
February 13, 2023

File # N2441-00010                                                    INVOICE# 3002592

**PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM**

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE END OF THE INVOICE PERIOD.  THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS INVOICED IN THE FUTURE.  AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

February 13, 2023


ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901




SPECIAL LIGITATION COMMITTEE

File# N2441-00010          Invoice# 3002592          IRS# 23-1392502

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 01/31/2023 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | $4,417.00 |


| DISBURSEMENTS | | |
|---|---|---|
| TAXI FARES | $844.56 | |
| TRAVEL - LOCAL | $93.00 | |
| TRAVEL-OTHER | $624.08 | |
| WESTLAW LEGAL RESEARCH | $454.40 | |
| TOTAL DISBURSEMENTS | | $2,016.04 |
| BALANCE DUE THIS INVOICE | | $6,433.04 |
| PREVIOUS BALANCE | | $601,604.02 |
| TOTAL BALANCE DUE | | $608,037.06 |

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 3/30/22 | 2887492 | $30,827.50 | $28,667.85 | $2,159.65 |
| 4/27/22 | 2898204 | $75,738.00 | $40,567.50 | $35,170.50 |
| 5/26/22 | 2908676 | $19,154.00 | $6,155.00 | $12,999.00 |
| 6/29/22 | 2920004 | $2,661.00 | $542.50 | $2,118.50 |
| 7/20/22 | 2928035 | $5,967.50 | $976.50 | $4,991.00 |
| 8/30/22 | 2941300 | $9,337.50 | $8,434.00 | $903.50 |
| 10/28/22 | 2962628 | $25,002.00 | $0.00 | $25,002.00 |
| 11/30/22 | 2974968 | $199,318.27 | $0.00 | $199,318.27 |
| 12/6/22 | 2977600 | $117,290.92 | $0.00 | $117,290.92 |
| 1/12/23 | 2991661 | $201,650.68 | $0.00 | $201,650.68 |

Duane Morris
February 13, 2023

File # N2441-00010                                              INVOICE# 3002592

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
|           |              |             |         | $601,604.02 |

Duane Morris
February 13, 2023
Page 2

File # N2441-00010                                               INVOICE# 3002592
   SPECIAL LIGITATION COMMITTEE

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/3/2023 | 09334 | MA CABIN | FURTHER REVIEW OF MEMORANDUM REGARDING █████ | 0.40 | $300.00 |
| 1/5/2023 | 09334 | MA CABIN | EMAIL WITH SLC RE TOLLING-AGREEMENT EXTENSIONS | 0.10 | $75.00 |
| | | | Subtotal: | 0.50 | $375.00 |
| 1/5/2023 | 09338 | JJ COSTER | REVIEW MATERIALS REGARDING PREPARATION OF ██████ ████ | 0.80 | $936.00 |
| | | | Subtotal: | 0.80 | $936.00 |
| 1/4/2023 | 61894 | CR RUBIN | REVIEWED AND ANALYZED ████ ████████; WORKED ON SAME | 1.30 | $1,196.00 |
| 1/5/2023 | 61894 | CR RUBIN | CALL WITH GHERROLD RE: ████ ████; WORKED ON SAME | 1.00 | $920.00 |
| | | | Subtotal: | 2.30 | $2,116.00 |
| 1/3/2023 | 10080 | BD FELDMAN | COMMUNICATED WITH M. CABIN RE REVISIONS TO ██████ | 0.30 | $247.50 |
| 1/3/2023 | 10080 | BD FELDMAN | CALL WITH M. CABIN RE ████ | 0.30 | $247.50 |
| 1/3/2023 | 10080 | BD FELDMAN | COMMUNICATED WITH CLIENTS RE ████ | 0.30 | $247.50 |
| 1/4/2023 | 10080 | BD FELDMAN | CALL WITH A. DIULIO RE ████ ████ AND THEN DEBRIEFED M. CABIN RE THE SAME | 0.20 | $165.00 |
| 1/5/2023 | 10080 | BD FELDMAN | COMMUNICATED WITH A. DIULIO RE ████ | 0.10 | $82.50 |
| | | | Subtotal: | 1.20 | $990.00 |
| | | | TOTAL SERVICES | 4.80 | $4,417.00 |

Duane Morris
February 13, 2023
Page 3

File # N2441-00010                                        INVOICE# 3002592
     SPECIAL LIGITATION COMMITTEE

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 01/31/2023 | TRAVEL - LOCAL | | 93.00 |
| | | Total: | $93.00 |
| | | | |
| 01/04/2023 | WESTLAW LEGAL RESEARCH - HERROLD,GREGORY D | | 179.20 |
| 01/05/2023 | WESTLAW LEGAL RESEARCH - HERROLD,GREGORY D | | 275.20 |
| | | Total: | $454.40 |
| | | | |
| 12/03/2022 | TAXI FARES KOZLOV, HERSCHEL TRAVEL TO PHILADELPHIA AIRPORT ON 12/03/22 | | 422.28 |
| 12/10/2022 | TAXI FARES KOZLOV, HERSCHEL TRAVEL TO MARGATE CITY ON 12/10/22 | | 422.28 |
| | | Total: | $844.56 |
| | | | |
| 01/31/2023 | TRAVEL-OTHER | | 624.08 |
| | | Total: | $624.08 |
| | | | |
| | | TOTAL DISBURSEMENTS | $2,016.04 |

Duane Morris
February 13, 2023
Page 4

File # N2441-00010                                                    INVOICE# 3002592
        SPECIAL LIGITATION COMMITTEE

| TIMEKEEPER NO. | NAME | HOURS | VALUE |
|---|---|---|---|
| 09334 | MA CABIN | 0.50 | $375.00 |
| 09338 | JJ COSTER | 0.80 | $936.00 |
| 61894 | CR RUBIN | 2.30 | $2,116.00 |
| 10080 | BD FELDMAN | 1.20 | $990.00 |
| | | 4.80 | $4,417.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**

DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626

January 12, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

DELAWARE DERIVATIVE ACTION

FILE# N2441-00008      INVOICE# 2991658      IRS# 23-1392502

CURRENT INVOICE                                              $6,143.90

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 3/30/22 | 2887491 | $19,598.00 | $18,255.95 | $1,342.05 |
| 4/27/22 | 2898203 | $39,764.30 | $25,932.50 | $13,831.80 |
| 5/26/22 | 2908675 | $9,696.70 | $8,269.00 | $1,427.70 |
| 6/29/22 | 2920003 | $6,150.00 | $5,554.00 | $596.00 |
| 7/20/22 | 2928034 | $7,168.10 | $7,151.00 | $17.10 |
| 8/30/22 | 2941298 | $93.10 | $45.00 | $48.10 |
| 9/29/22 | 2951952 | $20,838.60 | $20,448.00 | $390.60 |
| 10/28/22 | 2962625 | $20,259.20 | $0.00 | $20,259.20 |
| 11/30/22 | 2974966 | $776.90 | $0.00 | $776.90 |
|  |  |  |  | $38,689.45 |

TOTAL BALANCE DUE                                           $44,833.35



DUANE MORRISLLP

30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196          PHONE: 215 979 1000   FAX: 215 979 1020

Duane Morris
January 12, 2023

File # N2441-00008                                    INVOICE# 2991658
**PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM**

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD.  THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE.  AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

## Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

January 12, 2023


ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901


DELAWARE DERIVATIVE ACTION

File# N2441-00008          Invoice# 2991658          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2022 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                    $6,058.50


DISBURSEMENTS
ALERTS                                              $5.40
DOCUMENT RETRIEVAL                                 $80.00 _____
TOTAL DISBURSEMENTS                                                   $85.40

BALANCE DUE THIS INVOICE                                           $6,143.90

PREVIOUS BALANCE                                                  $38,689.45

TOTAL BALANCE DUE                                                 $44,833.35

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 3/30/22 | 2887491 | $19,598.00 | $18,255.95 | $1,342.05 |
| 4/27/22 | 2898203 | $39,764.30 | $25,932.50 | $13,831.80 |
| 5/26/22 | 2908675 | $9,696.70 | $8,269.00 | $1,427.70 |
| 6/29/22 | 2920003 | $6,150.00 | $5,554.00 | $596.00 |
| 7/20/22 | 2928034 | $7,168.10 | $7,151.00 | $17.10 |
| 8/30/22 | 2941298 | $93.10 | $45.00 | $48.10 |
| 9/29/22 | 2951952 | $20,838.60 | $20,448.00 | $390.60 |
| 10/28/22 | 2962625 | $20,259.20 | $0.00 | $20,259.20 |
| 11/30/22 | 2974966 | $776.90 | $0.00 | $776.90 |
| | | | | $38,689.45 |

Duane Morris
January 12, 2023
Page 2

File # N2441-00008                                                    INVOICE# 2991658
      DELAWARE DERIVATIVE ACTION

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 12/16/2022 | 01523 | WA MACK | REVIEWING INSPECTION DEMANS FROM AARON MORRIS AND EMAIL REGARDING SAME; ANALYZING IMPLICATIONS AND STRATEGY | 0.30 | $411.00 |
| | | | Subtotal: | 0.30 | $411.00 |
| 12/15/2022 | 09334 | MA CABIN | CALL WITH TAP COUNSEL RE AMENDED COMPLAINT AND DISCOVERY ISSUES | 0.80 | $556.00 |
| 12/15/2022 | 09334 | MA CABIN | ANALYSIS OF FOLLOW-UP ISSUES RE STIPULATION | 1.10 | $764.50 |
| 12/15/2022 | 09334 | MA CABIN | REVIEW AND ANALYSIS OF BOOKS AND RECORDS DEMAND FROM PLAINTIFF'S COUNSEL AND FOLLOW-UP ISSUES | 3.70 | $2,571.50 |
| | | | Subtotal: | 5.60 | $3,892.00 |
| 12/15/2022 | 08566 | QJ LONGENBERGER | RESEARCH COPIES OF COURT FILINGS FROM DELAWARE CHANCERY COURT FOR ROWAN V INFINITY Q CAPITAL MANAGEMENT MATTER | 0.10 | $30.50 |
| | | | Subtotal: | 0.10 | $30.50 |
| 12/15/2022 | 10080 | BD FELDMAN | COMMUNICATED WITH LIBRARY RE NEW ENTRY ON DOCKET RE AMENDED COMPLAINT | 0.10 | $75.00 |
| 12/15/2022 | 10080 | BD FELDMAN | REVIEWED STIPULATION RE AMENDED COMPLAINT AND DISCOVERY, AND EMAILED RE THE SAME WITH M. CABIN | 0.40 | $300.00 |
| 12/15/2022 | 10080 | BD FELDMAN | CALL WITH M. CABIN TO DISCUSS AMENDED COMPLAINT AND DISCOVERY | 0.40 | $300.00 |
| 12/15/2022 | 10080 | BD FELDMAN | CALL WITH M. CABIN TO DISCUSS DEVELOPMENTS RE BOOKS AND RECORDS DEMAND | 0.60 | $450.00 |
| 12/16/2022 | 10080 | BD FELDMAN | MEETING WITH H. KOZLOV RE DEVELOPMENTS IN DERIVATIVE CASE | 0.50 | $375.00 |
| 12/16/2022 | 10080 | BD FELDMAN | CALL WITH M. CABIN TO DISCUSS DEVELOPMENT RE AMENDED COMPLAINT AND DISCOVERY IN DERIVATIVE ACTION | 0.30 | $225.00 |
| | | | Subtotal: | 2.30 | $1,725.00 |
| | | | TOTAL SERVICES | 8.30 | $6,058.50 |

Duane Morris
January 12, 2023
Page 3

File # N2441-00008                                                    INVOICE# 2991658
    DELAWARE DERIVATIVE ACTION

| DATE | DISBURSEMENTS | AMOUNT |
|---|---|---|
| 11/10/2022 | DOCUMENT RETRIEVAL DOCUMENT FEE; E -INV 99214 COURT NAME: DE SUPREME COURT | 40.00 |
| 11/21/2022 | DOCUMENT RETRIEVAL DOCUMENT FEE; E -INV 99214 COURT NAME: DE COURT OF CHANCERY CIVIL ACTION | 40.00 |
| | Total: | $80.00 |
| 12/31/2022 | ALERTS | 5.40 |
| | Total: | $5.40 |
| | TOTAL DISBURSEMENTS | $85.40 |

Duane Morris
January 12, 2023
Page 4

File # N2441-00008                                           INVOICE# 2991658
    DELAWARE DERIVATIVE ACTION

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 01523 | WA MACK | 0.30 | $411.00 |
| 09334 | MA CABIN | 5.60 | $3,892.00 |
| 10080 | BD FELDMAN | 2.30 | $1,725.00 |
| 08566 | QJ LONGENBERGER | 0.10 | $30.50 |
| | | 8.30 | $6,058.50 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**

DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626

February 06, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

SEC INVESTIGATIONS

FILE# N2441-00004        INVOICE# 2999380        IRS# 23-1392502

CURRENT INVOICE                                              $2,823.00

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 4/13/21 | 2765743 | $12,433.50 | $11,739.00 | $694.50 |
| 9/30/21 | 2823800 | $17,138.50 | $10,329.05 | $6,809.45 |
| 10/29/21 | 2834007 | $84,367.77 | $43,843.06 | $40,524.71 |
| 11/30/21 | 2843646 | $3,072.72 | $1,719.00 | $1,353.72 |
| 12/8/21 | 2849201 | $1,118.87 | $283.50 | $835.37 |
| 3/30/22 | 2887488 | $10,114.03 | $9,789.40 | $324.63 |
| 4/27/22 | 2898201 | $139,396.91 | $113,014.00 | $26,382.91 |
| 5/26/22 | 2908672 | $565,838.35 | $395,815.58 | $170,022.77 |
| 6/29/22 | 2920002 | $319,743.53 | $233,529.20 | $86,214.33 |
| 7/20/22 | 2928032 | $180,492.23 | $148,737.50 | $31,754.73 |
| 8/30/22 | 2941294 | $356,680.89 | $43,272.28 | $313,408.61 |
| 9/29/22 | 2951950 | $113,822.29 | $87,854.58 | $25,967.71 |
| 10/28/22 | 2962623 | $7,137.22 | $0.00 | $7,137.22 |
| 11/30/22 | 2974962 | $8,988.10 | $0.00 | $8,988.10 |
| 12/6/22 | 2977597 | $19,656.50 | $0.00 | $19,656.50 |
|  |  |  |  | $740,075.26 |

TOTAL BALANCE DUE                                           $742,898.26

| Fed Wire Payments: | ACH Payments: | Overnight Payment address |
|---|---|---|

DUANE MORRIS LLP

30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196                    PHONE: 215 979 1000   FAX: 215 979 1020

Duane Morris
February 06, 2023

File # N2441-00004

INVOICE# 2999380



**PAYMENT ADVICES MAY BE EMAILED TO:** <u>ACCOUNTSRECEIVABLE@DUANEMORRIS.COM</u>

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE END OF THE INVOICE PERIOD.  THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS INVOICED IN THE FUTURE.  AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

February 06, 2023


ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901


SEC INVESTIGATIONS

File# N2441-00004          Invoice# 2999380          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2023 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                          $2,823.00


PREVIOUS BALANCE                                                          $740,075.26


TOTAL BALANCE DUE                                                         $742,898.26

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 4/13/21 | 2765743 | $12,433.50 | $11,739.00 | $694.50 |
| 9/30/21 | 2823800 | $17,138.50 | $10,329.05 | $6,809.45 |
| 10/29/21 | 2834007 | $84,367.77 | $43,843.06 | $40,524.71 |
| 11/30/21 | 2843646 | $3,072.72 | $1,719.00 | $1,353.72 |
| 12/8/21 | 2849201 | $1,118.87 | $283.50 | $835.37 |
| 3/30/22 | 2887488 | $10,114.03 | $9,789.40 | $324.63 |
| 4/27/22 | 2898201 | $139,396.91 | $113,014.00 | $26,382.91 |
| 5/26/22 | 2908672 | $565,838.35 | $395,815.58 | $170,022.77 |
| 6/29/22 | 2920002 | $319,743.53 | $233,529.20 | $86,214.33 |
| 7/20/22 | 2928032 | $180,492.23 | $148,737.50 | $31,754.73 |
| 8/30/22 | 2941294 | $356,680.89 | $43,272.28 | $313,408.61 |
| 9/29/22 | 2951950 | $113,822.29 | $87,854.58 | $25,967.71 |
| 10/28/22 | 2962623 | $7,137.22 | $0.00 | $7,137.22 |
| 11/30/22 | 2974962 | $8,988.10 | $0.00 | $8,988.10 |
| 12/6/22 | 2977597 | $19,656.50 | $0.00 | $19,656.50 |
|  |  |  |  | $740,075.26 |

Duane Morris
February 06, 2023
Page 2

File # N2441-00004                                       INVOICE# 2999380
    SEC INVESTIGATIONS

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/10/2023 | 09334 | MA CABIN | REVIEW AND ANALYSIS OF SPECIAL MASTER APPOINTMENT ORDER/LITIGATION INJUNCTION AND FOLLOW-UP ISSUES RE ███ | 2.10 | $1,575.00 |
| | | | Subtotal: | 2.10 | $1,575.00 |
| 1/10/2023 | 61830 | H KOZLOV | REVIEW EMAIL FROM MARY HANSEN REGARDING UPDATE | 0.10 | $147.00 |
| | | | Subtotal: | 0.10 | $147.00 |
| 1/11/2023 | 61894 | CR RUBIN | CALL WITH MHANSEN RE: ███ | 0.20 | $184.00 |
| 1/23/2023 | 61894 | CR RUBIN | CALL WITH MHANSEN RE: SEC ███ | 0.10 | $92.00 |
| | | | Subtotal: | 0.30 | $276.00 |
| 1/10/2023 | 10080 | BD FELDMAN | REVIEWED ENTERED ORDER APPOINTING SPECIAL MASTER AND IMPOSING LITIGATION STAY | 0.20 | $165.00 |
| 1/10/2023 | 10080 | BD FELDMAN | COMMUNICATED WITH M. CABIN RE ███ | 0.40 | $330.00 |
| 1/23/2023 | 10080 | BD FELDMAN | ANALYZED ███ | 0.20 | $165.00 |
| 1/26/2023 | 10080 | BD FELDMAN | REVIEWED DECLARATION OF A. CALAMARI | 0.20 | $165.00 |
| | | | Subtotal: | 1.00 | $825.00 |
| | | | TOTAL SERVICES | 3.50 | $2,823.00 |

Duane Morris
February 06, 2023
Page 3

File # N2441-00004                                              INVOICE# 2999380
      SEC INVESTIGATIONS

| **TIMEKEEPER** | | | |
|---|---|---|---|
| **NO.** | **NAME** | **HOURS** | **VALUE** |
| 09334 | MA CABIN | 2.10 | $1,575.00 |
| 61830 | H KOZLOV | 0.10 | $147.00 |
| 61894 | CR RUBIN | 0.30 | $276.00 |
| 10080 | BD FELDMAN | 1.00 | $825.00 |
| | | 3.50 | $2,823.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**

DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626

February 06, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

OAK FINANCIAL GROUP, INC. - DIRECT ACTION

FILE# N2441-00006      INVOICE# 2999381      IRS# 23-1392502

CURRENT INVOICE                                          $168.50

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 7/28/21 | 2803389 | $20,545.50 | $20,281.60 | $263.90 |
| 8/25/21 | 2812250 | $2,802.50 | $2,733.80 | $68.70 |
| 9/30/21 | 2823802 | $795.00 | $728.50 | $66.50 |
| 1/28/22 | 2866081 | $13,169.50 | $13,016.55 | $152.95 |
| 3/30/22 | 2887489 | $2,389.00 | $2,118.90 | $270.10 |
| 4/27/22 | 2898202 | $2,049.00 | $1,759.50 | $289.50 |
| 5/26/22 | 2908673 | $10,383.80 | $4,849.50 | $5,534.30 |
| 7/20/22 | 2928033 | $370.00 | $326.00 | $44.00 |
| 8/30/22 | 2941297 | $645.00 | $497.00 | $148.00 |
| 9/29/22 | 2951951 | $2,272.50 | $2,257.50 | $15.00 |
| 11/30/22 | 2974964 | $512.60 | $0.00 | $512.60 |
| 2/6/23 | 2999381 | $168.50 | $0.00 | $168.50 |
| | | | | $7,534.05 |

TOTAL BALANCE DUE                                        $7,702.55



Duane Morris
February 06, 2023

File # N2441-00006                                          INVOICE# 2999381

█████████                              401 MARKET STREET
                                        PHILADELPHIA, PA 19106

**PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM**

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD.  THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE.  AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

**DuaneMorris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

February 06, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

OAK FINANCIAL GROUP, INC. - DIRECT ACTION

File# N2441-00006          Invoice# 2999381          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2023 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                  $165.00


DISBURSEMENTS
PACER FEDERAL DOCKET COSTS                        $3.50
TOTAL DISBURSEMENTS                                              $3.50

BALANCE DUE THIS INVOICE                                        $168.50

PREVIOUS BALANCE                                             $7,534.05

TOTAL BALANCE DUE                                            $7,702.55

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 7/28/21 | 2803389 | $20,545.50 | $20,281.60 | $263.90 |
| 8/25/21 | 2812250 | $2,802.50 | $2,733.80 | $68.70 |
| 9/30/21 | 2823802 | $795.00 | $728.50 | $66.50 |
| 1/28/22 | 2866081 | $13,169.50 | $13,016.55 | $152.95 |
| 3/30/22 | 2887489 | $2,389.00 | $2,118.90 | $270.10 |
| 4/27/22 | 2898202 | $2,049.00 | $1,759.50 | $289.50 |
| 5/26/22 | 2908673 | $10,383.80 | $4,849.50 | $5,534.30 |
| 7/20/22 | 2928033 | $370.00 | $326.00 | $44.00 |
| 8/30/22 | 2941297 | $645.00 | $497.00 | $148.00 |
| 9/29/22 | 2951951 | $2,272.50 | $2,257.50 | $15.00 |
| 11/30/22 | 2974964 | $512.60 | $0.00 | $512.60 |
| 2/6/23 | 2999381 | $168.50 | $0.00 | $168.50 |
|  |  |  |  | $7,534.05 |

Duane Morris
February 06, 2023

File # N2441-00006                                      INVOICE# 2999381

Duane Morris
February 06, 2023
Page 2

File # N2441-00006                                            INVOICE# 2999381
OAK FINANCIAL GROUP, INC. - DIRECT ACTION

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/13/2023 | 10080 | BD FELDMAN | REVIEWED LETTER RE LITIGATION STAY AND COMMUNICATED RE THE SAME WITH M. CABIN AND G. HERROLD | 0.20 | $165.00 |
| | | | Subtotal: | 0.20 | $165.00 |
| | | | TOTAL SERVICES | 0.20 | $165.00 |

Duane Morris
February 06, 2023
Page 3

File # N2441-00006                                           INVOICE# 2999381
        OAK FINANCIAL GROUP, INC. - DIRECT ACTION

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 01/31/2023 | PACER FEDERAL DOCKET COSTS | 3.50 |
| | Total: | $3.50 |
| | TOTAL DISBURSEMENTS | $3.50 |

Duane Morris
February 06, 2023
Page 4

File # N2441-00006                                    INVOICE# 2999381
      OAK FINANCIAL GROUP, INC. - DIRECT ACTION

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 10080 | BD FELDMAN | 0.20 | $165.00 |
| | | 0.20 | $165.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**

DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626

February 13, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

CLASS ACTION MATTERS

FILE# N2441-00002        INVOICE# 3002577        IRS# 23-1392502

CURRENT INVOICE                                           $27,267.20

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 4/13/21 | 2765741 | $81,752.00 | $77,086.30 | $4,665.70 |
| 5/28/21 | 2782594 | $48,154.83 | $45,742.58 | $2,412.25 |
| 6/28/21 | 2792416 | $242,425.10 | $231,355.40 | $11,069.70 |
| 7/28/21 | 2803386 | $82,420.75 | $75,841.25 | $6,579.50 |
| 8/25/21 | 2812246 | $56,504.35 | $45,588.25 | $10,916.10 |
| 9/30/21 | 2823797 | $114,129.05 | $90,428.20 | $23,700.85 |
| 10/29/21 | 2834005 | $103,850.18 | $84,764.90 | $19,085.28 |
| 11/24/21 | 2843643 | $71,917.70 | $66,858.50 | $5,059.20 |
| 12/8/21 | 2849199 | $47,027.82 | $40,979.79 | $6,048.03 |
| 1/28/22 | 2866078 | $106,836.61 | $99,371.80 | $7,464.81 |
| 2/24/22 | 2876096 | $88,462.99 | $80,257.58 | $8,205.41 |
| 3/30/22 | 2887487 | $52,322.91 | $50,132.30 | $2,190.61 |
| 4/27/22 | 2898199 | $27,748.16 | $16,054.27 | $11,693.89 |
| 5/26/22 | 2908670 | $22,842.81 | $14,281.00 | $8,561.81 |
| 6/29/22 | 2920001 | $52,679.89 | $40,990.00 | $11,689.89 |
| 7/20/22 | 2928030 | $40,234.40 | $32,100.50 | $8,133.90 |
| 8/30/22 | 2941293 | $48,773.46 | $42,601.50 | $6,171.96 |
| 9/29/22 | 2951949 | $180,296.42 | $156,457.78 | $23,838.64 |
| 10/28/22 | 2962622 | $8,021.80 | $0.00 | $8,021.80 |
| 11/30/22 | 2974961 | $5,601.80 | $0.00 | $5,601.80 |

Duane Morris
February 13, 2023

File # N2441-00002                                                INVOICE# 3002577

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 12/6/22 | 2977596 | $4,863.51 | $0.00 | $4,863.51 |
| 1/12/23 | 2991657 | $19,291.28 | $0.00 | $19,291.28 |
| 2/13/23 | 3002570 | $8,907.80 | $0.00 | $8,907.80 |
| | | | | $224,173.72 |

TOTAL BALANCE DUE                                               $251,440.92



**PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM**

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

February 13, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

CLASS ACTION MATTERS

File# N2441-00002          Invoice# 3002577          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2023 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                         $27,265.50

DISBURSEMENTS
PACER FEDERAL DOCKET COSTS                              $1.70
TOTAL DISBURSEMENTS                                                          $1.70

BALANCE DUE THIS INVOICE                                                $27,267.20

PREVIOUS BALANCE                                                       $224,173.72

TOTAL BALANCE DUE                                                      $251,440.92

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 4/13/21 | 2765741 | $81,752.00 | $77,086.30 | $4,665.70 |
| 5/28/21 | 2782594 | $48,154.83 | $45,742.58 | $2,412.25 |
| 6/28/21 | 2792416 | $242,425.10 | $231,355.40 | $11,069.70 |
| 7/28/21 | 2803386 | $82,420.75 | $75,841.25 | $6,579.50 |
| 8/25/21 | 2812246 | $56,504.35 | $45,588.25 | $10,916.10 |
| 9/30/21 | 2823797 | $114,129.05 | $90,428.20 | $23,700.85 |
| 10/29/21 | 2834005 | $103,850.18 | $84,764.90 | $19,085.28 |
| 11/24/21 | 2843643 | $71,917.70 | $66,858.50 | $5,059.20 |
| 12/8/21 | 2849199 | $47,027.82 | $40,979.79 | $6,048.03 |
| 1/28/22 | 2866078 | $106,836.61 | $99,371.80 | $7,464.81 |
| 2/24/22 | 2876096 | $88,462.99 | $80,257.58 | $8,205.41 |
| 3/30/22 | 2887487 | $52,322.91 | $50,132.30 | $2,190.61 |
| 4/27/22 | 2898199 | $27,748.16 | $16,054.27 | $11,693.89 |

Duane Morris
February 13, 2023

File # N2441-00002                                          INVOICE# 3002577

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 5/26/22 | 2908670 | $22,842.81 | $14,281.00 | $8,561.81 |
| 6/29/22 | 2920001 | $52,679.89 | $40,990.00 | $11,689.89 |
| 7/20/22 | 2928030 | $40,234.40 | $32,100.50 | $8,133.90 |
| 8/30/22 | 2941293 | $48,773.46 | $42,601.50 | $6,171.96 |
| 9/29/22 | 2951949 | $180,296.42 | $156,457.78 | $23,838.64 |
| 10/28/22 | 2962622 | $8,021.80 | $0.00 | $8,021.80 |
| 11/30/22 | 2974961 | $5,601.80 | $0.00 | $5,601.80 |
| 12/6/22 | 2977596 | $4,863.51 | $0.00 | $4,863.51 |
| 1/12/23 | 2991657 | $19,291.28 | $0.00 | $19,291.28 |
| 2/13/23 | 3002570 | $8,907.80 | $0.00 | $8,907.80 |
| | | | | $224,173.72 |

Duane Morris
February 13, 2023
Page 2

File # N2441-00002                                                    INVOICE# 3002577
    CLASS ACTION MATTERS

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/10/2023 | 09334 | MA CABIN | REVIEW AND ANALYSIS OF SETTLEMENT OBJECTION BRIEF AND SUPPORTING PAPERS AS WELL AS FOLLOW-UP ISSUES RELATED THERETO | 1.80 | $1,350.00 |
| 1/10/2023 | 09334 | MA CABIN | FURTHER ANALYSIS OF AND PLANNING FOR ISSUES RE OPT-OUTS AND SETTLEMENT IMPACT | 1.10 | $825.00 |
| 1/11/2023 | 09334 | MA CABIN | REVIEW AND ANALYSIS OF CLASS EXCLUSION NOTICES AND INFORMATION FROM ADMINISTRATOR, AND ATTENTION TO FOLLOW-UP ISSUES | 4.20 | $3,150.00 |
| 1/11/2023 | 09334 | MA CABIN | CALL WITH TAP COUNSEL RE SETTLEMENT, OPT-OUT, AND OBJECTION ISSUES | 0.90 | $675.00 |
| 1/12/2023 | 09334 | MA CABIN | REVIEW AND ANALYSIS OF UPDATED REQUESTS FOR EXCLUSION FROM GILARDI AND ISSUES RELATED THERETO | 1.20 | $900.00 |
| 1/12/2023 | 09334 | MA CABIN | REVIEW AND ANALYSIS OF MAAZEL OBJECTION LETTER AND ISSUES RELATED THERETO | 0.70 | $525.00 |
| 1/12/2023 | 09334 | MA CABIN | RESEARCHED ISSUES REGARDING ██████████ | 2.40 | $1,800.00 |
| 1/13/2023 | 09334 | MA CABIN | PREPARED FOR CONFERENCE WITH JUSTICE BORROK REGARDING SETTLEMENT ISSUES | 1.30 | $975.00 |
| 1/13/2023 | 09334 | MA CABIN | CONFERENCE WITH JUSTICE BORROK REGARDING SETTLEMENT ISSUES | 1.60 | $1,200.00 |
| 1/13/2023 | 09334 | MA CABIN | ANALYSIS OF FOLLOW-UP ISSUES FROM CONFERENCE, INCLUDING ██████████ | 2.30 | $1,725.00 |
| 1/13/2023 | 09334 | MA CABIN | RESEARCHED ISSUES REGARDING ██████████ | 1.50 | $1,125.00 |
| | | | Subtotal: | 19.00 | $14,250.00 |
| 1/10/2023 | 09338 | JJ COSTER | CONTINUED ATTENTION TO ISSUES RELATED TO OPT- OUTS | 1.70 | $1,989.00 |
| 1/10/2023 | 09338 | JJ COSTER | RESEARCH RELATED TO OPT-OUTS | 0.50 | $585.00 |
| 1/11/2023 | 09338 | JJ COSTER | CONTINUED ATTENTION TO RESEARCH REGARDING OPT- OUT ISSUES | 0.80 | $936.00 |
| 1/12/2023 | 09338 | JJ COSTER | CONTINUED ATTENTION TO ISSUES RELATED TO OPT- OUT ACTION AND SETTLEMENT ISSUES | 0.80 | $936.00 |
| 1/12/2023 | 09338 | JJ COSTER | TELEPHONE CONFERENCES WITH M. CABIN REGARDING SAME | 0.40 | $468.00 |
| 1/26/2023 | 09338 | JJ COSTER | CONTINUED ATTENTION TO ISSUES | 1.60 | $1,872.00 |

Duane Morris
February 13, 2023
Page 3

File # N2441-00002                                                INVOICE# 3002577
    CLASS ACTION MATTERS

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|----------------|---|-------|-------|
| | | RELATED TO OPT- OUT ACTIONS | | |
| 1/26/2023 09338 JJ COSTER | | TELEPHONE CONFERENCE WITH M. CABIN REGARDING ISSUES RELATED TO OPT-OUT ACTIONS | 0.20 | $234.00 |
| 1/26/2023 09338 JJ COSTER | | TELEPHONE CONFERENCE WITH CLIENT REGARDING ███████ ████████ | 0.40 | $468.00 |
| | | Subtotal: | 6.40 | $7,488.00 |
| 1/10/2023 10080 BD FELDMAN | | COMMUNICATED WITH H. KOZLOV RE ANALYSIS OF OPT-OUT CLAIM IMPACT ON SETTLEMENT | 0.40 | $330.00 |
| 1/10/2023 10080 BD FELDMAN | | ANALYZED OBJECTION TO SETTLEMENT | 1.50 | $1,237.50 |
| 1/11/2023 10080 BD FELDMAN | | COMMUNICATED WITH M. CABIN RE ANALYSIS OF OBJECTION TO SETTLEMENT AND OTHER DEVELOPMENTS | 0.60 | $495.00 |
| 1/12/2023 10080 BD FELDMAN | | ANALYZED ORDER TO SHOW CAUSE AND ACCOMPANYING AFFIRMATION | 0.20 | $165.00 |
| 1/12/2023 10080 BD FELDMAN | | CALL WITH M. CABIN TO DISCUSS EXCLUSION REQUESTS FROM SETTLEMENT AND NEW OBJECTION | 0.60 | $495.00 |
| 1/12/2023 10080 BD FELDMAN | | REVIEWED NEW SETTLEMENT OBJECTION AND ANALYSIS OF EXCLUSION REQUESTS | 0.20 | $165.00 |
| 1/13/2023 10080 BD FELDMAN | | CALL WITH M. CABIN RE COURT CONFERENCE TO DISCUSS ORDER TO SHOW CAUSE, SHERCK INTERVENTION, AND OBJECTION TO SETTLEMENT | 0.30 | $247.50 |
| 1/13/2023 10080 BD FELDMAN | | PREPARED FOR COURT CONFERENCE TO DISCUSS ORDER TO SHOW CAUSE, SHERCK'S INTERVENTION, AND OBJECTION TO SETTLEMENT | 0.90 | $742.50 |
| 1/13/2023 10080 BD FELDMAN | | ATTENDED COURT CONFERENCE RE SETTLEMENT AND OBJECTIONS THERETO | 1.20 | $990.00 |
| 1/13/2023 10080 BD FELDMAN | | CALL WITH M. CABIN TO DEBRIEF FOLLOWING COURT CONFERENCE | 0.20 | $165.00 |
| 1/13/2023 10080 BD FELDMAN | | CALL WITH G. HERROLD TO DEBRIEF FOLLOWING COURT CONFERENCE RE SETTLEMENT | 0.30 | $247.50 |
| 1/13/2023 10080 BD FELDMAN | | REVIEWED M. CABIN'S SUMMARY OF CONFERENCE RE SETTLEMENT AND OBJECTIONS | 0.10 | $82.50 |
| 1/18/2023 10080 BD FELDMAN | | REVIEWED ORDER TO SHOW CAUSE RE U.S. BANK SUBPOENA, AND DOCKETED RELATED CALENDAR DATES | 0.20 | $165.00 |
| | | Subtotal: | 6.70 | $5,527.50 |

Duane Morris
February 13, 2023
Page 4

File # N2441-00002                                           INVOICE# 3002577
    CLASS ACTION MATTERS

| DATE | ID # TIMEKEEPER | HOURS | VALUE |
|------|----------------|-------|-------|
| | TOTAL SERVICES | 32.10 | $27,265.50 |

Duane Morris
February 13, 2023
Page 5

File # N2441-00002                                                    INVOICE# 3002577
    CLASS ACTION MATTERS

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 01/31/2023 | PACER FEDERAL DOCKET COSTS | 1.70 |
| | Total: | $1.70 |
| | TOTAL DISBURSEMENTS | $1.70 |

Duane Morris
February 13, 2023
Page 6

File # N2441-00002                                                    INVOICE# 3002577
     CLASS ACTION MATTERS

| **TIMEKEEPER** | | | |
|---|---|---|---|
| **NO.** | **NAME** | **HOURS** | **VALUE** |
| 09334 | MA CABIN | 19.00 | $14,250.00 |
| 09338 | JJ COSTER | 6.40 | $7,488.00 |
| 10080 | BD FELDMAN | 6.70 | $5,527.50 |
| | | 32.10 | $27,265.50 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**

DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626

February 13, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

SPECIAL LIGITATION COMMITTEE

FILE# N2441-00010      INVOICE# 3002595      IRS# 23-1392502

CURRENT INVOICE                                              $4,886.06

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 3/30/22 | 2887492 | $30,827.50 | $28,667.85 | $2,159.65 |
| 4/27/22 | 2898204 | $75,738.00 | $40,567.50 | $35,170.50 |
| 5/26/22 | 2908676 | $19,154.00 | $6,155.00 | $12,999.00 |
| 6/29/22 | 2920004 | $2,661.00 | $542.50 | $2,118.50 |
| 7/20/22 | 2928035 | $5,967.50 | $976.50 | $4,991.00 |
| 8/30/22 | 2941300 | $9,337.50 | $8,434.00 | $903.50 |
| 10/28/22 | 2962628 | $25,002.00 | $0.00 | $25,002.00 |
| 11/30/22 | 2974968 | $199,318.27 | $0.00 | $199,318.27 |
| 12/6/22 | 2977600 | $117,290.92 | $0.00 | $117,290.92 |
| 1/12/23 | 2991661 | $201,650.68 | $0.00 | $201,650.68 |
| 2/13/23 | 3002592 | $6,433.04 | $0.00 | $6,433.04 |
| | | | | $608,037.06 |

TOTAL BALANCE DUE                                              $612,923.12



DUANE MORRIS LLP

30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196                    PHONE: 215 979 1000   FAX: 215 979 1020

Duane Morris
February 13, 2023

File # N2441-00010                                                    INVOICE# 3002595

|                                                        PHILADELPHIA, PA 19106 |

**PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM**

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD.  THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE.  AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

February 13, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

SPECIAL LIGITATION COMMITTEE

File# N2441-00010          Invoice# 3002595          IRS# 23-1392502

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RECORDED THROUGH 01/31/2023 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | $1,222.50 |
| | |
| DISBURSEMENTS | |
| ON-LINE HOSTING/STORAGE OF ELECTRONIC EVIDENCE | $3,663.56 |
| TOTAL DISBURSEMENTS | $3,663.56 |
| | |
| BALANCE DUE THIS INVOICE | $4,886.06 |
| | |
| PREVIOUS BALANCE | $608,037.06 |
| | |
| TOTAL BALANCE DUE | $612,923.12 |

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 3/30/22 | 2887492 | $30,827.50 | $28,667.85 | $2,159.65 |
| 4/27/22 | 2898204 | $75,738.00 | $40,567.50 | $35,170.50 |
| 5/26/22 | 2908676 | $19,154.00 | $6,155.00 | $12,999.00 |
| 6/29/22 | 2920004 | $2,661.00 | $542.50 | $2,118.50 |
| 7/20/22 | 2928035 | $5,967.50 | $976.50 | $4,991.00 |
| 8/30/22 | 2941300 | $9,337.50 | $8,434.00 | $903.50 |
| 10/28/22 | 2962628 | $25,002.00 | $0.00 | $25,002.00 |
| 11/30/22 | 2974968 | $199,318.27 | $0.00 | $199,318.27 |
| 12/6/22 | 2977600 | $117,290.92 | $0.00 | $117,290.92 |
| 1/12/23 | 2991661 | $201,650.68 | $0.00 | $201,650.68 |
| 2/13/23 | 3002592 | $6,433.04 | $0.00 | $6,433.04 |
| | | | | $608,037.06 |

Duane Morris
February 13, 2023

File # N2441-00010                                    INVOICE# 3002595

Duane Morris
February 13, 2023
Page 2

File # N2441-00010                                              INVOICE# 3002595
    SPECIAL LIGITATION COMMITTEE

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/19/2023 | 09334 | MA CABIN | ATTENDED ▆▆▆▆▆ | 0.40 | $300.00 |
| | | | Subtotal: | 0.40 | $300.00 |
| 1/11/2023 | 09338 | JJ COSTER | TELEPHONE CONFERENCE WITH H. KOZLOV | 0.20 | $234.00 |
| | | | Subtotal: | 0.20 | $234.00 |
| 1/19/2023 | 61894 | CR RUBIN | ▆▆▆▆▆ | 0.30 | $276.00 |
| | | | Subtotal: | 0.30 | $276.00 |
| 1/11/2023 | 10080 | BD FELDMAN | COMMUNICATED WITH M. CABIN AND A. DIULIO RE ▆▆▆ | 0.20 | $165.00 |
| 1/11/2023 | 10080 | BD FELDMAN | CALL WITH M. CABIN TO DISCUSS ▆▆▆ | 0.10 | $82.50 |
| 1/12/2023 | 10080 | BD FELDMAN | COMMUNICATED WITH A. DIULIO RE ▆▆▆ | 0.20 | $165.00 |
| | | | Subtotal: | 0.50 | $412.50 |
| | | | TOTAL SERVICES | 1.40 | $1,222.50 |

Duane Morris
February 13, 2023
Page 3

File # N2441-00010                                          INVOICE# 3002595
      SPECIAL LIGITATION COMMITTEE

| DATE | DISBURSEMENTS | AMOUNT |
|------|---------------|--------|
| 01/31/2023 | ON-LINE HOSTING/STORAGE OF ELECTRONIC EVIDENCE | 3,663.56 |
| | Total: | $3,663.56 |
| | TOTAL DISBURSEMENTS | $3,663.56 |

Duane Morris
February 13, 2023
Page 4

File # N2441-00010                                                            INVOICE# 3002595
      SPECIAL LIGITATION COMMITTEE

| **TIMEKEEPER** | | | |
|---|---|---|---|
| **NO.** | **NAME** | **HOURS** | **VALUE** |
| 09334 | MA CABIN | 0.40 | $300.00 |
| 09338 | JJ COSTER | 0.20 | $234.00 |
| 61894 | CR RUBIN | 0.30 | $276.00 |
| 10080 | BD FELDMAN | 0.50 | $412.50 |
| | | 1.40 | $1,222.50 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**

DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626

February 13, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

V. CARSON FAMILY 2013 DYNASTY TRUST, ET AL.

FILE# N2441-00011      INVOICE# 3002597      IRS# 23-1392502

CURRENT INVOICE                                           $1,002.00

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 1/12/23 | 2991662 | $6,631.00 | $0.00 | $6,631.00 |
| 2/13/23 | 3002596 | $6,282.50 | $0.00 | $6,282.50 |
| | | | | $12,913.50 |

TOTAL BALANCE DUE                                         $13,915.50



PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

## Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

February 13, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

V. CARSON FAMILY 2013 DYNASTY TRUST, ET AL.

File# N2441-00011          Invoice# 3002597          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2023 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                $1,002.00

PREVIOUS BALANCE                                              $12,913.50

TOTAL BALANCE DUE                                            $13,915.50

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 1/12/23 | 2991662 | $6,631.00 | $0.00 | $6,631.00 |
| 2/13/23 | 3002596 | $6,282.50 | $0.00 | $6,282.50 |
| | | | | $12,913.50 |

Duane Morris
February 13, 2023
Page 2

File # N2441-00011                                          INVOICE# 3002597
   V. CARSON FAMILY 2013 DYNASTY TRUST, ET AL.

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|------|----------------|--|-------|-------|
| 1/20/2023 09334 MA CABIN | REVIEW AND ANALYSIS OF PLAINTIFFS' LETTER REGARDING CHALLENGE TO LITIGATION INJUNCTION IN SEC ACTION AND FOLLOW-UP ISSUES RELATED THERETO | | 0.20 | $150.00 |
| | Subtotal: | | 0.20 | $150.00 |
| 1/10/2023 10080 BD FELDMAN | COMMUNICATED WITH M. CABIN RE EDITS TO DRAFT STIPULATION RE SERVICE AND BRIEFING SCHEDULE | | 0.10 | $82.50 |
| 1/11/2023 10080 BD FELDMAN | REVIEWED M. CABIN EDITS TO MEMORANDUM ON ▮▮▮ | | 0.10 | $82.50 |
| 1/11/2023 10080 BD FELDMAN | DISCUSSED THE SAME WITH G. HERROLD | | 0.10 | $82.50 |
| 1/12/2023 10080 BD FELDMAN | REVIEWED G. HERROLD EDITS TO DRAFT MEMO RE ▮▮▮ | | 0.10 | $82.50 |
| | Subtotal: | | 0.40 | $330.00 |
| 1/11/2023 08977 G HERROLD | REVIEW/ANALYZE EDITS & REVISIONS | | 0.30 | $174.00 |
| 1/11/2023 08977 G HERROLD | DRAFT/REVISE MEMO RE: ▮▮▮ . | | 0.30 | $174.00 |
| 1/12/2023 08977 G HERROLD | CALL W. TEAM TO DISCUSS MEMO ANALYZING ▮▮▮ | | 0.10 | $58.00 |
| 1/12/2023 08977 G HERROLD | MAKE FINAL EDITS & REVISIONS TO MEMO | | 0.20 | $116.00 |
| | Subtotal: | | 0.90 | $522.00 |
| | TOTAL SERVICES | | 1.50 | $1,002.00 |

Duane Morris
February 13, 2023
Page 3

File # N2441-00011                                    INVOICE# 3002597
      V. CARSON FAMILY 2013 DYNASTY TRUST, ET AL.

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 09334 | MA CABIN | 0.20 | $150.00 |
| 10080 | BD FELDMAN | 0.40 | $330.00 |
| 08977 | G HERROLD | 0.90 | $522.00 |
|  |  | 1.50 | $1,002.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**

DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626

February 13, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

V. GLENMEDE TRUST COMPANY, N.A.

FILE# N2441-00012        INVOICE# 3002606        IRS# 23-1392502

CURRENT INVOICE                                          $1,167.00

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 1/12/23 | 2991663 | $5,942.00 | $0.00 | $5,942.00 |
| 2/13/23 | 3002604 | $6,357.50 | $0.00 | $6,357.50 |
|  |  |  |  | $12,299.50 |

TOTAL BALANCE DUE                                        $13,466.50



PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

February 13, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

V. GLENMEDE TRUST COMPANY, N.A.

File# N2441-00012          Invoice# 3002606          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2023 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                    $1,167.00

PREVIOUS BALANCE                                                   $12,299.50

TOTAL BALANCE DUE                                                  $13,466.50

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 1/12/23 | 2991663 | $5,942.00 | $0.00 | $5,942.00 |
| 2/13/23 | 3002604 | $6,357.50 | $0.00 | $6,357.50 |
| | | | | $12,299.50 |

Duane Morris
February 13, 2023
Page 2

File # N2441-00012                                         INVOICE# 3002606
    V. GLENMEDE TRUST COMPANY, N.A.

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/20/2023 | 09334 | MA CABIN | REVIEW AND ANALYSIS OF PLAINTIFFS' LETTER REGARDING CHALLENGE TO LITIGATION INJUNCTION IN SEC ACTION AND FOLLOW-UP ISSUES RELATED THERETO | 0.20 | $150.00 |
| | | | Subtotal: | 0.20 | $150.00 |
| 1/10/2023 | 10080 | BD FELDMAN | COMMUNICATED WITH M. CABIN RE EDITS TO DRAFT STIPULATION RE SERVICE AND BRIEFING SCHEDULE | 0.10 | $82.50 |
| 1/11/2023 | 10080 | BD FELDMAN | REVIEWED M. CABIN EDITS TO MEMORANDUM ON ▮▮▮ | 0.10 | $82.50 |
| 1/11/2023 | 10080 | BD FELDMAN | DISCUSSED THE SAME WITH G. HERROLD | 0.10 | $82.50 |
| 1/12/2023 | 10080 | BD FELDMAN | REVIEWED G. HERROLD EDITS TO DRAFT MEMO RE ▮▮▮ | 0.10 | $82.50 |
| 1/20/2023 | 10080 | BD FELDMAN | REVIEWED LETTER FROM GLENMEDE INDICATING INTENTION TO CHALLENGE LITIGATION STAY | 0.10 | $82.50 |
| 1/20/2023 | 10080 | BD FELDMAN | COMMUNICATED RE THE SAME WITH M. CABIN | 0.10 | $82.50 |
| | | | Subtotal: | 0.60 | $495.00 |
| 1/11/2023 | 08977 | G HERROLD | REVIEW/ANALYZE EDITS & REVISIONS | 0.30 | $174.00 |
| 1/11/2023 | 08977 | G HERROLD | DRAFT/REVISE MEMO RE: ▮▮▮ | 0.30 | $174.00 |
| 1/12/2023 | 08977 | G HERROLD | CALL W. TEAM TO DISCUSS MEMO ANALYZING ▮▮▮ | 0.20 | $116.00 |
| 1/12/2023 | 08977 | G HERROLD | MAKE FINAL EDITS & REVISIONS TO MEMO | 0.10 | $58.00 |
| | | | Subtotal: | 0.90 | $522.00 |
| | | | **TOTAL SERVICES** | 1.70 | $1,167.00 |

Duane Morris
February 13, 2023
Page 3

File # N2441-00012                                                    INVOICE# 3002606
        V. GLENMEDE TRUST COMPANY, N.A.

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 09334 | MA CABIN | 0.20 | $150.00 |
| 10080 | BD FELDMAN | 0.60 | $495.00 |
| 08977 | G HERROLD | 0.90 | $522.00 |
|  |  | 1.70 | $1,167.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**

DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626


February 13, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901


FLINT HILLS DIVERSIFIED STRATEGIES L.P.

FILE# N2441-00013        INVOICE# 3002619        IRS# 23-1392502

CURRENT INVOICE                                              $6,066.00


| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 1/12/23 | 2991664 | $5,222.50 | $0.00 | $5,222.50 |
| | | | | $5,222.50 |

TOTAL BALANCE DUE                                           $11,288.50



PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD. THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE. AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE. AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

## DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

February 13, 2023


ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901


FLINT HILLS DIVERSIFIED STRATEGIES L.P.

File# N2441-00013          Invoice# 3002619          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2023 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                  $6,066.00


PREVIOUS BALANCE                                                  $5,222.50

TOTAL BALANCE DUE                                               $11,288.50

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 1/12/23 | 2991664 | $5,222.50 | $0.00 | $5,222.50 |
|  |  |  |  | $5,222.50 |

Duane Morris
February 13, 2023
Page 2

File # N2441-00013
    FLINT HILLS DIVERSIFIED STRATEGIES L.P.
                                                                   INVOICE# 3002619

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/3/2023 | 09334 | MA CABIN | ANALYSIS OF ISSUES RE SERVICE AND MTD TIMING | 0.20 | $150.00 |
| 1/4/2023 | 09334 | MA CABIN | ATTENTION TO ISSUES RE PLAINTIFFS' REQUEST ON ACCEPTANCE OF SERVICE | 0.10 | $75.00 |
| 1/5/2023 | 09334 | MA CABIN | EDITED CLIENT MEMORANDUM RE ▮▮▮▮▮▮▮▮▮▮▮▮ | 0.30 | $225.00 |
| 1/6/2023 | 09334 | MA CABIN | ANALYSIS OF ISSUES RE ACCEPTANCE-OF-SERVICE REQUEST AND BRIEFING STIPULATION | 0.40 | $300.00 |
| 1/6/2023 | 09334 | MA CABIN | EMAILS WITH PLAINTIFFS' COUNSEL RE ACCEPTANCE-OF-SERVICE REQUEST AND BRIEFING STIPULATION | 0.20 | $150.00 |
| 1/6/2023 | 09334 | MA CABIN | EDITED CLIENT MEMORANDUM RE ▮▮▮▮▮▮▮ AND RESEARCHED ISSUES FOR SAME | 0.70 | $525.00 |
| 1/9/2023 | 09334 | MA CABIN | FURTHER COMMENTS AND REVISIONS TO DRAFT CLIENT MEMORANDUM RE ▮▮▮▮▮▮▮▮▮▮▮▮ | 1.20 | $900.00 |
| 1/9/2023 | 09334 | MA CABIN | REVIEWED AND EDITED PLAINTIFFS' PROPOSED BRIEFING STIPULATION | 0.10 | $75.00 |
| | | | Subtotal: | 3.20 | $2,400.00 |
| 1/4/2023 | 61830 | H KOZLOV | REVIEW EMAIL FROM MICHAEL CABIN REGARDING SERVICE IN THE OPT OUT ACTION AND REPLY TO SAME. | 0.10 | $147.00 |
| 1/9/2023 | 61830 | H KOZLOV | REVIEW OF MICHAEL CABIN'S EMAIL AND ANALYSIS. | 0.10 | $147.00 |
| | | | Subtotal: | 0.20 | $294.00 |
| 1/3/2023 | 10080 | BD FELDMAN | COMMUNICATED WITH G. HERROLD RE CLIENT MEMO RE ▮▮▮▮▮▮ | 0.10 | $82.50 |
| 1/3/2023 | 10080 | BD FELDMAN | COMMUNICATED WITH M. CABIN RE SERVICE OF SUMMONS AND STIPULATION RE MOTION TO DISMISS | 0.10 | $82.50 |
| 1/4/2023 | 10080 | BD FELDMAN | CALL WITH M. CABIN TO DISCUSS ▮▮▮▮▮▮▮▮▮▮ | 0.10 | $82.50 |
| 1/4/2023 | 10080 | BD FELDMAN | ANALYZED ISSUE RELEVANT TO ▮▮▮▮▮▮▮▮ | 0.20 | $165.00 |
| 1/4/2023 | 10080 | BD FELDMAN | CALL WITH G. HERROLD RE ANALYSIS OF ▮▮▮▮ IN CONNECTION WITH OPT-OUT LITIGATION | 0.10 | $82.50 |
| 1/5/2023 | 10080 | BD FELDMAN | MEETING WITH G. HERROLD TO DISCUSS COMMENT ON MEMO RE ▮▮▮▮▮▮▮▮ | 0.30 | $247.50 |

Duane Morris
February 13, 2023
Page 3

File # N2441-00013                                    INVOICE# 3002619
   FLINT HILLS DIVERSIFIED STRATEGIES L.P.

| DATE | ID # TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|
| 1/5/2023 10080 BD FELDMAN | CALL WITH M. CABIN TO DISCUSS ███████████ | | 0.10 | $82.50 |
| 1/5/2023 10080 BD FELDMAN | REVIEWED AND REVISED DRAFT MEMORANDUM ON ██████ | | 0.90 | $742.50 |
| 1/5/2023 10080 BD FELDMAN | REVISED DRAFT MEMO RE ███████ | | 0.20 | $165.00 |
| 1/5/2023 10080 BD FELDMAN | DISCUSSED THE SAME WITH G. HERROLD | | 0.10 | $82.50 |
| 1/6/2023 10080 BD FELDMAN | CALL WITH M. CABIN TO DISCUSS RESPONSE TO PLAINTIFFS' COUNSEL RE ACCEPTANCE OF SERVICE | | 0.10 | $82.50 |
| 1/9/2023 10080 BD FELDMAN | REVIEWED M. CABIN'S EDITS TO MEMORANDUM ON ████████ | | 0.10 | $82.50 |
| | | Subtotal: | 2.40 | $1,980.00 |
| | | | | |
| 1/4/2023 08977 G HERROLD | DRAFT/REVISE MEMO RE: ██████ | | 0.90 | $522.00 |
| 1/4/2023 08977 G HERROLD | REVIEW/ANALYZE LEGAL AUTHORITY PERTAINING TO SAME. | | 0.80 | $464.00 |
| 1/5/2023 08977 G HERROLD | PREPARE FOR AND ATTEND CALL W. CHAD RUBIN TO DISCUSS ████████. | | 0.20 | $116.00 |
| 1/5/2023 08977 G HERROLD | REVIEW/ANALYZE EDITS AND REVISIONS TO MEMO ANALYZING ██████; DRAFT/REVISE ADDITIONAL EDITS & REVISIONS. | | 0.50 | $290.00 |
| | | Subtotal: | 2.40 | $1,392.00 |
| | | | | |
| | TOTAL SERVICES | | 8.20 | $6,066.00 |

Duane Morris
February 13, 2023
Page 4

File # N2441-00013                                          INVOICE# 3002619
     FLINT HILLS DIVERSIFIED STRATEGIES L.P.

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 09334 | MA CABIN | 3.20 | $2,400.00 |
| 61830 | H KOZLOV | 0.20 | $294.00 |
| 10080 | BD FELDMAN | 2.40 | $1,980.00 |
| 08977 | G HERROLD | 2.40 | $1,392.00 |
|  |  | 8.20 | $6,066.00 |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**

DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626

February 13, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

FLINT HILLS DIVERSIFIED STRATEGIES L.P.

FILE# N2441-00013        INVOICE# 3002622        IRS# 23-1392502

CURRENT INVOICE                                        $944.00

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 1/12/23 | 2991664 | $5,222.50 | $0.00 | $5,222.50 |
| 2/13/23 | 3002619 | $6,066.00 | $0.00 | $6,066.00 |
| | | | | $11,288.50 |

TOTAL BALANCE DUE                                      $12,232.50



**PAYMENT ADVICES MAY BE EMAILED TO:** ACCOUNTSRECEIVABLE@DUANEMORRIS.COM

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD.  THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE.  AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
LOS ANGELES
TAIWAN
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

February 13, 2023


ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901



FLINT HILLS DIVERSIFIED STRATEGIES L.P.

File# N2441-00013          Invoice# 3002622          IRS# 23-1392502

| FOR PROFESSIONAL SERVICES RECORDED THROUGH 01/31/2023 IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER. | $944.00 |
|---|---|
| PREVIOUS BALANCE | $11,288.50 |
| TOTAL BALANCE DUE | $12,232.50 |

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 1/12/23 | 2991664 | $5,222.50 | $0.00 | $5,222.50 |
| 2/13/23 | 3002619 | $6,066.00 | $0.00 | $6,066.00 |
| | | | | $11,288.50 |

Duane Morris
February 13, 2023
Page 2

File # N2441-00013                                          INVOICE# 3002622
    FLINT HILLS DIVERSIFIED STRATEGIES L.P.

| DATE | ID # | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 1/20/2023 | 09334 | MA CABIN | REVIEW AND ANALYSIS OF PLAINTIFFS' LETTER REGARDING CHALLENGE TO LITIGATION INJUNCTION IN SEC ACTION AND FOLLOW-UP ISSUES RELATED THERETO | 0.20 | $150.00 |
| | | | Subtotal: | 0.20 | $150.00 |
| 1/10/2023 | 10080 | BD FELDMAN | COMMUNICATED WITH M. CABIN RE EDITS TO DRAFT STIPULATION RE SERVICE AND BRIEFING SCHEDULE | 0.10 | $82.50 |
| 1/11/2023 | 10080 | BD FELDMAN | REVIEWED M. CABIN EDITS TO MEMORANDUM ON ▮ | 0.10 | $82.50 |
| 1/11/2023 | 10080 | BD FELDMAN | DISCUSSED THE SAME WITH G. HERROLD | 0.10 | $82.50 |
| 1/12/2023 | 10080 | BD FELDMAN | CALL WITH G. HERROLD RE EDITS TO TO MEMO RE ▮ | 0.10 | $82.50 |
| | | | Subtotal: | 0.40 | $330.00 |
| 1/11/2023 | 08977 | G HERROLD | REVIEW/ANALYZE EDITS & REVISIONS | 0.20 | $116.00 |
| 1/11/2023 | 08977 | G HERROLD | DRAFT/REVISE MEMO RE: ▮ | 0.30 | $174.00 |
| 1/12/2023 | 08977 | G HERROLD | CALL W. TEAM TO DISCUSS MEMO ANALYZING ▮ S | 0.20 | $116.00 |
| 1/12/2023 | 08977 | G HERROLD | MAKE FINAL EDITS & REVISIONS TO MEMO | 0.10 | $58.00 |
| | | | Subtotal: | 0.80 | $464.00 |
| | | | TOTAL SERVICES | 1.40 | $944.00 |

Duane Morris
February 13, 2023
Page 3

File # N2441-00013                                                    INVOICE# 3002622
        FLINT HILLS DIVERSIFIED STRATEGIES L.P.

**TIMEKEEPER**

| NO. | NAME | HOURS | VALUE |
|-----|------|-------|-------|
| 09334 | MA CABIN | 0.20 | $150.00 |
| 10080 | BD FELDMAN | 0.40 | $330.00 |
| 08977 | G HERROLD | 0.80 | $464.00 |
| | | 1.40 | $944.00 |

## Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
FORT WORTH
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**

DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626

February 17, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

SEC INVESTIGATIONS

FILE# N2441-00004        INVOICE# 3004937        IRS# 23-1392502

CURRENT INVOICE                                                    $0.00

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 4/13/21 | 2765743 | $12,433.50 | $11,739.00 | $694.50 |
| 9/30/21 | 2823800 | $17,138.50 | $10,329.05 | $6,809.45 |
| 10/29/21 | 2834007 | $84,367.77 | $43,843.06 | $40,524.71 |
| 11/30/21 | 2843646 | $3,072.72 | $1,719.00 | $1,353.72 |
| 12/8/21 | 2849201 | $1,118.87 | $283.50 | $835.37 |
| 3/30/22 | 2887488 | $10,114.03 | $9,789.40 | $324.63 |
| 4/27/22 | 2898201 | $139,396.91 | $113,014.00 | $26,382.91 |
| 5/26/22 | 2908672 | $565,838.35 | $395,815.58 | $170,022.77 |
| 6/29/22 | 2920002 | $319,743.53 | $233,529.20 | $86,214.33 |
| 7/20/22 | 2928032 | $180,492.23 | $148,737.50 | $31,754.73 |
| 8/30/22 | 2941294 | $356,680.89 | $43,272.28 | $313,408.61 |
| 9/29/22 | 2951950 | $113,822.29 | $87,854.58 | $25,967.71 |
| 10/28/22 | 2962623 | $7,137.22 | $0.00 | $7,137.22 |
| 11/30/22 | 2974962 | $8,988.10 | $0.00 | $8,988.10 |
| 12/6/22 | 2977597 | $19,656.50 | $0.00 | $19,656.50 |
| 2/6/23 | 2999380 | $2,823.00 | $0.00 | $2,823.00 |
| | | | | $742,898.26 |

TOTAL BALANCE DUE                                          $742,898.26

DUANE MORRIS LLP

30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196        PHONE: 215.979.1000   FAX: 215.979.1020

Duane Morris
February 17, 2023

File # N2441-00004                                                    INVOICE# 3004937

| **Fed Wire Payments:** | **ACH Payments:** | **Overnight Payment address** |
|---|---|---|
| Wells Fargo Bank NA | Acct#:  2000650585614 | Lockbox Services 786626 |
| Swift Code:  WFBIUS6S | ABA#:  031000503 | Attn: Duane Morris LLP |
| Acct#:  2000650585614 | | MAC Y1372-045 |
| ABA#:  121000248 | | 401 MARKET STREET |
| | | PHILADELPHIA, PA 19106 |

**PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM**

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD.  THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE.  AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

February 17, 2023


ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901




SEC INVESTIGATIONS

File# N2441-00004          Invoice# 3004937          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2023 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                        $0.00


PREVIOUS BALANCE                                              $742,898.26

TOTAL BALANCE DUE                                            $742,898.26

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 4/13/21 | 2765743 | $12,433.50 | $11,739.00 | $694.50 |
| 9/30/21 | 2823800 | $17,138.50 | $10,329.05 | $6,809.45 |
| 10/29/21 | 2834007 | $84,367.77 | $43,843.06 | $40,524.71 |
| 11/30/21 | 2843646 | $3,072.72 | $1,719.00 | $1,353.72 |
| 12/8/21 | 2849201 | $1,118.87 | $283.50 | $835.37 |
| 3/30/22 | 2887488 | $10,114.03 | $9,789.40 | $324.63 |
| 4/27/22 | 2898201 | $139,396.91 | $113,014.00 | $26,382.91 |
| 5/26/22 | 2908672 | $565,838.35 | $395,815.58 | $170,022.77 |
| 6/29/22 | 2920002 | $319,743.53 | $233,529.20 | $86,214.33 |
| 7/20/22 | 2928032 | $180,492.23 | $148,737.50 | $31,754.73 |
| 8/30/22 | 2941294 | $356,680.89 | $43,272.28 | $313,408.61 |
| 9/29/22 | 2951950 | $113,822.29 | $87,854.58 | $25,967.71 |
| 10/28/22 | 2962623 | $7,137.22 | $0.00 | $7,137.22 |
| 11/30/22 | 2974962 | $8,988.10 | $0.00 | $8,988.10 |
| 12/6/22 | 2977597 | $19,656.50 | $0.00 | $19,656.50 |
| 2/6/23 | 2999380 | $2,823.00 | $0.00 | $2,823.00 |
| | | | | $742,898.26 |

## Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
FORT WORTH
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**

DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626

February 17, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

OAK FINANCIAL GROUP, INC. - DIRECT ACTION

FILE# N2441-00006        INVOICE# 3004938        IRS# 23-1392502

CURRENT INVOICE                                                    $0.00

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 7/28/21   | 2803389      | $20,545.50  | $20,281.60 | $263.90  |
| 8/25/21   | 2812250      | $2,802.50   | $2,733.80  | $68.70   |
| 9/30/21   | 2823802      | $795.00     | $728.50    | $66.50   |
| 1/28/22   | 2866081      | $13,169.50  | $13,016.55 | $152.95  |
| 3/30/22   | 2887489      | $2,389.00   | $2,118.90  | $270.10  |
| 4/27/22   | 2898202      | $2,049.00   | $1,759.50  | $289.50  |
| 5/26/22   | 2908673      | $10,383.80  | $4,849.50  | $5,534.30 |
| 7/20/22   | 2928033      | $370.00     | $326.00    | $44.00   |
| 8/30/22   | 2941297      | $645.00     | $497.00    | $148.00  |
| 9/29/22   | 2951951      | $2,272.50   | $2,257.50  | $15.00   |
| 11/30/22  | 2974964      | $512.60     | $0.00      | $512.60  |
| 2/6/23    | 2999381      | $168.50     | $0.00      | $168.50  |
|           |              |             |            | $7,534.05 |

TOTAL BALANCE DUE                                          $7,534.05

| Fed Wire Payments: | ACH Payments: | Overnight Payment address |
|---------------------|---------------|----------------------------|
| Wells Fargo Bank NA | Acct#: 2000650585614 | Lockbox Services 786626 |
| Swift Code: WFBIUS6S | ABA#: 031000503 | Attn: Duane Morris LLP |
| Acct#: 2000650585614 | | MAC Y1372-045 |

Duane Morris
February 17, 2023

File # N2441-00006                                                INVOICE# 3004938

ABA#:  121000248                                            401 MARKET STREET
                                                           PHILADELPHIA, PA 19106

**PAYMENT ADVICES MAY BE EMAILED TO: <u>ACCOUNTSRECEIVABLE@DUANEMORRIS.COM</u>**

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD.  THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE.  AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

February 17, 2023


ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901




OAK FINANCIAL GROUP, INC. - DIRECT ACTION

File# N2441-00006          Invoice# 3004938          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2023 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                    $0.00


PREVIOUS BALANCE                                            $7,534.05

TOTAL BALANCE DUE                                          $7,534.05

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|---|---|---|---|---|
| 7/28/21 | 2803389 | $20,545.50 | $20,281.60 | $263.90 |
| 8/25/21 | 2812250 | $2,802.50 | $2,733.80 | $68.70 |
| 9/30/21 | 2823802 | $795.00 | $728.50 | $66.50 |
| 1/28/22 | 2866081 | $13,169.50 | $13,016.55 | $152.95 |
| 3/30/22 | 2887489 | $2,389.00 | $2,118.90 | $270.10 |
| 4/27/22 | 2898202 | $2,049.00 | $1,759.50 | $289.50 |
| 5/26/22 | 2908673 | $10,383.80 | $4,849.50 | $5,534.30 |
| 7/20/22 | 2928033 | $370.00 | $326.00 | $44.00 |
| 8/30/22 | 2941297 | $645.00 | $497.00 | $148.00 |
| 9/29/22 | 2951951 | $2,272.50 | $2,257.50 | $15.00 |
| 11/30/22 | 2974964 | $512.60 | $0.00 | $512.60 |
| 2/6/23 | 2999381 | $168.50 | $0.00 | $168.50 |
| | | | | $7,534.05 |

## Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
DALLAS
AUSTIN
FORT WORTH
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

**PLEASE REMIT PAYMENT TO:**

DUANE MORRIS LLP
PO Box 786626
PHILADELPHIA, PA 19178-6626

February 17, 2023

ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901

EVERCORE INVESTMENT BANKING

FILE# N2441-00007        INVOICE# 3004939        IRS# 23-1392502

CURRENT INVOICE                                                    $0.00

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 3/30/22 | 2887490 | $14,335.00 | $13,518.45 | $816.55 |
| 5/26/22 | 2908674 | $3,613.50 | $1,337.50 | $2,276.00 |
| 11/30/22 | 2974965 | $828.00 | $0.00 | $828.00 |
| | | | | $3,920.55 |

TOTAL BALANCE DUE                                                    $3,920.55

| **Fed Wire Payments:** | **ACH Payments:** | **Overnight Payment address** |
|---|---|---|
| Wells Fargo Bank NA | Acct#: 2000650585614 | Lockbox Services 786626 |
| Swift Code: WFBIUS6S | ABA#: 031000503 | Attn: Duane Morris LLP |
| Acct#: 2000650585614 | | MAC Y1372-045 |
| ABA#: 121000248 | | 401 MARKET STREET |
| | | PHILADELPHIA, PA 19106 |

PAYMENT ADVICES MAY BE EMAILED TO: ACCOUNTSRECEIVABLE@DUANEMORRIS.COM

AMOUNTS INCLUDED FOR DISBURSEMENTS INCLUDE EXPENSES RECEIVED AND RECORDED THROUGH THE
END OF THE INVOICE PERIOD.  THERE MAY BE ADDITIONAL EXPENSES RECEIVED AND DISBURSEMENTS
INVOICED IN THE FUTURE.  AS PER THE TERMS OF OUR ENGAGEMENT, PAYMENT IS DUE IN U.S. DOLLARS
WITHIN 30 DAYS OF THE DATE OF THIS INVOICE.  AFTER 30 DAYS A LATE FEE OF 1% PER MONTH (OR SUCH
LOWER RATE AS REQUIRED BY APPLICABLE LAW) MAY BE CHARGED.

Duane Morris
February 17, 2023

File # N2441-00007                                                    INVOICE# 3004939

February 17, 2023


ANDREW M. CALAMARI, ESQ.
SPECIAL MASTER - TRUST FOR ADVISED PORTFOLIOS, INFINITY Q DI
6 LANDMARK SQUARE
STAMFORD, CT 06901




EVERCORE INVESTMENT BANKING

File# N2441-00007          Invoice# 3004939          IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2023 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.                                          $0.00


PREVIOUS BALANCE                                                 $3,920.55

TOTAL BALANCE DUE                                               $3,920.55

| BILL DATE | BILL/REF NO. | BILL AMOUNT | CREDITS | A/R BALANCE |
|-----------|--------------|-------------|---------|-------------|
| 3/30/22   | 2887490      | $14,335.00  | $13,518.45 | $816.55  |
| 5/26/22   | 2908674      | $3,613.50   | $1,337.50  | $2,276.00 |
| 11/30/22  | 2974965      | $828.00     | $0.00      | $828.00  |
|           |              |             |            | $3,920.55 |