# APPENDIX C-2

 **Davis Wright Tremaine LLP**

920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T  (206) 622-3150
F  (206) 757-7700
Federal ID # 91-0839480
DWT.COM

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101
████████████████████████

Russell B. Simon
████████████████████

February 15, 2023
Invoice #6976020

**Matter Name:** Hunter-Rosenstein
**Firm Matter Number:** 0120158.000001
**DWT Attorney:** James Goldfarb ████████████████████

### Invoice for Fees and Costs

| | |
|---|---:|
| Total Current Fees | 27,129.00 |
| Total Current Costs | 0.00 |
| **Total Amount Due This Invoice** | **$   27,129.00** |

OUTSTANDING INVOICES FOR THIS MATTER AS OF: FEBRUARY 15, 2023

| Invoice | Date | Original Amount | Payments/Credits | Last Payment | Amount Due |
|---|---|---:|---:|---|---:|
| 6966782 | 01/09/23 | 2,257.00 | 0.00 | | 2,257.00 |
| 6974558 | 02/15/23 | 2,652.00 | 0.00 | | 2,652.00 |
| **Previous Balance Total** | | | | | **4,909.00** |
| 6976020 (This Invoice) | 02/15/23 | 27,129.00 | | | 27,129.00 |
| **Total Due This Matter** | | | | | **$32,038.00** |

PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---:|---:|---|
| 01/10/23 | J. Goldfarb | 0.80 | 884.00 | Review SEC special master order ████████████ ████████████ |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000001
DWT Attorney: James Goldfarb


Davis Wright
Tremaine LLP

Invoice # 6976020
Page **2** of 6

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 01/10/23 | J. Goldfarb | 0.80 | 884.00 | Begin review of objection to final settlement approval motion |
| 01/10/23 | J. Goldfarb | 1.90 | 2,099.50 | Draft and send e-mail to client █████████████████████████████████ |
| 01/10/23 | S. Walton | 0.30 | 136.50 | Case documents to work file |
| 01/11/23 | J. Goldfarb | 2.70 | 2,983.50 | Evaluate special master order, objection to final settlement approval motion ███████████ |
| 01/11/23 | J. Goldfarb | 0.70 | 773.50 | Continue to review objection to final settlement approval motion |
| 01/11/23 | S. Walton | 0.20 | 91.00 | Case documents to work file |
| 01/12/23 | J. Goldfarb | 0.10 | 110.50 | Prepare for conference call with S. DiCicco |
| 01/12/23 | J. Goldfarb | 0.80 | 884.00 | Conference call with S. DiCicco ██████████████████ |
| 01/12/23 | J. Goldfarb | 2.00 | 2,210.00 | Begin drafting e-mail to client █████████████████ |
| 01/13/23 | J. Goldfarb | 0.20 | 221.00 | Conference call with S. DiCicco ██████████████████ |
| 01/13/23 | J. Goldfarb | 0.60 | 663.00 | Attend status conference (via Teams) regarding OSC, objections, settlement hearing schedule |
| 01/14/23 | J. Goldfarb | 0.50 | 552.50 | Draft e-mail to K. Whetstone ████████████████████ |
| 01/17/23 | J. Goldfarb | 1.20 | 1,326.00 | Review Maazel objection and prepare e-mail to client |
| 01/17/23 | J. Goldfarb | 0.20 | 221.00 | Office conference with T. Snyder ████████████████ |
| 01/17/23 | T. Snyder | 0.20 | 236.00 | Office conference with J. Goldfarb ████████████ |
| 01/18/23 | F. Burnside | 0.40 | 400.00 | Review materials for and attend call with J. Goldfarb ████████████ |
| 01/18/23 | J. Goldfarb | 0.40 | 442.00 | Zoom with K. Payson, F. Burnside, C. Matheson ███████ |
| 01/18/23 | J. Goldfarb | 0.20 | 221.00 | Finalize, send e-mail to K. Whetstone ███████████ |
| 01/18/23 | J. Goldfarb | 0.60 | 663.00 | Conference calls with C. Matheson █████████ |
| 01/18/23 | J. Goldfarb | 0.10 | 110.50 | Draft and send e-mail to K. Payson, F. Burnside ██████ |
| 01/18/23 | J. Goldfarb | 0.20 | 221.00 | Review, respond to F. Burnside e-mail |
| 01/18/23 | K. Payson | 0.20 | 214.00 | Email with J. Goldfarb ██████████████████ |
| 01/18/23 | K. Payson | 0.40 | 428.00 | Strategize with J. Goldfarb, C. Matheson, and F. Burnside ███████████████████ |

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000001
DWT Attorney: James Goldfarb



Invoice # 6976020
Page **3** of **6**

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/18/23 | K. Payson | 0.20 | 214.00 | Legal research ▮▮▮▮▮▮ |
| 01/18/23 | C. Matheson | 0.60 | 648.00 | Telephone conferences with J. Goldfarb ▮▮▮ |
| 01/18/23 | C. Matheson | 0.40 | 432.00 | Review and analyze objections to class settlement |
| 01/18/23 | C. Matheson | 0.40 | 432.00 | Conference with J. Goldfarb, F. Burnside and K. Payson ▮▮▮▮▮▮ |
| 01/19/23 | J. Goldfarb | 0.60 | 663.00 | Review opt-out schedule and draft and send, respond to e-mails to/from S. DiCicco ▮▮▮▮ |
| 01/19/23 | S. Walton | 0.20 | 91.00 | Review order to show cause for deadlines to docket |
| 01/19/23 | S. Walton | 0.10 | 45.50 | Case documents to file |
| 01/23/23 | J. Goldfarb | 1.90 | 2,099.50 | Conference call with S. DiCicco ▮▮▮ |
| 01/24/23 | J. Goldfarb | 1.10 | 1,215.50 | Draft and send e-mail to K. Whetstone ▮▮▮▮ |
| 01/24/23 | J. Goldfarb | 0.20 | 221.00 | Review Dominus complaint |
| 01/24/23 | J. Goldfarb | 0.20 | 221.00 | Conference call with C. Matheson ▮▮▮▮ |
| 01/24/23 | C. Matheson | 0.20 | 216.00 | Telephone conference with J. Goldfarb ▮▮▮▮ |
| 01/25/23 | J. Goldfarb | 1.10 | 1,215.50 | Review, respond to K. Whetstone request ▮▮▮ |
| 01/25/23 | M. Haggerty | 0.20 | 158.00 | Review filing and draft update to J. Goldfarb, C. Matheson ▮▮▮ |
| 01/25/23 | C. Matheson | 0.30 | 324.00 | Review draft language for ▮▮▮ |
| 01/30/23 | J. Goldfarb | 0.80 | 884.00 | Conference call with S. DiCicco ▮▮▮ |
| 01/31/23 | J. Goldfarb | 0.90 | 994.50 | Per A. Calamari, begin preparing litigation budget |
| 01/31/23 | M. Haggerty | 0.10 | 79.00 | Draft email to J. Goldfarb regarding budgets for Infinity Q actions |

**TOTAL**  **25.20**  **$27,129.00**

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000001
DWT Attorney: James Goldfarb



Invoice # 6976020
Page **4** of 6

|  | TIMEKEEPER SUMMARY | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARTNER** | | | |
| Burnside, F. | 0.40 | $1,000.00 | $400.00 |
| Goldfarb, J. | 20.80 | $1,105.00 | $22,984.00 |
| Payson, K. | 0.80 | $1,070.00 | $856.00 |
| Snyder, T. | 0.20 | $1,180.00 | $236.00 |
| **Total for Partner** | **22.20** | | **$24,476.00** |
| **ASSOCIATE** | | | |
| Haggerty, M. | 0.30 | $790.00 | $237.00 |
| **Total for Associate** | **0.30** | | **$237.00** |
| **OF COUNSEL** | | | |
| Matheson, C. | 1.90 | $1,080.00 | $2,052.00 |
| **Total for Of Counsel** | **1.90** | | **$2,052.00** |
| **PARALEGAL** | | | |
| Walton, S. | 0.80 | $455.00 | $364.00 |
| **Total for Paralegal** | **0.80** | | **$364.00** |
| **TOTAL** | **25.20** | | **$27,129.00** |

**TOTAL AMOUNT DUE THIS INVOICE**                              $         27,129.00

 **Davis Wright Tremaine LLP**

REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC          February 15, 2023
Kelly Whetstone                                                              Invoice #6976020
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101

**Matter Name:** Hunter-Rosenstein
**Firm Matter Number:** 0120158.000001
**DWT Attorney:** James Goldfarb ██████████████

### Invoice for Fees and Costs

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 27,129.00 |
| **PRIOR OUTSTANDING BALANCE** | $ | 4,909.00 |
| **TOTAL AMOUNT DUE** | $ | 32,038.00 |

 Davis Wright Tremaine LLP

PAYMENT INSTRUCTIONS

**Payment by Check**

Please include this remittance or print the Invoice Number (6976020) in the check memo. Mail to:
Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

**Payment by Bank Wire or ACH**

Invoices may be paid by Bank Wire or ACH (Automated Clearing House).
Information is provided below for both transaction types.
Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

**Payment Notification**

Please email dwtachpayment@dwt.com to supply payment details.
Each Invoice Number along with a corresponding payment
amount will insure proper application to your account.
DWT Contact:
Daniel Kagan (206) 757-8750



**Reference Information**

Firm Matter Number:                    0120158.000001
DWT Attorney:                          James Goldfarb

To ensure proper credit to your account,
please include remittance with your payment.


**Davis Wright Tremaine LLP**

920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T   (206) 622-3150
F   (206) 757-7700
Federal ID # 91-0839480
**DWT.COM**

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101
█████████████████

Russell B. Simon
████████████████

**Matter Name:** Glenmede Trust v. Infinity Q Capital, et al.
**Firm Matter Number:** 0120158.000005
**DWT Attorney:** James Goldfarb ████████████████

February 15, 2023
Invoice #6976021

### Invoice for Fees and Costs

| | |
|---|---:|
| Total Current Fees | 156.00 |
| Total Current Costs | 0.00 |

| | | |
|---|:---:|---:|
| **Total Amount Due This Invoice** | $ | **156.00** |

| OUTSTANDING INVOICES FOR THIS MATTER AS OF: FEBRUARY 15, 2023 | | | | | |
|---|---|---|---|---|---|
| **Invoice** | **Date** | **Original Amount** | **Payments/Credits** | **Last Payment** | **Amount Due** |
| 6966788 | 01/09/23 | 1,764.00 | 0.00 | | 1,764.00 |
| 6974560 | 02/15/23 | 422.50 | 0.00 | | 422.50 |
| **Previous Balance Total** | | | | | **2,186.50** |
| 6976021 (This Invoice) | 02/15/23 | 156.00 | | | 156.00 |
| **Total Due This Matter** | | | | | **$2,342.50** |

### PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 01/20/23 | J. Goldfarb | 0.10 | 110.50 | Review Glenmede filings regarding stay and draft and send e-mail to DWT team regarding same |
| 01/25/23 | S. Walton | 0.10 | 45.50 | Tracking of related case to Hunter |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000005
DWT Attorney: James Goldfarb



Davis Wright
Tremaine LLP

Invoice # 6976021
Page **2** of 3

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| **TOTAL** | | **0.20** | **$156.00** | |

| TIMEKEEPER SUMMARY | | | |
|------|------|------|------|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARTNER** | | | |
| Goldfarb, J. | 0.10 | $1,105.00 | $110.50 |
| **Total for Partner** | **0.10** | | **$110.50** |
| **PARALEGAL** | | | |
| Walton, S. | 0.10 | $455.00 | $45.50 |
| **Total for Paralegal** | **0.10** | | **$45.50** |
| **TOTAL** | **0.20** | | **$156.00** |

**TOTAL AMOUNT DUE THIS INVOICE**                     $      156.00



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101

February 15, 2023
Invoice #6976021

**Matter Name:** Glenmede Trust v. Infinity Q Capital, et al.
**Firm Matter Number:** 0120158.000005
**DWT Attorney:** James Goldfarb █████████████

### Invoice for Fees and Costs

| | | |
|---|---|---:|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 156.00 |
| **PRIOR OUTSTANDING BALANCE** | $ | 2,186.50 |
| | | |
| **TOTAL AMOUNT DUE** | $ | 2,342.50 |



PAYMENT
INSTRUCTIONS

**Payment by Check**

Please include this remittance or print the Invoice Number (6974559) in the check memo. Mail to:
Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

**Payment by Bank Wire or ACH**

Invoices may be paid by Bank Wire or ACH (Automated Clearing House).
Information is provided below for both transaction types.
Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

**Payment Notification**

Please email dwtachpayment@dwt.com to supply payment details.
Each Invoice Number along with a corresponding payment
amount will insure proper application to your account.
DWT Contact:
Daniel Kagan (206) 757-8750



**Reference Information**

Firm Matter Number:                    0120158.000002
DWT Attorney:                          James Goldfarb

To ensure proper credit to your account,
please include remittance with your payment.



Davis Wright Tremaine LLP

920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T  (206) 622-3150
F  (206) 757-7700
Federal ID # ███████
DWT.COM

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101
████████████████████

Russell B. Simon
████████████████

January 9, 2023
Invoice #6966783

**Matter Name**: Velissaris Government Actions
**Firm Matter Number**: 0120158.000004 ████████████████
**DWT Attorney**: James Goldfarb (████████████████)

### Invoice for Fees and Costs

---

| | |
|---|---:|
| Total Current Fees | 1,161.00 |
| Total Current Costs | 0.00 |

| | | |
|---|---|---:|
| **Total Amount Due This Invoice** | $ | **1,161.00** |

#### PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 12/06/22 | M. Haggerty | 0.70 | 451.50 | Review development and draft email to J. Goldfarb, C. Matheson regarding Velissaris sentencing |
| 12/08/22 | M. Haggerty | 0.60 | 387.00 | Review transcript of Velissaris plea hearing and draft email summary to J. Goldfarb, C. Matheson |
| 12/20/22 | M. Haggerty | 0.20 | 129.00 | Review development in Velissaris criminal action and draft summary to J. Goldfarb, C. Matheson |
| 12/21/22 | M. Haggerty | 0.30 | 193.50 | Draft email to J. Goldfarb regarding development in CFTC case against Velissaris |
| **TOTAL** | | **1.80** | **$1,161.00** | |

---

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000004
DWT Attorney: James Goldfarb



Invoice # 6966783
Page **2** of **4**

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **ASSOCIATE** | | | |
| Haggerty, M. | 1.80 | $645.00 | $1,161.00 |
| **Total for Associate** | **1.80** | | **$1,161.00** |
| **TOTAL** | **1.80** | | **$1,161.00** |

**TOTAL AMOUNT DUE THIS INVOICE**                                    $        1,161.00



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101

January 9, 2023
Invoice #6966783

**Matter Name:** Velissaris Government Actions
**Firm Matter Number:** 0120158.000004
**DWT Attorney:** James Goldfarb (████████████████)

### Invoice for Fees and Costs

---

**TOTAL AMOUNT DUE THIS INVOICE**                    $            1,161.00



PAYMENT
INSTRUCTIONS

**Payment by Check**

Please include this remittance or print the Invoice Number (6966783) in the check memo. Mail to:
Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

**Payment by Bank Wire or ACH**

Invoices may be paid by Bank Wire or ACH (Automated Clearing House).
Information is provided below for both transaction types.
Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

**Payment Notification**

Please email dwtachpayment@dwt.com to supply payment details.
Each Invoice Number along with a corresponding payment
amount will insure proper application to your account.
DWT Contact:
Daniel Kagan (206) 757-8750



**Reference Information**

Firm Matter Number:                          0120158.000004
DWT Attorney:                                James Goldfarb

To ensure proper credit to your account,
please include remittance with your payment.

 **Davis Wright Tremaine LLP**

920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T (206) 622-3150
F (206) 757-7700
Federal ID # 91-0839480
**DWT.COM**

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101
████████████

Russell B. Simon
████████████

February 15, 2023
Invoice #6974558

**Matter Name:** Hunter-Rosenstein
**Firm Matter Number:** 0120158.000001
**DWT Attorney:** James Goldfarb ████████████

### Invoice for Fees and Costs

| | |
|---|---:|
| Total Current Fees | 2,652.00 |
| Total Current Costs | 0.00 |
| **Total Amount Due This Invoice** | **$ 2,652.00** |

#### OUTSTANDING INVOICES FOR THIS MATTER AS OF: FEBRUARY 15, 2023

| Invoice | Date | Original Amount | Payments/Credits | Last Payment | Amount Due |
|---|---|---:|---:|---|---:|
| 6966782 | 01/09/23 | 2,257.00 | 0.00 | | 2,257.00 |
| **Previous Balance Total** | | | | | **2,257.00** |
| 6974558 (This Invoice) | 02/15/23 | 2,652.00 | | | 2,652.00 |
| **Total Due This Matter** | | | | | **$4,909.00** |

#### PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---:|---:|---|
| 01/03/23 | J. Goldfarb | 2.00 | 2,210.00 | Review final settlement approval motion papers |
| 01/03/23 | J. Goldfarb | 0.40 | 442.00 | Draft and send e-mails to client ████████████ ████████████ |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000001
DWT Attorney: James Goldfarb



Invoice # 6974558
Page **2** of **4**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|------|-----------|-------|--------|-----------|
| **TOTAL** | | **2.40** | **$2,652.00** | |

| TIMEKEEPER SUMMARY | | | |
|------|-------|------|--------|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARTNER** | | | |
| Goldfarb, J. | 2.40 | $1,105.00 | $2,652.00 |
| **Total for Partner** | **2.40** | | **$2,652.00** |
| **TOTAL** | **2.40** | | **$2,652.00** |

**TOTAL AMOUNT DUE THIS INVOICE**      $     2,652.00



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101

February 15, 2023
Invoice #6974558

**Matter Name:** Hunter-Rosenstein
**Firm Matter Number:** 0120158.000001
**DWT Attorney:** James Goldfarb ██████████

## Invoice for Fees and Costs

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 2,652.00 |
| **PRIOR OUTSTANDING BALANCE** | $ | 2,257.00 |
| | | |
| **TOTAL AMOUNT DUE** | $ | 4,909.00 |



**PAYMENT
INSTRUCTIONS**

**Payment by Check**

Please include this remittance or print the Invoice Number (6974558) in the check memo. Mail to:

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

**Payment by Bank Wire or ACH**

Invoices may be paid by Bank Wire or ACH (Automated Clearing House).
Information is provided below for both transaction types.
Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

**Payment Notification**

Please email dwtachpayment@dwt.com to supply payment details.
Each Invoice Number along with a corresponding payment
amount will insure proper application to your account.
DWT Contact:
Daniel Kagan (206) 757-8750



**Reference Information**

Firm Matter Number:                    0120158.000001
DWT Attorney:                          James Goldfarb

To ensure proper credit to your account,
please include remittance with your payment.

 Davis Wright
Tremaine LLP

920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T (206) 622-3150
F (206) 757-7700
Federal ID # 91-0839480
**DWT.COM**

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101

Russell B. Simon

February 15, 2023
Invoice #6974560

**Matter Name**: Glenmede Trust v. Infinity Q Capital, et al.
**Firm Matter Number**: 0120158.000005
**DWT Attorney**: James Goldfarb

### Invoice for Fees and Costs

| | |
|---|---|
| Total Current Fees | 422.50 |
| Total Current Costs | 0.00 |

| | | |
|---|---|---|
| **Total Amount Due This Invoice** | $ | **422.50** |

| OUTSTANDING INVOICES FOR THIS MATTER AS OF: FEBRUARY 15, 2023 | | | | | |
|---|---|---|---|---|---|
| **Invoice** | **Date** | **Original Amount** | **Payments/Credits** | **Last Payment** | **Amount Due** |
| 6966788 | 01/09/23 | 1,764.00 | 0.00 | | 1,764.00 |
| **Previous Balance Total** | | | | | **1,764.00** |
| 6974560 (This Invoice) | 02/15/23 | 422.50 | | | 422.50 |
| **Total Due This Matter** | | | | | **$2,186.50** |

### PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 01/09/23 | J. Goldfarb | 0.30 | 331.50 | Review proposed motion to dismiss scheduling stipulation and draft and send e-mails to client, defendants ███ |
| 01/09/23 | S. Walton | 0.20 | 91.00 | Case documents to file |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000005
DWT Attorney: James Goldfarb



Invoice # 6974560
Page **2** of **3**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|------|-----------|-------|--------|-----------|
| **TOTAL** | | **0.50** | **$422.50** | |

| TIMEKEEPER SUMMARY | | | |
|------|-------|------|--------|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARTNER** | | | |
| Goldfarb, J. | 0.30 | $1,105.00 | $331.50 |
| **Total for Partner** | **0.30** | | **$331.50** |
| **PARALEGAL** | | | |
| Walton, S. | 0.20 | $455.00 | $91.00 |
| **Total for Paralegal** | **0.20** | | **$91.00** |
| **TOTAL** | **0.50** | | **$422.50** |

**TOTAL AMOUNT DUE THIS INVOICE**                           $      422.50



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101

February 15, 2023
Invoice #6974560

**Matter Name:** Glenmede Trust v. Infinity Q Capital, et al.
**Firm Matter Number:** 0120158.000005
**DWT Attorney:** James Goldfarb █████████████

### Invoice for Fees and Costs

| | | |
|---|---|---:|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 422.50 |
| **PRIOR OUTSTANDING BALANCE** | $ | 1,764.00 |
| **TOTAL AMOUNT DUE** | $ | 2,186.50 |

To ensure proper credit to your account,
please include remittance with your payment.

PAYMENT
INSTRUCTIONS

**Payment by Check**

Please include this remittance or print the Invoice Number (6974559) in the check memo. Mail to:

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

**Payment by Bank Wire or ACH**

Invoices may be paid by Bank Wire or ACH (Automated Clearing House).
Information is provided below for both transaction types.
Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

**Payment Notification**

Please email dwtachpayment@dwt.com to supply payment details.
Each Invoice Number along with a corresponding payment
amount will insure proper application to your account.
DWT Contact:
Daniel Kagan (206) 757-8750



**Reference Information**

| | |
|---|---|
| Firm Matter Number: | 0120158.000002 |
| DWT Attorney: | James Goldfarb |

To ensure proper credit to your account,
please include remittance with your payment.



Davis Wright
Tremaine LLP

920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T  (206) 622-3150
F  (206) 757-7700
Federal ID # 91-0839480
**DWT.COM**

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC          February 15, 2023
Kelly Whetstone                                                              Invoice #6974562
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101

Russell B. Simon

**Matter Name:** Flint Hills Diversified Strategies LP
**Firm Matter Number:** 0120158.000007
**DWT Attorney:** James Goldfarb

### Invoice for Fees and Costs

| | |
|---|---|
| Total Current Fees | 91.00 |
| Total Current Costs | 0.00 |

| | | |
|---|---|---|
| **Total Amount Due This Invoice** | $ | **91.00** |

PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 01/09/23 | S. Walton | 0.20 | 91.00 | Case documents to file |
| **TOTAL** | | **0.20** | **$91.00** | |

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000007
DWT Attorney: James Goldfarb

**Davis Wright
Tremaine** LLP

Invoice # 6974562
Page **2** of **3**

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARALEGAL** | | | |
| Walton, S. | 0.20 | $455.00 | $91.00 |
| **Total for Paralegal** | **0.20** | | **$91.00** |
| **TOTAL** | **0.20** | | **$91.00** |

**TOTAL AMOUNT DUE THIS INVOICE**                                         $        91.00



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC                February 15, 2023
Kelly Whetstone                                                                    Invoice #6974562
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101

**Matter Name:** Flint Hills Diversified Strategies LP
**Firm Matter Number:** 0120158.000007
**DWT Attorney:** James Goldfarb ███████████████

### Invoice for Fees and Costs

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | **91.00** |



PAYMENT
INSTRUCTIONS

**Payment by Check**

Please include this remittance or print the Invoice Number (6974559) in the check memo. Mail to:

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

**Payment by Bank Wire or ACH**

Invoices may be paid by Bank Wire or ACH (Automated Clearing House).
Information is provided below for both transaction types.
Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

**Payment Notification**

Please email dwtachpayment@dwt.com to supply payment details.
Each Invoice Number along with a corresponding payment
amount will insure proper application to your account.
DWT Contact:
Daniel Kagan (206) 757-8750



**Reference Information**

Firm Matter Number:                              0120158.000002
DWT Attorney:                                    James Goldfarb

To ensure proper credit to your account,
please include remittance with your payment.



**Davis Wright Tremaine LLP**

920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T (206) 622-3150
F (206) 757-7700
Federal ID # 91-0839480
**DWT.COM**

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101
██████████████████████

Russell B. Simon
████████████████████

February 9, 2023
Invoice #6974559

**Matter Name:** Oak Financial Group
**Firm Matter Number:** 0120158.000002
**DWT Attorney:** James Goldfarb ████████████████

## Invoice for Fees and Costs

| | |
|---|---|
| Total Current Fees | 273.00 |
| Total Current Costs | 0.00 |

| | | |
|---|---|---|
| **Total Amount Due This Invoice** | $ | **273.00** |

### PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 01/13/23 | S. Walton | 0.10 | 45.50 | Case documents to file |
| 01/23/23 | S. Walton | 0.50 | 227.50 | Case documents to file and organization |
| **TOTAL** | | **0.60** | **$273.00** | |

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000002
DWT Attorney: James Goldfarb



Invoice # 6974559
Page **2** of **4**

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARALEGAL** | | | |
| Walton, S. | 0.60 | $455.00 | $273.00 |
| **Total for Paralegal** | **0.60** | | **$273.00** |
| **TOTAL** | **0.60** | | **$273.00** |

**TOTAL AMOUNT DUE THIS INVOICE**                     $        273.00



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101

February 9, 2023
Invoice #6974559

**Matter Name:** Oak Financial Group
**Firm Matter Number:** 0120158.000002
**DWT Attorney:** James Goldfarb ████████████

### Invoice for Fees and Costs

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | **273.00** |



PAYMENT
INSTRUCTIONS

**Payment by Check**

Please include this remittance or print the Invoice Number (6974559) in the check memo. Mail to:
Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

**Payment by Bank Wire or ACH**

Invoices may be paid by Bank Wire or ACH (Automated Clearing House).
Information is provided below for both transaction types.
Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

**Payment Notification**

Please email dwtachpayment@dwt.com to supply payment details.
Each Invoice Number along with a corresponding payment
amount will insure proper application to your account.
DWT Contact:
Daniel Kagan (206) 757-8750



**Reference Information**

Firm Matter Number:                           0120158.000002
DWT Attorney:                                 James Goldfarb

To ensure proper credit to your account,
please include remittance with your payment.



**Davis Wright Tremaine LLP**

920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T   (206) 622-3150
F   (206) 757-7700
Federal ID # 91-0839480
**DWT.COM**

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101
██████████████████

Russell B. Simon
██████████████████

February 9, 2023
Invoice #6974561

**Matter Name:** Carson Family 2013 Dynasty Trust
**Firm Matter Number:** 0120158.000006
**DWT Attorney:** James Goldfarb ████████████████

### Invoice for Fees and Costs

| | |
|---|---|
| Total Current Fees | 45.50 |
| Total Current Costs | 0.00 |

| | | |
|---|---|---|
| **Total Amount Due This Invoice** | $ | **45.50** |

#### PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 01/25/23 | S. Walton | 0.10 | 45.50 | Tracking of related case to Hunter |
| **TOTAL** | | **0.10** | **$45.50** | |

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000006
DWT Attorney: James Goldfarb



Davis Wright
Tremaine LLP

Invoice # 6974561
Page **2** of **3**

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARALEGAL** | | | |
| Walton, S. | 0.10 | $455.00 | $45.50 |
| **Total for Paralegal** | **0.10** | | **$45.50** |
| **TOTAL** | **0.10** | | **$45.50** |

**TOTAL AMOUNT DUE THIS INVOICE**                    $        45.50



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101

February 9, 2023
Invoice #6974561

**Matter Name:** Carson Family 2013 Dynasty Trust
**Firm Matter Number:** 0120158.000006
**DWT Attorney:** James Goldfarb ███████████████

### Invoice for Fees and Costs

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 45.50 |



PAYMENT
INSTRUCTIONS

**Payment by Check**

Please include this remittance or print the Invoice Number (6974559) in the check memo. Mail to:
Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

**Payment by Bank Wire or ACH**

Invoices may be paid by Bank Wire or ACH (Automated Clearing House).
Information is provided below for both transaction types.
Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

**Payment Notification**

Please email dwtachpayment@dwt.com to supply payment details.
Each Invoice Number along with a corresponding payment
amount will insure proper application to your account.
DWT Contact:
Daniel Kagan (206) 757-8750



**Reference Information**

Firm Matter Number:                           0120158.000002
DWT Attorney:                                 James Goldfarb

To ensure proper credit to your account,
please include remittance with your payment.


**Davis Wright**
**Tremaine LLP**

920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T  (206) 622-3150
F  (206) 757-7700
Federal ID # 91-0839480
**DWT.COM**

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101
███████████████████

Russell B. Simon
███████████████

February 15, 2023
Invoice #6976022

**Matter Name:** Flint Hills Diversified Strategies LP
**Firm Matter Number:** 0120158.000007
**DWT Attorney:** James Goldfarb ████████████████

### Invoice for Fees and Costs

| | |
|---|---|
| Total Current Fees | 45.50 |
| Total Current Costs | 0.00 |

**Total Amount Due This Invoice**                        $        **45.50**

| OUTSTANDING INVOICES FOR THIS MATTER AS OF: FEBRUARY 15, 2023 | | | | | |
|---|---|---|---|---|---|
| **Invoice** | **Date** | **Original Amount** | **Payments/Credits** | **Last Payment** | **Amount Due** |
| 6974562 | 02/15/23 | 91.00 | 0.00 | | 91.00 |
| **Previous Balance Total** | | | | | **91.00** |
| 6976022 (This Invoice) | 02/15/23 | 45.50 | | | 45.50 |
| **Total Due This Matter** | | | | | **$136.50** |

### PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 01/25/23 | S. Walton | 0.10 | 45.50 | Tracking of related case to Hunter |
| **TOTAL** | | **0.10** | **$45.50** | |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000007
DWT Attorney: James Goldfarb

**Davis Wright Tremaine LLP**

Invoice # 6976022
Page **2** of **3**

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARALEGAL** | | | |
| Walton, S. | 0.10 | $455.00 | $45.50 |
| **Total for Paralegal** | **0.10** | | **$45.50** |
| **TOTAL** | **0.10** | | **$45.50** |

**TOTAL AMOUNT DUE THIS INVOICE**                                   $        45.50

To ensure proper credit to your account,
please include remittance with your payment.



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101

February 15, 2023
Invoice #6976022

**Matter Name:** Flint Hills Diversified Strategies LP
**Firm Matter Number:** 0120158.000007
**DWT Attorney:** James Goldfarb ███████████████

### Invoice for Fees and Costs

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 45.50 |
| **PRIOR OUTSTANDING BALANCE** | $ | 91.00 |
| | | |
| **TOTAL AMOUNT DUE** | $ | 136.50 |



PAYMENT
INSTRUCTIONS

**Payment by Check**

Please include this remittance or print the Invoice Number (6974559) in the check memo. Mail to:

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

**Payment by Bank Wire or ACH**

Invoices may be paid by Bank Wire or ACH (Automated Clearing House).
Information is provided below for both transaction types.
Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

**Payment Notification**

Please email dwtachpayment@dwt.com to supply payment details.
Each Invoice Number along with a corresponding payment
amount will insure proper application to your account.
DWT Contact:
Daniel Kagan (206) 757-8750



**Reference Information**

Firm Matter Number:                                        0120158.000002
DWT Attorney:                                              James Goldfarb

To ensure proper credit to your account,
please include remittance with your payment.