# APPENDIX D

**John C. Siciliano**
**Avondale Strategies, LLC**
**1154 South Oakland Avenue**
**Pasadena, CA  91106**

**Invoice as of December 31, 2022**

Infinity Q Diversified Alpha Fund
Attn: Mr. Russell Simon, Principal Financial Officer
Trust for Advised Portfolios c/o U.S. Bank Global Fund Services
2020 E. Financial Way Ste 100
Glendora, CA 91741

| Date | Activity | Time |
|---|---|---|
| December 5 | Delaware discussion with Counsel | 20 minutes |
| December 6 | Weekly call | 30 minutes |
|  | Chrystal prep | 130 minutes |
|  | Review of Duane Morris docs | 70 minutes |
| December 7 | IQCM/SLC update with Sean Murphy | 30 minutes |
|  | Review of various emails 12/1-12/9 | 45 minutes |
| December 8 | John Chrystal interview | 270 minutes |
|  | Review of final Chrystal outline | 60 minutes |
|  | Debrief with Andrew Calamari | 30 minutes |
| December 8-10 | Travel time: 12 hours but only billing for 3 hours | 180 minutes |
|  | Travel expense | **See Attached** |
| December 9 | Review of Chrystal notes | 75 minutes |
| December 12 | Review of US Bancorp 10Ks, Annual Reports, etc. |  |
|  | Summary note to Andrew Calamari | 90 minutes |
| December 13 | Weekly call | 60 minutes |
| December 15 | TAP board call | 25 minutes |
| December 19 and 20 | Jensen prep | 140 minutes |
| December 20 | Weekly call | 20 minutes |
| December 21 | Jensen interview | 275 minutes |
|  | Conversation with Andrew Calamari | 15 minutes |
| December 23 | Call with Calamari, Arrow and Noble | <u>30 minutes</u> |
|  | **TOTAL MINUTES:** | **1,595 minutes or 26.6 hours** |
|  | **TOTAL TIME AT $800 PER HR** | **$21,280.00** |
|  | **TOTAL TRIP EXPENSE:** | <u>  2,661.87</u> |
|  | **TOTAL DECEMBER EXPENSE:** | **<u>$23, 941.87</u>** |

Please remit by wire/ACH (no checks please) to:
Wells Fargo Bank
2355 Huntington Drive
San Marino, CA 91108
FBO: John C. Siciliano
Routing number: ███████████████████
Routing number: ██████████████████████████████████
Account number: ██████████

**John C. Siciliano**
**Avondale Strategies, LLC**
**1154 South Oakland Avenue**
**Pasadena, CA  91106**

### Invoice as of January 31, 2023

Infinity Q Diversified Alpha Fund
Attn: Mr. Russell Simon, Principal Financial Officer
Trust for Advised Portfolios c/o U.S. Bank Global Fund Services
2020 E. Financial Way Ste 100
Glendora, CA 91741

| Date | Activity | Time |
|---|---|---|
| January 1 | Read MLB filings on derivative suits | 45 minutes |
| January 4 | Jim Kaiser Interview (BBD) | 25 minutes |
|  | Andrew Calamari | 15 minutes |
| January 5 | Calamari, Noble, Arrow | 45 minutes |
| January 6 | Weekly team call | 30 minutes |
| January 9 | Review of Kaiser memo | 10 minutes |
|  | Review of SLC road map (past and future) | 20 minutes |

|  |  |
|---|---|
| **TOTAL MINUTES:** | 190 minutes or 3.17 hours |
| **TOTAL TIME AT $800 PER HR** | <u>$ 2,536.00</u> |
| **TOTAL JANUARY BILL** | $ 2,536.00 |

Please remit by wire/ACH (no checks please) to:
Wells Fargo Bank
2355 Huntington Drive
San Marino, CA 91108
FBO: John C. Siciliano
Routing number: █████████████
Routing number: ████████████████████
Account number: █████████



ATTORNEYS AT LAW

Infinity Q Diversified Alpha Fund
Attn: Mr. Russell Simon, Principal Financial Officer
Trust for Advised Portfolios c/o U.S. Bank Global Fund Servi
2020 E. Financial Way Ste 100
Glendora, CA  91741

January 10, 2023
Matter #:  62727.001

### SUMMARY OF INVOICE # 169879

For Services Rendered through December 31, 2022
In connection with Independent Trustee

| | |
|---|---|
| Fees for Legal Services | $11,606.50 |
| **TOTAL DUE WITH THIS INVOICE** | **$11,606.50** |

### Wire Transfer and ACH Instructions

Bank: CitiBank, New York, NY
ABA #:
Account #

FINN DIXON & HERLING LLP - SIX LANDMARK SQUARE, SUITE 600, STAMFORD, CT 06901-2704 | 203 325 5000

Infinity Q Diversified Alpha Fund  
Attn: Mr. Russell Simon, Principal Financial Officer  
Trust for Advised Portfolios c/o U.S. Bank Global Fund Servi  
2020 E. Financial Way Ste 100  
Glendora, CA  91741  

Invoice # 169879  
January 10, 2023  
Page 2  

For Services Rendered Through December 31, 2022                Matter #: 62727.001

## FEE DETAILS

| Date | TKPR | Description | Hrs | Fees |
|---|---|---|---|---|
| 12/01/22 | AMC | Call with Ivan and Susan (.4); call with Dan (.2). | 0.60 | 501.00 |
| 12/05/22 | AMC | Call with Susan re privilege (.1); call with Cabin (.1); call with Kurt (.1). | 0.30 | 250.50 |
| 12/06/22 | AMC | Team call (.3); correspond with Cabin (.1). | 0.40 | 334.00 |
| 12/07/22 | AMC | Call with George C and Sean (.4); review interview outline (.3). | 0.70 | 584.50 |
| 12/08/22 | AMC | Attend Crystal interview (4); call with John (.3). | 4.30 | 3,590.50 |
| 12/13/22 | AMC | Team call. | 1.00 | 835.00 |
| 12/15/22 | AMC | Prep for and attend Board meeting. | 0.50 | 417.50 |
| 12/20/22 | AMC | Attend team call (.3); review Jensen outline (.7); call with John and Dan regarding interview (.5). | 1.50 | 1,252.50 |
| 12/21/22 | AMC | Attend Jensen interview. | 4.00 | 3,340.00 |
| 12/23/22 | AMC | Team call (.5); review draft tolling agreement (.1). | 0.60 | 501.00 |

**TOTAL FEES**                                                                       **$11,606.50**



**ATTORNEYS AT LAW**

Infinity Q Diversified Alpha Fund
Attn: Mr. Russell Simon, Principal Financial Officer
Trust for Advised Portfolios c/o U.S. Bank Global Fund Servi
2020 E. Financial Way Ste 100
Glendora, CA  91741

February 14, 2023
Matter #:  62727.001

### SUMMARY OF INVOICE # 170374

For Services Rendered January 1st through January 09, 2023
In connection with Independent Trustee

| | |
|---|---|
| Fees for Legal Services | $2,116.00 |
| **TOTAL DUE WITH THIS INVOICE** | **$2,116.00** |

### Wire Transfer and ACH Instructions

Bank: CitiBank, New York, NY
ABA ███████
Account ███████

Infinity Q Diversified Alpha Fund  Invoice # 170374
Attn: Mr. Russell Simon, Principal Financial Officer  February 14, 2023
Trust for Advised Portfolios c/o U.S. Bank Global Fund Servi  Page 2
2020 E. Financial Way Ste 100
Glendora, CA  91741

For Services Rendered Through January 31, 2023  Matter #: 62727.001

### FEE DETAILS

| Date | TKPR | Description | Hrs | Fees |
|---|---|---|---|---|
| 01/04/23 | AMC | Call with BBD (.4); call with John (.3). | 0.70 | 644.00 |
| 01/05/23 | AMC | Call with Lindell's counsel (.3); call among Dan, Ben , John and AMC (.8). | 1.10 | 1,012.00 |
| 01/06/23 | AMC | Team call. | 0.50 | 460.00 |
| | | **TOTAL FEES** | | **$2,116.00** |