# APPENDIX E



ATTORNEYS AT LAW

Special Litigation Committee for the Boa
Trust for Advised Portfolios c/o US Bank Global Fund Service
2020 E. Financial Way
Ste 100
Glendora, CA  91741

December 22, 2022
Matter #:  62772.001

### SUMMARY OF INVOICE # 169649

For Services Rendered through November 30, 2022
In connection with FDH Representation

| | |
|---|---:|
| Fees for Legal Services | $56,504.50 |
| Costs and Disbursements | 2,797.80 |
| **TOTAL DUE WITH THIS INVOICE** | **$59,302.30** |

### Wire Transfer and ACH Instructions

Bank: CitiBank, New York, NY
ABA #: ▮▮▮▮▮
Account #: ▮▮▮▮▮▮

FINN DIXON & HERLING LLP - SIX LANDMARK SQUARE, SUITE 600, STAMFORD, CT 06901-2704 | 203 325 5000

Special Litigation Committee for the Boa  
Trust for Advised Portfolios c/o US Bank Global Fund Service  
2020 E. Financial Way  
Ste 100  
Glendora, CA  91741  

Invoice # 169649  
December 22, 2022  
Page 2  

For Services Rendered Through November 30, 2022           Matter #: 62772.001

## FEE DETAILS

| Date | TKPR | Description | Hrs | Fees |
|---|---|---|---|---|
| 11/01/22 | BMA | Weekly team meeting (0.4). Review notes of ▮▮▮▮ interview (0.8). | 1.20 | 690.00 |
| 11/01/22 | DSN | IQ Team Meeting with SLC | 0.40 | 300.00 |
| 11/01/22 | DSN | Correspondence with Andrew Calamari, John Siciliano regarding ▮▮▮▮ | 0.30 | 225.00 |
| 11/01/22 | DSN | Correspondence with Mary A. Egan regarding BBD | 0.10 | 75.00 |
| 11/01/22 | DSN | Correspondence with John Siciliano | 0.10 | 75.00 |
| 11/01/22 | DSN | Correspondence with Kurt Heyman regarding ▮▮▮▮ | 0.10 | 75.00 |
| 11/01/22 | DSN | Review filings in Velissaris criminal case | 1.00 | 750.00 |
| 11/01/22 | DSN | Correspondence with Nichols, Joshua, Zubairi, Junaid A., Cimino, Thomas P. regarding Infinity Q SLC follow-up | 0.40 | 300.00 |
| 11/01/22 | DSN | Review documents produced by GFS | 0.30 | 225.00 |
| 11/01/22 | KP | Team meeting.  Research for outline. | 2.40 | 1,140.00 |
| 11/01/22 | KVS | Analyzing issues and reviewing research plan.  Attending telephonic status conference. | 1.20 | 450.00 |
| 11/01/22 | MBD | Attend team meeting | 0.40 | 216.00 |
| 11/02/22 | BMA | Discuss drafting strategy for factual findings portion of SLC report with D. Noble (0.7). Attention to background materials for drafting facts section (2.0). | 2.70 | 1,552.50 |
| 11/02/22 | DSN | Meet with Ben Arrow re: IQ SLC Report Facts Section | 0.50 | 375.00 |
| 11/02/22 | DSN | Correspondence with Andrew Calamari regarding ▮▮▮▮ | 0.10 | 75.00 |
| 11/02/22 | KP | Research for outline. | 3.40 | 1,615.00 |
| 11/03/22 | DSN | Correspondence with Mary Egan regarding BBD | 0.10 | 75.00 |
| 11/07/22 | MBD | Conduct legal research | 0.30 | 162.00 |
| 11/08/22 | BMA | Weekly team meeting (0.3). | 0.30 | 172.50 |
| 11/08/22 | DSN | FDH Team Zoom with SLC | 0.50 | 375.00 |
| 11/08/22 | DSN | Correspondence with ▮▮▮▮ | 0.40 | 300.00 |
| 11/08/22 | KP | Team meeting.  Research for outline. | 0.60 | 285.00 |
| 11/08/22 | KVS | Attending weekly team meeting.  Discussing developments to this and related matters. | 0.40 | 150.00 |
| 11/08/22 | MBD | Attend team meeting | 0.40 | 216.00 |
| 11/09/22 | CAS | Download numerous filings from Velissaris case for Dan Noble | 0.70 | 213.50 |
| 11/09/22 | DSN | Correspondence with Andrew Calamari, John Siciliano | 0.10 | 75.00 |
| 11/09/22 | DSN | Review Velissaris criminal filings; Correspondence with C. Sommer re: same | 0.20 | 150.00 |
| 11/09/22 | DSN | Correspondence with Benjamin Arrow | 0.10 | 75.00 |
| 11/09/22 | DSN | Call M. Egan | 0.10 | 75.00 |
| 11/09/22 | DSN | Correspondence with Mary A. Egan regarding BBD | 0.20 | 150.00 |
| 11/09/22 | DSN | Correspondence with Andrew Calamari, John Siciliano, Benjamin Arrow, Kelsey Powderly | 0.10 | 75.00 |
| 11/10/22 | DSN | Correspondence with ▮▮▮▮, Benjamin Arrow, Andrew Calamari, John Siciliano regarding Infinity Q Special Litigation Committee | 0.20 | 150.00 |
| 11/10/22 | DSN | Review SEC Complaint filed against Fund | 0.20 | 150.00 |
| 11/10/22 | DSN | Review motions in limine filed in US v. Velissaris | 1.00 | 750.00 |
| 11/10/22 | DSN | Correspondence with Catherine Sommer regarding filings in Velissaris criminal case | 0.10 | 75.00 |
| 11/11/22 | DSN | Correspondence with Thomas Cimino | 0.10 | 75.00 |
| 11/11/22 | DSN | Correspondence with Catherine Sommer regarding J. Velissaris filings | 0.10 | 75.00 |
| 11/11/22 | DSN | Correspondence with Sean Murphy | 0.10 | 75.00 |
| 11/11/22 | DSN | Correspondence with Mary A. Egan | 0.10 | 75.00 |
| 11/11/22 | DSN | Review documents for ▮▮▮▮ interviews | 1.00 | 750.00 |

Special Litigation Committee for the Boa  
Trust for Advised Portfolios c/o US Bank Global Fund Service  
2020 E. Financial Way  
Ste 100  
Glendora, CA  91741

Invoice # 169649  
December 22, 2022  
Page 3

For Services Rendered Through November 30, 2022     Matter #: 62772.001

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/11/22 | DSN | Review filings in J. Velissaris criminal case | 0.50 | 375.00 |
| 11/11/22 | KVS | Researching potential causes of action in various jurisdictions related to enforcement proceedings. | 3.30 | 1,237.50 |
| 11/11/22 | KVS | Researching potential causes of action in various jurisdictions related to enforcement proceedings. | 1.60 | 600.00 |
| 11/12/22 | KVS | Researching potential causes of action in various jurisdictions related to enforcement proceedings. | 3.10 | 1,162.50 |
| 11/13/22 | KVS | Researching potential causes of action in various jurisdictions related to enforcement proceedings. | 4.40 | 1,650.00 |
| 11/14/22 | BMA | Draft outline of facts section of SLC's report. | 2.10 | 1,207.50 |
| 11/14/22 | DSN | Correspondence with Mary Egan | 0.10 | 75.00 |
| 11/14/22 | DSN | Call with A. Calamari | 0.20 | 150.00 |
| 11/14/22 | DSN | Correspondence with Kurt Heyman | 0.10 | 75.00 |
| 11/14/22 | DSN | Correspondence with Andrew Calamari | 0.10 | 75.00 |
| 11/14/22 | DSN | Call with K. Heyman | 0.20 | 150.00 |
| 11/14/22 | KVS | Drafting memorandum summarizing research [redacted] | 2.80 | 1,050.00 |
| 11/14/22 | KVS | Drafting memorandum summarizing research [redacted] | 7.10 | 2,662.50 |
| 11/15/22 | BMA | Weekly team meeting (0.6). | 0.50 | 287.50 |
| 11/15/22 | DSN | FDH Team Zoom meeting with SLC | 0.50 | 375.00 |
| 11/15/22 | DSN | Review Velissaris trial motions and exhibits | 1.00 | 750.00 |
| 11/15/22 | DSN | Review SLC Report Outline draft findings of fact | 0.20 | 150.00 |
| 11/15/22 | DSN | Meet with B. Arrow re draft outline of findings of fact for SLC Report | 0.50 | 375.00 |
| 11/15/22 | DSN | Correspondence with Kevin Sweeney, Benjamin Arrow, Matthew Danzer, Kelsey Powderly regarding legal research | 0.20 | 150.00 |
| 11/15/22 | DSN | Correspondence with John Siciliano, Andrew Calamari, Kelsey Powderly re: [redacted] | 0.10 | 75.00 |
| 11/15/22 | DSN | Review discovery requests served by plaintiff in Rowan derivative case | 0.40 | 300.00 |
| 11/15/22 | DSN | Correspondence with Andrew Calamari, John Siciliano, Benjamin Arrow, Matthew Danzer, Kelsey Powderly, Kevin Sweeney regarding [redacted] | 0.60 | 450.00 |
| 11/15/22 | DSN | Correspondence with Kurt Heyman, Andrew Calamari, John Siciliano, | 0.20 | 150.00 |
| 11/15/22 | DSN | Review Legal Research Memo drafted by K. Sweeney | 0.30 | 225.00 |
| 11/15/22 | DSN | Correspondence with Catherine Sommer | 0.10 | 75.00 |
| 11/15/22 | KP | Team meeting. Research for outline. | 1.70 | 807.50 |
| 11/15/22 | KVS | Attending weekly team meeting. Discussing developments to this and related matters. | 0.70 | 262.50 |
| 11/15/22 | MBD | Communicate with team and review materials in connection with the same | 1.00 | 540.00 |
| 11/16/22 | BMA | Correspondence with Dan Noble, Andy Calamari and John Siciliano regarding [redacted] (0.2) Revise draft tolling agreement [redacted] (0.3). Review GFS document production and draft email to D. Noble [redacted] (0.8). | 1.30 | 747.50 |
| 11/16/22 | CAS | Download new filings from Velissaris SDNY action for D. Noble | 0.40 | 122.00 |
| 11/16/22 | DSN | Review K. Sweeney's legal research [redacted] | 0.30 | 225.00 |
| 11/16/22 | DSN | Correspondence with Susan DiCicco | 0.10 | 75.00 |
| 11/16/22 | DSN | Call with S. DeCicco and M. Blanchard | 0.50 | 375.00 |
| 11/16/22 | DSN | Call with P. Troy | 0.20 | 150.00 |
| 11/16/22 | DSN | Correspondence with Kurt Heyman, Greg Varallo, Glenn McGillivray, Andrew Robertson, Mark Lebovitch, Aaron Morris regarding Rowan v. Infinity Q | 0.20 | 150.00 |

Special Litigation Committee for the Boa  
Trust for Advised Portfolios c/o US Bank Global Fund Service  
2020 E. Financial Way  
Ste 100  
Glendora, CA  91741

Invoice # 169649  
December 22, 2022  
Page 4

For Services Rendered Through November 30, 2022

Matter #: 62772.001

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/16/22 | DSN | Call with S. DeCiccio | 0.10 | 75.00 |
| 11/16/22 | DSN | Review Cornerstone Distribution Scope of Work and Fee Estimate | 0.30 | 225.00 |
| 11/16/22 | DSN | Correspondence with Mary Egan | 0.10 | 75.00 |
| 11/16/22 | DSN | Correspondence with Kurt Heyman, | 0.20 | 150.00 |
| 11/16/22 | DSN | Correspondence with Catherine Sommer | 0.20 | 150.00 |
| 11/16/22 | DSN | Review Velissaris docket and filings in criminal case | 1.00 | 750.00 |
| 11/16/22 | DSN | Correspondence with Andrew Calamari, John Siciliano, Ben Arrow | 0.50 | 375.00 |
| 11/16/22 | KVS | Researching and drafting memorandum regarding [REDACTED] | 5.80 | 2,175.00 |
| 11/17/22 | BMA | Review GFS document production and draft email to D. Noble re: [REDACTED] (1.7). Attention to government's letter to Judge Cote re: EisnerAmper laptop (0.2). Draft email to counsel for GFS (0.6). | 2.50 | 1,437.50 |
| 11/17/22 | CAS | Download Velissaris documents filed and email same to D. Noble | 0.10 | 30.50 |
| 11/17/22 | DSN | Call with J. Siciliano | 0.50 | 375.00 |
| 11/17/22 | DSN | Review SEC filings re: appointment of special master | 0.20 | 150.00 |
| 11/17/22 | DSN | Research [REDACTED] | 0.30 | 225.00 |
| 11/17/22 | DSN | Review Eisner's Report on Internal Controls for the Fund | 0.20 | 150.00 |
| 11/17/22 | DSN | Correspondence with Andrew Calamari | 0.10 | 75.00 |
| 11/17/22 | DSN | Correspondence with Andrew Calamari, John Siciliano regarding [REDACTED] | 0.20 | 150.00 |
| 11/17/22 | DSN | Correspondence with Benjamin Arrow, Paul C. Troy, Mary A. Egan regarding [REDACTED] | 0.10 | 75.00 |
| 11/17/22 | DSN | Correspondence with Catherine Sommer, Andrew Calamari, John Siciliano, Benjamin Arrow, Matthew B. Danzer, Kelsey Powderly, Kevin V. Sweeney | 0.20 | 150.00 |
| 11/17/22 | DSN | Correspondence with Catherine Sommer regarding [REDACTED] - Contact Information | 0.10 | 75.00 |
| 11/17/22 | DSN | Review Velissaris criminal case filings | 0.50 | 375.00 |
| 11/17/22 | DSN | Review and revise [REDACTED] Tolling Agreement | 0.20 | 150.00 |
| 11/17/22 | DSN | Correspondence with John Siciliano, Andrew Calamari, Benjamin Arrow | 0.20 | 150.00 |
| 11/17/22 | DSN | Review government's opposition to J. Velissaris' request for adjournment and exhibits | 0.30 | 225.00 |
| 11/17/22 | MBD | Review team communications | 0.20 | 108.00 |
| 11/18/22 | CAS | Download and emails Velissaris filings to D. Noble | 0.20 | 61.00 |
| 11/18/22 | KP | Research for presentation outline. | 3.20 | 1,520.00 |
| 11/20/22 | BMA | Outline factual findings section of SLC report. | 2.00 | 1,150.00 |
| 11/21/22 | BMA | Outline factual findings section of final report of SLC (0.8). Revise draft agreement to extend tolling agreement with [REDACTED] and send to counsel for [REDACTED] (0.2). | 1.00 | 575.00 |
| 11/21/22 | CAS | Email Duane Morris files received to Contact for processing; emails with K. Powderly re: same | 0.20 | 61.00 |
| 11/21/22 | DSN | Correspondence with Benjamin Arrow, John Siciliano | 0.10 | 75.00 |
| 11/21/22 | DSN | Correspondence with John Siciliano | 0.10 | 75.00 |
| 11/21/22 | DSN | Review and revise [REDACTED] Tolling Agreement | 0.20 | 150.00 |
| 11/21/22 | DSN | Correspondence with Kurt Heyman regarding [REDACTED] | 0.10 | 75.00 |
| 11/21/22 | DSN | Correspondence with Mary A. Egan, Benjamin Arrow, Paul C. Troy regarding [REDACTED] | 0.10 | 75.00 |
| 11/21/22 | DSN | Review documents | 0.20 | 150.00 |
| 11/21/22 | DSN | Correspondence with Benjamin Arrow, Catherine Sommer, Andrew Calamari, John Siciliano | 0.20 | 150.00 |
| 11/22/22 | BMA | Weekly team meeting (0.3). Correspondence with J. Nichols re: GFS [REDACTED] (0.1). Draft outline of factual background of SLC report (2.7). | 3.10 | 1,782.50 |
| 11/22/22 | DSN | Correspondence with Andrew Calamari, Kurt Heyman regarding [REDACTED] | 0.10 | 75.00 |
| 11/22/22 | DSN | FDH Team Meeting with SLC | 0.30 | 225.00 |

Special Litigation Committee for the Boa  
Trust for Advised Portfolios c/o US Bank Global Fund Service  
2020 E. Financial Way  
Ste 100  
Glendora, CA  91741  

Invoice # 169649  
December 22, 2022  
Page 5  

For Services Rendered Through November 30, 2022              Matter #: 62772.001

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 11/22/22 | KP | Team meeting.  Review ▓ documents. | 0.90 | 427.50 |
| 11/22/22 | MBD | Attend team meeting | 0.30 | 162.00 |
| 11/23/22 | BMA | Attention to tolling agreements (1.0). | 1.00 | 575.00 |
| 11/23/22 | MBD | Communicate with team | 0.20 | 108.00 |
| 11/25/22 | BMA | Outline factual background for SLC report. | 3.90 | 2,242.50 |
| 11/26/22 | BMA | Attention to outline of SLC report, factual findings. | 3.00 | 1,725.00 |
| 11/27/22 | BMA | Outline factual findings section of SLC report | 2.50 | 1,437.50 |
| 11/27/22 | DSN | Correspondence with Benjamin Arrow t | 0.10 | 75.00 |
| 11/28/22 | DSN | Correspondence with Kurt Heyman, Andrew Calamari, John Siciliano regarding ▓ | 0.10 | 75.00 |
| 11/28/22 | DSN | Correspondence with Sean Murphy regarding Infinity Q SLC | 0.10 | 75.00 |
| 11/28/22 | DSN | Correspondence with Aaron Morris, Andrew Robertson, Greg Varallo, Mark Lebovitch, Glenn McGillivray, Kurt Heyman regarding Call re: Infinity Q | 0.10 | 75.00 |
| 11/28/22 | DSN | Correspondence with Andrew Calamari | 0.10 | 75.00 |
| 11/29/22 | BMA | Weekly team meeting. | 0.40 | 230.00 |
| 11/29/22 | DSN | Correspondence with Kurt Heyman regarding ▓ | 0.10 | 75.00 |
| 11/29/22 | DSN | Call with J. Siciliano | 0.10 | 75.00 |
| 11/29/22 | DSN | FDH Team meeting with SLC | 0.40 | 300.00 |
| 11/29/22 | KP | Team meeting.  Review and prepare for ▓ interview. | 4.30 | 2,042.50 |
| 11/29/22 | KVS | Attending weekly team meeting.  Discussing developments to this and related matters. | 0.40 | 150.00 |
| 11/29/22 | MBD | Attend team meeting | 0.40 | 216.00 |
| 11/30/22 | CAS | Review docket for SEC v. IQ; emails with D. Noble re: documents filed | 0.20 | 61.00 |
| 11/30/22 | DSN | Calls with K. Powderly re: prep for ▓ interview | 0.50 | 375.00 |
| 11/30/22 | DSN | Correspondence with Catherine Sommer regarding ▓ Contact Information | 0.10 | 75.00 |
| 11/30/22 | DSN | Review SEC's filings re: Special Master appointment | 0.40 | 300.00 |
| 11/30/22 | DSN | Correspondence with Feldman, Brad D., John Siciliano, Kelsey Powderly, Benjamin Arrow, Cabin, Michael A., Andrew Calamari | 0.20 | 150.00 |
| 11/30/22 | DSN | Correspondence with Kurt Heyman, Andrew Calamari, John Siciliano regarding ▓ | 0.30 | 225.00 |
| 11/30/22 | DSN | Correspondence with Debbie A. Johnstone regarding travel for ▓ interview | 0.20 | 150.00 |
| 11/30/22 | DSN | Correspondence with Kelsey Powderly | 0.10 | 75.00 |
| 11/30/22 | DSN | Correspondence with Andrew Calamari, John Siciliano | 0.20 | 150.00 |
| 11/30/22 | DSN | Correspondence with Benjamin Arrow | 0.20 | 150.00 |
| 11/30/22 | KP | Review ▓ documents. | 0.90 | 427.50 |

**TOTAL FEES**                                                                                          **$56,504.50**

## COSTS AND DISBURSEMENTS

Vendor: Contact Discovery Services, LLC;  
Invoice#: 9974; Date: 11/1/2022 - Project management & engineering  
Relativity Users  
Relativity Hosting  

2,797.80

**Total Costs and Disbursements**                                                                     2,797.80

 ATTORNEYS AT LAW

Special Litigation Committee for the Boa  
Trust for Advised Portfolios c/o US Bank Global Fund Service  
2020 E. Financial Way  
Ste 100  
Glendora, CA  91741

January 30, 2023  
Matter #:  62772.001

## SUMMARY OF INVOICE # 170123

For Services Rendered through December 31, 2022  
In connection with FDH Representation

| | |
|---|---|
| Fees for Legal Services | $76,577.00 |
| Costs and Disbursements | 3,440.25 |
| **TOTAL DUE WITH THIS INVOICE** | **$80,017.25** |

### Wire Transfer and ACH Instructions

Bank: CitiBank, New York, NY  
ABA #:  
Account #:

FINN DIXON & HERLING LLP - SIX LANDMARK SQUARE, SUITE 600, STAMFORD, CT 06901-2704 | 203 325 5000

Special Litigation Committee for the Boa  
Trust for Advised Portfolios c/o US Bank Global Fund Service  
2020 E. Financial Way  
Ste 100  
Glendora, CA  91741  

Invoice # 170123  
January 30, 2023  
Page 2  

For Services Rendered Through December 31, 2022

Matter #: 62772.001

## FEE DETAILS

| Date | TKPR | Description | Hrs | Fees |
|---|---|---|---|---|
| 12/01/22 | BMA | Call ▮ re: proposed SLC interview. | 0.30 | 172.50 |
| 12/01/22 | DSN | Correspondence with J. Nichols, T. Cimino, J. Zubairi regarding: SLC requests to SFS | 0.10 | 75.00 |
| 12/01/22 | DSN | Correspondence with Brian Morgan re: ▮ | 0.10 | 75.00 |
| 12/01/22 | DSN | Review and revise Amended ▮ Tolling Agreement | 0.20 | 150.00 |
| 12/01/22 | DSN | Call with A. Calamari | 0.40 | 300.00 |
| 12/01/22 | DSN | Correspondence with Andrew Calamari, John Siciliano, Catherine Sommer regarding ▮ | 0.10 | 75.00 |
| 12/01/22 | DSN | Correspondence with ▮ | 0.10 | 75.00 |
| 12/01/22 | DSN | Correspondence with Benjamin Arrow regarding ▮ | 0.10 | 75.00 |
| 12/01/22 | DSN | Correspondence with Andrew Calamari regarding ▮ | 0.10 | 75.00 |
| 12/01/22 | DSN | Correspondence with S. Murphy and G. Canellos regarding SLC requests to IQCM and BFLP | 0.10 | 75.00 |
| 12/01/22 | DSN | Correspondence with Benjamin Arrow, Andrew Calamari, John Siciliano regarding ▮ | 0.50 | 375.00 |
| 12/01/22 | KP | Prepare for ▮ interview; Draft outline; Review Documents | 3.30 | 1,567.50 |
| 12/02/22 | DSN | Correspondence with John Siciliano, Benjamin Arrow, Andrew Calamari regarding ▮ | 0.10 | 75.00 |
| 12/02/22 | KP | Prepare for ▮ interview; Draft outline; Review documents. | 3.00 | 1,425.00 |
| 12/05/22 | BMA | Emails with D. Noble, A. Calamari, and J. Siciliano re: tolling agreements ▮ (0.1). Review transcript of James Velissaris plea colloquy (0.4). Review ▮ tolling agreements and draft email to ▮ counsel re: extending same (0.5). Call counsel for ▮ re: extension of tolling agreement (0.1). Draft follow-up email to counsel for ▮ re: extension of ▮ tolling agreement (0.3). Review ▮ proffer and begin drafting interview outline ▮ (1.8). | 3.20 | 1,840.00 |
| 12/05/22 | DSN | Correspondence with John Siciliano, Benjamin Arrow, Andrew Calamari | 0.20 | 150.00 |
| 12/05/22 | DSN | Correspondence with Andrew Calamari, Kurt Heyman, John Siciliano regarding ▮ | 0.10 | 75.00 |
| 12/05/22 | DSN | Correspondence with Kevin V. Sweeney regarding Legal Research | 0.10 | 75.00 |
| 12/05/22 | DSN | Call with K. Heyman, A. Calamari, J. Siciliano re: ▮ | 0.30 | 225.00 |
| 12/05/22 | KP | Draft ▮ interview outline. | 1.30 | 617.50 |
| 12/06/22 | BMA | Review documents in preparation for drafting interview outline of ▮ (0.7). Weekly team meeting (0.4). Discuss ▮ interview and fact-gathering strategy with K. Powderly (0.2). Communications with D. Noble re: interview of ▮ (0.1). Review documents in preparation for drafting interview outline of ▮ (0.7). Review email communications with ▮ (0.2). | 2.30 | 1,322.50 |
| 12/06/22 | CAS | Prepare documents for ▮ interview | 1.00 | 305.00 |
| 12/06/22 | DSN | FDH Team Zoom with SLC | 0.40 | 300.00 |
| 12/06/22 | DSN | Call with J. Siciliano | 0.20 | 150.00 |
| 12/06/22 | DSN | Correspondence with P. Fishman regarding ▮ | 0.10 | 75.00 |
| 12/06/22 | DSN | Correspondence with Kelsey Powderly regarding ▮ Interview Outline | 0.20 | 150.00 |
| 12/06/22 | DSN | Correspondence with Andrew Calamari, John Siciliano, Kurt Heyman, Matthew B. Danzer, Kevin V. Sweeney regarding ▮ | 0.20 | 150.00 |
| 12/06/22 | DSN | Correspondence with Andrew Calamari | 0.10 | 75.00 |
| 12/06/22 | DSN | Correspondence with G. Canellos, Andrew Calamari, S. Murphy, regarding SLC requests to IQCM | 0.10 | 75.00 |

Special Litigation Committee for the Boa  
Trust for Advised Portfolios c/o US Bank Global Fund Service  
2020 E. Financial Way  
Ste 100  
Glendora, CA  91741

Invoice # 170123  
January 30, 2023  
Page 3

For Services Rendered Through December 31, 2022

Matter #: 62772.001

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/06/22 | DSN | Review and revise interview outline and exhibits for ▮ | 0.50 | 375.00 |
| 12/06/22 | DSN | Correspondence with Andrew Calamari, John Siciliano, and FDH Team | 0.30 | 225.00 |
| 12/06/22 | KP | Draft ▮ outline and prepare for interview (4.1); Team meeting (0.4). | 4.50 | 2,137.50 |
| 12/06/22 | MBD | Attend team meeting with SLC | 0.40 | 216.00 |
| 12/07/22 | BMA | Review GFS compliance communication logs in connection with preparation for drafting interview outline of ▮ (0.7). Communications with D. Noble re: ▮ (0.1). Draft outline for interview of ▮ (0.3). Attention to site-visit reports drafted by GFS compliance personnel (1.7). Communications with D. Noble regarding interview strategy (0.2). | 3.00 | 1,725.00 |
| 12/07/22 | CAS | Assemble Compliance Documents for Ben Arrow; | 1.00 | 305.00 |
| 12/07/22 | CAS | Assemble documents for ▮ interview for K. Powderly; emails with K. Powderly re: same | 1.70 | 518.50 |
| 12/07/22 | DSN | Correspondence with Kurt Heyman, John Siciliano, Andrew Calamari regarding ▮ | 0.20 | 150.00 |
| 12/07/22 | DSN | Zoom with G. Canellos & S. Murphy regarding SLC requests to IQCM | 0.40 | 300.00 |
| 12/07/22 | DSN | Correspondence with Kelsey Powderly, Andrew Calamari, John Siciliano | 0.50 | 375.00 |
| 12/07/22 | DSN | Correspondence with B. Arrow | 0.50 | 375.00 |
| 12/07/22 | DSN | Review and revise ▮ Tolling Agreement | 0.20 | 150.00 |
| 12/07/22 | DSN | Review and revise interview outline for ▮ | 1.50 | 1,125.00 |
| 12/07/22 | DSN | Correspondence with Andrew Calamari, John Siciliano, Benjamin Arrow | 0.40 | 300.00 |
| 12/07/22 | KP | Revise ▮ interview outline. Prep for interview. Review Duane Morris privileged documents. | 4.00 | 1,900.00 |
| 12/08/22 | BMA | Interview of ▮ (4.5). Review and revise memo of interview and circulate to team (0.5). Draft interview outline for ▮ (0.8). | 5.80 | 3,335.00 |
| 12/08/22 | DSN | Interview of ▮ | 4.50 | 3,375.00 |
| 12/08/22 | DSN | Correspondence with Tom Cimino | 0.10 | 75.00 |
| 12/08/22 | DSN | Correspondence with Kelsey Powderly, Benjamin Arrow, Andrew Calamari, Kevin V. Sweeney, John Siciliano regarding interview of ▮ | 0.70 | 525.00 |
| 12/08/22 | KP | Prep for ▮ interview. ▮ interview. | 5.00 | 2,375.00 |
| 12/09/22 | DSN | Correspondence with Benjamin Arrow | 0.10 | 75.00 |
| 12/10/22 | DSN | Correspondence with Benjamin Arrow regarding memo of interview of ▮ | 0.10 | 75.00 |
| 12/12/22 | BMA | Draft amended and restated tolling agreement for ▮ (2.8). Emails with D. Noble re: ▮ outline and tolling agreement for ▮ (0.1). Attention to investigation plan (0.6). | 3.50 | 2,012.50 |
| 12/12/22 | DSN | Correspondence with Andrew Calamari | 0.10 | 75.00 |
| 12/12/22 | DSN | Correspondence with Benjamin Arrow | 0.20 | 150.00 |
| 12/12/22 | DSN | Call with T. Cimino regarding SLC requests to GFS | 0.30 | 225.00 |
| 12/13/22 | BMA | Weekly team meeting (1.0). Attention to tolling agreement for ▮ (0.1). Attention to tolling agreement extension for ▮ (0.3). Attention to ▮ interview prep (0.3). Attention to investigation plan (0.4). | 2.10 | 1,207.50 |
| 12/13/22 | DSN | Review and revise Tolling Agreement Extension for ▮ | 0.40 | 300.00 |
| 12/13/22 | DSN | Review and revise Stip and Order in Rowan case and correspondence with K. Heyman, A. Calamari, and J. Siciliano re: ▮ | 0.40 | 300.00 |
| 12/13/22 | DSN | Review and revise Investigation Plan | 0.10 | 75.00 |
| 12/13/22 | DSN | FDH Team Zoom with SLC | 1.00 | 750.00 |
| 12/13/22 | DSN | Correspondence with Kelsey Powderly | 0.10 | 75.00 |
| 12/13/22 | DSN | Correspondence with Benjamin Arrow regarding Tolling Agreement for ▮ and Investigation Plan | 0.10 | 75.00 |
| 12/13/22 | DSN | Correspondence with Benjamin Arrow, Andrew Calamari, Matthew B. Danzer, Kevin V. Sweeney, Kelsey Powderly, John Siciliano | 0.60 | 450.00 |

Special Litigation Committee for the Boa  
Trust for Advised Portfolios c/o US Bank Global Fund Service  
2020 E. Financial Way  
Ste 100  
Glendora, CA  91741

Invoice # 170123  
January 30, 2023  
Page 4

For Services Rendered Through December 31, 2022

Matter #: 62772.001

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/13/22 | KP | Team meeting. | 1.00 | 475.00 |
| 12/13/22 | MBD | Attend team meeting | 0.90 | 486.00 |
| 12/14/22 | BMA | Call with A. Calamari re: ▮▮▮ (0.1). Call counsel for BBD re: ▮▮▮ (0.1). Draft outline for interview of ▮▮▮ (5.5). | 5.70 | 3,277.50 |
| 12/14/22 | CAS | Print and assemble ▮▮▮ Interview documents for B. Arrow | 0.90 | 274.50 |
| 12/14/22 | DSN | Correspondence with M. Blanchard, S. DiCicco | 0.10 | 75.00 |
| 12/14/22 | DSN | Correspondence with Lilach Buehler, Benjamin Arrow regarding ▮▮▮ Interview | 0.30 | 225.00 |
| 12/14/22 | DSN | Correspondence with Kurt Heyman regarding ▮▮▮ | 0.20 | 150.00 |
| 12/14/22 | KP | Review documents for ▮▮▮ interview outline | 0.80 | 380.00 |
| 12/15/22 | BMA | Draft interview outline for ▮▮▮ | 7.00 | 4,025.00 |
| 12/15/22 | DSN | Correspondence with Benjamin Arrow | 0.10 | 75.00 |
| 12/16/22 | DSN | Correspondence with S. DiCicco, I. Harris, Andrew Calamari, John Siciliano regarding Infinity Q books and records demand; review of the same | 0.30 | 225.00 |
| 12/16/22 | KVS | Compiling list of board meeting attendees. | 1.00 | 375.00 |
| 12/19/22 | BMA | Correspondence with D. Noble, K. Sweeney, and C. Sommer re: interview of ▮▮▮ (0.7). Correspondence with counsel for ▮▮▮ re: interview (0.2). Correspondence with counsel for BBD, D. Noble, and trustees re: ▮▮▮ Attention to investigation plan (0.2). Prep for Interview of ▮▮▮ (0.3). Document review in connection with prep for ▮▮▮ interview (0.5). Revise draft ▮▮▮ interview outline per D. Noble (0.6). ; Supplemental document review in support of revision strategy for ▮▮▮ interview outline (2.2). | 4.90 | 2,817.50 |
| 12/19/22 | CAS | Obtain and Assemble documents for ▮▮▮ Interview; emails with Ben Arrow re: same | 2.50 | 762.50 |
| 12/19/22 | DSN | Correspondence with Andrew Calamari, John Siciliano, Kelsey Powderly, Benjamin Arrow regarding ▮▮▮ Interview | 0.50 | 375.00 |
| 12/19/22 | DSN | Correspondence with Kevin V. Sweeney regarding legal research | 0.20 | 150.00 |
| 12/19/22 | DSN | Review and revise Interview outline for ▮▮▮ | 2.00 | 1,500.00 |
| 12/19/22 | KVS | Completing research regarding ▮▮▮ | 1.50 | 562.50 |
| 12/20/22 | BMA | Revise ▮▮▮ interview outline per discussions with D. Noble (3.2). Weekly team meeting (0.3). Discuss draft Jensen outline with A. Calamari, D. Noble, and J. Siciliano (0.3). | 3.80 | 2,185.00 |
| 12/20/22 | CAS | Obtain and Assemble hard copy and electronic documents for ▮▮▮ Interview; Disc. and emails with Ben Arrow re: same | 3.00 | 915.00 |
| 12/20/22 | DSN | Correspondence with Sean Murphy | 0.10 | 75.00 |
| 12/20/22 | DSN | Review documents in preparation for interview of ▮▮▮ | 1.30 | 975.00 |
| 12/20/22 | DSN | FDH Team Zoom with SLC | 0.30 | 225.00 |
| 12/20/22 | DSN | Correspondence with Brian Morgan | 0.10 | 75.00 |
| 12/20/22 | DSN | Zoom with A. Calamari, J. Siciliano, B. Arrow | 0.40 | 300.00 |
| 12/20/22 | DSN | Correspondence with Paul Fishman and Kathleen Reilly | 0.10 | 75.00 |
| 12/20/22 | DSN | Review and revise Interview Outline for ▮▮▮ | 0.50 | 375.00 |
| 12/20/22 | DSN | Review and revise Investigation Plan | 0.60 | 450.00 |
| 12/20/22 | DSN | Correspondence with T. Cimino, J. Zubairi, J. Nichols | 0.20 | 150.00 |
| 12/20/22 | DSN | Correspondence with Andrew Calamari, Benjamin Arrow, John Siciliano, Kelsey Powderly | 0.40 | 300.00 |
| 12/20/22 | KP | Team meeting (0.3).  Review documents (0.9). | 1.20 | 570.00 |
| 12/20/22 | KVS | Attending weekly meeting. Finalizing list of board meeting attendees. Completing research regarding conflicts of laws. | 2.20 | 825.00 |
| 12/20/22 | MBD | Attend team call | 0.30 | 162.00 |
| 12/21/22 | BMA | Interview ▮▮▮ (4.0). Discuss interview with D. Noble (0.4). Communications with K. Sweeney re: notes of ▮▮▮ nterview (0.1). Discuss ▮▮▮ ebrief with A. Calamari, D. Noble, and J. Siciliano (0.1). Communications with counsel for ▮▮▮ re: follow-up interview | 4.70 | 2,702.50 |

Special Litigation Committee for the Boa  
Trust for Advised Portfolios c/o US Bank Global Fund Service  
2020 E. Financial Way  
Ste 100  
Glendora, CA  91741  

Invoice # 170123  
January 30, 2023  
Page 5  

For Services Rendered Through December 31, 2022   Matter #: 62772.001

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | (0.1). | | |
| 12/21/22 | DSN | Correspondence with T. Cimino, J. Zubairi, J. Nichols regarding SLC Follow-up | 0.10 | 75.00 |
| 12/21/22 | DSN | Interview of ▉ | 4.00 | 3,000.00 |
| 12/21/22 | DSN | Correspondence with Andrew Calamari, Benjamin Arrow, John Siciliano | 0.40 | 300.00 |
| 12/21/22 | DSN | Correspondence with K. Reilly, P. Fishman, regarding ▉ ▉ ▉ | 0.10 | 75.00 |
| 12/21/22 | KVS | Attending and maintaining notes on interview. Finalizing notes on interview. | 5.00 | 1,875.00 |
| 12/22/22 | BMA | Correspondence with Mary Egan re: ▉ (0.1). Attention to investigation plan (0.3). Draft amended and restated tolling agreement for ▉ (1.0). | 1.40 | 805.00 |
| 12/22/22 | DSN | Correspondence with Benjamin Arrow regarding Investigation Plan | 0.10 | 75.00 |
| 12/23/22 | BMA | Debrief interview of ▉ with A. Calamari, D. Noble, and J. Siciliano (0.5). Communications with A. Calamari re: ▉ (0.1). Communications with D. Noble re: updating investigation plan (0.1). Conform draft tolling agreement extension for ▉ and send to counsel for ▉ (0.7). | 1.40 | 805.00 |
| 12/23/22 | DSN | Zoom with A. Calamari, J. Siciliano, B. Arrow regarding de-brief of ▉ | 0.50 | 375.00 |
| 12/23/22 | DSN | Correspondence with Kevin Sweeney, Benjamin Arrow regarding ▉ Interview Memo | 0.10 | 75.00 |
| 12/23/22 | DSN | Correspondence with Benjamin Arrow | 0.20 | 150.00 |
| 12/26/22 | BMA | Attention to investigation plan (0.8). Email A. Calamari and D. Noble re: extending tolling agreements for ▉ (0.1). Draft extended tolling agreement for ▉ (1.0). Review notes of interviews of ▉ (0.4). Draft email to D. Noble re: follow-up from ▉ interview, investigation plan, and draft tolling agreement extension (0.3). | 2.60 | 1,495.00 |
| 12/27/22 | BMA | Review and revise tolling agreements for ▉ and re-circulate to counsel for ▉ (0.5). Communications with D. Noble re: tolling agreements and investigation plan (0.2). Draft email to counsel for GFS (0.2). Attention to investigation plan (0.5). Review docket in Trott v. Platinum Mgmt. (0.3). Review notes of ▉ interview (0.5). | 2.20 | 1,265.00 |
| 12/27/22 | DSN | Review draft notes of interview of ▉ and correspondence with K. Sweeney re: same | 0.40 | 300.00 |
| 12/27/22 | DSN | Correspondence with John Siciliano, Benjamin Arrow regarding ▉ | 0.10 | 75.00 |
| 12/27/22 | DSN | Review and revise Tolling Agreement Extension for ▉ | 0.20 | 150.00 |
| 12/27/22 | DSN | Review and revise Tolling Agreement Extension for ▉ | 0.20 | 150.00 |
| 12/27/22 | DSN | Review and revise Investigation Plan | 0.10 | 75.00 |
| 12/27/22 | DSN | Correspondence with Benjamin Arrow re: various investigative tasks | 0.60 | 450.00 |
| 12/27/22 | KVS | Researching potential causes of action and applicable law. | 2.50 | 937.50 |
| 12/28/22 | KVS | Researching potential causes of action and applicable law. | 1.00 | 375.00 |
| 12/29/22 | BMA | Communications with D. Noble and J. Siciliano re: supplemental interview of ▉ (0.2). Communications with counsel for ▉ (0.2). | 0.40 | 230.00 |
| 12/29/22 | DSN | Correspondence with Benjamin Arrow, Andrew Calamari, John Siciliano | 0.10 | 75.00 |
| 12/29/22 | KVS | Researching potential causes of action and applicable law. | 2.50 | 937.50 |

**TOTAL FEES**   $76,577.00

**COSTS AND DISBURSEMENTS**

FINN DIXON & HERLING LLP - SIX LANDMARK SQUARE, SUITE 600, STAMFORD, CT 06901-2704 | 203 325 5000

| | | |
|---|---|---:|
| Special Litigation Committee for the Boa<br>Trust for Advised Portfolios c/o US Bank Global Fund Service<br>2020 E. Financial Way<br>Ste 100<br>Glendora, CA  91741 | | Invoice # 170123<br>January 30, 2023<br>Page 6 |

For Services Rendered Through December 31, 2022                                              Matter #: 62772.001

| | | |
|---|---|---:|
| | Vendor: Contact Discovery Services, LLC; Invoice#: 10091; Date: 11/30/2022 - Project Management and Engineering | 195.00 |
| | Vendor: Contact Discovery Services, LLC; Invoice#: 10091; Date: 11/30/2022 - Relativity Users | 320.00 |
| | Vendor: Contact Discovery Services, LLC; Invoice#: 10091; Date: 11/30/2022 - Relativity Hosting | 1,896.64 |
| | Vendor: Kelsey Powderly; Invoice#: 12.08.22; Date: 12/8/2022  -  Attorney travel costs and expenses to/from Miami, FL<br><br>12/07/22 Miami hotel and travel agent fee 62772.001 X $337.70<br>12/07/22 Jetblue flight to and from Miami 62772.001 $417.96<br>12/07/22 Uber to airport 62772.001 $31.05<br>12/07/22 Uber to hotel 62772.001 $47.98<br>12/08/22 Printing materials for case 62772.001 $75.00<br>12/08/22 Uber to airport 62772.001 $47.92<br>12/08/22 Jetblue seat upgrade 62772.001 $71.00 | 1,028.61 |
| | **Total Costs and Disbursements** | **3,440.25** |



ATTORNEYS AT LAW

Special Litigation Committee for the Boa
Trust for Advised Portfolios c/o US Bank Global Fund Service
2020 E. Financial Way
Ste 100
Glendora, CA  91741

February 17, 2023
Matter #:  62772.001

## SUMMARY OF INVOICE # 170415

For Services Rendered through January 9, 2023
In connection with FDH Representation

| | |
|---|---:|
| Fees for Legal Services | $18,264.00 |
| Costs and Disbursements | 3,514.09 |
| **TOTAL DUE WITH THIS INVOICE** | **$21,778.09** |

### Wire Transfer and ACH Instructions

Bank: CitiBank, New York, NY
ABA #: ▮▮▮▮▮
Account #: ▮▮▮▮▮

Special Litigation Committee for the Boa  
Trust for Advised Portfolios c/o US Bank Global Fund Service  
2020 E. Financial Way  
Ste 100  
Glendora, CA  91741  

Invoice # 170415  
February 17, 2023  
Page 2  

For Services Rendered Through January 9, 2023

Matter #: 62772.001

## FEE DETAILS

| Date | TKPR | Description | Hrs | Fees |
|---|---|---|---|---|
| 01/02/23 | DSN | Correspondence with Benjamin Arrow, Andrew Calamari, John Siciliano | 0.10 | 82.50 |
| 01/03/23 | BMA | Review edits to draft tolling agreement extension for ▮▮▮ and revise tolling agreement (0.6). Communications with D. Noble (0.3). Email counsel ▮▮▮ | 1.00 | 620.00 |
| 01/03/23 | DSN | Correspondence with Andrew Calamari, John Siciliano | 0.10 | 82.50 |
| 01/03/23 | DSN | Review documents in preparation for follow-up interview with witness | 0.50 | 412.50 |
| 01/03/23 | DSN | Correspondence with Benjamin Arrow | 0.30 | 247.50 |
| 01/03/23 | DSN | Review and revise Tolling Agreement Extension | 0.30 | 247.50 |
| 01/03/23 | KVS | Research potential causes of action and applicable law. | 2.00 | 900.00 |
| 01/04/23 | BMA | Prep for witness interview (0.6). Interview (0.4). Draft memorandum summarizing notes of interview (1.2). Attention to investigation plan (0.4). | 2.60 | 1,612.00 |
| 01/04/23 | DSN | Review Documents | 0.30 | 247.50 |
| 01/04/23 | DSN | Correspondence with Andrew Calamari, Benjamin Arrow | 0.10 | 82.50 |
| 01/04/23 | DSN | Zoom interview with witness | 0.40 | 330.00 |
| 01/04/23 | DSN | Review and revise memo of interview with witness | 0.20 | 165.00 |
| 01/04/23 | DSN | Correspondence with Benjamin Arrow | 0.20 | 165.00 |
| 01/04/23 | KVS | Researching potential causes of action and applicable law. | 1.20 | 540.00 |
| 01/05/23 | BMA | Review investigation plan and draft email to D. Noble (0.6). Meeting with A. Calamari, D. Noble, and J. Siciliano (0.7). Follow-up call from J. Siciliano (0.1). Circulate revised agenda in preparation for weekly team meeting (0.1). Email counsel for independent trustees (0.1). Communications with D. Noble (0.3). Correspondence with A. Calamari (0.1). Attention to completed tasks spreadsheet (1.5). | 3.50 | 2,170.00 |
| 01/05/23 | DSN | Correspondence with Andrew Calamari, John Siciliano, Benjamin Arrow | 0.40 | 330.00 |
| 01/05/23 | DSN | Correspondence with Benjamin Arrow | 0.10 | 82.50 |
| 01/05/23 | DSN | Correspondence with Brian Morgan | 0.10 | 82.50 |
| 01/05/23 | DSN | Correspondence with Sean Murphy | 0.10 | 82.50 |
| 01/05/23 | DSN | Zoom with SLC and B. Arrow | 0.50 | 412.50 |
| 01/05/23 | DSN | Correspondence with Tom Cimino, Junaid Zubairi, Josh Nichols | 0.10 | 82.50 |
| 01/05/23 | DSN | Correspondence with Benjamin Arrow, Andrew Calamari, John Siciliano, Matthew Danzer, Kelsey Powderly, Kevin Sweeney | 0.20 | 165.00 |
| 01/05/23 | DSN | Update investigation plan and review and revise agenda for weekly team meeting | 0.50 | 412.50 |
| 01/05/23 | KVS | Research potential causes of action and applicable law. | 2.10 | 945.00 |
| 01/06/23 | BMA | Discuss legal research strategy with K. Sweeney (0.5). Review notes of wintess interviews (1.2). Weekly team meeting (0.5). Email counsel for Velissaris (0.1). Attention to completed tasks spreadsheet (0.2). | 2.50 | 1,550.00 |
| 01/06/23 | DSN | Correspondence with Andrew Calamari, Benjamin Arrow, John Siciliano regarding investigation status, investigative steps to date, and team meeting | 0.50 | 412.50 |
| 01/06/23 | KP | Team meeting. | 0.50 | 277.50 |
| 01/06/23 | KVS | Discuss factual background relevant to legal research with B. Arrow (.5). Attend weekly team meeting (0.5). Research potential causes of action and applicable law (3.9). | 4.90 | 2,205.00 |
| 01/06/23 | MBD | Attend team meeting | 0.60 | 369.00 |
| 01/09/23 | BMA | Correspondence with team (0.2). Correspondence with A. Calamari, D. Noble, and J. Siciliano (0.1). | 0.30 | 186.00 |
| 01/09/23 | DSN | Correspondence with Andrew Calamari, John Siciliano, Benjamin Arrow | 0.10 | 82.50 |
| 01/09/23 | DSN | Correspondence with Sean Murphy. | 0.20 | 165.00 |
| 01/09/23 | DSN | Correspondence with Tom Cimino. | 0.10 | 82.50 |
| 01/09/23 | KVS | Research potential causes of action and applicable law. | 0.90 | 405.00 |

Special Litigation Committee for the Boa  
Trust for Advised Portfolios c/o US Bank Global Fund Service  
2020 E. Financial Way  
Ste 100  
Glendora, CA  91741

Invoice # 170415  
February 17, 2023  
Page 3

For Services Rendered Through January 9, 2023

Matter #: 62772.001

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/09/23 | MBD | Conduct legal research | 3.30 | 2,029.50 |
| | | **TOTAL FEES** | | **$18,264.00** |

### COSTS AND DISBURSEMENTS

| Description | Amount |
|---|---|
| Overnight delivery - Fedex   Invoice #7-988-36247<br>Date - 12/19/2022<br>Sender - C Sommer<br>Recipient - J Nichols Esq<br>CHICAGO IL 60601 | 128.23 |
| Vendor: Contact Discovery Services, LLC; Invoice#: 10335; Date: 12/31/2022<br>Relativity Users<br>Relativity Hosting<br>Trust For Advised Portfolios Internal Inv | 2,136.64 |
| Vendor: Daniel Noble; Invoice#: 01.06.23; Date: 1/6/2023  - Attorney travel costs and expense to Miami for witness interview | 1,249.22 |
| **Total Costs and Disbursements** | **3,514.09** |

FINN DIXON & HERLING LLP - SIX LANDMARK SQUARE, SUITE 600, STAMFORD, CT 06901-2704 | 203 325 5000