# **APPENDIX B**



920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T  (206) 622-3150
F  (206) 757-7700
Federal ID # 91-0839480
DWT.COM

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101
██████████████████

Russell B. Simon
██████████████████

February 9, 2023
Invoice #6974559

**Matter Name**: Oak Financial Group
**Firm Matter Number**: 0120158.000002
**DWT Attorney**: James Goldfarb ████████████████

### Invoice for Fees and Costs

| | |
|---|---:|
| Total Current Fees | 273.00 |
| Total Current Costs | 0.00 |

| | | |
|---|---|---:|
| **Total Amount Due This Invoice** | $ | **273.00** |

#### PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---:|---:|---|
| 01/13/23 | S. Walton | 0.10 | 45.50 | Case documents to file |
| 01/23/23 | S. Walton | 0.50 | 227.50 | Case documents to file and organization |
| **TOTAL** | | **0.60** | **$273.00** | |

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000002
DWT Attorney: James Goldfarb



Invoice # 6974559
Page **2** of **4**

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARALEGAL** | | | |
| Walton, S. | 0.60 | $455.00 | $273.00 |
| **Total for Paralegal** | **0.60** | | **$273.00** |
| | | | |
| **TOTAL** | **0.60** | | **$273.00** |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 273.00 |



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC          February 9, 2023
Kelly Whetstone                                                             Invoice #6974559
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101

**Matter Name**: Oak Financial Group
**Firm Matter Number**: 0120158.000002
**DWT Attorney**: James Goldfarb ███████████████

### Invoice for Fees and Costs

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 273.00 |



PAYMENT
INSTRUCTIONS

| **Payment by Check** |
|---|

Please include this remittance or print the Invoice Number (6974559) in the check memo. Mail to:
Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

| **Payment by Bank Wire or ACH** |
|---|

Invoices may be paid by Bank Wire or ACH (Automated Clearing House).
Information is provided below for both transaction types.
Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

**Payment Notification**

Please email dwtachpayment@dwt.com to supply payment details.
Each Invoice Number along with a corresponding payment
amount will insure proper application to your account.
DWT Contact:
Daniel Kagan (206) 757-8750



| **Reference Information** |
|---|

Firm Matter Number:                     0120158.000002
DWT Attorney:                            James Goldfarb

To ensure proper credit to your account,
please include remittance with your payment.



920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T   (206) 622-3150
F   (206) 757-7700
Federal ID # 91-0839480
DWT.COM

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC          February 15, 2023
Kelly Whetstone                                                               Invoice #6976020
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101
████████████████

Russell B. Simon
████████████████

**Matter Name**: Hunter-Rosenstein
**Firm Matter Number**: 0120158.000001
**DWT Attorney**: James Goldfarb ████████████████

### Invoice for Fees and Costs

| | |
|---|---:|
| Total Current Fees | 27,129.00 |
| Total Current Costs | 0.00 |

| | | |
|---|---|---:|
| **Total Amount Due This Invoice** | **$** | **27,129.00** |

<table>
<tr><td colspan="6" align="center"><b>OUTSTANDING INVOICES FOR THIS MATTER AS OF: FEBRUARY 15, 2023</b></td></tr>
<tr><td><b>Invoice</b></td><td><b>Date</b></td><td><b>Original Amount</b></td><td><b>Payments/Credits</b></td><td><b>Last Payment</b></td><td><b>Amount Due</b></td></tr>
<tr><td>6966782</td><td>01/09/23</td><td>2,257.00</td><td>0.00</td><td></td><td>2,257.00</td></tr>
<tr><td>6974558</td><td>02/15/23</td><td>2,652.00</td><td>0.00</td><td></td><td>2,652.00</td></tr>
<tr><td><b>Previous Balance Total</b></td><td></td><td></td><td></td><td></td><td><b>4,909.00</b></td></tr>
<tr><td>6976020 (This Invoice)</td><td>02/15/23</td><td>27,129.00</td><td></td><td></td><td>27,129.00</td></tr>
<tr><td><b>Total Due This Matter</b></td><td></td><td></td><td></td><td></td><td><b>$32,038.00</b></td></tr>
</table>

### PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 01/10/23 | J. Goldfarb | 0.80 | 884.00 | Review SEC special master order ████████████ ████████████ |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000001
DWT Attorney: James Goldfarb

**Davis Wright Tremaine LLP**

Invoice # 6976020
Page **2** of **6**

| Date | Timekeeper | Hours | Amount | Narrative |
|------|------------|-------|--------|-----------|
| 01/10/23 | J. Goldfarb | 0.80 | 884.00 | Begin review of objection to final settlement approval motion |
| 01/10/23 | J. Goldfarb | 1.90 | 2,099.50 | Draft and send e-mail to client |
| 01/10/23 | S. Walton | 0.30 | 136.50 | Case documents to work file |
| 01/11/23 | J. Goldfarb | 2.70 | 2,983.50 | Evaluate special master order, objection to final settlement approval motion |
| 01/11/23 | J. Goldfarb | 0.70 | 773.50 | Continue to review objection to final settlement approval motion |
| 01/11/23 | S. Walton | 0.20 | 91.00 | Case documents to work file |
| 01/12/23 | J. Goldfarb | 0.10 | 110.50 | Prepare for conference call with S. DiCicco |
| 01/12/23 | J. Goldfarb | 0.80 | 884.00 | Conference call with S. DiCicco |
| 01/12/23 | J. Goldfarb | 2.00 | 2,210.00 | Begin drafting e-mail to client |
| 01/13/23 | J. Goldfarb | 0.20 | 221.00 | Conference call with S. DiCicco |
| 01/13/23 | J. Goldfarb | 0.60 | 663.00 | Attend status conference (via Teams) regarding OSC, objections, settlement hearing schedule |
| 01/14/23 | J. Goldfarb | 0.50 | 552.50 | Draft e-mail to K. Whetstone |
| 01/17/23 | J. Goldfarb | 1.20 | 1,326.00 | Review Maazel objection and prepare e-mail to client |
| 01/17/23 | J. Goldfarb | 0.20 | 221.00 | Office conference with T. Snyder |
| 01/17/23 | T. Snyder | 0.20 | 236.00 | Office conference with J. Goldfarb |
| 01/18/23 | F. Burnside | 0.40 | 400.00 | Review materials for and attend call with J. Goldfarb |
| 01/18/23 | J. Goldfarb | 0.40 | 442.00 | Zoom with K. Payson, F. Burnside, C. Matheson |
| 01/18/23 | J. Goldfarb | 0.20 | 221.00 | Finalize, send e-mail to K. Whetstone |
| 01/18/23 | J. Goldfarb | 0.60 | 663.00 | Conference calls with C. Matheson |
| 01/18/23 | J. Goldfarb | 0.10 | 110.50 | Draft and send e-mail to K. Payson, F. Burnside |
| 01/18/23 | J. Goldfarb | 0.20 | 221.00 | Review, respond to F. Burnside e-mail |
| 01/18/23 | K. Payson | 0.20 | 214.00 | Email with J. Goldfarb |
| 01/18/23 | K. Payson | 0.40 | 428.00 | Strategize with J. Goldfarb, C. Matheson, and F. Burnside |

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000001
DWT Attorney: James Goldfarb



Invoice # 6976020
Page **3** of **6**

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 01/18/23 | K. Payson | 0.20 | 214.00 | Legal research ████████████████████████ |
| 01/18/23 | C. Matheson | 0.60 | 648.00 | Telephone conferences with J. Goldfarb ████ ██████████████ |
| 01/18/23 | C. Matheson | 0.40 | 432.00 | Review and analyze objections to class settlement |
| 01/18/23 | C. Matheson | 0.40 | 432.00 | Conference with J. Goldfarb, F. Burnside and K. Payson ██████████ |
| 01/19/23 | J. Goldfarb | 0.60 | 663.00 | Review opt-out schedule and draft and send, respond to e-mails to/from S. DiCicco ██████ |
| 01/19/23 | S. Walton | 0.20 | 91.00 | Review order to show cause for deadlines to docket |
| 01/19/23 | S. Walton | 0.10 | 45.50 | Case documents to file |
| 01/23/23 | J. Goldfarb | 1.90 | 2,099.50 | Conference call with S. DiCicco ██████████ |
| 01/24/23 | J. Goldfarb | 1.10 | 1,215.50 | Draft and send e-mail to K. Whetstone ██████████ |
| 01/24/23 | J. Goldfarb | 0.20 | 221.00 | Review Dominus complaint |
| 01/24/23 | J. Goldfarb | 0.20 | 221.00 | Conference call with C. Matheson ██████████ |
| 01/24/23 | C. Matheson | 0.20 | 216.00 | Telephone conference with J. Goldfarb ██████████ |
| 01/25/23 | J. Goldfarb | 1.10 | 1,215.50 | Review, respond to K. Whetstone request ████ |
| 01/25/23 | M. Haggerty | 0.20 | 158.00 | Review filing and draft update to J. Goldfarb, C. Matheson ███████ |
| 01/25/23 | C. Matheson | 0.30 | 324.00 | Review draft language for ██████████ |
| 01/30/23 | J. Goldfarb | 0.80 | 884.00 | Conference call with S. DiCicco ██████████ |
| 01/31/23 | J. Goldfarb | 0.90 | 994.50 | Per A. Calamari, begin preparing litigation budget |
| 01/31/23 | M. Haggerty | 0.10 | 79.00 | Draft email to J. Goldfarb regarding budgets for Infinity Q actions |
| **TOTAL** | | **25.20** | **$27,129.00** | |

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000001
DWT Attorney: James Goldfarb



Invoice # 6976020
Page **4** of **6**

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| **TIMEKEEPER SUMMARY** | | | |
| **PARTNER** | | | |
| Burnside, F. | 0.40 | $1,000.00 | $400.00 |
| Goldfarb, J. | 20.80 | $1,105.00 | $22,984.00 |
| Payson, K. | 0.80 | $1,070.00 | $856.00 |
| Snyder, T. | 0.20 | $1,180.00 | $236.00 |
| **Total for Partner** | **22.20** | | **$24,476.00** |
| **ASSOCIATE** | | | |
| Haggerty, M. | 0.30 | $790.00 | $237.00 |
| **Total for Associate** | **0.30** | | **$237.00** |
| **OF COUNSEL** | | | |
| Matheson, C. | 1.90 | $1,080.00 | $2,052.00 |
| **Total for Of Counsel** | **1.90** | | **$2,052.00** |
| **PARALEGAL** | | | |
| Walton, S. | 0.80 | $455.00 | $364.00 |
| **Total for Paralegal** | **0.80** | | **$364.00** |
| **TOTAL** | **25.20** | | **$27,129.00** |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 27,129.00 |



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC          February 15, 2023
Kelly Whetstone                                                              Invoice #6976020
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101

**Matter Name**: Hunter-Rosenstein
**Firm Matter Number**: 0120158.000001
**DWT Attorney**: James Goldfarb ███████████████

### Invoice for Fees and Costs

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 27,129.00 |
| **PRIOR OUTSTANDING BALANCE** | $ | 4,909.00 |
| | | |
| **TOTAL AMOUNT DUE** | $ | 32,038.00 |



# PAYMENT INSTRUCTIONS

**Payment by Check**

Please include this remittance or print the Invoice Number (6976020) in the check memo. Mail to:
Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

**Payment by Bank Wire or ACH**

Invoices may be paid by Bank Wire or ACH (Automated Clearing House).
Information is provided below for both transaction types.
Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

**Payment Notification**

Please email dwtachpayment@dwt.com to supply payment details.
Each Invoice Number along with a corresponding payment
amount will insure proper application to your account.
DWT Contact:
Daniel Kagan (206) 757-8750



**Reference Information**

Firm Matter Number:                  0120158.000001
DWT Attorney:                        James Goldfarb



920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T   (206) 622-3150
F   (206) 757-7700
Federal ID # 91-0839480
DWT.COM

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101
██████████████

Russell B. Simon
███████████████

February 15, 2023
Invoice #6976021

**Matter Name**: Glenmede Trust v. Infinity Q Capital, et al.
**Firm Matter Number**: 0120158.000005
**DWT Attorney**: James Goldfarb ███████████████

### Invoice for Fees and Costs

| | |
|---|---:|
| Total Current Fees | 156.00 |
| Total Current Costs | 0.00 |

| | | |
|---|---|---:|
| **Total Amount Due This Invoice** | **$** | **156.00** |

---

**Outstanding Invoices for This Matter as of: February 15, 2023**

| Invoice | Date | Original Amount | Payments/Credits | Last Payment | Amount Due |
|---|---|---:|---:|---|---:|
| 6966788 | 01/09/23 | 1,764.00 | 0.00 | | 1,764.00 |
| 6974560 | 02/15/23 | 422.50 | 0.00 | | 422.50 |
| **Previous Balance Total** | | | | | **2,186.50** |
| 6976021 (This Invoice) | 02/15/23 | 156.00 | | | 156.00 |
| **Total Due This Matter** | | | | | **$2,342.50** |

---

**Professional Fees Rendered:**

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---:|---:|---|
| 01/20/23 | J. Goldfarb | 0.10 | 110.50 | Review Glenmede filings regarding stay and draft and send e-mail to DWT team regarding same |
| 01/25/23 | S. Walton | 0.10 | 45.50 | Tracking of related case to Hunter |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000005
DWT Attorney: James Goldfarb



Invoice # 6976021
Page **2** of **3**

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| **TOTAL** | | **0.20** | **$156.00** | |

| TIMEKEEPER SUMMARY | | | |
|-------------------|-------|------|--------|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARTNER** | | | |
| Goldfarb, J. | 0.10 | $1,105.00 | $110.50 |
| **Total for Partner** | **0.10** | | **$110.50** |
| **PARALEGAL** | | | |
| Walton, S. | 0.10 | $455.00 | $45.50 |
| **Total for Paralegal** | **0.10** | | **$45.50** |
| **TOTAL** | **0.20** | | **$156.00** |

| **TOTAL AMOUNT DUE THIS INVOICE** | **$** | **156.00** |
|---|---|---|



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC          February 15, 2023
Kelly Whetstone                                                              Invoice #6976021
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101

**Matter Name**: Glenmede Trust v. Infinity Q Capital, et al.
**Firm Matter Number**: 0120158.000005
**DWT Attorney**: James Goldfarb █████████████

### Invoice for Fees and Costs

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 156.00 |
| **PRIOR OUTSTANDING BALANCE** | $ | 2,186.50 |
| | | |
| **TOTAL AMOUNT DUE** | $ | 2,342.50 |



PAYMENT
INSTRUCTIONS

**Payment by Check**

Please include this remittance or print the Invoice Number (6974559) in the check memo. Mail to:
Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

**Payment by Bank Wire or ACH**

Invoices may be paid by Bank Wire or ACH (Automated Clearing House).
Information is provided below for both transaction types.
Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

**Payment Notification**

Please email dwtachpayment@dwt.com to supply payment details.
Each Invoice Number along with a corresponding payment
amount will insure proper application to your account.
DWT Contact:
Daniel Kagan (206) 757-8750



**Reference Information**

Firm Matter Number:                                    0120158.000002
DWT Attorney:                                          James Goldfarb



Davis Wright
Tremaine LLP

920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T   (206) 622-3150
F   (206) 757-7700
Federal ID # 91-0839480
DWT.COM

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101
████████████████

February 15, 2023
Invoice #6976022

Russell B. Simon
████████████████

**Matter Name**: Flint Hills Diversified Strategies LP
**Firm Matter Number**: 0120158.000007
**DWT Attorney**: James Goldfarb ████████████

### Invoice for Fees and Costs

| | |
|---|---:|
| Total Current Fees | 45.50 |
| Total Current Costs | 0.00 |

| | | |
|---|---|---:|
| **Total Amount Due This Invoice** | $ | **45.50** |

**OUTSTANDING INVOICES FOR THIS MATTER AS OF: FEBRUARY 15, 2023**

| Invoice | Date | Original Amount | Payments/Credits | Last Payment | Amount Due |
|---|---|---:|---:|---|---:|
| 6974562 | 02/15/23 | 91.00 | 0.00 | | 91.00 |
| **Previous Balance Total** | | | | | **91.00** |
| 6976022 (This Invoice) | 02/15/23 | 45.50 | | | 45.50 |
| **Total Due This Matter** | | | | | **$136.50** |

**PROFESSIONAL FEES RENDERED:**

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---:|---:|---|
| 01/25/23 | S. Walton | 0.10 | 45.50 | Tracking of related case to Hunter |
| **TOTAL** | | **0.10** | **$45.50** | |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000007
DWT Attorney: James Goldfarb



Invoice # 6976022
Page **2** of **3**

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| PARALEGAL | | | |
| Walton, S. | 0.10 | $455.00 | $45.50 |
| **Total for Paralegal** | **0.10** | | **$45.50** |
| | | | |
| **TOTAL** | **0.10** | | **$45.50** |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 45.50 |



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC          February 15, 2023
Kelly Whetstone                                                              Invoice #6976022
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101

**Matter Name**: Flint Hills Diversified Strategies LP
**Firm Matter Number**: 0120158.000007
**DWT Attorney**: James Goldfarb ███████████████

### Invoice for Fees and Costs

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 45.50 |
| **PRIOR OUTSTANDING BALANCE** | $ | 91.00 |
| | | |
| **TOTAL AMOUNT DUE** | $ | 136.50 |



PAYMENT
INSTRUCTIONS

**Payment by Check**

Please include this remittance or print the Invoice Number (6974559) in the check memo. Mail to:
Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

**Payment by Bank Wire or ACH**

Invoices may be paid by Bank Wire or ACH (Automated Clearing House).
Information is provided below for both transaction types.
Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

**Payment Notification**

Please email dwtachpayment@dwt.com to supply payment details.
Each Invoice Number along with a corresponding payment
amount will insure proper application to your account.
DWT Contact:
Daniel Kagan (206) 757-8750



**Reference Information**

Firm Matter Number:                              0120158.000002
DWT Attorney:                                    James Goldfarb



920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T   (206) 622-3150
F   (206) 757-7700
Federal ID # 91-0839480
DWT.COM

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC          February 9, 2023
Kelly Whetstone                                                              Invoice #6974561
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101
██████████████████████

Russell B. Simon
██████████████████████

**Matter Name**: Carson Family 2013 Dynasty Trust
**Firm Matter Number**: 0120158.000006
**DWT Attorney**: James Goldfarb ████████████████████

### Invoice for Fees and Costs

| | |
|---|---:|
| Total Current Fees | 45.50 |
| Total Current Costs | 0.00 |

| | | |
|---|---|---:|
| **Total Amount Due This Invoice** | $ | **45.50** |

### PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---|---|---|
| 01/25/23 | S. Walton | 0.10 | 45.50 | Tracking of related case to Hunter |
| **TOTAL** | | **0.10** | **$45.50** | |

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000006
DWT Attorney: James Goldfarb



Invoice # 6974561
Page **2** of **3**

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARALEGAL** | | | |
| Walton, S. | 0.10 | $455.00 | $45.50 |
| **Total for Paralegal** | **0.10** | | **$45.50** |
| | | | |
| **TOTAL** | **0.10** | | **$45.50** |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 45.50 |



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101

February 9, 2023
Invoice #6974561

**Matter Name**: Carson Family 2013 Dynasty Trust
**Firm Matter Number**: 0120158.000006
**DWT Attorney**: James Goldfarb ███████████

### Invoice for Fees and Costs

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 45.50 |



PAYMENT
INSTRUCTIONS

### Payment by Check

Please include this remittance or print the Invoice Number (6974559) in the check memo. Mail to:
Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

### Payment by Bank Wire or ACH

Invoices may be paid by Bank Wire or ACH (Automated Clearing House).
Information is provided below for both transaction types.
Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

### Payment Notification

Please email dwtachpayment@dwt.com to supply payment details.
Each Invoice Number along with a corresponding payment
amount will insure proper application to your account.
DWT Contact:
Daniel Kagan (206) 757-8750



### Reference Information

Firm Matter Number:                              0120158.000002
DWT Attorney:                                  James Goldfarb



920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T   (206) 622-3150
F   (206) 757-7700
Federal ID # ██████████
**DWT.COM**

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101
████████████████

March 9, 2023
Invoice #6981167

Russell B. Simon
russell.simon@usbank.com

**Matter Name**: Velissaris Government Actions
**Firm Matter Number**: 0120158.000004
**DWT Attorney**: James Goldfarb (████████████████)

### Invoice for Fees and Costs

| | |
|---|---:|
| Total Current Fees | 984.00 |
| Total Current Costs | 0.00 |

| | | |
|---|---|---:|
| **Total Amount Due This Invoice** | $ | **984.00** |

OUTSTANDING INVOICES FOR THIS MATTER AS OF: MARCH 9, 2023

| Invoice | Date | Original Amount | Payments/Credits | Last Payment | Amount Due |
|---|---|---:|---:|---|---:|
| 6966783 | 01/09/23 | 1,161.00 | 0.00 | | 1,161.00 |
| **Previous Balance Total** | | | | | **1,161.00** |
| 6981167 (This Invoice) | 03/09/23 | 984.00 | | | 984.00 |
| **Total Due This Matter** | | | | | **$2,145.00** |

PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---:|---:|---|
| 02/01/23 | M. Haggerty | 0.20 | 158.00 | Review docket development in SEC action against S. Lindell and draft email update to J. Goldfarb, C. Matheson |

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000004
DWT Attorney: James Goldfarb



Invoice # 6981167
Page **2** of **4**

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 02/08/23 | M. Haggerty | 0.20 | 158.00 | Review docket development in criminal case against Velissaris and draft email update to J. Goldfarb, C. Matheson |
| 02/08/23 | S. Walton | 0.10 | 45.50 | Review docketed court dates |
| 02/09/23 | M. Haggerty | 0.30 | 237.00 | Review docket developments in SEC case against Fund and draft summary to J. Goldfarb, C. Matheson |
| 02/09/23 | S. Walton | 0.20 | 91.00 | Review and organize court documents to file |
| 02/16/23 | S. Walton | 0.10 | 45.50 | Work with docketing of regarding dates in court order |
| 02/16/23 | S. Walton | 0.10 | 45.50 | Docketing review of court dates for SEC v. Lindell case of interest |
| 02/17/23 | S. Walton | 0.10 | 45.50 | Review of docketed dates |
| 02/22/23 | M. Haggerty | 0.20 | 158.00 | Review docket development in criminal case against Velissaris and draft email summary to J. Goldfarb, C. Matheson |
| **TOTAL** | | **1.50** | **$984.00** | |

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **ASSOCIATE** | | | |
| Haggerty, M. | 0.90 | $790.00 | $711.00 |
| **Total for Associate** | **0.90** | | **$711.00** |
| **PARALEGAL** | | | |
| Walton, S. | 0.60 | $455.00 | $273.00 |
| **Total for Paralegal** | **0.60** | | **$273.00** |
| **TOTAL** | **1.50** | | **$984.00** |

| TOTAL AMOUNT DUE THIS INVOICE | $ | 984.00 |
|---|---|---|



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC                    March 9, 2023
Kelly Whetstone                                                                  Invoice #6981167
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101

**Matter Name**: Velissaris Government Actions
**Firm Matter Number**: 0120158.000004
**DWT Attorney**: James Goldfarb (█████████████████)

### Invoice for Fees and Costs

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 984.00 |
| **PRIOR OUTSTANDING BALANCE** | $ | 1,161.00 |
| | | |
| **TOTAL AMOUNT DUE** | $ | 2,145.00 |



PAYMENT
INSTRUCTIONS

---

**Payment by Check**

Please include this remittance or print the Invoice Number (6981167) in the check memo. Mail to:
Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

---

**Payment by Bank Wire or ACH**

Invoices may be paid by Bank Wire or ACH (Automated Clearing House).
Information is provided below for both transaction types.
Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

**Payment Notification**

Please email dwtachpayment@dwt.com to supply payment details.
Each Invoice Number along with a corresponding payment
amount will insure proper application to your account.
DWT Contact:
Daniel Kagan (206) 757-8750



---

**Reference Information**

Firm Matter Number:                     0120158.000004
DWT Attorney:                           James Goldfarb



Davis Wright
Tremaine LLP

920 Fifth Avenue
Suite 3300
Seattle, WA 98104
T  (206) 622-3150
F  (206) 757-7700
Federal ID #███████
**DWT.COM**

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC
Kelly Whetstone
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101
████████████████████

Russell B. Simon
████████████████

March 9, 2023
Invoice #6981166

**Matter Name**: Hunter-Rosenstein
**Firm Matter Number**: 0120158.000001
**DWT Attorney**: James Goldfarb (████████████████████)

## Invoice for Fees and Costs

| | |
|---|---:|
| Total Current Fees | 29,300.00 |
| Total Current Costs | 0.00 |

| | | |
|---|---|---:|
| **Total Amount Due This Invoice** | $ | **29,300.00** |

OUTSTANDING INVOICES FOR THIS MATTER AS OF: MARCH 9, 2023

| Invoice | Date | Original Amount | Payments/Credits | Last Payment | Amount Due |
|---|---|---:|---:|---|---:|
| 6966782 | 01/09/23 | 2,257.00 | 0.00 | | 2,257.00 |
| 6974558 | 02/15/23 | 2,652.00 | 0.00 | | 2,652.00 |
| 6976020 | 02/15/23 | 27,129.00 | 0.00 | | 27,129.00 |
| **Previous Balance Total** | | | | | **32,038.00** |
| 6981166 (This Invoice) | 03/09/23 | 29,300.00 | | | 29,300.00 |
| **Total Due This Matter** | | | | | **$61,338.00** |

PROFESSIONAL FEES RENDERED:

| DATE | TIMEKEEPER | HOURS | AMOUNT | NARRATIVE |
|---|---|---:|---:|---|
| 02/06/23 | J. Goldfarb | 0.10 | 110.50 | Draft and send e-mail to C. Matheson regarding OSC hearing preparation |

To ensure proper credit to your account,
please include remittance with your payment.

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000001
DWT Attorney: James Goldfarb



Invoice # 6981166
Page **2** of **6**

| Date | Timekeeper | Hours | Amount | Narrative |
|------|-----------|-------|--------|-----------|
| 02/06/23 | J. Goldfarb | 2.20 | 2,431.00 | Prepare proposed budgets, per A. Calamari |
| 02/06/23 | M. Haggerty | 0.20 | 158.00 | Draft emails to J. Goldfarb regarding budgets for Hunter and Oak to be delivered to Special Master |
| 02/06/23 | M. Haggerty | 0.90 | 711.00 | Review and revise budgets for Hunter and Oak actions |
| 02/07/23 | J. Goldfarb | 0.80 | 884.00 | Prepare litigation budget estimates, per A. Calamari |
| 02/07/23 | J. Goldfarb | 0.10 | 110.50 | Conference call with C. Matheson regarding litigation budget estimates |
| 02/07/23 | J. Goldfarb | 0.80 | 884.00 | Review, comment on ████████████ |
| 02/07/23 | J. Goldfarb | 0.30 | 331.50 | Conference call with S. DiCicco regarding ████████ |
| 02/08/23 | J. Goldfarb | 0.90 | 994.50 | Review plaintiff ██████████████ |
| 02/08/23 | J. Goldfarb | 0.70 | 773.50 | Draft and send e-mail regarding ████████████ |
| 02/08/23 | M. Haggerty | 0.20 | 158.00 | Draft update regarding docket development, briefing in Hunter-Rosenstein |
| 02/08/23 | S. Walton | 0.10 | 45.50 | Review upcoming deadlines in action |
| 02/08/23 | S. Walton | 0.30 | 136.50 | Review and organize court documents to file |
| 02/09/23 | J. Goldfarb | 0.80 | 884.00 | Draft and send e-mail to K. Whetstone regarding ████████ |
| 02/09/23 | S. Walton | 0.10 | 45.50 | Review and organize court documents to file |
| 02/09/23 | S. Walton | 0.20 | 91.00 | Review and organize court documents to file |
| 02/14/23 | J. Goldfarb | 0.10 | 110.50 | Prepare for conference call with S. DiCicco regarding ████ |
| 02/14/23 | J. Goldfarb | 0.80 | 884.00 | Conference call with S. DiCicco regarding ████████ |
| 02/15/23 | J. Goldfarb | 0.50 | 552.50 | Conference call with S. DiCicco regarding ████████████ |
| 02/15/23 | J. Goldfarb | 0.20 | 221.00 | Review Trust letter regarding challenge to court-ordered stay |
| 02/15/23 | J. Goldfarb | 1.20 | 1,326.00 | Draft and send e-mail to C. Matheson regarding ████ |
| 02/15/23 | J. Goldfarb | 1.40 | 1,547.00 | Draft and send e-mail to S. DiCicco regarding ████████ |
| 02/15/23 | J. Goldfarb | 0.50 | 552.50 | Conference call with C. Matheson regarding ████████████ |
| 02/15/23 | M. Haggerty | 0.30 | 237.00 | Review filing in SEC case against Fund and draft email summary to J. Goldfarb, C. Matheson |
| 02/15/23 | C. Matheson | 0.50 | 540.00 | Telephone conference with J. Goldfarb regarding ████████████ |
| 02/17/23 | C. Matheson | 0.30 | 324.00 | Review opt-out plaintiffs' letter to Judge Castel regarding motion to intervene |
| 02/17/23 | S. Walton | 0.20 | 91.00 | Docket review for complaint in Rowan v. US Bancorp, case of interest |



Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000001
DWT Attorney: James Goldfarb

Invoice # 6981166
Page **3** of **6**

| Date | Timekeeper | Hours | Amount | Narrative |
|---|---|---|---|---|
| 02/20/23 | J. Goldfarb | 1.00 | 1,105.00 | Review S. DiCicco e-mail regarding ▮▮▮ and draft and send e-mail to C. Matheson regarding ▮▮▮ |
| 02/20/23 | J. Goldfarb | 2.10 | 2,320.50 | Draft and send e-mail to client regarding ▮▮▮ |
| 02/21/23 | J. Goldfarb | 1.30 | 1,436.50 | Conference call with S. DiCicco, C. Matheson regarding ▮▮▮ |
| 02/21/23 | J. Goldfarb | 0.30 | 331.50 | Conference call with C. Matheson regarding ▮▮▮ |
| 02/21/23 | C. Matheson | 0.80 | 864.00 | Research federal district court's power to enjoin litigation |
| 02/21/23 | C. Matheson | 0.30 | 324.00 | Review and analyze ▮▮▮ |
| 02/21/23 | C. Matheson | 0.70 | 756.00 | Research ▮▮▮ |
| 02/21/23 | C. Matheson | 1.30 | 1,404.00 | Telephone conference with S. DiCicco and J. Goldfarb regarding ▮▮▮ |
| 02/21/23 | C. Matheson | 0.30 | 324.00 | Telephone conference with J. Goldfarb regarding ▮▮▮ |
| 02/22/23 | J. Goldfarb | 0.20 | 221.00 | Conference call with ▮▮▮ and draft and send e-mail to C. Matheson regarding same |
| 02/23/23 | J. Goldfarb | 1.00 | 1,105.00 | Prepare talking points for client Zoom regarding ▮▮▮ |
| 02/23/23 | J. Goldfarb | 0.60 | 663.00 | Zoom with K. Whetstone, C. Matheson, M. Haggerty regarding ▮▮▮ |
| 02/23/23 | M. Haggerty | 0.60 | 474.00 | Zoom with K. Whetstone, C. Matheson, J. Goldfarb regarding ▮▮▮ |
| 02/23/23 | M. Haggerty | 0.90 | 711.00 | Review derivative action complaint against US Bank, the Trust and draft summary to J. Goldfarb, C. Matheson |
| 02/23/23 | C. Matheson | 0.60 | 648.00 | Conference with client regarding ▮▮▮ |
| 02/23/23 | S. Walton | 0.10 | 45.50 | File C. Matheson notice of appearance |
| 02/24/23 | C. Matheson | 0.30 | 324.00 | Review ▮▮▮ |
| 02/26/23 | J. Goldfarb | 0.10 | 110.50 | Draft and send e-mail to K. Whetstone regarding ▮▮▮ |
| 02/27/23 | C. Matheson | 0.30 | 324.00 | Review order granting motion for discovery from US Bank |
| 02/28/23 | J. Goldfarb | 0.20 | 221.00 | Review discovery application order and draft and send e-mail to C. Matheson regarding same |
| 02/28/23 | M. Haggerty | 0.20 | 158.00 | Review docket entry in DE Chancery Court case (Rowan) |
| 02/28/23 | M. Haggerty | 0.10 | 79.00 | Draft email to J. Goldfarb, C. Matheson regarding motion to dismiss briefing in Rowan |
| 02/28/23 | C. Matheson | 0.20 | 216.00 | Telephone conference with S. DiCicco regarding ▮▮▮ |
| **TOTAL** | | **28.20** | **$29,300.00** | |

Client Name: Foreside Financial Group, LLC, as Owner
Firm Matter Number: 0120158.000001
DWT Attorney: James Goldfarb



Invoice # 6981166
Page **4** of **6**

| TIMEKEEPER SUMMARY | | | |
|---|---|---|---|
| **Timekeeper** | **Hours** | **Rate** | **Amount** |
| **PARTNER** | | | |
| Goldfarb, J. | 18.20 | $1,105.00 | $20,111.00 |
| **Total for Partner** | **18.20** | | **$20,111.00** |
| **ASSOCIATE** | | | |
| Haggerty, M. | 3.40 | $790.00 | $2,686.00 |
| **Total for Associate** | **3.40** | | **$2,686.00** |
| **OF COUNSEL** | | | |
| Matheson, C. | 5.60 | $1,080.00 | $6,048.00 |
| **Total for Of Counsel** | **5.60** | | **$6,048.00** |
| **PARALEGAL** | | | |
| Walton, S. | 1.00 | $455.00 | $455.00 |
| **Total for Paralegal** | **1.00** | | **$455.00** |
| **TOTAL** | **28.20** | | **$29,300.00** |

| **TOTAL AMOUNT DUE THIS INVOICE** | **$        29,300.00** |
|---|---|



REMITTANCE

Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

Foreside Financial Group, LLC, as Owner of Quasar Distributors, LLC                    March 9, 2023
Kelly Whetstone                                                                        Invoice #6981166
ACA Group
3 Canal Plaza, Suite 100
Portland, ME 04101

**Matter Name**: Hunter-Rosenstein
**Firm Matter Number**: 0120158.000001
**DWT Attorney**: James Goldfarb (███████████████)

### Invoice for Fees and Costs

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE THIS INVOICE** | $ | 29,300.00 |
| **PRIOR OUTSTANDING BALANCE** | $ | 32,038.00 |
| **TOTAL AMOUNT DUE** | $ | 61,338.00 |



PAYMENT
INSTRUCTIONS

**Payment by Check**

Please include this remittance or print the Invoice Number (6981166) in the check memo. Mail to:
Davis Wright Tremaine LLP
PO Box 7410478
Chicago IL 60674-0478

**Payment by Bank Wire or ACH**

Invoices may be paid by Bank Wire or ACH (Automated Clearing House).
Information is provided below for both transaction types.
Please reference your Invoice Number, DWT Account Number or the name of your Attorney.

**Payment Notification**

Please email dwtachpayment@dwt.com to supply payment details.
Each Invoice Number along with a corresponding payment
amount will insure proper application to your account.
DWT Contact:
Daniel Kagan (206) 757-8750



**Reference Information**

Firm Matter Number:                                   0120158.000001
DWT Attorney:                                          James Goldfarb