# **APPENDIX C**

# CORNERSTONE RESEARCH

699 Boylston Street
Boston, MA 02116
Tel 617 927 3000
Fax 617 927 3100
www.cornerstone.com

March 14, 2023

Christopher E. Kashmerick
President
Trust for Advised Portfolios
c/o U.S. Bancorp Fund Services, LLC
777 East Wisconsin Avenue, 10th Floor
Milwaukee, WI  53202

> Re:   Infinity Q Diversified Alpha Fund Investigation

Dear Mr. Kashmerick:

Attached is our invoice number 103401 for professional fees and expenses incurred through February 2023 in connection with the above matter.  Time details are included for the individuals involved.

Please let me know if you have any questions.

Sincerely,

*[signature]*

Narayanan Subramanian
Vice President

Enclosures

CC:    Susan F. DiCicco, Esq.
       Morgan, Lewis & Bockius LLP
       101 Park Avenue
       New York, NY  10178

Boston
Chicago
London
Los Angeles
New York
San Francisco
Silicon Valley
Washington, DC

# CORNERSTONE RESEARCH

March 14, 2023
Invoice #103401
Acct #32646

699 Boylston Street
Boston, MA 02116
Tel  617 927 3000
Fax  617 927 3100
www.cornerstone.com

Tax I.D. #94-3092543

Christopher E. Kashmerick
President
Trust for Advised Portfolios
c/o U.S. Bancorp Fund Services, LLC
777 East Wisconsin Avenue, 10th Floor
Milwaukee, WI 53202

Re:   Infinity Q Diversified Alpha Fund Investigation

## INVOICE

*February 2023*

| | |
|---|---:|
| Total Professional Fees | $ 27,093.00 |
| Total Expenses | $ 0.00 |
| **Total Professional Fees and Expenses** | **$ 27,093.00** |

**DUE AND PAYABLE UPON RECEIPT.**

If you have any questions about this invoice, please email invoiceinquiries@cornerstone.com

PLEASE REMIT TO:

*Wire/ACH Information*

| Bank of America, N. A. | Beneficiary:  Cornerstone Research Inc. | Wire Routing Number:  026009593 |
| | Account Number: 1416115161 | ACH Routing Number:  121000358 |
| | Please include Invoice numbers | SWIFT/BIC:  BOFAUS3N |

Or
MAKE CHECK PAYABLE TO: **Cornerstone Research, Inc.**

AND SEND TO:
Cornerstone Research Lockbox
P.O. Box 745900
Los Angeles, CA 90074-5900

Boston
Chicago
London
Los Angeles
New York
San Francisco
Silicon Valley
Washington, DC

# CORNERSTONE RESEARCH

March 14, 2023  
Invoice #103401  
Acct #32646

699 Boylston Street  
Boston, MA 02116  
Tel  617 927 3000  
Fax  617 927 3100  
www.cornerstone.com

Tax I.D. #94-3092543

Christopher E. Kashmerick  
President  
Trust for Advised Portfolios  
c/o U.S. Bancorp Fund Services, LLC  
777 East Wisconsin Avenue, 10th Floor  
Milwaukee, WI  53202

**Re:   Infinity Q Diversified Alpha Fund Investigation**

### Invoices with Outstanding Balance

| Invoice No. | Invoice Date | Days Outstanding | Invoice Amount | Payment Received | Balance Outstanding |
|---|---|---|---|---|---|
| 102327 | 01/10/2023 | 63 | $8,632.00 | $0.00 | $8,632.00 |
| 102826 | 02/13/2023 | 29 | $59,861.00 | $0.00 | $59,861.00 |
| **Total:** | | | **$ 68,493.00** | **$ 0.00** | **$ 68,493.00** |

**DUE AND PAYABLE UPON RECEIPT.**  
PLEASE REMIT TO:

*Wire/ACH Information*

Bank of America, N. A.  
Beneficiary:  Cornerstone Research Inc.  
Account Number: 1416115161  
Please include Invoice numbers  

Wire Routing Number:  026009593  
ACH Routing Number:  121000358  
SWIFT/BIC:  BOFAUS3N

Or  
MAKE CHECK PAYABLE TO: **Cornerstone Research, Inc.**

AND SEND TO:  
Cornerstone Research Lockbox  
P.O. Box 745900  
Los Angeles, CA 90074-5900

**Boston**  
**Chicago**  
**London**  
**Los Angeles**  
**New York**  
**San Francisco**  
**Silicon Valley**  
**Washington, DC**

# CORNERSTONE RESEARCH

March 14, 2023
Invoice #103401
Acct #32646

## SUMMARY OF PROFESSIONAL FEES

February 2023

| Name | Hours | Rate | Fees |
|---|---:|---:|---:|
| Paulus, Ellen C. | 1.50 | $ 865.00 | $ 1,297.50 |
| Maeland, Odd-Jorgen | 6.10 | $ 680.00 | $ 4,148.00 |
| Baral, Chirayu B. | 17.90 | $ 490.00 | $ 8,771.00 |
| Velicu, Maria | 28.30 | $ 455.00 | $ 12,876.50 |
| **Total Professional Fees** | | | **$ 27,093.00** |

## SUMMARY OF EXPENSES

February 2023

| | |
|---|---:|
| **Total Expenses** | **$ 0.00** |

**CORNERSTONE RESEARCH**

*Time Detail*

*Paulus, Ellen C.*
*Re: Infinity Q Diversified Alpha Fund Investigation*

| Date | Activity | Hours |
|---|---|---|
| 02/02/23 | Reviewed analyses of share purchases by dollar amount or shares. | 0.50 |
| 02/13/23 | Reviewed draft exhibits and correspondence with counsel. | 1.00 |
| | **Total:** | **1.50** |

**CORNERSTONE RESEARCH**

*Time Detail*

*Maeland, Odd-Jorgen*
*Re: Infinity Q Diversified Alpha Fund Investigation*

| Date | Activity | Hours |
|---|---|---|
| 02/02/23 | Worked on analysis of share purchases. | 0.60 |
| 02/03/23 | Worked on analysis of share purchases. | 1.10 |
| 02/06/23 | Worked on purchase volume analyses. | 1.30 |
| 02/08/23 | Worked on exhibits. | 1.20 |
| 02/09/23 | Worked on purchase volume analysis. | 0.70 |
| 02/10/23 | Worked on analysis of purchases. | 0.40 |
| 02/13/23 | Worked on purchase volume analyses. | 0.80 |
| | **Total:** | **6.10** |

*Time Detail*

*Baral, Chirayu B.*
*Re: Infinity Q Diversified Alpha Fund Investigation*

| Date | Activity | Hours |
|---|---|---|
| 02/03/23 | Analyzed dollar amount and round share purchases in intermediary data. | 4.50 |
| 02/07/23 | Analyzed purchases in underlying trading data. | 2.60 |
| 02/08/23 | Analyzed purchases in underlying trading data. | 3.00 |
| 02/09/23 | Analyzed purchases in underlying trading data. | 0.50 |
| 02/10/23 | Analyzed purchases ■■■■■■■■■■■■■■■■■■■■■■■■. | 1.90 |
| 02/13/23 | Prepared charts for purchases ■■■■■■■■■■■■■■■■ | 5.40 |
| | **Total:** | **17.90** |

CORNERSTONE RESEARCH

*Time Detail*

*Velicu, Maria*
*Re: Infinity Q Diversified Alpha Fund Investigation*

| Date | Activity | Hours |
|---|---|---|
| 02/02/23 | Analyzed share transaction amounts. | 4.80 |
| 02/03/23 | Analyzed share transactions and summarized findings. | 5.50 |
| 02/06/23 | Addressed follow-ups to charts of purchases. | 2.50 |
| 02/08/23 | Created charts of purchases for accounts that sold/held shares. | 6.20 |
| 02/10/23 | Estimated 2020 purchase volume. Analyzed purchase ████████████ ████████████████ | 5.60 |
| 02/13/23 | Created purchase volume charts ████████████████████ | 3.70 |
| | **Total:** | **28.30** |