UNITED STATES DITRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
                                                 :
SECURITIES AND EXCHANGE                          :
COMMISSION,                                       :
                            *Plaintiff*,          :
                                                 :
                 v.                              :           22 Civ. 9608 (PKC)
                                                 :
INFINITY Q DIVERSIFIED ALPHA FUND,               :
                                                 :
                            *Defendant*.          :
                                                 :
--------------------------------------------------------------x

## NOTICE OF APPLICATION OF SPECIAL MASTER AND SPECIAL LITIGATION COMMITTEE AND THEIR COUNSEL FOR INTERIM ALLOWANCE OF COMPENSATION

The Special Master and the Special Litigation Committee ("SLC") of the Trust for Advised Portfolios ("TAP"), and their counsel Finn Dixon & Herling LLP ("FDH"), respectfully submit this notice of application for interim allowance of compensation pursuant to paragraph 27(A) of the Court's Amended Consented To Order Appointing Special Master and Imposing Litigation Injunction dated March 10, 2023 (ECF 38) (the "Amended Order").  In accordance with the Amended Order, this Notice of Application has been served upon the U.S. Securities and Exchange Commission and counsel for TAP, each of which has fourteen (14) days to file an objection in accordance with paragraph 27(B) of the Amended Order.  Absent objection, the Special Master shall make payments to the applicants in accordance with paragraph 27(B).

1.  Annexed hereto as **Exhibit A** is the invoice of the Special Master for services performed during the period March 1, 2023 through March 31, 2023 in the amount of $10,764.00.

2. Annexed hereto as **Exhibit B** are invoices of SLC members Andrew M. Calamari and John C. Siciliano for services performed during the period March 1, 2023 through March 31, 2023 in the amounts of $10,028.00 and $12,336.00, respectively.

3. Annexed hereto as **Exhibit C** is the invoice for services rendered by FDH to the SLC during the period March 1, 2023 through March 31, 2023 (including costs and disbursements) in the amount of $124,080.30.

4. Annexed hereto as **Exhibit D** is the invoice for services rendered by FDH to the Special Master during the period March 1, 2023 through March 31, 2023 in the amount of $8,794.50.

Dated:  Stamford, Connecticut                       Respectfully submitted,
     April 21, 2023

/s/ Daniel S. Noble
Daniel S. Noble
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT  06901-2704
Tel:  (203) 325-5000
Email: dnoble@fdh.com