# EXHIBIT A



SIX LANDMARK SQUARE, STAMFORD, CT 06901-2704
T: 203.325.5000 | F: 203.325.5001
www.FDH.com

Infinity Q Special Master

April 11, 2023
Matter #: 63010.001

### SUMMARY OF INVOICE # 171005

For Services Rendered through March 31, 2023
As Special Master

| | |
|---|---|
| Fees for Services as Special Master | $10,764.00 |
| **TOTAL DUE WITH THIS INVOICE** | **$10,764.00** |

### Wire Transfer and ACH Instructions

Infinity Q Special Master  Invoice # 171005
,  April 11, 2023
  Page 2

For Services Rendered Through March 31, 2023  Matter #: 63010.001

## FEE DETAILS

| Date | TKPR | Description | Hrs | Fees |
|---|---|---|---|---|
| 03/01/23 | AMC | Review proposed revised order and call with Neal regarding same. | 0.30 | 276.00 |
| 03/02/23 | AMC | Call with Neal (.1); call with Quasar's counsel (.4). | 0.50 | 460.00 |
| 03/14/23 | AMC | Work on independent directors' indemnity. | 0.50 | 460.00 |
| 03/16/23 | AMC | Revise expense letter for court. | 1.00 | 920.00 |
| 03/17/23 | AMC | Review advancement research and correspond with Quasar's counsel (.2); call with S DeCicco regarding insurance (.3); work through independent directors' insurance issue (4). | 4.50 | 4,140.00 |
| 03/20/23 | AMC | Revise letter to court regarding expenses. | 0.70 | 644.00 |
| 03/22/23 | AMC | Call with Neal regarding fees letter (.2); call with Cabin (.1); confer with Cathy regarding exhibits (.1); revise letter (.5). | 0.90 | 828.00 |
| 03/24/23 | AMC | Call with M. Cabin (.6); call with Dan (.2). | 0.80 | 736.00 |
| 03/27/23 | AMC | Review outstanding invoices for February and correspond with Russell. | 0.50 | 460.00 |
| 03/28/23 | AMC | Prepare stipulation (1); call with M Cabin (.2); revise fee letter (.2). | 1.40 | 1,288.00 |
| 03/29/23 | AMC | Finalize stipulation and fee letter. | 0.50 | 460.00 |
| 03/30/23 | AMC | Finalize stip. | 0.10 | 92.00 |

**TOTAL FEES**  $10,764.00

