# EXHIBIT B



Six Landmark Square, Stamford, CT 06901-2704
T: 203.325.5000 | F: 203.325.5001
www.FDH.com

Infinity Q Diversified Alpha Fund
Attn: Mr. Russell Simon, Principal Financial Officer
Trust for Advised Portfolios c/o U.S. Bank Global Fund Servi
2020 E. Financial Way Ste 100
Glendora, CA  91741

April 11, 2023
Matter #:  62727.001

### SUMMARY OF INVOICE # 171008

For Services Rendered through March 31, 2023
In connection with Independent Trustee

| | |
|---|---|
| Fees for Trustee Services | $10,028.00 |
| **TOTAL DUE WITH THIS INVOICE** | **$10,028.00** |

### Wire Transfer and ACH Instructions

Infinity Q Diversified Alpha Fund  
Attn: Mr. Russell Simon, Principal Financial Officer  
Trust for Advised Portfolios c/o U.S. Bank Global Fund Servi  
2020 E. Financial Way Ste 100  
Glendora, CA  91741

Invoice # 171008  
April 11, 2023  
Page 2

For Services Rendered Through March 31, 2023                              Matter #: 62727.001

## FEE DETAILS

| Date | TKPR | Description | Hrs | Fees |
|---|---|---|---|---|
| 03/02/23 | AMC | Call with Josh regarding Lindell proffer. | 0.10 | 92.00 |
| 03/03/23 | AMC | Review proof outline. | 0.30 | 276.00 |
| 03/06/23 | AMC | Call with SEC (.5); call with expert (1); call with John S (.3); review draft revised order and discuss with SEC (.3). | 2.10 | 1,932.00 |
| 03/07/23 | AMC | Team call (.7); call with John S (.1). | 0.80 | 736.00 |
| 03/10/23 | AMC | Attend Resnick interview (1.3); call with John S (.2). | 1.50 | 1,380.00 |
| 03/14/23 | AMC | Team meeting. | 0.30 | 276.00 |
| 03/15/23 | AMC | Call with Susan DeCicco. | 0.10 | 92.00 |
| 03/16/23 | AMC | Witness interview (1.7); call with John S (.1); Board call (.2). | 2.00 | 1,840.00 |
| 03/17/23 | AMC | Review M/D derivative case. | 0.50 | 460.00 |
| 03/20/23 | AMC | Review Dechert memo regarding valuation. | 0.50 | 460.00 |
| 03/21/23 | AMC | Team meeting. | 0.50 | 460.00 |
| 03/28/23 | AMC | Team meeting. | 0.30 | 276.00 |
| 03/29/23 | AMC | Call with potential expert. | 0.40 | 368.00 |
| 03/30/23 | AMC | Call with potential expert. | 1.00 | 920.00 |
| 03/31/23 | AMC | Call with John and Dan. | 0.50 | 460.00 |

**TOTAL FEES**                                                                                                        **$10,028.00**



## John C. Siciliano
## Avondale Strategies, LLC

## Invoice as of March 31, 2023

Infinity Q Diversified Alpha Fund
Attn: Mr. Russell Simon, Principal Financial Officer
Trust for Advised Portfolios c/o U.S. Bank Global Fund Services
2020 E. Financial Way Ste 100
Glendora, CA 91741

| Date | Activity | Time |
|---|---|---|
| March 6 | Potential expert witness interview | 60 minutes |
|  | Conversation with Andrew Calamari | 15 minutes |
| March 7 | Weekly team call | 45 minutes |
| March 9-10 | SEC memo review; various emails and calls | 70 minutes |
| March 10 | Resnick interview | 75 minutes |
|  | Conversation with Andrew Calamari | 10 minutes |
| March 14 | Weekly team call | 25 minutes |
|  | Review of IQ portfolio | 15 minutes |
| March 16 | GFS interview | 105 minutes |
|  | Conversation with Andrew Calamari | 15 minutes |
|  | Outreach to potential expert witness | 25 minutes |
|  | Review of materials re. derivative suit | 30 minutes |
| March 18-20 | Read download of training materials | 90 minutes |
| March 18-20 | Read derivative suit filing | 50 minutes |
| March 21 | Weekly team call | 30 minutes |
|  | Outreach on potential expert witnesses | 20 minutes |
| March 23 | Interview potential expert witness | 25 minutes |
| March 27 | Review draft letter to SDNY re. restitution | 30 minutes |
| March 28 | Weekly team call | 15 minutes |
|  | Review of Velassaris plea withdrawal | 10 minutes |
| March 29 | Potential expert witness interview | 25 minutes |
|  | Review of Special Master letter to Court | 15 minutes |
|  | Review draft letter to SDNY (marked to show changes) | 20 minutes |
| March 30 | Potential expert witness interview | 60 minutes |
|  | Review of AUSA letter | 10 minutes |
|  | Review of pre-Rule 2A-5 memo | 10 minutes |
| March 31, 2023 | Expert witness discussion | 25 minutes |

**TOTAL MINUTES:**     925 minutes or 15.42 hours

| | |
|---|---|
| **TOTAL TIME AT $800 PER HR** | **$ 12,336.00** |
| **TOTAL MARCH BILL** | **$ 12,336.00** |

Please remit by wire/ACH (no checks please) to: