# EXHIBIT C



Six Landmark Square, Stamford, CT 06901-2704
T: 203.325.5000 | F: 203.325.5001
www.FDH.com

Special Litigation Committee for the Boa
Trust for Advised Portfolios c/o US Bank Global Fund Service
2020 E. Financial Way
Ste 100
Glendora, CA  91741

April 19, 2023
Matter #:  62772.001

**SUMMARY OF INVOICE # 171280**

For Services Rendered through March 31, 2023
In connection with FDH Representation

| | |
|---|---:|
| Fees for Legal Services | $121,397.50 |
| Costs and Disbursements | 2,682.80 |
| **TOTAL DUE WITH THIS INVOICE** | **$124,080.30** |

**Wire Transfer and ACH Instructions**

Special Litigation Committee for the Boa  　　　　　　　　　　　　　　Invoice # 171280
Trust for Advised Portfolios c/o US Bank Global Fund Service   　　　April 19, 2023
2020 E. Financial Way   　　　　　　　　　　　　　　　　　　　　　　　　Page 2
Ste 100
Glendora, CA  91741

For Services Rendered Through March 31, 2023   　　　　　　　　　　Matter #: 62772.001

## **FEE DETAILS**

| Date | TKPR | Description | Hrs | Fees |
|---|---|---|---|---|
| 03/01/23 | BMA | Review and revise order of proof. | 1.90 | 1,178.00 |
| 03/01/23 | DSN | Review resume of potential expert | 0.20 | 165.00 |
| 03/01/23 | DSN | Correspondence with John Siciliano, Andrew Calamari, and potential expert witness | 0.10 | 82.50 |
| 03/01/23 | DSN | Correspondence with Benjamin Arrow | 0.10 | 82.50 |
| 03/01/23 | EAM | Document review | 0.40 | 222.00 |
| 03/02/23 | BMA | Draft order of proof. | 5.80 | 3,596.00 |
| 03/02/23 | MBD | Draft motion to dismiss | 0.30 | 184.50 |
| 03/03/23 | BMA | Discuss revision strategy for order of proof with A. Calamari and D. Noble (0.2). Revise order of proof (0.1). Revise order of proof per A. Calamari and D. Noble (1.0). | 1.30 | 806.00 |
| 03/03/23 | DSN | Correspondence with Benjamin Arrow, Andrew Calamari | 0.40 | 330.00 |
| 03/03/23 | DSN | Correspondence with Matt Danzer regarding Rowan case | 0.20 | 165.00 |
| 03/03/23 | DSN | Review legal research by Matt Danzer | 0.20 | 165.00 |
| 03/03/23 | DSN | Review and revise Order of Proof | 1.00 | 825.00 |
| 03/03/23 | MBD | Draft motion to dismiss | 4.80 | 2,952.00 |
| 03/04/23 | BMA | Review and revise order of proof per D. Noble and A. Calamari (0.3). | 0.30 | 186.00 |
| 03/04/23 | DSN | Correspondence with Benjamin Arrow, Andrew Calamari | 0.20 | 165.00 |
| 03/05/23 | BMA | Revise draft order of proof. | 3.40 | 2,108.00 |
| 03/05/23 | DSN | Correspondence with Benjamin Arrow | 0.10 | 82.50 |
| 03/05/23 | DSN | Review and revise Order of Proof | 1.50 | 1,237.50 |
| 03/05/23 | DSN | Correspondence with Andrew Calamari, Benjamin Arrow | 0.50 | 412.50 |
| 03/06/23 | BMA | Review and revise Order of Proof (2.8). Attention to tolling agreements (0.2). | 3.00 | 1,860.00 |
| 03/06/23 | DSN | Call with A. Calamari | 0.50 | 412.50 |
| 03/06/23 | DSN | Zoom with A. Calamari, J. Siciliano, and potential expert witness | 1.00 | 825.00 |
| 03/06/23 | DSN | Draft notes re: Call with A. Calamari | 0.30 | 247.50 |
| 03/06/23 | DSN | Correspondence with Benjamin Arrow | 0.10 | 82.50 |
| 03/06/23 | DSN | Correspondence with Benjamin Arrow, Andrew Calamari | 0.50 | 412.50 |
| 03/06/23 | DSN | Correspondence with Andrew Calamari | 0.20 | 165.00 |
| 03/06/23 | DSN | Review and revise Order of Proof | 0.30 | 247.50 |
| 03/06/23 | EAM | Document review | 2.70 | 1,498.50 |
| 03/07/23 | BMA | Prep for weekly team meeting (0.2). Team Meeting with SLC (0.8). Call with D. Noble re: research strategy, order of proof, interview outlines for Scott Resnick and GFS organizational representative (0.6). Supplemental document review in preparation for drafting interview outline for Scott Resnick (2.8). Email K. Sweeney re: interview of GFS organizational representative (0.1). | 4.50 | 2,790.00 |
| 03/07/23 | DSN | Correspondence with Andrew Calamari, John Siciliano | 0.10 | 82.50 |
| 03/07/23 | DSN | Team Meeting with SLC | 0.80 | 660.00 |
| 03/07/23 | DSN | Draft notes re: IQ Team Meeting with SLC | 0.50 | 412.50 |
| 03/07/23 | DSN | Review and revise Order of Proof | 1.20 | 990.00 |
| 03/07/23 | DSN | Review legal research memo by E. Meagher | 0.20 | 165.00 |
| 03/07/23 | DSN | Correspondence with Benjamin Arrow | 0.30 | 247.50 |
| 03/07/23 | DSN | Call with B. Arrow | 0.70 | 577.50 |
| 03/07/23 | EAM | Team Meeting with SLC. | 0.80 | 444.00 |
| 03/07/23 | EAM | Confer with B. Arrow | 0.10 | 55.50 |
| 03/07/23 | KP | Team meeting with SLC. | 0.80 | 444.00 |
| 03/07/23 | KVS | Coordinate forthcoming interview of the GFS organizational representative. | 0.10 | 45.00 |
| 03/07/23 | KVS | Team Meeting with SLC | 0.80 | 360.00 |
| 03/07/23 | MBD | Draft motion to dismiss | 3.30 | 2,029.50 |



Special Litigation Committee for the Boa  
Trust for Advised Portfolios c/o US Bank Global Fund Service  
2020 E. Financial Way  
Ste 100  
Glendora, CA  91741  

Invoice # 171280  
April 19, 2023  
Page 3  

For Services Rendered Through March 31, 2023                             Matter #: 62772.001

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 03/08/23 | BMA | Draft interview outline of Scott Resnick (3.2). Attention to legal research regarding fair valuation before adoption of Rule 2a-5 and fact research regarding IQDNX portfolio (0.3). Review and revise draft evidentiary memo (0.5). Communications with A. Calamari, D. Noble, and J. Siciliano re: revisions strategy for evidentiary memo (0.5). Review and review and revise draft outline for interview of Scott Resnick (0.4). Attention to factual and legal research (0.6). | 5.50 | 3,410.00 |
| 03/08/23 | DSN | Review interview outline for S. Resnick | 1.00 | 825.00 |
| 03/08/23 | DSN | Correspondence with Matthew B. Danzer regarding Rowan MTD | 0.20 | 165.00 |
| 03/08/23 | DSN | Attention to correspondence with B. Arrow and K. Sweeney re: legal research | 0.20 | 165.00 |
| 03/08/23 | DSN | Correspondence with Benjamin Arrow | 0.30 | 247.50 |
| 03/08/23 | DSN | Correspondence with Benjamin Arrow, Andrew Calamari, John Siciliano | 0.30 | 247.50 |
| 03/08/23 | DSN | Attention to correspondence with plaintiff's counsel in Rowan case | 0.20 | 165.00 |
| 03/08/23 | KVS | Review communication regarding new fact research assignment. | 0.20 | 90.00 |
| 03/08/23 | KVS | Review communications regarding forthcoming interview schedule. | 0.10 | 45.00 |
| 03/08/23 | MBD | Draft motion to dismiss | 4.90 | 3,013.50 |
| 03/09/23 | BMA | Correspondence with Daniel Noble regarding SLC interview of Scott Resnick (0.1). | 0.10 | 62.00 |
| 03/09/23 | CAS | Email new Velissaris' filings to D. Noble and A. Calamari; Obtain Infinity SEC filings for K. Sweeney | 1.50 | 495.00 |
| 03/09/23 | DSN | Correspondence with Catherine Sommer, Andrew Calamari regarding Velissaris sentencing | 0.10 | 82.50 |
| 03/09/23 | DSN | Draft letter to SDNY AUSAs re: Velissaris restitution | 2.50 | 2,062.50 |
| 03/09/23 | DSN | Correspondence with Benjamin Arrow, Andrew Calamari | 0.20 | 165.00 |
| 03/09/23 | DSN | Correspondence with Benjamin Arrow regarding witness interview outline | 0.10 | 82.50 |
| 03/09/23 | DSN | Correspondence with Matthew B. Danzer re: Rowan case | 0.10 | 82.50 |
| 03/09/23 | KVS | Research re: Fund's historical holdings. | 0.50 | 225.00 |
| 03/09/23 | KVS | Research re: Fund's historical holdings. | 1.70 | 765.00 |
| 03/09/23 | KVS | Research re: Fund's historical holdings. | 1.10 | 495.00 |
| 03/09/23 | KVS | Research re: Fund's historical holdings. | 0.70 | 315.00 |
| 03/09/23 | MBD | Draft motion to dismiss | 5.20 | 3,198.00 |
| 03/10/23 | BMA | Review outline and prep for interview of Scott Resnick (0.2). Conference with regarding Infinity Q - SLC Interview of S. Resnick (1.3). Call with K. Sweeney re: fact research concerning illiquid securities in Fund portfolio (0.3). Document review re: illiquid securities in Fund portfolio (0.5). Email A. Calamari re: evidentiary memo and proposed interview topics for Scott Lindell (0.2). | 2.50 | 1,550.00 |
| 03/10/23 | CAS | Research for K. Sweeney on SEC filings; Email new Velissaris deadlines to D. Noble; obtain reports for K. Sweeney from Board Books | 1.80 | 594.00 |
| 03/10/23 | DSN | Interview of Scott Resnick | 1.50 | 1,237.50 |
| 03/10/23 | DSN | Draft letter to AUSAs re: Velissaris restitution | 1.50 | 1,237.50 |
| 03/10/23 | DSN | Correspondence with Andrew Calamari, Benjamin Arrow | 0.10 | 82.50 |
| 03/10/23 | DSN | Correspondence with Benjamin Arrow regarding witness interview oultline | 0.10 | 82.50 |
| 03/10/23 | EAM | Attend virtual interview of S. Resnick | 1.30 | 721.50 |
| 03/10/23 | KVS | Research re: Fund's historical holdings. | 0.60 | 270.00 |
| 03/10/23 | KVS | Conference with Team regarding research. | 0.30 | 135.00 |
| 03/10/23 | KVS | Research re: Fund's historical holdings. | 0.20 | 90.00 |
| 03/10/23 | KVS | Research re: Fund's historical holdings. | 0.70 | 315.00 |
| 03/10/23 | KVS | Compile and analyze data regarding Fund's historical holdings. | 2.00 | 900.00 |
| 03/10/23 | MBD | Draft motion to dismiss | 4.60 | 2,829.00 |
| 03/13/23 | BMA | Review notes of discussion of legal research strategy with D. Noble in preparation for call with E. Meagher (0.1). Discuss legal research with E. Meagher (0.1). Review notes of interviews of R. Simon, S. Jensen, and C. Kashmerick in preparation for drafting interview outline for M. | 1.60 | 992.00 |



Special Litigation Committee for the Boa  
Trust for Advised Portfolios c/o US Bank Global Fund Service  
2020 E. Financial Way  
Ste 100  
Glendora, CA  91741  

Invoice # 171280  
April 19, 2023  
Page 4  

For Services Rendered Through March 31, 2023                                              Matter #: 62772.001

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| | | Barolsky (1.4). | | |
| 03/13/23 | DSN | Review Draft Opening Brief ISO MTD Amended Complaint in Rowan | 0.50 | 412.50 |
| 03/13/23 | EAM | Call with B. Arrow | 0.10 | 55.50 |
| 03/13/23 | EAM | Finalize S. Resnick interview notes | 1.30 | 721.50 |
| 03/13/23 | MBD | Conduct legal research | 5.20 | 3,198.00 |
| 03/14/23 | BMA | Review chart of IQDNX portfolio securities prepared by K. Sweeney and circulate to team (0.2). Team meeting with SLC (0.4). Email D. Noble re: outstanding interview requests to GFS (0.2). Draft interview outline for Michael Barolsky (2.3). | 3.10 | 1,922.00 |
| 03/14/23 | DSN | Review GFS documents re: Rule 2a-5 | 0.30 | 247.50 |
| 03/14/23 | DSN | Review factual research by K. Sweeney | 0.20 | 165.00 |
| 03/14/23 | DSN | Correspondence with Benjamin Arrow | 0.10 | 82.50 |
| 03/14/23 | DSN | Team Meeting with SLC | 0.40 | 330.00 |
| 03/14/23 | DSN | Correspondence with A. Calamari, J. Siciliano re: potential expert witnesses | 0.30 | 247.50 |
| 03/14/23 | DSN | Correspondence with Andrew Calamari, John Siciliano, Benjamin Arrow | 0.10 | 82.50 |
| 03/14/23 | DSN | Conduct factual and legal research and draft letter to SDNY re: Velissaris restitution request | 4.50 | 3,712.50 |
| 03/14/23 | EAM | Team meeting with SLC. | 0.40 | 222.00 |
| 03/14/23 | EAM | Email correspondence with D. Noble, A. Calamari, J. Siciliano and B. Arrow | 0.10 | 55.50 |
| 03/14/23 | EAM | Legal research | 1.90 | 1,054.50 |
| 03/14/23 | KP | Team meeting with SLC. | 0.40 | 222.00 |
| 03/14/23 | MBD | Team meeting with SLC | 0.40 | 246.00 |
| 03/15/23 | BMA | Review and revise outline of SLC interview of Michael Barolsky (0.7). Communications with A. Calamari, D. Noble, K. Sweeney, and C. Sommer re: Barolsky interview (0.2). | 0.90 | 558.00 |
| 03/15/23 | DSN | Correspondence with Andrew Calamari, John Siciliano, Kurt Heyman regarding Rowan MTD Draft | 0.10 | 82.50 |
| 03/15/23 | DSN | Review and revise Interview Outline for Michael Barolsky | 0.80 | 660.00 |
| 03/15/23 | DSN | Correspondence with B. Arrow re: interview outline for Michael Barolsky | 0.20 | 165.00 |
| 03/15/23 | DSN | Correspondence with Matthew B. Danzer regarding Rowan MTD | 0.50 | 412.50 |
| 03/15/23 | DSN | Correspondence with K. Sweeney | 0.10 | 82.50 |
| 03/15/23 | DSN | Review and revise draft Opening Brief ISO MTD Amended Complaint in Rowan case | 2.50 | 2,062.50 |
| 03/15/23 | EAM | Legal research | 2.80 | 1,554.00 |
| 03/15/23 | KVS | Coordinate forthcoming interview of Michael Barolsky. | 0.10 | 45.00 |
| 03/15/23 | MBD | Draft motion to dismiss and communicate with DN regarding the same | 3.10 | 1,906.50 |
| 03/16/23 | BMA | Prep for interview of M. Barolsky (0.7). Interview of GFS Organizational Representative (1.7). Follow-up discussion with D. Noble (0.2). Discuss risk-level chart for IQDNX securities with K. Sweeney (0.1). Review research memo prepared by E. Meagher, and draft email discussing revision strategy (0.7). Email D. Noble, A. Calamari, and J. Siciliano re: SOC 1 reports (0.7). | 4.00 | 2,480.00 |
| 03/16/23 | CAS | Prepare documents for US Bancorp Interview for Ben Arrow | 0.40 | 132.00 |
| 03/16/23 | CAS | Cite check Rowan Motion to Dismiss Amended Complaint; emails with M. Danzer re: same | 1.80 | 594.00 |
| 03/16/23 | DSN | Correspondence with Benjamin Arrow, Kevin V. Sweeney regarding Barolsky interview | 0.10 | 82.50 |
| 03/16/23 | DSN | Correspondence with Matthew B. Danzer regarding Rowan MTD | 0.10 | 82.50 |
| 03/16/23 | DSN | Meet with B. Arrow and K. Sweeney | 0.20 | 165.00 |
| 03/16/23 | DSN | Call with A. Beaumont & K. Heyman | 0.30 | 247.50 |
| 03/16/23 | DSN | Correspondence with Matthew B. Danzer, Gillian Andrews, Denise Andrews, Kurt Heyman, Andrew Calamari, John Siciliano regarding Rowan MTD Draft | 0.10 | 82.50 |
| 03/16/23 | DSN | Correspondence with Benjamin Arrow regarding GFS internal controls reports | 0.10 | 82.50 |



| | | | | |
|---|---|---|---|---|
| Special Litigation Committee for the Boa Trust for Advised Portfolios c/o US Bank Global Fund Service 2020 E. Financial Way Ste 100 Glendora, CA  91741 | | | Invoice # 171280 April 19, 2023 Page 5 | |
| For Services Rendered Through March 31, 2023 | | | Matter #: 62772.001 | |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 03/16/23 | DSN | Correspondence with Kurt Heyman, Andrew Calamari, John Siciliano re: Bloomberg counsel | 0.10 | 82.50 |
| 03/16/23 | DSN | Interview of M. Barolski | 1.70 | 1,402.50 |
| 03/16/23 | DSN | Review and revise Current Draft, Rowan-Opening Brief ISO MTD Amended Complaint | 2.00 | 1,650.00 |
| 03/16/23 | DSN | Correspondence with Kurt Heyman, Anne Beaumont | 0.10 | 82.50 |
| 03/16/23 | EAM | Legal research | 4.50 | 2,497.50 |
| 03/16/23 | KVS | Attend and prepare notes on interview of Michael Barolsky. | 2.10 | 945.00 |
| 03/16/23 | MBD | Revise draft motion to dismiss and conduct legal research for the same | 5.20 | 3,198.00 |
| 03/17/23 | BMA | Correspondence with Daniel Noble, Andrew Calamari, John Siciliano | 0.20 | 124.00 |
| 03/17/23 | DSN | Review and revise draft brief ISO MTD in Rowan case | 0.50 | 412.50 |
| 03/17/23 | DSN | Correspondence with Benjamin Arrow regarding GFS internal controls reports | 0.10 | 82.50 |
| 03/17/23 | DSN | Correspondence with Matthew B. Danzer, Gillian Andrews, Kurt Heyman regarding Rowan MTD Draft | 0.50 | 412.50 |
| 03/17/23 | EAM | Review edits to legal research memo and revise same | 0.50 | 277.50 |
| 03/17/23 | MBD | Revise draft motion to dismiss and communicate with team regarding the same | 4.30 | 2,644.50 |
| 03/19/23 | DSN | Correspondence with Matthew B. Danzer regarding Rowan MTD | 0.10 | 82.50 |
| 03/19/23 | DSN | Legal research for opening brief ISO Rowan MTD | 0.50 | 412.50 |
| 03/19/23 | DSN | Review and revise Current Draft, Rowan-Opening Brief ISO MTD Amended Complaint | 3.00 | 2,475.00 |
| 03/20/23 | BMA | Assist M. Danzer and C. Sommer with finalizing MTD in Rowan derivative action. | 0.70 | 434.00 |
| 03/20/23 | CAS | Emails with M. Danzer re: Rowan Motion to Dismiss and additional cite check for same;; obtain and assemble exhibits for Motion to Dismiss and cite check same ; revise and finalize motion and exhibits to be filed; emails with Gillian Andrews (Local counsel) re: same | 3.00 | 990.00 |
| 03/20/23 | DSN | Correspondence with Matthew B. Danzer regarding Rowan MTD Brief | 0.10 | 82.50 |
| 03/20/23 | DSN | Correspondence with Matthew Danzer, Gillian Andrews, Denise Andrews, Kurt Heyman, Catherine Sommer regarding Rowan MTD Brief | 0.50 | 412.50 |
| 03/20/23 | DSN | Review and revise Current Draft Rowan-Opening Brief ISO MTD Amended Complaint | 0.50 | 412.50 |
| 03/20/23 | DSN | Correspondence with John Siciliano, Benjamin Arrow, Andrew Calamari | 0.20 | 165.00 |
| 03/20/23 | MBD | Finalize motion to dismiss | 4.00 | 2,460.00 |
| 03/21/23 | BMA | Team meeting with SLC (0.4). Discussion with A. Calamari, D. Noble, and J. Siciliano re: expert (0.3). | 0.70 | 434.00 |
| 03/21/23 | CAS | Obtain Westlaw documents for Ben Arrow | 0.50 | 165.00 |
| 03/21/23 | DSN | Meet with J. Siciliano & A. Calamari re: Potential Experts | 0.20 | 165.00 |
| 03/21/23 | DSN | FDH Team Meeting with SLC | 0.40 | 330.00 |
| 03/21/23 | KVS | Team meeting with SLC | 0.40 | 180.00 |
| 03/21/23 | MBD | Team meeting with SLC | 0.40 | 246.00 |
| 03/22/23 | CAS | Download filed copies of Motion to Dismiss and exhibits from G. Andrews | 0.20 | 66.00 |
| 03/22/23 | DSN | Correspondence with John Siciliano, Andrew Calamari regarding potential expert and review resume of same | 0.30 | 247.50 |
| 03/22/23 | KVS | Finalize notes on interview of Michael Barolsky. | 0.50 | 225.00 |
| 03/23/23 | BMA | Correspondence with Daniel Noble regarding SLC Follow-up | 0.10 | 62.00 |
| 03/23/23 | DSN | Correspondence with Cimino, Thomas P., Nichols, Joshua, Zubairi, Junaid A., Andrew Calamari, John Siciliano, Benjamin Arrow regarding SLC Follow-up | 0.10 | 82.50 |
| 03/24/23 | BMA | Correspondence with Daniel Noble, Kevin V. Sweeney regarding IQ - GFS Rep Interview | 0.30 | 186.00 |
| 03/24/23 | DSN | Correspondence with Andrew Calamari, Benjamin Arrow regarding Velissaris | 0.10 | 82.50 |
| 03/24/23 | DSN | Correspondence with Benjamin Arrow, Kevin Sweeney | 0.10 | 82.50 |
| 03/24/23 | DSN | Correspondence with Benjamin Arrow, John Siciliano, Andrew Calamari | 0.10 | 82.50 |



| | | | | |
|---|---|---|---|---|
| Special Litigation Committee for the Boa | | | | Invoice # 171280 |
| Trust for Advised Portfolios c/o US Bank Global Fund Service | | | | April 19, 2023 |
| 2020 E. Financial Way | | | | Page 6 |
| Ste 100 | | | | |
| Glendora, CA  91741 | | | | |

For Services Rendered Through March 31, 2023                                    Matter #: 62772.001

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/24/23 | DSN | Correspondence with John Siciliano | 0.20 | 165.00 |
| 03/24/23 | DSN | Draft letter to SDNY AUSAs re: Velissaris restitution for Fund and review underlying materials in support of same | 4.00 | 3,300.00 |
| 03/24/23 | KVS | Coordinate follow-up inquiry with GFS counsel. | 0.10 | 45.00 |
| 03/25/23 | DSN | Review Velissaris' Sentencing Memorandum and Memorandum of Law in Support of Motion to Withdraw Guilty Plea | 0.50 | 412.50 |
| 03/25/23 | DSN | Correspondence with Susan DiCicco, Andrew Calamari, | 0.20 | 165.00 |
| 03/27/23 | BMA | Review and revise draft letter to SDNY seeking restitution on behalf of the Fund (0.6). Communications with D. Noble, S. DeCecco, and D. Tehrani re: draft letter (0.2). Call Angela Wynn (0.1). | 0.90 | 558.00 |
| 03/27/23 | CAS | Email new Velissaris filings/documents to D. Noble | 0.40 | 132.00 |
| 03/27/23 | DSN | Correspondence with Andrew Calamari, Benjamin Arrow | 0.10 | 82.50 |
| 03/27/23 | DSN | Correspondence with Catherine Sommer regarding Order on Velissaris' Motion to Withdraw Plea of Guilty | 0.10 | 82.50 |
| 03/28/23 | BMA | Review and revise E. Meagher's draft memo re: Rule 2a-5 (0.3). Team meeting with SLC (0.4). | 0.50 | 310.00 |
| 03/28/23 | CAS | Email new Velissaris filings to D. Noble | 0.10 | 33.00 |
| 03/28/23 | DSN | Team meeting with SLC | 0.40 | 330.00 |
| 03/28/23 | DSN | Review documents filed in Velissaris criminal case | 0.10 | 82.50 |
| 03/28/23 | DSN | Correspondence with Andrew Calamari, John Siciliano, Benjamin Arrow, Matthew B. Danzer, Kelsey Powderly, Eilis Meagher, Kevin V. Sweeney regarding Velissaris criminal case | 0.10 | 82.50 |
| 03/28/23 | EAM | Draft legal research memo | 2.00 | 1,110.00 |
| 03/28/23 | KP | Team meeting with SLC. | 0.40 | 222.00 |
| 03/28/23 | KVS | Team meeting with SLC. | 0.40 | 180.00 |
| 03/28/23 | MBD | Attend team meeting and prepare for the same | 0.90 | 553.50 |
| 03/29/23 | CAS | Email new filings in Velissaris action to D. Noble and calendar deadlines for same | 0.10 | 33.00 |
| 03/29/23 | DSN | Correspondence with Benjamin Arrow regarding legal research | 0.10 | 82.50 |
| 03/29/23 | DSN | Call with Dan Tehrani re: application for restitution from Velissaris | 0.40 | 330.00 |
| 03/29/23 | DSN | Correspondence with Andrew Calamari, John Siciliano, and potential expert witness | 0.10 | 82.50 |
| 03/29/23 | DSN | Correspondence with Andrew Calamari, John Siciliano, Benjamin Arrow, Susan DiCicco, Dan Tehrani re: Draft Letter to SDNY re Velissaris Restitution | 0.40 | 330.00 |
| 03/29/23 | DSN | Correspondence with Andrew Calamari, John Siciliano, Benjamin Arrow, Matthew B. Danzer, Kelsey Powderly, Eilis Meagher, Kevin V. Sweeney, Catherine Sommer | 0.10 | 82.50 |
| 03/29/23 | DSN | Draft and revise Letter to SDNY re Velissaris Restitution | 1.50 | 1,237.50 |
| 03/29/23 | DSN | Zoom with potential expert witness and A. Calamari, J. Siciliano | 0.40 | 330.00 |
| 03/29/23 | DSN | Correspondence with Andrew Calamari, Russell Simon, and Chris Kashmerick re: application for restitution from Velissaris | 0.20 | 165.00 |
| 03/29/23 | MBD | Review court order | 0.20 | 123.00 |
| 03/30/23 | CAS | Email new Velassris filings to D. Noble | 0.10 | 33.00 |
| 03/30/23 | DSN | Review spreadsheet and invoices for RIIS, A&M, and Cornerstone for Velissaris restitution application | 0.40 | 330.00 |
| 03/30/23 | DSN | Review Cornerstone analysis of  Net Inflation Loss and Excess Management Fees for Velissaris restitution application | 0.50 | 412.50 |
| 03/30/23 | DSN | Zoom with SLC and potential expert witness and draft notes re: same | 0.60 | 495.00 |
| 03/30/23 | DSN | Correspondence with Andrew Calamari, John Siciliano re: potential expert witness | 0.20 | 165.00 |
| 03/30/23 | DSN | Draft and revise Letter to SDNY re Velissaris Restitution | 2.00 | 1,650.00 |
| 03/30/23 | DSN | Correspondence with Andrew Calamari, Susan DiCicco re: Letter to SDNY re Velissaris restitution | 0.30 | 247.50 |
| 03/30/23 | DSN | Correspondence with Chris Kashmerick, Andrew Calamari, Russell Simon  regarding application for restitution from Velissaris | 0.20 | 165.00 |
| 03/30/23 | DSN | Correspondence with Margaret Graham and counsel for James | 0.20 | 165.00 |



Special Litigation Committee for the Boa  
Trust for Advised Portfolios c/o US Bank Global Fund Service  
2020 E. Financial Way  
Ste 100  
Glendora, CA  91741  

Invoice # 171280  
April 19, 2023  
Page 7  

For Services Rendered Through March 31, 2023

Matter #: 62772.001

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | Velissaris re: Fund's restitution application | | |
| 03/31/23 | DSN | Zoom with A. Calamari and J. Siciliano | 0.30 | 247.50 |
| 03/31/23 | DSN | Correspondence with Margaret Graham re: Velissaris Restitution Application/Victim Impact Statement | 0.10 | 82.50 |
| 03/31/23 | DSN | Review Government's Sentencing Memorandum in US v. Velissaris | 0.40 | 330.00 |
| 03/31/23 | DSN | Correspondence with SLC re: Fund's application for restitution from Velissaris and Government's sentencing memo | 0.10 | 82.50 |
| 03/31/23 | DSN | Correspondence with Catherine Sommer regarding Velissaris criminal filings | 0.10 | 82.50 |

**TOTAL FEES**                                                    $121,397.50

### COSTS AND DISBURSEMENTS

| | |
|---|---|
| Vendor: Contact Discovery Services, LLC; Invoice#: 9784; Date: 12/31/2022 | 2,682.80 |
| **Total Costs and Disbursements** | **2,682.80** |

