# EXHIBIT D



SIX LANDMARK SQUARE, STAMFORD, CT 06901-2704
T: 203.325.5000 | F: 203.325.5001
www.FDH.com

Infinity Q Special Master

April 19, 2023
Matter #: 63010.001.001

### SUMMARY OF INVOICE # 171281

For Services Rendered through March 31, 2023
To Special Master

| | |
|---|---|
| Fees for Legal Services | $8,794.50 |
| **TOTAL DUE WITH THIS INVOICE** | **$8,794.50** |

### Wire Transfer and ACH Instructions

Infinity Q Special Master  
,  

Invoice # 171281  
April 19, 2023  
Page 2  

For Services Rendered Through March 31, 2023                         Matter #: 63010.001.001

### FEE DETAILS

| Date | TKPR | Description | Hrs | Fees |
|---|---|---|---|---|
| 03/01/23 | DSN | Correspondence with Andrew Calamari, Eilis Meagher | 0.10 | 82.50 |
| 03/04/23 | DSN | Review correspondence from S. DiCicco (0.2); Correspondence w. A. Calamari, E. Meagher, and C. Sommer re: same (0.1) | 0.30 | 247.50 |
| 03/06/23 | DSN | Attention to correspondence between SEC and counsel for opt out plaintiffs | 0.20 | 165.00 |
| 03/10/23 | CAS | Download new filings and documents and email same to A. Calamari and D. Noble | 0.20 | 66.00 |
| 03/13/23 | CAS | Review court order and calendar upcoming deadlines from same | 0.10 | 33.00 |
| 03/14/23 | DSN | Correspondence with Andrew Calamari re: fee applications | 0.20 | 165.00 |
| 03/14/23 | DSN | Review and revise Docket No. 38, Amended Special Master Order | 0.10 | 82.50 |
| 03/16/23 | CAS | Obtain and assemble to letter to be filed with the Court; emails with Dan Noble and A. Calamari re: same | 1.50 | 495.00 |
| 03/16/23 | DSN | Meet with A. Calamari | 0.20 | 165.00 |
| 03/16/23 | DSN | Correspondence with Catherine Sommer, Andrew Calamari regarding Letter to court re: outstanding fund obligations and review of underlying invoices | 0.50 | 412.50 |
| 03/17/23 | DSN | Correspondence with Andrew Calamari | 0.20 | 165.00 |
| 03/18/23 | DSN | Review and revise Special Master Letter to Court re: outstanding fund obligations and review underlying materials and calculations | 2.00 | 1,650.00 |
| 03/18/23 | DSN | Correspondence with Andrew Calamari | 0.20 | 165.00 |
| 03/20/23 | CAS | Finalize invoices and confirm information in letter to be filed with the Court; emails with A. Calamari re: same; finalize notice of application of special master for Dan Noble and assemble exhibits for same | 1.50 | 495.00 |
| 03/20/23 | DSN | Correspondence with James Goldfarb, James, Andrew Calamari, Susan DiCicco, Matthew Ladd, Russell Simon | 0.10 | 82.50 |
| 03/20/23 | DSN | Review and revise Special Master Letter to Court; Correspondence with Andrew Calamari regarding same | 0.30 | 247.50 |
| 03/21/23 | CAS | Assemble additional invoices for A. Calamari letter to court | 0.50 | 165.00 |
| 03/22/23 | CAS | FInalize and file notice of interim fee application with the Court; emails with D. Noble re: same | 0.30 | 99.00 |
| 03/22/23 | CAS | Revise, redact and finalize additional invoices for A. Calamari letter with the court | 2.50 | 825.00 |
| 03/24/23 | DSN | Call with A. Calamari | 0.20 | 165.00 |
| 03/24/23 | DSN | Correspondence with Andrew Calamari regarding Special Master | 0.20 | 165.00 |
| 03/27/23 | DSN | Correspondence with Andrew Calamari | 0.20 | 165.00 |
| 03/28/23 | DSN | Review and revise Special Master letter to Court re: outstanding obligations of Fund (0.4); Review and revise Stipulation and Proposed Order re: changes to distribution plan (0.3) | 0.70 | 577.50 |
| 03/28/23 | DSN | Correspondence with Andrew Calamari regarding Special Master | 0.10 | 82.50 |
| 03/28/23 | DSN | Review Amended Special Master Order | 0.10 | 82.50 |
| 03/29/23 | CAS | Review, finalize and file letter to SEC and exhibits with the Court; Confirm exhibits conformed with the letter; emails with A. Calamari re: same | 3.60 | 1,188.00 |
| 03/30/23 | CAS | Finalize and file Proposed Stipulation with the Court; emails with D. Noble and A. Calamari re: same | 0.20 | 66.00 |
| 03/30/23 | DSN | Review and revise Special Master Stipulation | 0.40 | 330.00 |
| 03/30/23 | DSN | Attention to correspondence with Andrew Calamari, Susan DiCicco, and Neal Jacobson regarding Special Master Stipulation | 0.10 | 82.50 |
| 03/30/23 | DSN | Correspondence with Catherine Sommer, Andrew Calamari regarding Special Master Stipulation | 0.10 | 82.50 |

**TOTAL FEES**                                                                                             **$8,794.50**

