# EXHIBIT A



SIX LANDMARK SQUARE, STAMFORD, CT 06901-2704
T: 203.325.5000 | F: 203.325.5001
www.FDH.com

Infinity Q Special Master

May 9, 2023
Matter #: 63010.001

### SUMMARY OF INVOICE # 171630

For Services Rendered through April 30, 2023 as Special Master

| | |
|---|---|
| Fees for Services as Special Master | $3,864.00 |
| **TOTAL DUE WITH THIS INVOICE** | **$3,864.00** |

### Wire Transfer and ACH Instructions

[redacted]

Page 1

Infinity Q Special Master  Invoice # 171630
,  May 9, 2023
  Page 2

For Services Rendered Through April 30, 2023  Matter #: 63010.001

**FEE DETAILS**

| Date | TKPR | Description | Hrs | Fees |
|---|---|---|---|---|
| 04/03/23 | AMC | Prepare Notice to pay expenses. | 1.00 | 920.00 |
| 04/04/23 | AMC | Meet with Dan regarding fee review. | 0.10 | 92.00 |
| 04/06/23 | AMC | Prepare notice filing regarding post-1/10 fees (.2); | 0.20 | 184.00 |
| 04/07/23 | AMC | Approve invoices. | 0.50 | 460.00 |
| 04/10/23 | AMC | Reconcile Duane Morris invoices. | 0.50 | 460.00 |
| 04/11/23 | AMC | Reconcile Duane Morris invoices. | 0.50 | 460.00 |
| 04/17/23 | AMC | Review invoices (1); call with Neal (.2). | 1.20 | 1,104.00 |
| 04/18/23 | AMC | Finalize Notice of Payment. | 0.20 | 184.00 |
| | | **TOTAL FEES** | | **$3,864.00** |

