# EXHIBIT B



SIX LANDMARK SQUARE, STAMFORD, CT 06901-2704
T: 203.325.5000 | F: 203.325.5001
www.FDH.com

Infinity Q Diversified Alpha Fund
Attn: Mr. Russell Simon, Principal Financial Officer
Trust for Advised Portfolios c/o U.S. Bank Global Fund Servi
2020 E. Financial Way Ste 100
Glendora, CA  91741

May 10, 2023
Matter #:  62727.001

### SUMMARY OF INVOICE # 171628

For Services Rendered through April 30, 2023
In connection with Independent Trustee

| | |
|---|---|
| Fees for Trustee Services | $8,464.00 |
| **TOTAL DUE WITH THIS INVOICE** | **$8,464.00** |

### Wire Transfer and ACH Instructions



Page 1

Infinity Q Diversified Alpha Fund
Attn: Mr. Russell Simon, Principal Financial Officer
Trust for Advised Portfolios c/o U.S. Bank Global Fund Servi
2020 E. Financial Way Ste 100
Glendora, CA  91741

Invoice # 171628
May 10, 2023
Page 2

For Services Rendered Through April 30, 2023

Matter #: 62727.001

## FEE DETAILS

| Date | TKPR | Description | Hrs | Fees |
|---|---|---|---|---|
| 04/04/23 | AMC | Team call (.3); meet with expert (.3); call with John (.1). | 0.70 | 644.00 |
| 04/06/23 | AMC | Call with Dan regarding expert. | 0.10 | 92.00 |
| 04/11/23 | AMC | Team meeting. | 0.40 | 368.00 |
| 04/14/23 | AMC | Calls with ▮ and John. | 0.40 | 368.00 |
| 04/17/23 | AMC | Revise expert agreement. | 0.30 | 276.00 |
| 04/18/23 | AMC | Team meeting (.5); revise consulting contract (.3). | 0.80 | 736.00 |
| 04/19/23 | AMC | Call with potential litigation counsel. | 0.40 | 368.00 |
| 04/20/23 | AMC | Call with ▮ Dan and John (1); attend Board meeting (.2). | 1.20 | 1,104.00 |
| 04/21/23 | AMC | Call with John (.2); Lindell proffer (1). | 1.20 | 1,104.00 |
| 04/26/23 | AMC | Review opp. to M/D. | 0.50 | 460.00 |
| 04/27/23 | AMC | Benjamin interview. | 3.00 | 2,760.00 |
| 04/28/23 | AMC | Call with John. | 0.20 | 184.00 |

**TOTAL FEES** $8,464.00



**John C. Siciliano**
**Avondale Strategies, LLC**

## Invoice as of April 30, 2023

Infinity Q Diversified Alpha Fund
Attn: Mr. Russell Simon, Principal Financial Officer
Trust for Advised Portfolios c/o U.S. Bank Global Fund Services
2020 E. Financial Way Ste 100
Glendora, CA 91741

| Date | Activity | Time |
|---|---|---|
| April 4 | Weekly team meeting | 30 minutes |
|  | Expert witness follow up | 30 minutes |
| April 6-7 | Various emails | 60 minutes |
| April 11 | Weekly team meeting | 30 minutes |
| April 14 | Expert witness follow up | 30 minutes |
| April 18 | Weekly team meeting | 30 minutes |
| April 20 | Expert witness follow up | 30 minutes |
|  | Calamari and Noble call | 30 minutes |
|  | TAP Board call | 15 minutes |
| April 21 | Lindell proffer | 80 minutes |
| April 22 | Review of Delaware filing | 20 minutes |
| April 23-24 | Expert witness materials; misc. emails; scheduling | 20 minutes |
| April 25 | Weekly team meeting | 25 minutes |
| April 26 | Benjamin prep: outline and documents review | 80 minutes |
|  | Benjamin interview | 185 minutes |
|  | Discussion with losing expert witness candidate | 10 minutes |
| April 28 | Discussion with Calamari | 10 minutes |
|  | Review of ▮▮▮ ▮▮▮ | 10 minutes |

|  |  |
|---|---|
| **TOTAL MINUTES:** | **725 minutes or 12.08 hours** |
| **TOTAL TIME AT $800 PER HR** | **$ 9,666.67** |
| **TOTAL APRIL BILL** | **$ 9,666.67** |

Please remit by wire/ACH (no checks please) to:

[redacted]