# EXHIBIT C



Six Landmark Square, Stamford, CT 06901-2704
T: 203.325.5000 | F: 203.325.5001
www.FDH.com

Special Litigation Committee for the Boa
Trust for Advised Portfolios c/o US Bank Global Fund Service
2020 E. Financial Way
Ste 100
Glendora, CA  91741

May 22, 2023
Matter #:  62772.001

### SUMMARY OF INVOICE # 171780

For Services Rendered through April 30, 2023
In connection with FDH Representation

| | |
|---|---|
| Fees for Legal Services | $69,115.50 |
| Costs and Disbursements | 4,362.24 |
| **TOTAL DUE WITH THIS INVOICE** | **$73,477.74** |

### Wire Transfer and ACH Instructions



Page 1

Special Litigation Committee for the Boa  
Trust for Advised Portfolios c/o US Bank Global Fund Service  
2020 E. Financial Way  
Ste 100  
Glendora, CA  91741

Invoice # 171780  
May 22, 2023  
Page 2

For Services Rendered Through April 30, 2023

Matter #: 62772.001

## FEE DETAILS

| Date | TKPR | Description | Hrs | Fees |
|---|---|---|---|---|
| 04/03/23 | DSN | Compile and review materials for Velissaris restitution request | 0.30 | 247.50 |
| 04/03/23 | DSN | Correspondence with Andrew Calamari, Chris Kashmerick, Russell Simon re: Restitution request for Velissaris | 0.30 | 247.50 |
| 04/03/23 | DSN | Correspondence with Susan DiCicco, Andrew Calamari, and Cornerstone Research re: Restitution request for Velisssaris | 0.10 | 82.50 |
| 04/04/23 | BMA | Weekly team meeting. | 0.30 | 186.00 |
| 04/04/23 | CAS | Email new Velissaris filings to D. Noble | 0.20 | 66.00 |
| 04/04/23 | DSN | Zoom with potential expert and SLC | 0.50 | 412.50 |
| 04/04/23 | DSN | Team meeting with SLC | 0.30 | 247.50 |
| 04/04/23 | DSN | Draft Notes on Call with SLC | 0.20 | 165.00 |
| 04/04/23 | DSN | Correspondence with Catherine Sommer regarding Velissaris | 0.20 | 165.00 |
| 04/04/23 | KP | Team meeting. | 0.30 | 166.50 |
| 04/04/23 | KVS | Attend weekly Team meeting. | 0.30 | 135.00 |
| 04/04/23 | MBD | Attend team meeting | 0.30 | 184.50 |
| 04/06/23 | CAS | Email new Velissaris filings to D. Noble; obtain and assemble sentencing documents for D. Noble | 0.60 | 198.00 |
| 04/06/23 | DSN | Correspondence with Andrew Calamari regarding Infinity Q | 0.10 | 82.50 |
| 04/06/23 | DSN | Review invoices and draft supplemental letter to AUSA M. Graham re: Fund restitution from Velissaris (0.5); Call with Cornerstone Research re: calculations underlying Fund restitution request for Velissaris (0.5); Prepare for Velissaris sentencing (0.5) | 1.50 | 1,237.50 |
| 04/06/23 | DSN | Correspondence with Kevin Sweeney | 0.10 | 82.50 |
| 04/06/23 | DSN | Correspondence with AUSA Graham and Velissaris' counsel re: SLC supplemental request for restitution | 0.20 | 165.00 |
| 04/06/23 | DSN | Correspondence with ▮▮▮▮▮ | 0.20 | 165.00 |
| 04/06/23 | DSN | Correspondence with Nichols, Joshua, Zubairi, Junaid A., Benjamin Arrow, Cimino, Thomas P. regarding SLC Follow-up | 0.10 | 82.50 |
| 04/06/23 | DSN | Correspondence with Paulus, Ellen, DiCicco, Susan F., Subramanian, Narayanan, Maeland, Odd re: Call with Cornerstone | 0.10 | 82.50 |
| 04/06/23 | DSN | Correspondence with DiCicco, Susan | 0.20 | 165.00 |
| 04/06/23 | DSN | Correspondence with Catherine Sommer regarding Velissaris | 0.10 | 82.50 |
| 04/06/23 | DSN | Call with A. Calamari | 0.30 | 247.50 |
| 04/07/23 | DSN | Attend Velissaris hearing on motion to withdraw plea and sentencing | 2.30 | 1,897.50 |
| 04/07/23 | DSN | Correspondence with Andrew Calamari, John Siciliano, Matthew B. Danzer, Kelsey Powderly, Eilis Meagher, Kevin V. Sweeney, Benjamin Arrow, DiCicco, Susan F., Tehrani, Daniel B., Catherine Sommer regarding Velissaris | 0.40 | 330.00 |
| 04/10/23 | DSN | Correspondence with Andrew Calamari | 0.20 | 165.00 |
| 04/11/23 | BMA | Weekly team meeting. | 0.50 | 310.00 |
| 04/11/23 | CAS | Email new Velissaris filings to D. Noble | 0.10 | 33.00 |
| 04/11/23 | DSN | Correspondence with Andrew Calamari | 0.10 | 82.50 |
| 04/11/23 | DSN | Correspondence with Catherine Sommer regarding Velissaris | 0.10 | 82.50 |
| 04/11/23 | DSN | FDH Team Meeting with SLC | 0.50 | 412.50 |
| 04/11/23 | DSN | Correspondence with Zubairi, Junaid A., Cimino, Thomas P., Nichols, Joshua regarding SLC Follow-up | 0.10 | 82.50 |
| 04/11/23 | EAM | Video conference with FDH team and J. Siciliano | 0.50 | 277.50 |
| 04/11/23 | KP | Team meeting.  Review ▮▮▮▮ documents. | 1.10 | 610.50 |
| 04/11/23 | KVS | Attend weekly Team meeting. | 0.50 | 225.00 |
| 04/11/23 | MBD | Attend team meeting | 0.50 | 307.50 |
| 04/12/23 | BMA | Correspondence with A. Calamari re: ▮▮▮▮▮▮▮▮. Review ▮▮▮▮▮▮▮▮ and draft email to A. Calamari discussing same. | 0.50 | 310.00 |



Page 2

| | | | | |
|---|---|---|---|---|
| | Special Litigation Committee for the Boa<br>Trust for Advised Portfolios c/o US Bank Global Fund Service<br>2020 E. Financial Way<br>Ste 100<br>Glendora, CA  91741 | | | Invoice # 171780<br>May 22, 2023<br>Page 3 |
| | For Services Rendered Through April 30, 2023 | | | Matter #: 62772.001 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/12/23 | DSN | Correspondence with John Siciliano | 0.10 | 82.50 |
| 04/12/23 | DSN | Correspondence with Andrew Calamari, John Siciliano, and potential expert witness | 0.10 | 82.50 |
| 04/13/23 | BMA | Correspondence with Dan Noble re: ▮ (0.2). Discuss drafting strategy for memo ▮ with K. Powderly (0.2). Review legal research re: ▮ (0.3). Email S. DiCicco of Morgan Lewis re: fees charged to TAP for work on INDXF (0.2). Call with D. Noble re: drafting strategy for memo to ▮ (0.2). Document review in support of drafting memo ▮ (0.2). Email K. Powderly re: drafting strategy for memo (0.1). | 1.40 | 868.00 |
| 04/13/23 | DSN | Correspondence with Benjamin Arrow regarding IQ | 0.10 | 82.50 |
| 04/13/23 | DSN | Correspondence with John Siciliano, Andrew Calamari regarding Lindell | 0.10 | 82.50 |
| 04/13/23 | KP | Meeting to discuss memo.  Review documents. | 0.70 | 388.50 |
| 04/14/23 | DSN | Zoom with SLC and potential expert | 0.40 | 330.00 |
| 04/17/23 | DSN | Review and revise Expert Consulting Agreement and correspondence with Andy Calamari and John Siciliano re: same | 0.50 | 412.50 |
| 04/17/23 | KP | Review materials. | 0.90 | 499.50 |
| 04/18/23 | BMA | Weekly team meeting (0.4). Attention to interview topics for S. Lindell (0.1). Team communications re: ▮ (0.1). Discuss drafting strategy for outline of B. Benjamin interview with D. Noble (0.2). | 0.80 | 496.00 |
| 04/18/23 | CAS | Emails with Ben Arrow re: weekly meeting and setup and documents for same | 0.20 | 66.00 |
| 04/18/23 | DSN | FDH Team Meeting with SLC | 0.50 | 412.50 |
| 04/18/23 | DSN | Call with Ben Arrow re: outline for interview of Becky Benjamin | 0.30 | 247.50 |
| 04/18/23 | DSN | Correspondence with Benjamin Arrow, Andy Calamari, John Siciliano | 0.60 | 495.00 |
| 04/18/23 | KP | Team meeting.  Review materials. | 2.80 | 1,554.00 |
| 04/18/23 | KVS | Attend weekly Team meeting. | 0.50 | 225.00 |
| 04/18/23 | MBD | Attend team meeting | 0.50 | 307.50 |
| 04/19/23 | DSN | Correspondence with Andrew Calamari, Benjamin Arrow | 0.10 | 82.50 |
| 04/19/23 | DSN | Correspondence with potential expert, John Siciliano, Andrew Calamari regarding Consulting Agreement | 0.20 | 165.00 |
| 04/19/23 | DSN | Correspondence with Andrew Calamari regarding SLC | 0.10 | 82.50 |
| 04/19/23 | DSN | Correspondence with Catherine Sommer | 0.10 | 82.50 |
| 04/19/23 | KP | Research claims. | 1.20 | 666.00 |
| 04/20/23 | BMA | Review and collect key documents for review. | 1.00 | 620.00 |
| 04/20/23 | CAS | Email documents to Ben Arrow | 0.10 | 33.00 |
| 04/20/23 | DSN | Review legal research | 0.50 | 412.50 |
| 04/20/23 | DSN | Zoom with SLC and potential witness (0.3); Zoom with SLC (0.2) | 0.50 | 412.50 |
| 04/20/23 | DSN | Correspondence with Andrew Calamari, DiCicco, Susan F. regarding Opt-outs | 0.10 | 82.50 |
| 04/20/23 | DSN | Draft chart of ▮ and correspondence with SLC re: same | 0.60 | 495.00 |
| 04/20/23 | DSN | Correspondence with Benjamin Arrow, Andrew Calamari, John Siciliano, Cathy Sommer | 0.30 | 247.50 |
| 04/21/23 | BMA | Attorney proffer from counsel for Scott Lindell (1.6). Follow-up discussion with D. Noble and K. Sweeney (0.4).  Review, edit, and condense notes of attorney proffer and circulate to team (1.2). | 3.20 | 1,984.00 |
| 04/21/23 | DSN | Prep for Lindell attorney proffer | 0.20 | 165.00 |
| 04/21/23 | DSN | Review Rowan opposition to SLC MTD | 0.50 | 412.50 |
| 04/21/23 | DSN | Lindell attorney proffer | 1.60 | 1,320.00 |
| 04/21/23 | DSN | Meet with B. Arrow and K. Sweeney | 0.40 | 330.00 |
| 04/21/23 | KP | Review ▮ materials.  Draft memo. | 4.60 | 2,553.00 |
| 04/21/23 | KVS | Attend and prepare notes on attorney proffer. | 1.70 | 765.00 |
| 04/21/23 | KVS | Conference with Team regarding attorney proffer. | 0.30 | 135.00 |
| 04/21/23 | MBD | Review opposition brief filed in Rowan derivative action. | 1.00 | 615.00 |



Special Litigation Committee for the Boa  
Trust for Advised Portfolios c/o US Bank Global Fund Service  
2020 E. Financial Way  
Ste 100  
Glendora, CA  91741  

Invoice # 171780  
May 22, 2023  
Page 4  

For Services Rendered Through April 30, 2023            Matter #: 62772.001

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/22/23 | BMA | Doc review in preparation for drafting outline of interview of R. Benjamin (2.8). | 2.80 | 1,736.00 |
| 04/23/23 | BMA | Draft outline for interview of Becky Benjamin. | 7.40 | 4,588.00 |
| 04/24/23 | BMA | Draft interview outline for Becky Benjamin (5.2). Discuss emails with K. Powderly (0.1). Team communications re: investigation plan (0.1). | 5.40 | 3,348.00 |
| 04/24/23 | DSN | Correspondence with counsel for Rowan and Benjamin Arrow, Matthew Danzer, Kurt Heyman regarding oral argument | 0.10 | 82.50 |
| 04/24/23 | DSN | Correspondence with Kelsey Powderly | 0.10 | 82.50 |
| 04/24/23 | DSN | Review [redacted] and correspondence with A. Calamari re: same. | 0.60 | 495.00 |
| 04/24/23 | DSN | Correspondence with Benjamin Arrow | 0.20 | 165.00 |
| 04/24/23 | KP | Review materials. Draft memo. | 4.10 | 2,275.50 |
| 04/24/23 | MBD | Review opposition brief | 1.10 | 676.50 |
| 04/25/23 | BMA | Review hot documents and draft email summary to team (1.1). Weekly team meeting (0.5). Revise interview outline for Becky Benjamin per D. Noble (0.6). Attention to interview prep for Becky Benjamin (0.3). | 2.50 | 1,550.00 |
| 04/25/23 | CAS | Obtain cases cited in Rowan opposition to motion to dismiss and email same to M. Danzer | 0.50 | 165.00 |
| 04/25/23 | CAS | Obtain and prepare documents for Becky Benjamin Interview for Ben Arrow | 0.50 | 165.00 |
| 04/25/23 | DSN | Review Plaintiff's opposition to SLC's MTD in Rowan | 0.80 | 660.00 |
| 04/25/23 | DSN | Review and revise Outline for SLC Interview of Becky Benjamin | 0.50 | 412.50 |
| 04/25/23 | DSN | Team meeting with SLC | 0.40 | 330.00 |
| 04/25/23 | DSN | Correspondence with Kurt Heyman regarding Todd Rowan v. Infinity Q Capital Management, LLC, | 0.10 | 82.50 |
| 04/25/23 | DSN | Correspondence with John Siciliano, Benjamin Arrow, Andrew Calamari | 0.20 | 165.00 |
| 04/25/23 | DSN | Correspondence with Benjamin Arrow regarding Becky Benjamin Interview Outline | 0.10 | 82.50 |
| 04/25/23 | DSN | Correspondence with Benjamin Arrow, Andrew Calamari, John Siciliano, Matthew B. Danzer, Kelsey Powderly, Eilis Meagher, Kevin V. Sweeney | 0.10 | 82.50 |
| 04/25/23 | EAM | Team meeting with FDH team and J. Siciliano | 0.50 | 277.50 |
| 04/25/23 | KP | Team meeting. Review [redacted] documents. | 3.80 | 2,109.00 |
| 04/25/23 | KVS | Review communications with Team regarding document review. | 0.60 | 270.00 |
| 04/25/23 | KVS | Attend weekly Team meeting. | 0.50 | 225.00 |
| 04/25/23 | KVS | Finalize notes on attorney proffer. | 2.00 | 900.00 |
| 04/25/23 | MBD | Review opposition brief and related materials | 5.50 | 3,382.50 |
| 04/26/23 | BMA | Revise outline of Becky Benjamin interview (1.5). Discuss interview strategy with J. Siciliano (0.3) | 1.80 | 1,116.00 |
| 04/26/23 | KP | Review audit committee materials. | 2.70 | 1,498.50 |
| 04/26/23 | KVS | Coordinate forthcoming interview with Team and counsel. | 0.10 | 45.00 |
| 04/27/23 | BMA | Prep for interview of Becky Benjamin (0.5). Interview of Becky Benjamin (3.1). | 3.60 | 2,232.00 |
| 04/27/23 | KP | Draft memo regarding [redacted]. Review [redacted] materials. | 3.80 | 2,109.00 |
| 04/27/23 | KVS | Attend and prepare notes on interview. | 3.20 | 1,440.00 |
| 04/27/23 | KVS | Finalize notes on interview. | 2.30 | 1,035.00 |
| 04/27/23 | KVS | Review interview outline and exhibits. | 1.00 | 450.00 |
| 04/27/23 | MBD | Conduct legal research | 0.50 | 307.50 |
| 04/28/23 | KP | Research claims. | 3.30 | 1,831.50 |
| 04/28/23 | MBD | Conduct legal research for reply brief in Rowan derivative action. | 7.20 | 4,428.00 |

**TOTAL FEES**                                          $69,115.50

### COSTS AND DISBURSEMENTS

Vendor: Contact Discovery Services, LLC;            2,221.12  
Invoice#: 10965; Date: 3/31/2023



| | |
|---|---|
| Special Litigation Committee for the Boa<br>Trust for Advised Portfolios c/o US Bank Global Fund Service<br>2020 E. Financial Way<br>Ste 100<br>Glendora, CA  91741 | Invoice # 171780<br>May 22, 2023<br>Page 5 |
| For Services Rendered Through April 30, 2023 | Matter #: 62772.001 |

| | |
|---|---|
| Relativity Users<br>Relativity Hosting<br>Project: Trust For Advised Portfolios Internal Inv<br>Vendor: Contact Discovery Services, LLC;<br>Invoice#: 11142; Date: 4/30/2023<br>Relativity Hosting<br>Trust For Advised Portfolios Internal Inv | 2,141.12 |
| **Total Costs and Disbursements** | **4,362.24** |

