# EXHIBIT D



SIX LANDMARK SQUARE, STAMFORD, CT 06901-2704
T: 203.325.5000 | F: 203.325.5001
www.FDH.com

Infinity Q Special Master
,

May 22, 2023
Matter #: 63010.001.001

### SUMMARY OF INVOICE # 171779

For Services Rendered through April 30, 2023 to Special Master

| | |
|---|---|
| Fees for Legal Services | $1,171.50 |
| **TOTAL DUE WITH THIS INVOICE** | **$1,171.50** |

**Wire Transfer and ACH Instructions**



Page 1

Infinity Q Special Master  
,  

Invoice # 171779  
May 22, 2023  
Page 2  

For Services Rendered Through April 30, 2023  Matter #: 63010.001.001

### FEE DETAILS

| Date | TKPR | Description | Hrs | Fees |
|---|---|---|---|---|
| 04/03/23 | DSN | Correspondence with Andrew Calamari | 0.10 | 82.50 |
| 04/03/23 | DSN | Review and revise Special Master Expense Notice | 0.30 | 247.50 |
| 04/05/23 | CAS | Download and email order on A. Calamari letter to A. Calamari and D. Noble | 0.10 | 33.00 |
| 04/06/23 | CAS | Assemble exhibits for A. Calamari for Professional Payment notice to be filed; emails with A. Calamari re: same | 0.50 | 165.00 |
| 04/07/23 | CAS | Revise invoices to be attached to Professional Payment Notice; emails with A. Calamari re: same | 0.20 | 66.00 |
| 04/11/23 | CAS | Organize and assemble invoices for letter to be filed with the Court | 0.20 | 66.00 |
| 04/17/23 | CAS | Revise appendix documents for filing with Professional Payment notice; emails with A. Calamari re: same | 0.60 | 198.00 |
| 04/18/23 | CAS | Finalize Professional Payment Notice and exhibits to same and file same with the Court; emails with A. Calamari re: same | 0.50 | 165.00 |
| 04/18/23 | DSN | Review Docket No. 44 Professional Payment Notice | 0.10 | 82.50 |
| 04/21/23 | CAS | Email Special Master docket to A. Calamari | 0.20 | 66.00 |

**TOTAL FEES** $1,171.50

