UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
SECURITIES AND EXCHANGE                                      :
COMMISSION,                                                  :
                              *Plaintiff*,            :
                                                             :
                v.                                         :   22 Civ. 9608 (PKC)
                                                             :
INFINITY Q DIVERSIFIED ALPHA FUND,                           :
                                                             :
                             *Defendant.*           :
                                                             :
-------------------------------------------------------------x

## [PROPOSED] ORDER APPROVING FIRST AND SECOND INTERIM FEE APPLICATIONS

**WHEREAS**, the U.S. Securities and Exchange Commission filed this action on November 10, 2022 against defendant Infinity Q Diversified Alpha Fund (the "Fund"), a series portfolio of the Trust for Advised Portfolios;

**WHEREAS**, the Court appointed Andrew M. Calamari to serve as Special Master by Order dated January 10, 2023, as amended on March 10, 2023, to oversee the distribution of the Fund's assets to shareholders;

**WHEREAS**, on July 7, 2023, a First Interim Fee Application was filed for the period January 10, 2023 through March 31, 2023, seeking approval for the Special Master to pay 50% of the unpaid invoiced fees balance of $82,121.70 for that period, *i.e.*, a payment of $41,060.85;

**WHEREAS**, on July 18, 2023, the Special Master filed his First Quarterly Status Report, which set forth the status of the case as of June 30, 2023;

**WHEREAS**, on October 17, 2023, the Special Master filed his Second Quarterly Status Report, which set forth the status of the case as of September 30, 2023;

**WHEREAS**, on November 7, 2023, a Second Interim Fee Application was filed for the period April 1, 2023 through September 30, 2023, seeking approval for the Special Master to pay 50% of the unpaid invoiced fees balance of $117,346.01 for that period, *i.e.*, a payment of $58,673.00; and

**WHEREAS**, more than 14 days have passed since the filing of the First Interim Fee Application and the Second Interim Fee Application and no objection to either application has been filed or otherwise received by the Special Master;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUGED AND DECREED THAT:**

The First Interim Fee Application [ECF 50-1] and the Second Interim Fee Application [ECF 66-1] are **APPROVED**.

**SO ORDERED:**

Dated: New York, New York
\_\_\_11-30\_\_\_, 2023

HON. P. KEVIN CASTEL
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
SECURITIES AND EXCHANGE                                          :
COMMISSION,                                                      :
                                    Plaintiff,                   :
                                                                 :
            v.                                                   :   22 Civ. 9608 (PKC)
                                                                 :
INFINITY Q DIVERSIFIED ALPHA FUND,                               :
                                                                 :
                                    Defendant.                   :
                                                                 :
-----------------------------------------------------------------x

### [PROPOSED] ORDER APPROVING SPECIAL MASTER'S PLAN FOR DISTRIBUTION OF FUND's 2023 NET INCOME

**WHEREAS**, the Securities and Exchange Commission (the "Commission") filed this action on November 10, 2022 against defendant Infinity Q Diversified Alpha Fund (the "Fund"), a series portfolio of the Trust for Advised Portfolios (the "Trust");

**WHEREAS**, the Court appointed Andrew M. Calamari to serve as Special Master by Order dated January 10, 2023, as amended on March 10, 2023, to oversee the distribution of the Fund's assets to shareholders;

**WHEREAS**, as of September 30, 2023, the Fund has received or accrued net income from investment of the Fund's assets in the amount of $18,700,719.40, and is expected to have earned approximately $24 million in net income by December 31, 2023;

**WHEREAS**, the Fund is required for tax purposes to distribute any net income to shareholders on or before December 31, 2023;

**WHEREAS**, as set forth in the Special Master's application dated November 1, 2023, the Special Master has proposed to distribute all net income generated by the Fund in 2023 to shareholders on or before December 31, 2023 in accordance with the methodology contained in

the existing Plan of Distribution of Assets adopted by the Board of Trustees of the Trust on November 8, 2021, with certain offsets as described in the Shareholder Notice Regarding the Interim Distribution dated November 8, 2021 and Shareholder Notice Regarding the Second Interim Distribution dated April 15, 2022;

**WHEREAS**, the Commission and the Trust have no objection to the Special Master's proposed plan for the distribution of the Fund's 2023 net income; and

**WHEREAS**, more than 14 days have passed since the Special Master filed notice of his proposed plan for distribution of the Fund's 2023 net income on November 1, 2023 and no objection has been filed or otherwise received by the Special Master;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUGED AND DECREED THAT:**

The Special Master's proposed plan for distribution of the Fund's 2023 net income, as set forth in the Special Master's application dated November 1, 2023 [ECF 65-1] is **APPROVED**.

**SO ORDERED**

Dated: New York, New York
 11-30, 2023

HON. P. KEVIN CASTEL
United States District Judge