UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
     :
SECURITIES AND EXCHANGE     :
COMMISSION,     :
                          *Plaintiff*,  :
     :
            v.     :     22 Civ. 9608 (PKC)
     :
INFINITY Q DIVERSIFIED ALPHA FUND,  :
     :
                  *Defendant*.  :
     :
-----------------------------------------------------------x

## [~~PROPOSED~~] ORDER APPROVING THIRD INTERIM FEE APPLICATION

**WHEREAS**, the U.S. Securities and Exchange Commission filed this action on November 10, 2022 against defendant Infinity Q Diversified Alpha Fund (the "Fund"), a series portfolio of the Trust for Advised Portfolios;

**WHEREAS**, the Court appointed Andrew M. Calamari to serve as Special Master by Order dated January 10, 2023, as amended on March 10, 2023, to oversee the distribution of the Fund's assets to shareholders;

**WHEREAS**, on January 19, 2024, the Special Master filed his Third Quarterly Status Report, which set forth the status of the case as of December 31, 2023;

**WHEREAS**, on January 26, 2024, a Third Interim Fee Application was filed for the period October 1, 2023 through December 31, 2023, seeking approval for the Special Master to pay 50% of the unpaid invoiced fees balance of $36,577.70 for that period, *i.e.*, a payment of $18,288.85;

**WHEREAS**, more than 21 days have passed since the filing of the Third Interim Fee Application and no objection has been filed or received by the Special Master;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUGED AND DECREED THAT:

The Third Interim Fee Application [ECF 78-1] is approved and the Special Master is authorized to pay 50% of the unpaid invoiced fees balances, which totals $18,288.85.

SO ORDERED:

Dated: New York, New York
Feby 20, 2024

HON. P. KEVIN CASTEL
United States District Judge

2