# FINN DIXON & HERLING

SIX LANDMARK SQUARE, STAMFORD, CT 06901-2704
T: 203.325.5000 | F: 203.325.5001
www.fdh.com

Andrew M. Calamari
(203) 325-5057

March 7, 2024

By CM/ECF

The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *SEC v. Infinity Q Diversified Alpha Fund*, 22 Civ. 9608 (PKC)

Dear Judge Castel:

By order dated January 10, 2023, as amended on March 10, 2023 (the "Order"), Your Honor appointed me to serve as Special Master to oversee and manage the Special Reserve established by defendant Infinity Q Diversified Alpha Fund (the "Fund"). Paragraphs 2(F) and 25 of the Order authorize the Special Master to "[e]ngage and employ persons, including, without limitation, accountants and attorneys, to assist in the carrying out of the Special Master's duties and responsibilities," provided that the Special Master "first obtain[] an Order of the Court authorizing such engagement."

I hereby write to obtain the Court's authorization to retain my former law partner, Daniel S. Noble, Esq., who recently left Finn Dixon & Herling LLP to join Krieger Lewin LLP as a partner. As the Court is aware, Mr. Noble has served as counsel to me since Your Honor appointed me to serve as Special Master. Mr. Noble also continues to serve as counsel for the Special Litigation Committee of the Board of Trustees of the Trust for Advised Portfolios.

Accordingly, I respectfully request that the Court enter an order authorizing the Special Master to retain Daniel S. Noble of the law firm, Krieger Lewin LLP, to serve as counsel to the Special Master.

Respectfully submitted,

_____
Andrew M. Calamari
Special Master

cc: Susan DiCicco, Esq. (by email)
Ivan Harris, Esq. (by email)
Neal Jacobson, Esq. (by email)
Daniel S. Noble, Esq. (by email)