UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
SECURITIES AND EXCHANGE :
COMMISSION, :
                            *Plaintiff*, :
:
            v.                          :      22 Civ. 9608 (PKC)
:
INFINITY Q DIVERSIFIED ALPHA FUND, :
:
                           *Defendant.* :
:
-------------------------------------------------------------x

## [PROPOSED] ORDER APPROVING FOURTH INTERIM FEE APPLICATION

**WHEREAS**, the U.S. Securities and Exchange Commission filed this action on November 10, 2022 against defendant Infinity Q Diversified Alpha Fund (the "Fund"), a series portfolio of the Trust for Advised Portfolios;

**WHEREAS**, the Court appointed Andrew M. Calamari to serve as Special Master by Order dated January 10, 2023, as amended on March 10, 2023, to oversee the distribution of the Fund's assets to shareholders;

**WHEREAS**, on April 17, 2024, the Special Master filed his Fourth Quarterly Status Report, which set forth the status of the case as of March 31, 2024;

**WHEREAS**, on May 8, 2024, a Fourth Interim Fee Application was filed for the period January 1, 2024 through March 31, 2024, seeking approval for the Special Master to pay 50% of the unpaid invoiced fees balance of $33,523.06 for that period, *i.e.*, a payment of $16,761.53;

**WHEREAS**, more than 21 days have passed since the filing of the Fourth Interim Fee Application and no objection has been filed or received by the Special Master;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUGED AND DECREED

**THAT:**

The Fourth Interim Fee Application [ECF 94-1] is approved and the Special Master is authorized to pay 50% of the unpaid invoiced fees balances as set forth in those applications, *which Total $16,761.53.*

**SO ORDERED:**

Dated: New York, New York, *6-17-2024*

HON. P. KEVIN CASTEL
United States District Judge

# KRIEGER LEWIN LLP

350 Fifth Avenue, 77th Floor
New York, NY 10118
Telephone: (212) 390-9550
www.KriegerLewin.com

Daniel S. Noble

Direct Dial: (212) 390-9555
Daniel.Noble@KriegerLewin.com

June 3, 2024

*[Handwritten note: The Court authorizes the Special Master to pay 50% of the unpaid]*

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *SEC v. Infinity Q Diversified Alpha Fund*, 22 Civ. 9608 (PKC)

Dear Judge Castel:

  This firm represents Andrew M. Calamari, the Court-appointed Special Master in the above-captioned case.

  We write respectfully to inform the Court that since Mr. Calamari filed the Fourth Interim Fee Application on May 8, 2024 (ECF 94), more than 21 days have passed and no objections had been filed or otherwise received by the Special Master.

  Accordingly, we respectfully request that the Court approve the pending application. For the Court' convenience, attached is a proposed order approving the Fourth Interim Fee Application.

             Respectfully submitted,
             KRIEGER LEWIN LLP

           By: /s/ Daniel S. Noble
             Daniel S. Noble
             *Counsel for Special Master*

cc: Neal Jacobsen, Esq. (by ECF and Email)
   *Counsel for U.S. Securities and Exchange Commission*

  Joseph Floren, Esq. (by ECF and Email)
   *Counsel for the Trust for Advised Portfolios*

Encl.