# KRIEGER LEWIN LLP

350 Fifth Avenue, 77th Floor  
New York, NY 10118  
Telephone: (212) 390-9550  
www.KriegerLewin.com

Daniel S. Noble  
Direct Dial: (212) 390-9555  
Daniel.Noble@KriegerLewin.com

October 28, 2024

**BY CM/ECF**
The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   *SEC v. Infinity Q Diversified Alpha Fund*, 22 Civ. 9608 (PKC)

Dear Judge Castel:

This firm represents Andrew M. Calamari, the Court-appointed Special Master in the above-captioned case.

With the consent of non-party EisnerAmper, LLP ("EisnerAmper"), the former auditor of the Infinity Q Diversified Alpha Fund and a defendant in the opt-out actions pending in New York State Supreme Court, we write in connection with the Special Master's pending application for a permanent litigation injunction. *See* ECF No. 107.

Should the Court grant the Special Master's application and issue the requested injunction, the Special Master and EisnerAmper respectfully request that the following proposed language be included in the Court's Order effectuating the injunction:

> For the avoidance of doubt, any affirmative defenses and counterclaims asserted by EisnerAmper LLP against the Trust for Advised Portfolios, on behalf of the Infinity Q Diversified Alpha Fund, in the action captioned *Trust for Advised Portfolios, on behalf of the Infinity Q Diversified Alpha Fund v. U.S. Bancorp Fund Services, LLC & EisnerAmper LLP*, Index No. 652179/2024 (N.Y. Sup. Ct., Comm'l Div.) (Crane, J.), are not stayed or enjoined by this Order, and nothing in this Order prohibits EisnerAmper from asserting any such affirmative defenses and counterclaims against the Trust for Advised Portfolios in that action. Nothing in this Order shall be construed as bearing upon whether any such counterclaims or affirmative defenses brought by EisnerAmper in the action would be procedurally proper or have any merit.

October 28, 2024
Page 2 of 2

                                          Respectfully submitted,

                                          KRIEGER LEWIN LLP

                                        By:   /s/ Daniel S. Noble

cc:    Brian Morgan, William Connolly, and Andrew Van Houter (by Email)
        *Counsel for EisnerAmper, LLP*

       All counsel of record (by ECF).