UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
SECURITIES AND EXCHANGE :
COMMISSION, :
                    *Plaintiff*, :
:
        v. : 22 Civ. 9608 (PKC)
:
INFINITY Q DIVERSIFIED ALPHA FUND, :
:
                    *Defendant*. :
:
------------------------------------------------------------x

## [~~PROPOSED~~] ORDER APPROVING SIXTH INTERIM FEE APPLICATION

**WHEREAS**, the U.S. Securities and Exchange Commission filed this action on November 10, 2022 against defendant Infinity Q Diversified Alpha Fund (the "Fund"), a series portfolio of the Trust for Advised Portfolios;

**WHEREAS**, the Court appointed Andrew M. Calamari to serve as Special Master by Order dated January 10, 2023, as amended on March 10, 2023, to oversee the distribution of the Fund's assets to shareholders;

**WHEREAS**, on October 15, 2024, the Special Master filed his Sixth Quarterly Status Report, which set forth the status of the case as of September 30, 2024;

**WHEREAS**, on November 6, 2024, a Sixth Interim Fee Application was filed for the period July 1, 2024 through September 30, 2024, seeking approval for the Special Master to pay 50% of the unpaid invoiced fees balance of $45,890.64 for that period, *i.e.*, a payment of $22,945.32;

**WHEREAS**, more than 21 days have passed since the filing of the Sixth Interim Fee Application and no objection has been filed or received by the Special Master;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUGED AND DECREED THAT:**

The Sixth Interim Fee Application [ECF 136-1] is approved and the Special Master is authorized to pay 50% of the unpaid invoiced fees balances as set forth in those applications.

**SO ORDERED:**

Dated: New York, New York
       December 3, 2024

HON. P. KEVIN CASTEL
United States District Judge

2