UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                :
SECURITIES AND EXCHANGE                         :
COMMISSION,                                     :
                           *Plaintiff*,         :
                                                :
              v.                                :        22 Civ. 9608 (PKC)
                                                :
INFINITY Q DIVERSIFIED ALPHA FUND,              :
                                                :
                           *Defendant*.         :
                                                :
------------------------------------------------------------------x

### [PROPOSED] ORDER APPROVING ELEVENTH INTERIM FEE APPLICATION

**WHEREAS**, the U.S. Securities and Exchange Commission filed this action on November 10, 2022 against defendant Infinity Q Diversified Alpha Fund (the "Fund"), a series portfolio of the Trust for Advised Portfolios;

**WHEREAS**, the Court appointed Andrew M. Calamari to serve as Special Master by Order dated January 10, 2023, as amended on March 10, 2023, to oversee the distribution of the Fund's assets to shareholders;

**WHEREAS**, on January 12, 2026, the Special Master filed his Eleventh Quarterly Status Report, which set forth the status of the case as of December 31, 2025;

**WHEREAS**, on February 6, 2026, an Eleventh Interim Fee Application was filed for the period October 1, 2025 through December 31, 2025, seeking approval for the Special Master to pay 50% of the unpaid invoiced fees balance of $191,517.90, *i.e.*, a payment of $95,758.95;

**WHEREAS**, more than 21 days have passed since the filing of the Eleventh Interim Fee Application and no objection has been filed or received by the Special Master;

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUGED AND DECREED**

**THAT:**

The Eleventh Interim Fee Application [ECF 197-1] is approved and the Special Master is authorized to pay 50% of the unpaid invoiced fees balances as set forth in those applications.

**SO ORDERED:**

Dated: New York, New York

_____, 2026

_____
HON. P. KEVIN CASTEL
United States District Judge