UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

                                                    22-cv-9608 (PKC)

          -against-                                 ORDER


INFINITY Q DIVERSIFIED ALPHA FUND,

                    Defendant.
------------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has reviewed the Professional Payment Notice of the Special Master

filed on January 7, 2026 (ECF 189), the Objection of the Mutual Fund Opt-Out Plaintiffs (the

"Opt Outs")(ECF 191), the response of the Special Master to the Objection (ECF 195) and the

Reply of the Mutual Fund Opt-Outs (ECF 196).

        The Opt-Outs object to the payment of fees of counsel to Quasar Distributors

("Quasar") in part because of the permanent injunction against the Opt-Outs pursuing claims

against Quasar, thereby making the monitoring of the underlying litigation unnecessary.  But at

the time the fees were incurred, the injunction was still subject to an appeal and thus it was

entirely appropriate for Quasar's counsel to incur fees in monitoring the litigation to which

Quasar could become an active party if the injunction is vacated or modified.

        The Court has reviewed the entirety of the fee and expense invoices of counsel for

Quasar as well as counsel for the Trust for Advised Portfolios.  The Court has done so through

- 2 -

the lens of the Opt-Outs objections.    It finds them to be reasonable, as to hours spent and hourly rates and costs and other expenses.  The hourly rates are high but not out of line for rates of lawyers expert in securities litigation.

The objections are overruled. The Special Master may proceed with payment of expenses set forth in Professional Payment Notice of January 7, 2026. (ECF 189.)

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
March 31, 2026

- 2 -