UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

22-cv-9608 (PKC)

-against-

ORDER

INFINITY Q DIVERSIFIED ALPHA FUND,

Defendant.

-----------------------------------------------------------x

The mandate has issued from the Court of Appeals vacating this Court's Order of November 8, 2024 and remanding for further proceedings. (ECF 232.)

The Special Master shall meet and confer with the parties, including the SEC and the Mutual Fund Opt-Out Plaintiffs and recommend in writing to the Court by September 30, 2026, all steps to be taken by the Court, including any proposed orders or schedules (a) in furtherance of the mandate; and (b) to resolve any other open issues in the case. Any interested party may object or propose modifications to the Special Masters recommendations by October 15, 2026.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
September 2, 2026